# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PARDO AND EVANGELINE MATTHEWS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA, INC.<br><br>Defendant. | CASE NO. 3:21-cv-06326-RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing Information:</u><br>Hearing Date: January 9, 2025<br>Hearing Time: 1:30 pm<br>Hon. Richard Seeborg<br><br>Action Filed: August 17, 2021<br>Trial Date: None Set |

The Court, having held hearing on Plaintiff Jennifer Pardo and Plaintiff Evangeline Matthews' (collectively, "Plaintiffs") Motion for Class Certification on January 9, 2025, at 1:30 p.m., and having considered Plaintiffs' Motion and the documents and evidence filed in support therewith, as well as Defendant Papa, Inc.'s ("Defendant") Opposition, and the arguments made during oral argument, does hereby find and **ORDER** as follows:

1. Plaintiffs' Motion to Certify a Class consisting of "[a]ll individuals who performed work for Defendant in the state of California who were classified as independent contractors from four years prior to the filing of this action, from August 18, 2018, to the date of trial" is **DENIED**;

2. Plaintiffs' request to appoint Plaintiff Jennifer Pardo and Plaintiff Evangeline Matthews as Class Representatives for the Class is **DENIED**; and

3. Plaintiffs' request to appoint Lebe Law, APLC and attorneys Jonathan M. Lebe and Zachary T. Gershman as Class Counsel is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____     By:_____
                                                             HON. RICHARD SEEBORG
                                                             United States District Judge