Jonathan M. Lebe (SBN 284605)
Jon@lebelaw.com
Zachary T. Gershman (SBN 328004)
Zachary@lebelaw.com
Rayne A. Brown (SBN 342011)
Rayne@lebelaw.com
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews, Individually behalf of all others similarly situated

Ellen M. Bronchetti (State Bar No. 226975)
Tayanah Miller (State Bar No. 299123)
**Greenberg Traurig, LLP**
12760 High Bluff Drive, Suite 240
San Diego, California 92130
Telephone: (415) 655-1277
Email: Ellen.Bronchetti@gtlaw.com
Email: MillerTa@gtlaw.com

Attorneys for Defendant
Papa, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Papa, Inc.,<br><br>Defendant. | Case No. 3:21-cv-06326-RS<br><br>**PARTIES' JOINT REQUEST FOR REMOTE APPEARANCE; [PROPOSED] ORDER**<br><br>**Hearing Information:**<br>Date: January 9, 2025<br>Time: 1:30 p.m.<br>Dept: Courtroom 3, 17th Floor<br><br>TAC Filed: September 14, 2022<br>Trial Date: None Set |

1

**PARTIES' JOINT REQUEST FOR REMOTE APPEARANCE**

**TO THE HONORABLE COURT AND ALL PARTIES:**

Plaintiffs Jennifer Pardo and Evangeline Matthews ("Plaintiffs") and Defendant Papa Inc. ("Defendant") hereby request permission from the Court for Plaintiffs' counsel, Jonathan M. Lebe and Zachary T. Gershman and Defendant's counsel to appear remotely via Zoom or video conference for the hearing currently scheduled for January 9, 2025, on Plaintiffs' Motion Certify Class (Dkt. 31).

WHEREAS, Plainitffs' Motion to Certify Class (Dkt. 31) has been fully briefed by the Parties and is scheduled to be heard on January 9, 2025, at 1:30 p.m. in the above captioned Court;

WHEREAS, Plaintiff's counsel is located in Los Angeles, California and Defendant's counsel are located in San Diego, California and would be required to travel to San Francisco, California for the hearing;

WHEREAS, the Parties agree that appearing remotely by videoconference will not prejudice Plaintiff or Defendant and will preserve the Parties' resources, if the Court is amenable;

THEREFORE, the Parties respectfully request leave of this Court to appear remotely via video conference for the Hearing.

Accordingly, Plaintiffs respectfully request that the Court grant this remote appearance request for the January 9, 2025, hearing in this matter.

DATED:  December 27, 2024            **LEBE LAW, APLC**

By: _____*/s/ Zachary T. Gershman*_____
Jonathan M. Lebe
Zachary T. Gershman
Rayne A. Brown

Attorneys for Plaintiffs Jennifer Pardo and
Evangeline Matthews, individually and on
behalf of all other similarly situated

Dated: December 27, 2024         **GREENBERG TAURIG, LLP**

By: */s/ Ellen M. Bronchetti*
Ellen M. Bronchetti
Tayanah Miller
Attorneys for Defendant Papa, Inc.

### **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Diana Lopez, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: December 27, 2024         By: /s/ *Diana Lopez*

### **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause, counsel for Plaintiffs and Defendant may appear for the January 9, 2025, at 1:30 p.m. hearing for the Motion to Certify Class remotely via remote teleconferencing software.

IT IS SO ORDERED.

Dated:_____

_____
HON. RICHARD SEEBORG
DISTRICT COURT JUDGE