ELLEN BRONCHETTI (SBN 226975)
**GREENBERG TRAURIG, LLP**
12760 High Bluff Drive, Suite 240
San Diego, CA 92130
Telephone: 619-848-2500
Facsimile: 949-732-6501
Ellen.Bronchetti@gtlaw.com

TAYANAH MILLER (SBN 299123)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1277
millerta@gtlaw.com

Attorneys for Defendant
PAPA, INC.

JONATHAN M. LEBE (SBN 284605)
ZACHARY T. GERSHMAN (SBN 328004)
RAYNE BROWN (SBN 342011)
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Jon@lebelaw.com
Zachary@lebelaw.com
Rayne@lebelaw.com

Attorneys for Plaintiffs
Jennifer Pardo and Evangeline Matthews

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PARDO AND EVANGELINE MATTHEWS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PAPA, INC.<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-06326-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Trial Date: None |

Pursuant to the Court's December 31, 2024 Order, Plaintiffs Jennifer Pardo and Evangeline Matthews ("Plaintiffs") and Defendant "Papa, Inc." ("Defendant), collectively the "Parties", jointly submit the following Joint Case Management Statement:

**1.      Jurisdiction and Service**

Defendant Papa, Inc. has been served.

**2.      Facts**

Plaintiffs' PAGA claim, which alleges various violations under the California Labor Code, remains at issue in this case. Defendant denies Plaintiffs' allegations. That said, the Parties have agreed to mediate this case and are presently working on selecting a mediator.

**3.      Legal Issues**

Plaintiffs' PAGA action, which alleges various violations under the California Labor Code remains at issue in this case. Defendant denies Plaintiffs' allegations. That said, the Parties have agreed to mediate this case and are presently working on selecting a mediator.

**4.      Motions**

There are no pending motions. The Parties are currently focused on mediating this case to resolution.

**5.      Amendment of Pleadings**

The deadline to amend pleadings as of right has passed.

**6.      Evidence Preservation**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). The parties have met and conferred pursuant to Federal Rule of Civil Procedure 26(f).

**7.      Disclosures**

The Parties made initial disclosures on December 1, 2021. The parties confirm that they will comply with their obligations to supplement those disclosures as necessary.

///

**8. Discovery**

The Parties are currently focused on mediating this case to resolution. That said, they may engage in formal or informal discovery if necessary for mediation.

**9. Class Actions**

On December 31, 2024, this Court denied Plaintiffs' motion for class certification.

**10. Related Cases**

The Parties are unaware of any related cases.

**11. Relief**

The Parties have agreed to mediate this case and are presently working on selecting a mediator.

**12. Settlement and ADR**

The Parties have agreed to mediate this case and are presently working on selecting a mediator.

**13. Consent to Magistrate Judge for all Purposes**

This case has been assigned for all purposes to the Honorable Richard Seeborg.

**14. Other References**

The Parties agree that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The Parties have agreed to mediate this case and are presently working on selecting a mediator.

**16. Expedited Trial Procedure**

This case is not suitable for the Expedited Trial Procedure of General Order No. 64 Attachment A.

**17. Scheduling**

The Parties have agreed to mediate this case and are presently working on selecting a mediator. The parties propose that the trial setting conference be continued until after mediation is completed, if at all.

**18.   Trial**

The Parties have agreed to mediate this case and are presently working on selecting a mediator. The parties propose that the trial specifics be determined if the Parties are unsuccessful at mediation.

**19.   Disclosure of Non-party interest entities or persons.**

All Parties have filed a Certification of Interested Parties Under Civ. L.R. 3-15.

**20.   Professional Conduct**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.   Other Matters**

The Parties have agreed to mediate this case and are presently working on selecting a mediator.

Dated:  January 23, 2025

**GREENBERG TRAURIG, LLP**

By: */s/Ellen M. Bronchetti*
ELLEN  M. BRONCHETTI (SBN 226975)
TAYANAH MILLER (SBN 299123)
**GREENBERG TRAURIG, LLP** 101 Second Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 655-1270
Facsimile: (415) 707- 2010
Ellen.bronchetti@gtlaw.com
millerta@gtlaw.com

Attorneys for Defendant
PAPA, INC.

JOINT CASE MANAGEMENT STATEMENT

Dated: January 23, 2025

**LEBE LAW, APLC**

By: */s/Zachary Gershman*
JONATHAN M. LEBE (SBN 284605)
ZACHARY T. GERSHMAN (SBN 328004)
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Jon@lebelaw.com
Zachary@lebelaw.com

Attorneys for Plaintiffs
Jennifer Pardo and Evangeline Matthews

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in its filing.

By: */s/Ellen M. Bronchetti*
ELLEN M. BRONCHETTI

JOINT CASE MANAGEMENT STATEMENT