ELLEN BRONCHETTI (SBN 226975)
DANIEL SMITH (SBN 312330)
**GREENBERG TRAURIG, LLP**
12760 High Bluff Drive, Suite 240
San Diego, CA 92130
Telephone: 619-848-2500
Facsimile: 949-732-6501
Ellen.Bronchetti@gtlaw.com
Daniel.Smith@gtlaw.com

TAYANAH MILLER (SBN 299123)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1277
millerta@gtlaw.com

Attorneys for Defendant
PAPA, INC.

Jonathan M. Lebe (SBN 284605)
Jon@lebelaw.com
Rayne A. Brown (State Bar No. 342011)
Rayne@lebelaw.com
**LEBE LAW, APLC**
3900 W Alameda Avenue, 15th Floor
Burbank, California 91505
Telephone: (213) 444-1973

Attorneys for Plaintiffs
Jennifer Pardo and Evangeline Matthews

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Papa, Inc.,<br><br>  Defendant. | Case No. 3:21-cv-06326-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br><br>TAC Filed:   September 14, 2022<br>Trial Date:   None Set |

1

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to the Court's December 31, 2024 Order, Plaintiffs Jennifer Pardo and Evangeline Matthews ("Plaintiffs") and Defendant "Papa, Inc." ("Defendant," collectively the "Parties") jointly submit the following Joint Case Management Statement:

### 1. Jurisdiction and Service

Defendant Papa, Inc. has been served.

### 2. Facts

Plaintiffs' PAGA claim, which alleges various violations under the California Labor Code, remains at issue in this case. Defendant denies Plaintiffs' allegations. That said, the Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

### 3. Legal Issues

Plaintiffs' PAGA action, which alleges various violations under the California Labor Code remains at issue in this case. Defendant denies Plaintiffs' allegations. That said, the Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

### 4. Motions

There are no pending motions. The Parties are currently focused on mediating this case to resolution. Plaintiff intends to file a Motion for Summary Judgment as to the PAGA claims of Plaintiff and all aggrieved employees.

### 5. Amendment of Plaintiff

The deadline to amend pleadings as of right has passed.

### 6. Evidence Preservation

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). The parties have met and conferred pursuant to Federal Rule of Civil Procedure 26(f).

### 7. Disclosures

The Parties made initial disclosures on December 1, 2021. The parties confirm that they will comply with their obligations to supplement those disclosures as necessary.

### 8. Discovery

The Parties are currently focused on mediating this case to resolution. That said, they may

engage in formal or informal discovery if necessary for mediation.

**9. Class Actions**

On December 31, 2024, this Court denied Plaintiffs' motion for class certification.

**10. Related Cases**

The Parties are unaware of any related cases.

**11. Relief**

The Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

**12. Settlement and ADR**

The Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

**13. Consent to Magistrate Judge for all Purposes**

This case has been assigned for all purposes to the Honorable Richard Seeborg.

**14. Other References**

The Parties agree that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

**16. Expedited Trial Procedure**

This case is not suitable for the Expedited Trial Procedure of General Order No. 64 Attachment A.

**17. Scheduling**

The Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025. The Parties propose that the trial setting conference be continued until after mediation is completed, if the matter is not resolved.

///

///

**JOINT CASE MANAGEMENT STATEMENT**

**18. Trial**

**Plaintiff's Position**

To the extent the issues in this case are not fully resolved by Plaintiff's anticipated Motion for Summary Judgment, Plaintiff proposes a trial date of November 3, 2025 or a later date at the Court's convenience.

**Defendant's Position**

Given the remaining issues in this case, Defendant proposes a trial date no earlier than October 12, 2026.

**19. Disclosure of Non-party interest entities or persons.**

All Parties have filed a Certification of Interested Parties Under Civ. L.R. 3-15.

**20. Professional Conduct**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21. Other Matters**

The Parties have agreed to mediate this matter with mediator David Rotman on June 25, 2025.

DATED: May 8, 2025            **LEBE LAW, APLC**

By: _____/s/ Rayne A. Brown_____
Jonathan M. Lebe
Rayne A. Brown
Attorneys for Plaintiffs Jennifer Pardo and
Evangeline Matthews, individually and on
behalf of all other similarly situated

DATED: May 8, 2025            **GREENBERG TRAURIG, LLP**

By: _____/s/ Ellen M. Bronchetti_____
Ellen M. Bronchetti
Tayanah Miller
Daniel Smith
Attorneys for Defendant Papa, Inc.

**ECF ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 8, 2025

**Lebe Law, APLC**

By: ____*/s/ Rayne A. Brown*____
Rayne A. Brown
Attorney for Plaintiffs Jennifer Pardo and Evangeline Matthews, individually and on behalf of all other similarly situated