Adam C. Losey, Esq.
State Bar No. 314729
Losey PLLC
1420 Edgewater Dr.
Orlando, Florida 32804
Telephone: (407) 906-1605
Facsimile: (407) 710-5645
Email: alosey@losey.law
Secondary Email: docketing@losey.law
Telephone: (407) 906-1605
*Counsel for Defendant,*
*Papa, Inc.*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER PARDO and EVANGELINE MATTHEWS,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PAPA, INC.**, a California stock corporation,<br><br>Defendant. | Case No. 3:21-cv-06326-RS<br><br>~~[PROPOSED]~~ **ORDER NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PAPA, INC.**<br><br>TAC Filed: September 14, 2022<br>Trial Date: None Set |

~~[PROPOSED]~~ ORDER NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PAPA, INC.

This Court, having reviewed the Notice of Withdrawal of Counsel for Defendant, PAPA, INC., hereby orders as follows:

The Court approves and GRANTS Defendant's Notice of Withdrawal of Counsel for Defendant.

IT IS SO ORDERED.

Date: July 11, 2025

Hon. Richard Seeborg
Chief United States District Judge