Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Rayne A. Brown (State Bar No. 342011)
Rayne@lebelaw.com
**Lebe Law, APLC**
3900 W Alameda Avenue, Fifteenth Floor
Burbank, CA 91505
Telephone: (213) 444-1973

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews,
Individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo and Evangeline Matthews, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-06326-RS |
| Plaintiffs, | **COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| vs. | **Hearing Information:** |
| | Date: December 4, 2025 |
| Papa, Inc., | Time: 1:30 p.m. |
| | Hon. Richard Seeborg |
| Defendant. | |
| | Action Filed:  August 17, 2021 |
| | Trial Date:  None Set |

**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY  ADJUDICATION**

| EXHIBIT | DESCRIPTION | Page Number |
|---------|-------------|-------------|
| | **Jonathan M. Lebe Declaration** | 4-9 |
| 1 | Papa, Inc.'s Website Excerpt Entitled "*About Us*" | 10-26 |
| 2 | Papa, Inc.'s Website Excerpt Entitled "*Papa for Employers*" | 27-33 |
| 3 | Papa, Inc.'s Health Insurance Provider Advertisements | 34-36 |
| 4 | Deposition Transcript of Papa, Inc.'s Designated Rule 30(b)(6) Witness, Chief Financial Officer Dani Bchara | 37-253 |
| 5 | Initial PAGA Notice | 254-260 |
| 6 | Papa, Inc.'s Website Excerpt Entitled "*We're Papa*" | 261-270 |
| 7 | Papa, Inc.'s Website Excerpt Entitled "*Understanding Visit Tasks*" | 271-274 |
| 8 | Papa Inc.'s 2023 Trust and Safety Roadmap | 275-280 |
| 9 | Papa, Inc.'s End User License Agreement | 281-305 |
| 10 | Papa, Inc.'s Code of Conduct | 306-331 |
| 11 | Papa, Inc.'s Website Excerpt Entitled "*Following Papa's Visit Standards*" | 332-334 |
| 12 | Papa, Inc.'s Website Excerpt Entitled "*Can a member schedule a visit with me directly?*" | 335-336 |
| 13 | Screenshot of Visit Confirmations with Papa, Inc.'s Customers | 337-338 |
| 14 | Screenshot of Recommended Tasks for a Papa Pal Visit | 339-340 |
| 15 | Screenshot of Papa, Inc.'s Customer Surveys | 341-343 |
| 16 | Screenshot of Papa, Inc.'s Disposition Note | 344-345 |
| 17 | Papa, Inc.'s Website Excerpt Entitled "*Why is my application taking so long?*" | 346-347 |
| 18 | Papa, Inc.'s Website Excerpt Entitled "*Pal Basics FAQs*" | 348-350 |
| 19 | Papa, Inc.'s Papa Pal Visit Pay Models | 351-353 |
| 20 | Papa, Inc.'s Website Excerpt Entitled "*Understanding Pal Earnings*" | 354-358 |

**COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**

| 21 | Papa, Inc.'s Website Excerpt Entitled "*Papa Pal Requirements*" | 359-362 |
| 22 | Papa, Inc.'s Website Excerpt Entitled "*Papa Pal 101*" | 363-366 |
| 23 | Amended PAGA Notice | 367-373 |
| | **Plaintiff Jennifer Pardo's Declaration** | 374-377 |
| | **Plaintiff Evangeline Matthews's Declaration** | 378-381 |

Dated:  October 17, 2025          **Lebe Law, APLC**


                        By:      */s/ Jonathan M. Lebe*
                                Jonathan M. Lebe
                                Rayne A. Brown

                                Attorney for Plaintiffs Jennifer Pardo and
                                Evangeline Matthews, Individually and on behalf of
                                all others similarly situated

# Declaration of Jonathan M. Lebe

Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Rayne A. Brown (State Bar No. 342011)
Rayne@lebelaw.com
**LEBE LAW, APLC**
3900 W Alameda Avenue, Fifteenth Floor
Burbank, CA 91505
Telephone: (213) 444-1973

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, Individually and on behalf of all others similarly situated, <br><br>         Plaintiff, <br>  vs. <br><br>Papa, Inc. <br><br>         Defendants. | Case No.: 3:21-cv-06326-RS <br><br>**DECLARATION OF JONATHAN M. LEBE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** <br><br>[Notice of Motion; Memorandum of Points and Authorities; Declaration of Jennifer Pardo; Declaration of Evangeline Matthews; and [Proposed] Order Filed Concurrently Herewith] <br><br>Hearing Information: <br>Date:   December 4, 2025 <br>Time:  1:30 p.m. <br>Hon. Richard Seeborg <br><br>Complaint Filed: August 17, 2021 <br>Trial Date: None Set |

---

DECLARATION OF JONATHAN M. LEBE

## DECLARATION OF JONATHAN M. LEBE

I, Jonathan M. Lebe, declare as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am the Managing Attorney at Lebe Law, APLC, counsel of record for Plaintiffs Jennifer Pardo ("Plaintiff Pardo") and Evangeline Matthews ("Plaintiff Matthews," collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called and sworn in as a witness, could and would testify competently thereto.

2.      I am experienced and knowledgeable in employment litigation and class action litigation. I am familiar with the potential issues and pitfalls for the parties involved in litigation of this nature based on my experience in similar actions.

3.      I submit this Declaration in support of Plaintiffs' Motion for Summary Judgement.

4.      On August 17, 2021, the original plaintiff in this action, Carice Ashley Anderson, filed the original class and collective action complaint alleging that Defendant had willfully misclassified her and other Papa Pals as independent contractors, resulting in various violations of the Labor Code and the Fair Labor Standards Act ("FLSA"). On October 18, 2021, that complaint was amended to add an eleventh cause of action for civil penalties under PAGA. Subsequently, on March 4, 2022, a second amended complaint was filed, removing Ms. Anderson as the named plaintiff and substituting Plaintiff Pardo as the class, collective, and PAGA representative.

5.      On August 8, 2022, Plaintiff Pardo filed a motion to conditionally certify a nationwide collective action under the FLSA for Papa's violation of federal wage and hour laws, which was premised upon Papa's misclassification of Papa Pals as independent contractors. On October 5, 2022, the Court granted Plaintiff Pardo's motion for conditional certification in full. On May 12, 2023, a notice was sent to putative FLSA collective action members informing them of their right to opt into the collective action. Following the notice period, over 2,500 Papa Pals nationwide consented to join as collective action members.

6.      On December 7, 2022, the Parties stipulated to allow Plaintiff to file a Third Amended     Complaint     adding     Plaintiff Matthews     as a named plaintiff. The Third

1  Amended Complaint was filed on December 14, 2022.

2      7.    Plaintiffs submitted notices to the LWDA on February 16, 2023 within one year

3  of their employment with Papa, which amended the original August 12, 2021 notice by former

4  Plaintiff Andersen, to add these new plaintiffs as proposed representatives of the state of

5  California.

6      8.    Defendant has produced its total visit data for all Papa Pals in the state of California

7  for the PAGA period from February 15, 2020, to February 1, 2024. Counsel from my office, by

8  simply extracting the PAL_IDs, which each represent a different Papa Pal, from this visit data

9  determined that there are three-thousand, six-hundred, seventy-nine (3,679) aggrieved employees

10 who were misclassified by Defendant in the state of California during the PAGA liability period

11 through February 1, 2024.

12                                  **EXHIBITS**

13     9.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from Papa,

14 Inc.'s website located at https://www.papa.com/about and accessed on October 13, 2025, entitled

15 "*About Us.*"

16     10.   Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from Papa,

17 Inc.'s website accessed on December 12, 2023, entitled "*Papa for Employers*" and bates

18 numbered JP000266-271.

19     11.   Attached hereto as **Exhibit 3** is a true and correct copies of advertisements from

20 Papa, Inc.'s website accessed on December 12, 2023, regarding its partnership with health

21 insurance providers, bates numbered JP000264-265.

22     12.   Attached hereto as **Exhibit 4** is a true and correct copy of the deposition transcript

23 of Papa, Inc.'s designated Rule 30(b)(6) witness, Chief Financial Officer Dani Bchara, dated

24 December 15, 2023.

25     13.   Attached hereto as **Exhibit 5** is a true and correct copy of the Initial PAGA Notice

26 in this matter submitted August 12, 2021.

27     14.   Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from Papa,

28 Inc.'s          website          located          at  https://www.papa.com/ accessed on August 16,

2

DECLARATION OF JONATHAN M. LEBE

2024, entitled "*We're Papa.*"

15.    Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from Papa, Inc.'s website located at https://www.papa.com/resources/pal-visits/understanding-visit-tasks and accessed on December 12, 2023, entitled "*Understanding Visit Tasks*" and bates numbered JP000314-316.

16.    Attached hereto as **Exhibit 8** is a true and correct copy of Papa, Inc.'s "2023 Trust and Safety Roadmap" website located at https://resources.papa.com/hubfs/Trust%20and%20Safety%20Roadmap.pdf and accessed on October 13, 2025.

17.    Attached hereto as **Exhibit 9** is a true and correct copy of Papa, Inc.'s End User License Agreement ("EULA") dated January 18, 2023, bates numbered JP000216-239.

18.    Attached hereto as **Exhibit 10** is a true and correct copy of Papa, Inc.'s Code of Conduct dated May 2021 and bates numbered JP000101-125.

19.    Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from Papa, Inc.'s website located at https://www.papa.com/resources/pal-basics/following-our-visit-standards and accessed on December 14, 2023, entitled "*Following Papa's Visit Standards*" and bates numbered JP000338-339.

20.    Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from Papa, Inc.'s website accessed in August 2021, entitled "*Can a member schedule a visit with me directly?*" and requiring that all visits be scheduled through the Papa app.

21.    Attached hereto as **Exhibit 13** is a true and correct copy of a screenshot taken of Papa, Inc.'s Papa app showing visits that were confirmed with Papa, Inc.'s customers.

22.    Attached hereto as **Exhibit 14** is a true and correct copy of a screenshot taken of a communication sent by Papa, Inc. through its Papa app detailing recommended tasks for a Papa Pal's visit with a customer.

23.    Attached hereto as **Exhibit 15** is a true and correct copy of a screenshot taken of a communication sent by Papa, Inc. through its Papa app regarding surveys Papa Pals are required to administer to customers, bates numbered JP000336-337.

3

---

24.     Attached hereto as **Exhibit 16** is a true and correct copy of a screenshot taken of a communication sent by Papa, Inc. through its Papa app asking the Papa Pal to provide disposition notes following an interaction with a Papa, Inc. customer.

25.     Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt from Papa, Inc.'s website accessed in August 2021, entitled "*Why is my application taking so long?*" and describing Papa, Inc.'s application review and background check process.

26.     Attached hereto as **Exhibit 18** is a true and correct copy of an excerpt from Papa, Inc's website located at https://www.papa.com/pal-central/pal-basics and accessed on December 12, 2023, entitled "*Pal Basics FAQs.*"

27.     Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt from Papa, Inc.'s website accessed in August 2021, detailing how Papa Pals are paid and bases numbered JP000341-342.

28.     Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt from Papa, Inc.'s website located at https://www.papa.com/resources/pal-basics/understanding-pal-earnings and accessed on December 12, 2023, entitled "*Understanding Pal Earnings*" and bates numbered JP000332-335.

29.     Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt from Papa, Inc.'s website entitled "*Papa Pal Requirements.*"

30.     Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt from Papa, Inc.'s website located at https://www.papa.com/resources/pal-basics/papa-pal-101 and accessed on December 12, 2023, entitled "*Papa Pal 101*" and bates numbered JP000318-320.

31.     Attached hereto as **Exhibit 23** is a true and correct copy of the Amended PAGA Notice in this matter submitted February 16, 2023.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on October 17, 2025 at Bend, Oregon.

*/s/ Jonathan M. Lebe*
_____
Jonathan  M. Lebe

DECLARATION OF JONATHAN M. LEBE

EXHIBIT 1

About - Papa

papa

LOG IN



This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy

Accept

Manage Preferences



Papa started with a simple premise: people need people. We began with one connection, and now we create thousands of moments that matter every day, offering individuals and families access to vital companionship and care.

About the Papa

LOG IN

# Our story

As hard as we try, we can't always be there in-person for our loved ones.

Andrew (Papa's CEO) and his family were struggling to balance the daily demands of life with supporting his grandfather Joseph, who they referred to affectionately as "Papa."

Andrew decided that what his papa really needed was a "pal," some company, and a little help from time to time.

Their shared experience inspired Papa's founding in 2017. Today, thousands of Papa Pals build community with people of all walks and stages of life, from the young to the young at heart.

## This is our mission: to create a new kind of care, built on human connection.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



LOG IN



# Leadership

With wide-ranging industry, technology, and transformation experience, we share a vision for a world where no one has to go it alone. And a deep well of gratitude for the Papa People who move this vision forward.

**Andrew Parker**

**Founder and CEO**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



**President and Chief Financial Officer**



LOG IN

**Craig Ogg**

**Chief Technology Officer**



**Erich Gazaui**

**Chief Information Officer**



**Ann Mello**

**SVP, Client Success and Marketing**



**Austin Weaver**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



LOG IN

**Eli Gill**

**VP, Business Operations**

**Steve Lang**

**VP, Enterprise Sales**



**Amy Fan**

**GM, New Venture**



**Colin Routledge**

**VP, Finance**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



About Us | Papa



LOG IN

### Alfredo Vaamonde – Director

### Co-Founder of Papa



### Angela Du – Director

### SoftBank



### Byron Ling – Director

### Canaan Partners



### Fatima Husain – Director

### Mastry



### Stephanie Tilenius – Director

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



About | Meet Papa



**Sam Landman – Observer**

**Mastry**



**Michelle Chang – Observer**

**Comcast Ventures**



# Investors

Founded in 2017, we've raised $240 million in venture capital to date, reaching unicorn status with our recent Series D. We're glad for the big backers of our big mission.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



LOG IN

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



About us | papa

LOG IN

# Industry recognition

While it's our profound purpose—not recognition—that drives us, we're proud of what stands behind these accolades: innovation and impact.

### Stevie Awards' Health Products & Services – Medium Company of the Year

### 2023

Premier accolade for excellence in U.S. business from The American Business Awards

### Fortune 10's Innovators Shaping the Future of Health

### 2022

Top 10 people and teams creating the future of health care

### Goldman Sachs' Most Exceptional Entrepreneurs

### 2022

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy

About Papa



LOG IN

### UCSF Digital Health Awards Best-in-Class Finalist, Mental and Behavioral Health

### 2022

Outstanding health technologies and innovations that are dramatically transforming care

### MAHP Pinnacle Award for Collaborative Community Health Initiatives: Medicaid

### 2022

Most innovative healthcare strategies and programs that advance the value of managed care

### Y Combinator Top Companies

### 2022 & 2023

Top Y Combinator-funded companies by valuation

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



About Papa



### CB Insights Digital Health 150

### 2021

The 150 most promising digital health companies in the world

### Rock Health's Top 50 In Digital Health – Equity Advocate

### 2021

Exceptional digital health leaders advancing equity and making healthcare massively better for all

# Job openings

Bring your passion to our profound mission.

**Filter by:**

Everything ▼

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



Miami, Florida, United States, Remote

### CARE ADVOCATE (RN/LCSW) – FLORIDA

→

Miami, Florida, United States, Remote

### MX OPERATIONS ADVISOR I

Operations → Remote

### PHYSICIAN PARTNER – FLORIDA

→

Miami, Florida, United States, Remote

### SENIOR CARE ADVOCATE (LCSW/RN)

→

Miami, Florida, United States, Remote

### SENIOR PRODUCT MANAGER

Product → Remote



This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy





SEE MORE



LOG IN

**News    Media**

## Reimagining Community as the Cure to Loneliness

Andrew Parker, founder and CEO, challenges us to think about building community in new ways by tackling loneliness as a social determinant of health.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy





**News**    **Media**

## Digital Health Unicorn Offers "Family On Demand"

Read Forbes' take on Papa's Series D funding round, and how health plans are improving member outcomes with Papa Pals.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy

Offering companionship and social support, Papa Pals reduce loneliness for health plan members—improving health while reducing heal costs.

papa

LOG IN

**Health Plans**

**Employers**

**Be a Papa Pal**

**Members**

**Careers**

**Resources**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy



About Us | Papa

LOG IN

## Terms of Service

## Privacy Policy

## Ethics and Conduct Reporting

## Security

## Trust & Safety at Papa

   

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy

# EXHIBIT 2

papa

Solution Brief

# Papa for Employers

**Support the people that support you—with high-quality, human help from our friendly Papa Pals.**

Papa offers flexible family care to assist employees with caring for aging or ill loved ones, children, or themselves. Our curated national network of Papa Pals lighten the second (or third) shift load, and help you attract and retain happy, healthy, and productive employees.

**Family care that flexes to you.**

Your team can trust our highly trained and vetted Papa Pals anytime and anywhere a little help could go a long way.

 Backup care and assistance with homework, snacks, meals, and playtime.

 Help with errands, light housework, or pets.

 Companionship, transportation, and more for aging or ill loved ones near and far.



**57%**
of caregivers report significant levels of stress, anxiety, or depression.[1]

**73%**
of employees have some type of current caregiving responsibility.[2]

**80%**
of caregivers feel their work is affected by their responsibilities.[2]

[1] BlueCross BlueShield
[2] Harvard Business School

JP000266

hello@papa.com    papa.com



# Need a friendly face for your faraway parent?
# Have a pet with a passion for walks?
# Tired of scrambling for backup child care?

## Friendly help when, where, and how it's needed.
## Real humans, accessible through an easy app.



Employees receive a link
to sign up online.



We match them with Papa Pals,
based on their needs.



Employee feedback and data drive
continuous enhancements.

**Discover why leading employers partner with Papa
to increase productivity, enhance well-being, and
support a changing workforce.**

JP000267

hello@papa.com    papa.com



Health Plans    Employers    Be a Papa Pal    Resources    **CONTACT PAPA**

# Hi! We're Papa.

We all need a pal sometimes. That's why Papa's here.

Papa helps health plans and employers connect members and their families to real people for help with companionship, everyday tasks, transportation, and more. It's vital human connection, right to the front door.

why employers choose Papa ▾



## Companion care

Papa Pals provide vital social support and care to strengthen families, help older adults remain connected, and support diverse communities—providing win-win benefits for all.



**Promote independence**

Papa gives older adults companionship and support to age in place.



**Reduce inequities**

Papa advances equity for populations that have been historically marginalized.





**Cure loneliness**

No one's meant to go it alone. With Papa, "together" is just a call or click away.



**Improve outcomes**

Research shows that members feel physically and mentally healthier with Papa.

**Control costs**

Papa members have fewer visits to the hospital and are more likely to receive preventive care—the results add up.

**Increase satisfaction**

Our one-of-a-kind benefit helps health plans retain members and employers attract—and keep!—talent.



Meet Papa



# Health Plans

Meet your members where they are with flexible support to assist older adults and families in overcoming social barriers to health and well-being. Nearly 100 health plans and employers work with Papa in a shared mission to help Medicare Advantage, Medicaid, and commercial members live and feel better.

**LEARN MORE**



# Employers

Attract and retain talent with a whole-family benefit that lightens the load on caregivers, fosters physical and mental health, and gives your team time back in the day. Papa is not another digital front door, we're help right to the door.

**LEARN MORE**

# Papa Pals

Get a flexible job you can feel good about, helping members of your community on your schedule while working (and earning) as much as you like. Learn how Papa Pals create healthy connections, one visit at a time.

**LEARN MORE**






# Members

Get help that comes to you or your loved ones. Papa is family care that feels like family—when, where, and how you want it. Learn how to make your next pal, through your participating health plan.

**LEARN MORE**

JP000269



Health Plans   Employers   Be a Papa Pal   Resources   CONTACT PAPA

# Employers

Papa offers a unique type of benefit for your corporate wellness program—high-quality, human help and companionship to promote the well-being of employees and their families from our friendly Papa Pals.

GET STARTED

## Flexible family care

We're not another digital-only solution—we're care and companionship at your front door with a unique kind of employee health, well-being, and wellness program. Our Papa Pals help lighten the second (or third) shift load, improving work/life balance, reducing stress, and fostering well-being for employees, children, and parents.



### Give back time

Whether it's groceries, light house work, or taking Fido for a walk, our Papa Pals put time back in your employees' day.



### Support working parents

Our Papa Pals love to play, but they also help with homework, snacks, meals, and more while Mom or Dad works from home.



### Care for aging parents

Employees can't be everywhere at once. So, we provide peace of mind with companionship and non-medical care for loved ones.



### Create space for recovery

We all get injured or sick occasionally. Papa Pals ease the load and remove barriers to healthy healing.



### Support DEIB initiatives

Our Papa Pals are diverse, just like your employees. We support families with different backgrounds, structures, and languages.



### Create an impact

Our self and family solution simplifies complexity and engages employee, addressing physical and mental health at the root cause.



New guide for employers looking to attract and retain employees.
**Stand out in the race for talent with caregiver benefits.**

GET THE GUIDE



# Here to help your employees

JP000270

## An attractive benefit

Papa supports the people that support you, a true win-win. We address often overlooked causes of employee burnout and departures, and help you attract, retain, and grow a healthy, happy, and productive workforce.

**Eliminate the second (or third) shift**

### 73%

of employees have some current caregiving responsibility.

**Improve employee well-being**

### 57%

of employee caregivers report clinically-significant levels of stress, anxiety, or depression.

**Remove barriers to productivity**

### 80%

of employees feel their caregiving responsibilities impact their productivity.

**Reduce the impacts of absenteeism**

### 61%

of caregivers say that caregiving has had at least one impact on their employment.

**Avoid the loss of critical talent**

### 32%

of employees have voluntarily left a job due to caregiving responsibilities.

## Our technology

We pair tech with services for an unbeatable human experience. Our apps connect Papa Pals with employees to provide care for aging loved ones, children, pets, or themselves.

### Easy to use Papa Care app for employees.

Available for iPhone and Android, our Papa Care app makes it simple for employees to schedule and manage at-home or telephonic visits, and specify personal, child, or elder care needs.

### Intuitive app to empower our Papa Pals.

In the palm of their hands Papa Pals can see visit guidance, safety and educational content, and more. Our Papa Pal app provides all the information they need to deliver a great experience every time.

### Detailed, timely reporting for clients.

Through the Papa Care app and post-visit surveys, we provide reporting on utilization, satisfaction, and outcomes. We even gather employee testimonials, so you know just how much of an impact you've made!



## How it works

Our Papa Pals make thousands of new friends, young and not-so-young, across the country every day. They provide companionship, encouragement, and assistance when, where, and how your people need it. And it all starts with a "hello."



① **Employees enroll online.**

JP000271

# EXHIBIT 3

# Papa + CDPHP

Hi! We're Papa. And we're here to help.

We've partnered with CDPHP® to provide you with access to our nationwide network of Papa Pals—real people that offer companionship and assistance with everyday tasks at no cost to you.

**CALL TO LEARN MORE 1-888-901-8127**

(TTY: 711) Everyday 8 AM – 11 PM EST.



## How Papa Helps

Papa Pals offer a hand to help, a shoulder to lean on, and an ear to listen—when, where, and how you need it most.



**Companionship**

Papa Pals love a good card game, stroll down memory lane, or a new recipe. If it's good company you need, they've got it in spades.



**Transportation**

Need a ride to a doctor's appointment, help running errands, or picking up groceries? They'll get you safely where you need to go.



**Everyday Tasks**

Keeping up with the house can be overwhelming. Papa Pals offer light cleaning and yard work, meal prep, organizing, pet help, and more.



**Technology Assistance**

Our Papa Pals are here to help you set up and learn how to use devices and applications to stay in touch with loved ones, enjoy games, and so much more.



**Contactless Grocery Door Drop**

Nutritious food comes right to your front door with Papa. We'll shop for and deliver the groceries you order (costs not included).



**Virtual Visits**

We make it easy to have a Papa Pal, no matter where you're located. Meaningful connections and support are just a phone call away.



We're here to help

JP000264



# Papa + Asuris

Hi! We're Papa. And we're here to help.

We all need a pal sometimes. That's why Asuris has partnered with Papa to provide you with access to our nationwide network of Papa Pals—available both in-person and virtually via a phone call.

They can support you with everyday tasks such as transportation, errands, grocery shopping, meal prep, and much more. Papa Pals also provide companionship, whether taking a stroll or sharing a great conversation.

Papa is here when, where, and how you need us.

**CALL TO LEARN MORE 877-298-7239**

(TTY:711) Everyday 5 a.m. – 8 p.m. PT.

## How Papa Helps

Papa Pals offer a hand to help, a shoulder to lean on, and an ear to listen—when, where, and how you need it most.


### Companionship
Papa Pals love a good card game, stroll down memory lane, or a new recipe. If it's good company you need, they've got it in spades.


### Transportation
Need a ride to a doctor's appointment, help running errands, or picking up groceries? They'll get you safely where you need to go.


### Everyday Tasks
Keeping up with the house can be overwhelming. Papa Pals offer light cleaning and yard work, meal prep, organizing, pet help, and more.


### Technology Assistance
Our Papa Pals are here to help you set up and learn how to use devices and applications to stay in touch with loved ones, enjoy games, and so much more.


### Contactless Grocery & Prescription Door Drop
Nutritious food comes right to your front door with Papa. We'll shop for and deliver the groceries or prescriptions you order (costs not included).


### Virtual Visits
We make it easy to have a Papa Pal, no matter where you're located. Meaningful connections and support are just a phone call or video chat away.


## Meet Emily and her Papa Pal Russell

JP000265

# EXHIBIT 4

Dani Bchara
December 15, 2023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


Jennifer Pardo, Evangeline
Matthews, individually and
on behalf of all others
similarly situated,

                    Plaintiffs,

vs.                                        CASE NO.
                                           3:21-cv-06326-RD
Papa, Inc.,

                    Defendant.
_____


REMOTE VIDEO DEPOSITION OF DANI BCHARA

December 15, 2023

8:37 a.m.

Los Angeles, California


Reported By:
Brandi R. Celestino
CSR No. 13640
APPEARING REMOTELY FROM ANAHEIM, CALIFORNIA

Dani Bchara
December 15, 2023

```
 1    REMOTE APPEARANCES:

 2

 3         For Plaintiffs:

 4              LEBE LAW, APLC
                BY:  JON LEBE
 5                   Attorney at Law
                777 S. Alameda Street, Second Floor
 6              Los Angeles, California 90021
                213-444-1973
 7              jon@lebelaw.com

 8

 9         For Defendants:

10              JACKSON LEWIS P.C.
                BY:  BENJAMIN J. SCHNAYERSON
11                   Attorney at Law
                50 California Street, 9th Floor
12              San Francisco, California 94111-4615
                415-394-9400
13              ben.schnayerson@jacksonlewis.com

14

15    ALSO APPEARING:

16         LAURA MACIAS, VIDEOGRAPHER
           TYLER LAURENCE, ESQ.
17         ZACHARY GERSHMAN, ESQ.
           RYAN ELY, ESQ.
18

19

20

21

22

23

24

25
```

Dani Bchara
December 15, 2023

```
 1                    INDEX TO EXAMINATION

 2

 3                 WITNESS:  DANI BCHARA

 4

 5   EXAMINATION                                      PAGE

 6   By Mr. Lebe                                         7

 7

 8

 9            WITNESS INSTRUCTED NOT TO ANSWER

10                    PAGE              LINE

11                     43               22

12                     57               3

13                    125               25

14                    154               2

15

16

17

18

19

20

21

22

23

24

25
```

Dani Bchara
December 15, 2023

```
 1                    INDEX TO EXHIBITS

 2                       DANI BCHARA

 3              Jennifer Pardo v. Papa, Inc.

 4                 Friday, December 15, 2023

 5   EXHIBITS                                    MARKED

 6   Exhibit 1     Notice of Deposition            15

 7   Exhibit 2     2021 Code of Conduct            72

 8   Exhibit 3     2023 Code of Conduct            72

 9   Exhibit 4     Service Scope                   81

10   Exhibit 5     Papa Plus CDPHP                101

11   Exhibit 6     Papa Plus Asuris               101

12   Exhibit 7     Papa For Employers             106

13   Exhibit 8     Payment Details Report         118

14   Exhibit 9     Papa Pal 101                   136

15   Exhibit 10    Understanding Pal Earnings     158

16   Exhibit 11    Following Papa Visit Standards  168

17

18

19

20

21

22

23

24

25
```

Dani Bchara
December 15, 2023

1              LOS ANGELES, CALIFORNIA

2         FRIDAY, DECEMBER 15, 2023, 8:37 A.M.

3

4

5         THE VIDEOGRAPHER:  We are now on the record

6    at 16:37 UTC, 8:37 a.m. Pacific Standard Time, on

7    Friday, December 15, 2023.

8         Audio and video recording will continue to

9    take place until all parties agree to go off the

10   record.  Please note that the microphones are

11   sensitive and may pick up whispering and private

12   conversations.

13        For the purpose of creating a witness-only

14   video recording, the witness is being spotlighted or

15   locked on all video screens while in speaker view.  We

16   ask that the witness not remove the spotlight setting

17   during the deposition, as it may cause other

18   participants to appear on the final video rather than

19   just the witness.

20        For anyone who doesn't want the witness's

21   video to take up the large part of your screen, you

22   may click the gallery view button in the upper right

23   corner of the remote depo interface.

24        This is the video recording proceeding of

25   Danny Bchara, taken by counsel for the Plaintiff in

Dani Bchara
December 15, 2023

1    the matter of Jennifer Pardo vs. Papa, Inc.

2              My name is Laura Macias, remote videographer

3    on behalf of U.S. Legal Support, nor am I financially

4    interested in the outcome.

5              The court reporter is Brandi Celestino on

6    behalf of U.S. Legal Support.

7              Counsel will state their appearances for the

8    record, after which the court reporter will swear in

9    the witness.

10             MR. LEBE:  Good morning.  This is

11   Jonathan Lebe, counsel for the Plaintiff.  I have

12   Zachary Gershman and Ryan Ely from my office here as

13   well.

14             MR. SCHNAYERSON:  Good morning.

15   Ben Schnayerson on behalf of Defendant.

16             MR. MIZRAJI:  Ezekiel Mizraji, corporate

17   officer for the company for the Defendant.

18             MR. LAURENCE:  Tyler Laurence, legal

19   corporate counsel for the Defendant.

20

21                  DANI BCHARA,

22      having been first duly sworn, was examined and

23                 testified as follows:

24   ///

25   ///

Dani Bchara
December 15, 2023

```
 1                    EXAMINATION

 2  BY MR. LEBE:

 3      Q    Good morning.  You know, we introduced

 4  ourselves off the record.  My name is Jonathan Lebe.

 5  I'm counsel for the Plaintiff in this matter.  I will

 6  be taking your deposition.

 7           Can you please state and spell your name for

 8  the record.

 9      A    It's Dani Bchara, D-a-n-i, B-c-h-a-r-a.

10      Q    Thank you, Mr. Bchara.  I'm going to go

11  through some basic ground rules for today's

12  deposition.  My guess is that your counsel has already

13  talked with you about these rules, so they may be

14  something that you're familiar with, but we'll just go

15  through them so they are fresh in your mind.

16           Have you ever had your deposition taken

17  before?

18      A    No.

19      Q    So the first and most important of the ground

20  rules is that you are under oath.

21           Do you understand that?

22      A    Yes, I do.

23      Q    And you understand that even though your

24  testimony is given in this sort of informal setting,

25  we're on Zoom, you're in a conference room, it has the
```

Dani Bchara
December 15, 2023

```
 1   same force and effect as if given in a court of law
 2   before a judge or a jury?
 3        A    Yes.
 4        Q    And who is in that room with you?
 5        A    So Zeke is in the room with me.
 6        Q    Nobody else?
 7        A    No.  There's nobody else in here.
 8        Q    And where are you located?
 9        A    We're in our office in Miami, Florida.
10        Q    So the process here today is that I'm going
11   to ask you questions.  You're going to provide
12   answers, and your answers will be written down into a
13   booklet, based on what the court reporter takes down
14   in realtime, and that book may be read to the jury or
15   the judge in this case.
16             Do you understand that?
17        A    Yes.
18        Q    And you understand that after today's
19   deposition, you'll have the opportunity to read that
20   transcript and make any changes to the form or
21   substance of your answer?
22        A    Yes.
23        Q    You understand that if you make substantive
24   changes after the fact, that attorneys such as myself
25   and those at my firm will have the opportunity to
```

Dani Bchara
December 15, 2023

1    comment on the fact that you made changes after the

2    fact and that those -- and that your testimony here in

3    realtime was different?

4        A    Yes.

5        Q    Do you understand, therefore, that it's

6    important to make your answers as honest, complete,

7    and accurate here today as possible?

8        A    Yes.

9        Q    Will you try to do that?

10       A    Yes.

11       Q    If you don't understand a question that I

12   ask, will you tell me so that I can rephrase it?

13       A    Yes.

14       Q    Otherwise, I and everyone else will assume

15   that you understood the question and move on.

16            Is that fair?

17       A    Sure.

18       Q    We'll be taking rest breaks.  If you feel the

19   need to take a break, let me know, and the only

20   request that I would have is that you answer any

21   pending question.

22            Is that fair?

23       A    Yes.

24       Q    I can already see that you're going to be

25   fine with this, but some people have a tendency to nod

Dani Bchara
December 15, 2023

1    or provide nonverbal or non-English language responses

2    to questions, but the court reporter can only take

3    down spoken English language responses, so nodding and

4    uh-huh and uh-uh, those are very difficult for the

5    court reporter to write down into the transcript in an

6    understandable way.

7           So will you do your best to speak and

8    verbalize all of your responses in English language

9    responses?

10    A    Yes.

11    Q    One concept that comes up in these

12    depositions is a difference between an estimate and a

13    guess.  We're entitled to your best estimate as to

14    when things happened, the amount of things, but you

15    might not know the exact date that something happened

16    or the exact amount of something.  So if you're able

17    to provide a range or an estimate, we're entitled to

18    that, but we never want you to guess or speculate.

19           Does that distinction make sense?

20    A    Yes.

21    Q    Are you presently on any drugs or medication,

22    or is there any other reason that you might not be

23    able to provide your best, most accurate, honest

24    testimony here today?

25    A    No.

Dani Bchara
December 15, 2023

1     Q    Do you have any questions before we begin the

2   substantive questioning?

3     A    No.

4     Q    We're going to be introducing exhibits, and

5   we will drop them in the chat here.  You'll have an

6   opportunity to review them.

7          Do you have a computer or some sort of device

8   that allows you to review documents?

9          MR. SCHNAYERSON:  Jonathan, are you going to

10  be putting them up on the screen?

11         MR. LEBE:  I certainly can do that, if that's

12  the best way to have the deponent review them.

13         MR. SCHNAYERSON:  Let's try that.  Depending

14  on what the documents are, we might be able to print

15  out copies.  He has no computer in front of him.  So

16  hopefully you can put it up there.  If not, we can

17  print out copies or we have printed out copies that

18  are clean that we can look at.  I prefer you post it

19  up on the screen, which is what he's looking at.

20         THE VIDEOGRAPHER:  This is the video tech.  I

21  can also assist with screen sharing if you want to

22  drop them in the chat or want them to email them to

23  me.  I can help with that.

24         MR. LEBE:  Zack or Ryan, why don't you guys

25  drop the deposition notice into the chat, so we can

Dani Bchara
December 15, 2023

1    have the videographer put that up.

2           Now, are you able to give me control over the

3    document?

4           THE VIDEOGRAPHER:  Yes.  I'll do that.

5    BY MR. LEBE:

6      Q    Mr. Bchara, have you seen this document

7    before?

8      A    Yes.

9      Q    I'll scroll through it, and you can tell me

10   to go more slowly, or if you're familiar with it, you

11   can tell me, hey, you can go faster.  Just confirm

12   that you've seen this document before.

13          You have?

14     A    I believe so, yes.

15     Q    Now, I don't want to know anything about your

16   communications with your attorneys at any point during

17   this deposition, but putting that aside, have you done

18   anything to prepare for today's deposition?

19     A    Well, no.  I mean, I've reviewed the

20   documents.

21     Q    Okay.

22          You've reviewed this document?

23     A    Yes.  I believe this is one of the documents,

24   yes.

25     Q    What other documents have you reviewed?

Dani Bchara
December 15, 2023

```
 1      A    Just any other documents that were produced
 2   as part of, you know, this proceeding as part of
 3   discovery, I guess.
 4      Q    So every document that you reviewed to
 5   prepare for today's deposition had, like, what's
 6   called a Bates stamp at the bottom that said Papa, and
 7   then a number at the bottom?
 8      A    Yes.
 9      Q    Or my client's name -- I think it probably
10   said Pardo, and a number at the bottom?
11      A    Yes.  I believe so.
12      Q    So nothing -- you didn't review any documents
13   that were not Bates-stamped and produced to the best
14   of your knowledge; is that true?
15      A    Right.
16      Q    Have you spoken to anyone about this
17   deposition that is not your counsel?
18      A    No.
19      Q    Is it your understanding that you have been
20   produced as the person most qualified to testify on
21   behalf of Papa, Inc., for the topics listed here on
22   Exhibit 1, 1 through 30?
23           MR. SCHNAYERSON:  Let me chime in here.  He
24   is here to testify as the person most qualified for
25   Topics 1 through 20.  To the extent -- sorry.  I wrote
```

Dani Bchara
December 15, 2023

1    this down here.  For 21 and 22 and 23, to the --

2    without knowing really what the questions are, he will

3    try to be the person most qualified, but we have

4    objections based on attorney-client privilege over

5    breadth and other objections.  24, possibly, not

6    knowing what the questions are; 25, yes; 26, yes; 27,

7    yes.

8           And then for 28, 29, and 30, no.  We have

9    objections to those.  We have objections to 29 and 30,

10   and I don't know that we even could have someone for

11   28.  He's not a -- he's not the custodian.  He's not

12   the person who could speak, being the custodian of

13   records.  But that's essentially what he's here to

14   testify for.

15          MR. LEBE:  Okay.  Well, you know, we can meet

16   and confer.  I don't think that a company can produce

17   somebody maybe.  I think they either have to produce

18   them -- obviously subject to their objections.  I

19   don't know if maybe production of a person as a PMQ is

20   permissible, but, you know, we can obviously meet and

21   confer about that, off the record, and if we need to,

22   we can bring it up with the court.

23   BY MR. LEBE:

24       Q    Why don't I hear from the deponent.

25          Do you feel -- subject to what your counsel

```
1   just said, do you feel competent and able to testify
2   as to these categories?
3       A    Yes.
4            COURT REPORTER:  Counsel, are you marking
5   this document?
6            MR. LEBE:  Yes.  This is Exhibit 1.
7            (Exhibit 1 marked.)
8   BY MR. LEBE:
9       Q    Mr. Bchara, you understand that you're
10  providing answers here today on behalf of Papa, Inc.,
11  rather than on your own behalf?
12      A    Yes.
13      Q    And let's talk about Papa, Inc.
14           That's the name of the entity that employs
15  you; is that correct?
16      A    That's correct.
17      Q    For the purposes of today's deposition --
18           Let me ask you this way:  At the company, do
19  you guys refer to yourselves as Papa, Inc., or Papa?
20  How do you refer to yourselves?
21      A    When we refer to ourselves internally, we
22  refer to ourselves as Papa.
23      Q    For the purposes of today's deposition, does
24  it make sense to refer to that entity as Papa for ease
25  of communication?
```

Dani Bchara
December 15, 2023

```
 1       A    Yes.  I think that's fine.

 2       Q    Okay.  So we can do that.

 3            How long have you worked for Papa?

 4       A    It's been a little over three years.

 5       Q    What's your title?

 6       A    So I'm CFO and COO.

 7       Q    And CFO stands for?

 8       A    Chief financial officer.

 9       Q    And CLO stands for?

10       A    Chief operating officer.

11       Q    COO?

12       A    COO.

13       Q    All right.

14            Papa is a company that provides elder care

15   and companionship services; is that true?

16       A    Yes.

17            MR. SCHNAYERSON:  Objection.  Overbroad.

18            You can answer.

19            MR. LEBE:  I think we got a yes as an answer

20   during the objection.

21   BY MR. LEBE:

22       Q    Is that what you said, sir?

23       A    Yes, is what I said.

24       Q    And Papa is headquartered in Miami, Florida?

25       A    That's correct.
```

Dani Bchara
December 15, 2023

```
 1          MR. SCHNAYERSON:  If I make an objection, and
 2   you're giving an answer at the same time, repeat the
 3   answer after my objection is over.
 4          THE WITNESS:  Okay.
 5   BY MR. LEBE:
 6      Q    One thing I could have brought up during
 7   those ground rules to begin is that your counsel may
 8   object to my questions.  That is for the judge to look
 9   at at a later time.  It has nothing to do with -- it's
10   not really -- those issues are not to be resolved
11   today in this deposition.  So unless your counsel
12   instructs you not to answer, you'll be answering the
13   question despite, you know, the objections.  You can
14   wait for the objections to finish, and then provide
15   your answer.
16          Does that make sense?
17      A    Yes.
18      Q    Does Papa have any corporate locations other
19   than in Miami, Florida?
20      A    No.
21      Q    And who else works for Papa in Miami,
22   Florida, at the corporate location?
23      A    Well, we're a remote-first company.  So we're
24   in the Miami office today, but we don't necessarily
25   specify the locations.
```

Dani Bchara
December 15, 2023

```
 1     Q    Okay.
 2          By "remote-first," do you mean that nobody
 3   works for Papa by going into the office every day?
 4   Everyone is working remotely?
 5     A    It just means that we don't require people to
 6   come into the office five days a week.
 7     Q    Okay.
 8          Do Papa employees come into the office in
 9   Florida on a regular basis, or most people working
10   remotely all the time?
11     A    We have -- we do have people that come into
12   the office regularly in Florida.
13     Q    Do you have a boss at Papa?
14     A    I do.
15     Q    Who is your boss?
16     A    My boss is Andrew Parker, the CEO.
17     Q    And he's your direct report?
18     A    Yes.
19     Q    Who else reports directly to Mr. Parker?
20     A    So our -- Craig Ogg, our CTO; Justin Stone,
21   our general counsel; Sam Khalil, our chief compliance
22   officer.  And I believe that's it.  Marlene is his
23   executive assistant.
24     Q    And you are CFO and COO; is that correct?
25     A    Yes.
```

Dani Bchara
December 15, 2023

```
 1       Q    Have you been those positions your entire
 2   tenure at Papa?
 3       A    No.
 4       Q    What other positions have you held?
 5       A    So when I first joined Papa, I joined as the
 6   VP of finance.  At one point I was then promoted to
 7   the head of finance at business operations, I believe,
 8   was the title.  And then I -- at the beginning of
 9   2022, I was promoted to the CFO, and then earlier this
10   year I took on the COO title.
11       Q    Has anyone else held the COO title at Papa
12   before you?
13       A    Yes.  Our -- we had a previous COO before I
14   took it over.
15       Q    What was that person's name?
16       A    Alfredo Vaamonde.
17       Q    Can you spell that for the court reporter.
18       A    A-l-f-r-e-d-o, and I believe his last name is
19   V-a-a-m-o-n-d-e.
20       Q    And when did he leave Papa?
21       A    I think his last day of employment was around
22   November, but the transition in title happened around
23   May time frame, I believe.
24       Q    Of this year?
25       A    Of 2023.
```

Dani Bchara
December 15, 2023

1      Q      And is he the only other person that has been

2    a COO at Papa other than you?

3      A      I believe so, yes.

4      Q      And then what about the CFO position?  Has

5    anyone else held that position before you?

6      A      No.

7      Q      So that position didn't exist until you held

8    it?

9      A      That's correct.

10      Q      When did you become CFO?

11      A      I believe it was the beginning of 2022.

12            MR. SCHNAYERSON:  Can I interject here?  Can

13    we stop sharing the exhibit, or do you still need

14    that?

15            MR. LEBE:  Yeah.  We can stop sharing that.

16            MR. SCHNAYERSON:  Thanks.

17    BY MR. LEBE:

18      Q      And as COO and CFO, do you have any folks

19    that report directly to you?

20      A      I do.

21      Q      Who are they?

22            MR. SCHNAYERSON:  Objection.  This is not

23    relevant and not reasonably calculated.

24            You can answer, but -- go ahead.

25            THE WITNESS:  Yeah.  So I have -- I guess

Dani Bchara
December 15, 2023

1    it's seven direct reports as of today.  I have

2    Shaila Parikh --

3             COURT REPORTER:  You've got to say that

4    again.

5             THE WITNESS:  Shaila Parikh is the SVP of

6    operations.  Jane Yu is responsible for trust and

7    safety.  Eli Gill, Alfonso Aguila, Adam Jagus, and

8    more recently Haley Ogun, and Ann Haag.

9    BY MR. LEBE:

10       Q    Will you provide each of their positions and

11   a quick summary of what they do.

12       A    So Shaila is the SVP of operations.  She runs

13   our marketplace team and our care team.  Jane Yu runs

14   trust and safety.  Eli Gill runs business operations.

15   Alfonso is responsible for strategic finance.

16   Adam Jagus is responsible for accounting.  And then

17   Ann Haag and Haley are people and culture.

18            MR. LEBE:  Madam Court Reporter, can you read

19   back that response for me.

20            COURT REPORTER:  (Record read:

21            "ANSWER:  So Shaila is the SVP of operations.

22   She runs our marketplace team and our care team.

23   Jane Yu runs trust and safety.  Eli Gill runs business

24   operations.  Alfonso is responsible for strategic

25   finance. Adam Jagus is responsible for accounting.

Dani Bchara
December 15, 2023

1    And then Ann Haag and Haley are people and culture.")

2          MR. LEBE:  Thank you.

3    BY MR. LEBE:

4    Q    So let's break those sections up a bit and

5    give some explanation as to what they are.

6          Are these teams?  Is that the way you guys

7    refer to them, the marketplace team, for instance?

8    A    In some cases they are teams.  In some cases

9    we view them as departments.

10   Q    And is there a conceptual difference, in your

11   mind, between a team and department, or can we refer

12   to them all as one or the other?

13   A    Yeah.  That's fine.

14   Q    So the marketplace team, what do they do?

15   A    The marketplace team is responsible for, you,

16   ensuring our marketplace is running efficiently,

17   interacting with our Pals.

18   Q    What is the marketplace?

19   A    The marketplace --

20         MR. SCHNAYERSON:  Objection.  Overbroad.

21         Go ahead.

22         THE WITNESS:  Yeah.  So the marketplace is --

23   we think of the marketplace as the interactions

24   between our Pals and our members.

25   BY MR. LEBE:

Dani Bchara
December 15, 2023

1    Q    Yeah.  Just to define some of our terms for
2    today.  The Pals are the -- also known as Papa Pals,
3    and they are the folks that are providing
4    companionship and elder care services; is that
5    correct?
6             MR. SCHNAYERSON:  Are you asking him to
7    define that?
8             MR. LEBE:  I'm asking him if what I just said
9    is a correct definition.
10            THE WITNESS:  I guess it depends on what you
11    mean by those terms.
12   BY MR. LEBE:
13    Q    Why don't you tell me what services the Papa
14   Pals provide.
15    A    So our Pals provide companionship and support
16   for our members.
17    Q    And the members are clients for Papa that
18   need such services?
19    A    We don't typically refer to our members as
20   clients, just for terminology, but if I could -- yes.
21   The members are people that need our support and
22   services.
23    Q    Papa's support and services?
24    A    The services that the Pals provide.
25    Q    What's the care team?

Dani Bchara
December 15, 2023

1     A    The care team is effectively a call center.

2     Q    And they take calls from the members?

3     A    Correct.

4     Q    And the members might have had issues -- why

5  don't you tell me.  What are the types of calls they

6  typically receive regarding -- why don't you tell me

7  what types of calls they typically receive.

8     A    I think the vast majority of calls would,

9  yes, be related to support.

10    Q    What kind of support?

11    A    Support related to visits.

12         MR. SCHNAYERSON:  Counsel, I don't mean to

13  slow you down here, but are we on Topic 1?  Is that

14  what we're doing, or are we on the background of the

15  company, which I think is Topic 1?

16         MR. LEBE:  Yeah.  I think these questions

17  would fall under various areas.  Yes, they are

18  certainly related to the business operations.

19         MR. SCHNAYERSON:  Just trying to see where we

20  are.

21         MR. LEBE:  Just so you know, I'm not going to

22  be going topic by topic in that order, but yeah.  I

23  think it's related to Topic 1, and some other topics

24  too.

25         MR. SCHNAYERSON:  I will put an objection on

Dani Bchara
December 15, 2023

1    the record by not going topic by topic, we don't

2    necessarily know if we are covering a topic.  That's

3    fine.  You do it how you want.  It does create

4    confusion on our end, but that's fine.

5    BY MR. LEBE:

6        Q    And the care team, where are they located, or

7    are they also remote?

8        A    The care team is also remote.

9        Q    And it's employed -- it's staffed by

10   employees of Papa; is that correct?

11       A    The care team is employees of Papa, yes.

12       Q    Do you know how many employees make up the

13   staff of the care team?

14       A    Estimating 150 to 200.

15       Q    Do you know how many calls the care team

16   receives, roughly, on a daily basis?  Weekly basis?

17       A    I believe on a weekly basis it would be

18   somewhere in the ballpark of 20- to 20,000-ish calls.

19       Q    So these are calls from members that have had

20   some issue or for some reason want to contact Papa

21   regarding the services provided by a Pal; is that

22   right?

23       A    That is correct in the majority of cases, I

24   believe, yes.

25       Q    Other than a member having issue and need to

Dani Bchara
December 15, 2023

1    go get support from Papa regarding an issue relating

2    to services provided by Pals, what other possible

3    thing could a member be calling your care team about?

4         MR. SCHNAYERSON:  Overbroad.  Incomplete

5    hypothetical.

6         Go ahead, Dani.

7         THE WITNESS:  Yeah.  I mean, I guess it would

8    be helpful to clarify the question.

9    BY MR. LEBE:

10    Q    Yeah.  I got a sense from you that your best

11    understanding was that most of the calls relate to the

12    care and services provided by a Papa Pal, but that

13    there might be some other things that folks call in

14    about, and I'm just asking for -- what is your best

15    understanding of what other things there might be, if

16    any.

17    A    I think the majority are related to support,

18    but there are cases where members might call us with,

19    you know, questions related to, you know, the plan or

20    other, you know, reasons that -- I mean, I guess to

21    say it another way, there's -- the members can call us

22    for any reason they want to call us.  We cannot always

23    help them with those things.

24    Q    And by "the plan," do you mean the insurance

25    plan?

Dani Bchara
December 15, 2023

```
 1      A    Yes.  Our clients.
 2      Q    When you say the word "client," is that the
 3 same thing as a member?
 4      A    When I use the term "client," I mean our
 5 typically health insurance plans.
 6      Q    I see.
 7           So you guys have -- there are insurance plans
 8 that you folks have relationships with; is that
 9 correct?
10      A    Yes.
11      Q    And you sometimes refer to those folks as
12 your clients?
13      A    Yes.
14      Q    And if a member calls regarding an insurance
15 plan coverage issue, does Papa provide answers to
16 those questions, or does it refer those members to the
17 insurance company and their customer service?
18           MR. SCHNAYERSON:  Incomplete hypothetical.
19           Go ahead, Dani.
20           THE WITNESS:  Yeah.  I mean, I guess in a
21 case where a member called us about coverage, we would
22 refer them.
23 BY MR. LEBE:
24      Q    To the insurance company?
25      A    Right.
```

Dani Bchara
December 15, 2023

```
1        Q    Is the care team -- are they all located in
2    the United States, or are they global?
3        A    They are located in the United States.
4        Q    If the care team receives a complaint about a
5    Pal violating an aspect of Papa's rules or policies,
6    does the care team take action regarding that?
7             MR. SCHNAYERSON:  Objection.  Overbroad.
8    Incomplete hypothetical.
9             Is there a way to narrow this question?
10   BY MR. LEBE:
11       Q    So if you understand the question,
12   Mr. Bchara, please answer it.  If you don't understand
13   it, you can ask me to rephrase it or ask me
14   specifically about what part of the question you don't
15   understand.
16       A    I guess it depends.  So I think if you could
17   be more specific in the question, it would be helpful.
18       Q    What does it depend on?
19       A    It depends on the reason for the call.
20       Q    And what are some of the more common reasons
21   for those calls?
22            MR. SCHNAYERSON:  Objection.  Overbroad.
23            Go ahead Dani, if you can.
24            THE WITNESS:  I think, just to clarify, can
25   you restate the question around which calls?
```

Dani Bchara
December 15, 2023

1    BY MR. LEBE:

2        Q    Yeah.

3            So the care team receives calls for members

4    regarding services provided by Pals.  I think we've

5    established that; is that correct?

6        A    Yes.

7        Q    And so, broadly speaking, what are some of

8    the main complaints or issues that members have with

9    Pals that they would need to call the care team about?

10       A    I can't tell you with certainty around the

11   numbers, but I can give you an example, I guess, if

12   that's what you're asking.

13       Q    Yes.

14       A    So if a Pal did not show up for a visit that

15   was scheduled with a member, the member might call us.

16       Q    Does the care team maintain records of the

17   calls?  Are they recorded?  Are they transcribed?

18   What kind of records are maintained?

19           MR. SCHNAYERSON:  Objection.  This isn't

20   relevant or reasonably calculated to lead to the

21   discovery of admissible evidence.

22           You can answer, Dani.

23           THE WITNESS:  So we -- the answer is yes.  We

24   maintain recordings.

25   BY MR. LEBE:

Dani Bchara
December 15, 2023

```
 1        Q     Audio recordings?
 2              MR. SCHNAYERSON:  Same objection.
 3              THE WITNESS:  Yes.
 4     BY MR. LEBE:
 5        Q     Are those recordings also transcribed?
 6              MR. SCHNAYERSON:  Same objection.
 7              THE WITNESS:  Yes.  I believe so.
 8     BY MR. LEBE:
 9        Q     And, for instance, if a Pal doesn't show up
10     for a scheduled -- do you call them meetings?  What
11     would you call the appointment?
12        A     We typically refer to it as a visit.
13        Q     So if they don't show up for the visit, then
14     is that issue referred to another team for
15     disciplinary action or something like that related to
16     the Pals, you know, missing the visit?
17        A     Yes.
18        Q     Which team does it get referred to?
19        A     The -- broadly speaking, the marketplace
20     team.
21        Q     Who comprises the marketplace team?
22              MR. SCHNAYERSON:  Objection.  Not relevant.
23     Not reasonably calculated.
24              I think you gave the name of a title of the
25     person who is in charge of that, but there's no reason
```

Dani Bchara
December 15, 2023

```
 1   for him to list off every single person who works in
 2   the marketplace team.
 3          Instruct him not to provide that information
 4   other than the person who is in charge.
 5          Go ahead, Dani.  You can provide that.
 6          THE WITNESS:  Shaila Parikh.
 7   BY MR. LEBE:
 8      Q   How many people work for the marketplace
 9   team?
10      A   This is an estimate.  60 to 80, maybe.
11      Q   Are they also all remote?
12      A   Yes.
13      Q   Is their primary role and function at the
14   company at Papa to take complaints that have been
15   submitted to the care team related to a Pal and decide
16   whether or not that conduct violates a rule or policy
17   of Papa, and then take appropriate action related to
18   that Pal for that issue?
19      A   No.
20      Q   Is that one of their functions?
21      A   Yes.
22      Q   So one of the things that the marketplace
23   team does is receive the complaint from the care team
24   about a Papa Pal, and take the appropriate action as
25   to that Pal to determine, you know, whether or not the
```

Dani Bchara
December 15, 2023

1    conduct that the Pal did was in violation of the Papa

2    rules or policies; is that true?

3        A    It depends.

4        Q    What does it depend on?

5        A    It would depend on the type of complaint

6    received.

7        Q    So what complaints -- what type of complaint

8    would the marketplace team handle?

9            MR. SCHNAYERSON:  I'll object here.  This is

10   vague and ambiguous.  You're saying "handle."  That

11   term is vague and ambiguous.

12           Go ahead, Dani, if you think you can answer

13   this.

14           THE WITNESS:  Yeah.  I think it would be

15   helpful to clarify exactly what you mean by that.

16   BY MR. LEBE:

17       Q    My understanding of your testimony is that

18   the marketplace team will receive certain types of

19   complaints related to the conduct of the Pals and take

20   action on some of those types of complaints.  And then

21   there are other types of complaints that they would

22   not receive or take action on; is that true?

23       A    Yes.

24       Q    So I'm just trying to understand what types

25   of complaints go to the marketplace team and which

Dani Bchara
December 15, 2023

1   complaints go somewhere else.

2       A    So complaints that go to the marketplace team

3   would be things related to -- I believe things related

4   to Pals not showing up for a visit, for example.

5       Q    And what types of complaints would go

6   elsewhere?

7            MR. SCHNAYERSON:  Again.  Overbroad.

8            Go ahead, Dani.

9            THE WITNESS:  The -- as an example,

10  complaints related to, you know, safety concerns would

11  go to a different team.

12  BY MR. LEBE:

13      Q    Which team?

14      A    The trust and safety team.

15      Q    What other types of complaints does the care

16  team receive other than safety and -- I don't know --

17  attendance complaints that we've talked about?

18      A    Another example would be if a member is

19  complaining about an agent on the care team.

20      Q    And where would that go?

21      A    I believe that goes back to the care team.

22      Q    So if a Pal complains about an agent at -- of

23  the care team, it goes to a different agent at the

24  care team?

25      A    No.

Dani Bchara
December 15, 2023

```
 1      Q    What happens?

 2      A    So if a Pal were to complain about an agent,

 3   it would go to somebody on the care team in a -- not

 4   an agent, either the leadership or somebody else on

 5   the team.

 6      Q    I see.

 7           So it gets elevated within the hierarchy of

 8   the care team?

 9      A    Correct.

10      Q    And what is the hierarchy?

11      A    Can you clarify what you're looking for

12   exactly?

13      Q    Yeah.  If there's agent and a manager, what

14   do you guys call it?

15           MR. SCHNAYERSON:  Objection.

16           You're talking about within the care team?

17   BY MR. LEBE:

18      Q    Yeah.

19      A    Yeah.  So an agent -- there's advisors.

20   There's supervisors, there's managers, and then

21   there's the leader.

22      Q    It's in an order that they report to each

23   other?

24      A    With the exception of advisors, I believe,

25   yes.
```

Dani Bchara
December 15, 2023

```
 1       Q     How does -- where do advisors fit into all
 2   that?
 3       A     Advisors and agents both report to
 4   supervisors, I believe.
 5       Q     And how do advisors differ from agents in
 6   their job duties?
 7       A     They are effectively higher skilled agents.
 8       Q     So they handle more difficult or complicated
 9   issues?
10       A     Yes.  I believe is one of their
11   responsibilities.
12       Q     So what source of issues might they handle as
13   opposed to what an agent might get?
14       A     I guess it depends.  To be honest, I don't
15   remember exactly the job description and the
16   difference.  It's moved around a bit.
17       Q     Who would know?
18       A     Probably the managers would have the most
19   specific knowledge, and supervisors.
20       Q     What other functions does the marketplace
21   team have other than receiving some of the complaints
22   regarding the Pals from the care team?
23       A     So the marketplace team is responsible for
24   marketing to new Pals, offering bonuses to Pals.  In
25   some cases communications to Pals.  I think those are
```

Dani Bchara
December 15, 2023

```
 1   the high level areas.
 2           MR. SCHNAYERSON:  Counsel, we've been going
 3   for about an hour.  Do you want to take a break?
 4           MR. LEBE:  We can take a break if you need
 5   it.  Counsel or Mr. Bchara, do you need a break?
 6           THE WITNESS:  Yeah.  It would be good to take
 7   a five-minute break.
 8           THE VIDEOGRAPHER:  We're off the record at
 9   9:32 a.m. Pacific Standard Time.
10           (Recess taken.)
11           THE VIDEOGRAPHER:  We're back on the record
12   at 9:44 a.m. Pacific Standard Time.
13   BY MR. LEBE:
14       Q    Okay.
15           Mr. Bchara, we're back on the record.  You're
16   back under oath.
17           Do you understand that?
18       A    Yes.
19           MR. LEBE:  Madam Court Reporter, could you
20   read the last question and last response.
21           COURT REPORTER:  (Record read:
22           "QUESTION:  What other functions does the
23   marketplace team have other than receiving some of the
24   complaints regarding the Pals from the care team?
25           "ANSWER:  So the marketplace team is
```

Dani Bchara
December 15, 2023

1    responsible for marketing to new Pals, offering

2    bonuses to Pals.  In some cases communications to

3    Pals.  I think those are the high level areas.")

4           MR. LEBE:  Thank you.

5    BY MR. LEBE:

6      Q    So what sort of marketing does Papa do to its

7    Pals?

8      A    I think there's probably speaking -- the

9    marketing we do to attract new Pals to make them aware

10   of our service, and the marketing we do to existing

11   Pals, which is more around, reminding them that we

12   exist, you know?

13     Q    Is that marketing, typically, social media

14   ads, that kind of thing?

15     A    It depends which one you mean.

16     Q    The marketing to prospective new Pals.

17     A    Yes.  It is -- it can be social media.  It

18   can also be -- yeah.  I think that's the predominant

19   source.  Yeah.

20     Q    And then the marketing to current Pals or

21   folks that already signed up to be Pals.

22          What is that marketing typically in the form

23   of?

24     A    It could be email.  It could be text message.

25   It could be phone call.

Dani Bchara
December 15, 2023

```
 1      Q    Would it be a member of the marketplace team
 2   that would call?
 3      A    Yes.
 4      Q    And the topic would generally be to encourage
 5   Pals to work more through the app?
 6      A    Yes.
 7      Q    And that would be the purpose of the other
 8   types of marketing to current Pals via email and the
 9   other mediums?
10      A    I think it depends when it comes to email.  I
11   think for text message, it would be the same for phone
12   calls.
13      Q    And is there, like, a newsletter that's sent
14   out via email, or what sort of content is distributed
15   via email?
16      A    Yes.  There's communications like that.
17      Q    Does the marketplace team have any other
18   duties other than what we've discussed?
19           Let me strike that.
20           You mentioned vetting as well.  I assume
21   that's the process once a Pal has -- a prospective Pal
22   has applied to be a Pal, that they get vetted by the
23   marketplace team?
24      A    So --
25           MR. SCHNAYERSON:  Objection.  Vague as to
```

Dani Bchara
December 15, 2023

1    "vetting."

2            Go ahead.

3            THE WITNESS:  Yeah.  I think it depends.

4    BY MR. LEBE:

5        Q    On what?

6        A    On the situation related to the vetting

7    process for a particular Pal.

8        Q    What does it depend on?

9        A    It would depend on what happens with the Pal

10   during vetting.

11       Q    Okay.

12           What is the vetting process for a perspective

13   Pal?

14       A    So we do -- so there's a background check and

15   a motor vehicle record check.

16       Q    Okay.

17           And what else do you do?

18       A    That's the primary components of the vetting

19   process.

20       Q    Okay.

21           And you mentioned that the marketplace team

22   might take actions depending on how that vetting

23   process goes; is that correct?

24       A    Yes.

25       Q    And can you explain that?

Dani Bchara
December 15, 2023

1    A    If there's a problem with the vetting

2    process, like if a Pal gets stuck in the process for

3    any reason, the marketplace team will help move them

4    forward in the process.

5    Q    Like, if they are trying to apply and they

6    are having issues with the application process, they

7    get assistance from the marketplace team?

8         MR. SCHNAYERSON:  Objection to the term

9    "application."

10        But go ahead.

11        THE WITNESS:  Yeah.  Yes.

12   BY MR. LEBE:

13   Q    And prospective Pals apply to be a Pal via

14   the Papa mobile application or Papa's website; is that

15   true?

16   A    That is how a Pal would begin the process

17   with us, yes.

18   Q    Is the entire process completed on the mobile

19   app or the website, or does it occur elsewhere?

20        MR. SCHNAYERSON:  Vague as to "elsewhere."

21        THE WITNESS:  If you can clarify, that would

22   be helpful.

23   BY MR. LEBE:

24   Q    I'm just wondering if the entire application

25   process occurs on the mobile app or website.

Dani Bchara
December 15, 2023

```
 1          Does it?
 2     A    Again, it depends what you mean by the
 3  "entire application process."  It depends on the
 4  situation with each Pal.
 5     Q    So is there more to the application process
 6  than the -- why don't you break down what the
 7  application process is from start to finish for Papa
 8  Pals.
 9     A    Yeah.  So the high-level step or chunks of
10  things that happen -- the order has changed a lot, so
11  there's been some changes in the orders.  I'm not
12  necessarily saying them in order.  But Pals fill out
13  their personal information.  Pals need to consent to a
14  background check and MVR check, motor vehicle record
15  check, and then they need to, you know, agree to --
16  they need to review and accept a couple of documents.
17     Q    That's not the entire -- go ahead.
18     A    Yeah.  There's compliance requirements.  And
19  they also need to watch our welcome video.
20     Q    Okay.
21          And are all those steps taken either on the
22  mobile app or the computer at the -- using the Papa
23  website?
24     A    Let's just say in the happy path, yes.  So
25  the --
```

1      Q     And then the unhappy path, it might happen a

2    different way?

3      A     It just may require support if, you know,

4    there's an issue if the app has a bug for that Pal or

5    some other reason why it doesn't happen automatically.

6    But, yes, in the vast majority of cases it happens

7    between the website and the app.

8      Q     The marketplace team is also doing work

9    related to the bonuses offered to Pals?

10     A     That's correct.

11     Q     And what kind of bonuses does Papa offer its

12   Pals?

13     A     At a high level, they are bonuses meant to

14   incentivize Pals to take -- you know, to sign up for

15   more visits with members.

16     Q     Why does Papa have bonuses that are meant to

17   incentivized its Pals to take more visits with its

18   customers?

19     A     Because we want to make sure that we fill the

20   visits with our members.

21     Q     What do you mean by "fill the visits"?

22     A     I mean have a Pal show up and complete the

23   visit with the member.

24     Q     Does Papa make more money if its Pals do more

25   visits with its customers?

Dani Bchara
December 15, 2023

```
 1            MR. SCHNAYERSON:  Overbroad.  Not relevant.
 2       Go ahead.
 3            THE WITNESS:  It depends.
 4  BY MR. LEBE:
 5       Q    Depends on what?
 6       A    It depends on the relationship that we have
 7  with our client.
 8       Q    With the insurance plans?
 9       A    With the insurance plans, yes.
10       Q    Are there any relationships that you have
11  with insurance plans in which Papa does not make more
12  money if it has more -- if its Pals complete more
13  visits?
14       A    Yes.
15       Q    Which insurance plans does Papa -- which
16  insurance plans are you referring to?
17            MR. SCHNAYERSON:  Objection.  This is not
18  relevant.  Not reasonably calculated.  It's
19  confidential business information.  I don't see how it
20  bears in this case.
21            I'm going to instruct him not to answer.
22            (Witness instructed not to answer.)
23  BY MR. LEBE:
24       Q    Are you going to take your counsel's
25  instruction and not answer this question?
```

Dani Bchara
December 15, 2023

1       A    Yes.

2              MR. LEBE:  We can meet and confer about this,

3       Counsel, but this is definitely relevant to this

4       matter.

5              MR. SCHNAYERSON:  I don't know what it goes

6       to, though.

7              MR. LEBE:  Relevancy isn't actually a proper

8       objection in a deposition.

9              MR. SCHNAYERSON:  It is when it pertains to

10      privacy and confidential information and trade

11      secrets.

12             MR. LEBE:  We're going to move to compel his

13      testimony, and we're happy to meet and confer and talk

14      to you about that, but I think it's very improper that

15      you would shut down our questions regarding the

16      business operations of Papa, unless Papa wants to

17      stipulate that -- as to, you know, what its business

18      operations are for purposes of this case.  Those

19      operations are going to be relevant to the case.

20             MR. SCHNAYERSON:  If we're talking now, I can

21      tell you that we have been providing testimony

22      regarding business operations.  What the question

23      pertained to was money that Papa receives from

24      insurance companies pertaining to a particular

25      circumstance, and then more specifically actually what

Dani Bchara
December 15, 2023

```
1   it pertains to is the identity of the insurance

2   carriers and the agreements with the insurance

3   carriers.  I don't see how that particular question is

4   relevant.  As far as the general business operations,

5   I believe that Mr. Bchara has been providing

6   testimony, and I have not instructed him not to answer

7   that.  So -- we can discuss this later, if you'd like.

8   BY MR. LEBE:

9       Q    As a general matter, as CFO of Papa, isn't it

10  true that Papa makes more money when its customers --

11  excuse me -- when its Pals complete more visits to its

12  customers?

13          MR. SCHNAYERSON:  Objection.

14          You mean members?

15          MR. LEBE:  That's a speaking objection --

16          MR. SCHNAYERSON:  Come on, Jon.  I'm trying

17  to clarify the question for you.

18          MR. LEBE:  You can say that you think it's --

19          MR. SCHNAYERSON:  Vague as to "customers."

20  Vague as to "customers."

21  BY MR. LEBE:

22      Q    In any case, your counsel has not instructed

23  you not to answer this question, so please answer it.

24      A    I'm sorry.  Do you mind repeating it?  The

25  way you phrase it, I just want to make sure I give you
```

Dani Bchara
December 15, 2023

1    the right answer.

2        Q    As CFO for Papa, isn't it true that Papa, as

3    a general proposition, makes more money when its Pals

4    complete more visits to its customers?

5        A    Again, it depends.  The answer is no.  As a

6    general proposition, I cannot say that broadly that

7    that is true.

8        Q    Some of Papa's -- some of the insurance plans

9    that members get coverage for Papa services, isn't it

10    true that Papa makes more money the more visits that

11    Pals complete?

12        A    Yes.

13        Q    Are you able to provide your best estimate as

14    to what percentage of Papa's business as defined by

15    the visits Pals complete --

16            COURT REPORTER:  I didn't hear the end of it.

17    Sorry, Jonathan.

18            MR. LEBE:  It's okay.

19    BY MR. LEBE:

20        Q    Please provide your best estimate as to what

21    percentage of Papa's business as defined by the visits

22    completed by Pals that it's true that Papa makes more

23    money the more visits are completed?

24            MR. SCHNAYERSON:  It's vague.

25            Go ahead, Dani, if you can.

Dani Bchara
December 15, 2023

```
 1              THE WITNESS:  The percentage of visits where
 2      Papa makes more money if we do more visits, to be
 3      honest, I don't know the answer to that.  That's not
 4      really how we look at the business.
 5      BY MR. LEBE:
 6          Q    How many insurance plans does Papa -- I guess
 7      I should phrase it differently.
 8              Is it true that some insurance plans cover
 9      Papa services in network?
10              MR. SCHNAYERSON:  Not relevant.  Not
11      reasonably calculated.
12              Go ahead, Dani, if you can.
13              THE WITNESS:  It depends what you mean by "in
14      network."  That wouldn't be a term that we would use.
15      BY MR. LEBE:
16          Q    That would not be a term?  Okay.  Let's not
17      use it.
18              Is it true that Papa's services are covered
19      by certain insurance plans?
20          A    Yes.
21          Q    And do you have an estimate as to how many
22      insurance plans cover Papa's services?
23          A    Yeah.  Let's say around 80, 80 to 90, I
24      think, would be my estimate.
25          Q    And do some members get Papa's services
```

Dani Bchara
December 15, 2023

1    outside of health insurance coverage?  Just pay out of

2    pocket?

3        A    Yes.

4        Q    And do you have a sense of your best estimate

5    as to what percentage of Papa members pays out of

6    pocket for Papa services?

7        A    I don't have a number.  Let's just call it

8    less than 5 percent to very small number.

9        Q    And remind me, was it 60 insurance companies

10   or 80?

11       A    I think my estimate was 80 to 90.

12       Q    80 to 90.  So for those 80 to 90 insurance

13   companies that do cover Papa's services, for some

14   percentage of them, Papa makes more money the more

15   visits are completed by Pals; is that true?

16       A    Yes.

17       Q    And for others, your testimony is that Papa

18   doesn't make more money the more visits are completed?

19       A    That's correct.

20       Q    And for those -- for the insurance plans

21   where Papa doesn't make more money the more visits are

22   completed, what does trigger Papa making more money

23   for those plans?

24       A    The thing that would trigger us making more

25   money would be the number of members that are covered

Dani Bchara
December 15, 2023

1    by the benefit.

2         Q    Or to put another way, the number of members

3    that sign up for Papa's services via the plan?

4         A    No.  I don't know what you mean by that

5    exactly.

6         Q    I'm trying to understand if what you're

7    saying is -- an insurance -- your testimony is that

8    it's the amount of people that insurance plan -- that

9    an insurance plan -- strike that.

10             So is it the amount of people potentially

11   eligible for Papa's service plans under a plan, or is

12   it the amount of people that actually receive Papa's

13   services under the plan?

14             MR. SCHNAYERSON:  Objection.  Vague.

15             THE WITNESS:  Yeah.  I mean, I think it would

16   be the former based on how you phrased it.

17   BY MR. LEBE:

18        Q    The amount of people eligible?

19        A    Yes.

20        Q    What determines eligibility?  Is anyone

21   eligible that has health insurance for a plan that has

22   Papa coverage?

23        A    Yes.

24        Q    There's no age requirement?

25        A    No.

Dani Bchara
December 15, 2023

```
1        Q    How many of the insurance companies -- my
2   understanding, there's two buckets.  There's one
3   bucket that Papa makes more money the more visits are
4   completed, and there's another bucket where it charges
5   based on basically how many eligible customers there
6   are that might use Papa's services under the plan; is
7   that true?
8        A    Yes.
9        Q    What's your best estimate of the 80 to 90
10  insurance companies that Papa's does business with,
11  what percentage of them are in the first bucket versus
12  the second bucket?
13            MR. SCHNAYERSON:  Objection.  Vague.
14            Go ahead.
15            THE WITNESS:  Yeah.  I don't have an estimate
16  based on the number of clients.
17  BY MR. LEBE:
18       Q    By "clients" you mean the insurance plans?
19       A    Yeah.  Yes.  Clients.  Yes.
20       Q    For the second bucket of plans where Papa's
21  revenue is determined based on how many eligible folks
22  there are that might use Papa's services under the
23  plan, how specifically is that number used to
24  determine how much Papa makes off of that
25  relationship?
```

Dani Bchara
December 15, 2023

```
 1              MR. SCHNAYERSON:  Vague and not reasonably

 2      calculated.

 3              I don't see what this has to do with

 4      anything.

 5              Dani, you can answer if you can.

 6              THE WITNESS:  Yeah.  I'm just -- yeah.  So we

 7      are paid based on the eligible members in those

 8      cases.

 9      BY MR. LEBE:

10         Q    It's just a dollar amount per eligible

11      member?

12         A    Again, it depends.

13         Q    Sometimes it's a dollar amount per eligible

14      member?

15         A    Well, sometimes that dollar amount varies, I

16      guess I should say, but yes.

17         Q    It's always a dollar amount per eligible

18      member?

19         A    Yes.

20         Q    Do you negotiate the terms of these

21      relationships with the health insurance plans every

22      year, or how does that work?

23         A    Predominantly, yes.

24         Q    And when you negotiate the terms of those

25      contractual relationships, do the amount of visits
```

Dani Bchara
December 15, 2023

```
 1   that the Papa Pals completes and the amount of folks

 2   that -- under the plan have sought Papa's services,

 3   are those relevant factors in determining, you know,

 4   what the insurance plan will pay Papa per eligible

 5   person?

 6       A    It depends.

 7       Q    Sometimes yes?

 8       A    Sometimes yes.

 9       Q    When would it not be relevant, those factors?

10       A    When would it not be relevant to a

11   negotiation process?

12       Q    Correct.

13       A    Well, I guess.  It just depends on the

14   negotiation process.  It depends on the client

15   circumstances, and it depends on our circumstances, I

16   guess, so --

17       Q    Is there a team that's handling those

18   relationships with the insurance plans?

19       A    Yes.

20       Q    Which team is that?

21       A    That is the client success team.

22       Q    Have we talked about that team?  Is that not

23   under you?

24       A    No.  That team is not under me.

25       Q    Who is that team under?
```

Dani Bchara
December 15, 2023

1      A    That team is under Sam Khalil, our chief

2    commercial officer.

3      Q    Are you privy to the negotiations with the

4    health insurance plans?  Do you sit in on those

5    meetings, those conversations?

6      A    It depends.

7      Q    Sometimes yes?

8      A    Sometimes some aspects, yes.

9      Q    Are the presentations that Papa does to

10   health insurance plans -- when those contracts are

11   sort of up for renegotiation to pitch its services and

12   strengthen its negotiating posture?

13          MR. SCHNAYERSON:  Objection.  Not reasonably

14   calculated.

15          Go ahead, Dani.

16          THE WITNESS:  Yeah.  Maybe if you could be

17   more specific in the question.

18   BY MR. LEBE:

19      Q    When those contracts are up for

20   renegotiation, what does Papa do in order to try to

21   get the best, most favorable terms?

22          MR. SCHNAYERSON:  Objection.  Not reasonably

23   calculated.

24          Go ahead, Dani.

25          It's overbroad.

Dani Bchara
December 15, 2023

1            THE WITNESS:  Yeah.  I mean, there's -- for

2    example, we may have a meeting with a client where we

3    present something to them.

4    BY MR. LEBE:

5        Q    What would you present?

6        A    Again, it depends on the client relationship

7    circumstances.

8        Q    Have you presented data regarding how many

9    visits the Pals completed for the folks covered by

10   that insurance plan?

11       A    Yes.

12       Q    And have you presented data regarding how

13   many folks used or received Papa's services under the

14   insurance plan?

15       A    Yes.

16       Q    Other than those data points, the amount of

17   visits, the amount of customers, what other data

18   points would commonly be provided in those

19   discussions?

20            MR. SCHNAYERSON:  Counsel, this is not

21   relevant or reasonably calculated.

22            You're getting into confidential business

23   information that has no bearing on this case.  How

24   they are presented information to the insurance

25   company or engaging in negotiations has nothing to do

Dani Bchara
December 15, 2023

1    with the claims in this case.  And I've allowed you

2    lots of questioning, but now we're completely veering

3    off from the operations.  So I am going to instruct

4    the witness not to answer, and I don't see any

5    information from you that this will be relevant.

6              MR. LEBE:  I'm trying not to ask about

7    specific clients or specific insurance plans, but --

8              MR. SCHNAYERSON:  You're getting into

9    confidential negotiations and these are -- under any

10   business, those negotiations are proprietary, trade

11   secrets.  We're going down a path that we're going too

12   far, and I think that he can't answer these questions,

13   not without putting the company at risk.

14             MR. LEBE:  Well, what the company is in the

15   business of doing is obviously relevant to this case,

16   and, as you know, the ABC test and the issue of

17   employee versus independent contractor are

18   classification.

19             MR. SCHNAYERSON:  I don't know that's

20   relevant.  What I'm getting at is, you're asking about

21   negotiations, proprietary information that would be

22   used in negotiations.  How negotiations are done is

23   proprietary.  That has nothing to do with your

24   misclassification claim.

25             MR. LEBE:  It actually does.  You keep

Dani Bchara
December 15, 2023

```
 1   interrupting me.  The way in which Papa makes money is

 2   relevant to what its actual business is.

 3           MR. SCHNAYERSON:  Yes.

 4           MR. LEBE:  So I'm asking questions about, in

 5   general, how does Papa make money, and so that's

 6   relevant.  I'm not asking for specific clients and

 7   health insurance plans.  I'm asking, in general, what

 8   is it in the business of doing.  That's relevant in

 9   this case.  If you're going to instruct him not to

10   answer and he takes your instruction, we'll take it up

11   with the court, but it's undoubtedly relevant to this

12   case, unless Papa wants to stipulate that those folks

13   are misclassified as independent contractors.

14           MR. SCHNAYERSON:  Counsel, what I'm getting

15   at is you're asking questions about negotiations.

16   Confidential negotiations about contracts.  That's not

17   related to what you're seeking.  On the other hand,

18   you have asked questions about how Papa makes money,

19   and you have received answers on how Papa makes money.

20   To the extent you believe that's relevant, you have

21   received that information.

22           MR. LEBE:  So are you instructing him not to

23   answer the most recent question?

24           MR. SCHNAYERSON:  Yes.  And any questions

25   that is discussed in the negotiations I'm instructing
```

Dani Bchara
December 15, 2023

1    him not to answer that.  That is confidential

2    proprietary strategic information.

3              (Witness instructed not to answer.)

4              MR. LEBE:  I don't think you can make a

5    standing objection like that.

6    BY MR. LEBE:

7        Q    Mr. Bchara, are you taking your counsel's

8    instruction not to answer this question?

9        A    Yes.

10       Q    Isn't it true that, in general, Papa makes

11   more money when its Papa Pals complete more visits?

12             MR. SCHNAYERSON:  Asked and answered.

13             Go ahead.

14             THE WITNESS:  No.

15   BY MR. LEBE:

16       Q    Where does Papa Pal emphasize the amount of

17   visits and the amount of folks using Papa's services

18   to its health insurance plans, then?

19       A    Well, I mean, again, it kind of depends on

20   this situation with a plan.  By emphasize, you mean

21   share the data with our clients?

22       Q    Correct.

23       A    A lot of cases they are required to share the

24   cases with them contractually.  That's just an

25   example.

Dani Bchara
December 15, 2023

```
 1      Q     Are there any bonuses that Papa offers its
 2   Pals that are not tied to how many visits are
 3   completed or how many new customers are signed up?
 4            MR. SCHNAYERSON:  Objection.  Misstates
 5   testimony.
 6            Go ahead.
 7            THE WITNESS:  I'm not sure what you mean by
 8   the second part.
 9   BY MR. LEBE:
10      Q     Why don't you tell me what bonuses does Papa
11   offer its Pals.
12      A     So we offer bonuses to encourage Pals to
13   complete more visits or complete their first visit.
14   You know, they could be specific to a visit or they
15   could be based on, you know, a Pal, again, completing
16   their first visit or completing a certain number of
17   visits.
18      Q     That's it?  There are no other types of
19   bonuses offered by Papa to its Pals?
20      A     I don't believe so.  Let's say the large --
21   if there are, I think they are a smaller amount of the
22   total, but I don't believe so.
23      Q     Based on your best knowledge and estimate,
24   the vast majority of all bonuses relate to completing
25   visits and signing up and completing first visits; is
```

Dani Bchara
December 15, 2023

1    that true?

2        A    Yes.

3        Q    And the -- you said the marketplace team also

4    does communications.

5            Is that different than the marketing that

6    we've discussed?

7        A    No.  I guess the term "marketing" is maybe

8    not the right term for the broad.  There's some

9    aspects of communication that, I guess, are not

10   marketing information, but they are related to -- we

11   talked about them.  Informing Pals of what's happening

12   in the business, or they could be related to try to

13   get a Pal to fill a visit.

14       Q    What does the business ops team do?

15       A    Business operations -- let's see.  There's a

16   couple of teams or couple subgroups, but, in general,

17   are responsible for strategic projects, ensuring

18   success of our clients.  You know, research.  I think

19   those are roughly the broad areas.

20       Q    Research, ensuring success of the insurance

21   plans?

22       A    Yes.

23       Q    What was the third category?

24       A    Strategic projects.

25       Q    What are the strategic projects they work on?

Dani Bchara
December 15, 2023

1      A    It's -- it just depends.  It's whatever is

2    the highest priority to the business at the time.

3      Q    Can you give me some examples?

4           MR. SCHNAYERSON:  Without revealing anything

5    that would be -- object to the extent the question

6    calls for anything that would be proprietary or

7    confidential.  If you can answer without doing that --

8           MR. LEBE:  Counsel, we have a protective

9    order in this case.

10          MR. SCHNAYERSON:  We don't, actually.  I

11   think we are -- if we haven't provided you with the

12   model from the Northern District, we mentioned that in

13   our discovery responses.  I assume that there was, and

14   then I found out that the protective order motions

15   pertain to something else.

16          MR. LEBE:  We can certainly get one of those

17   on file, and, you know, if there's actually testimony

18   that you feel is proprietary and something that you

19   don't want the public to see, you know, we can talk

20   about shielding that or filing it under seal.  Maybe

21   that's a way to avoid motion practice unnecessarily

22   here.  You know, we're not -- our purpose here is not

23   to disclose actually -- actual proprietary or trade

24   secret or private things like that.

25          MR. SCHNAYERSON:  Right.  Well, I don't know

Dani Bchara
December 15, 2023

1   what to say to that right now.  We definitely want to

2   stipulate to a protective order.  Anyways, I don't

3   want to slow you down.

4         MR. LEBE:  I'm trying to avoid practice

5   that's unnecessary here.  If you want to change your

6   instruction with the understanding that if he does

7   testify, and you feel like it's actually a trade

8   secret or actually confidential, you know, and

9   important from a business perspective, then that is a

10  solution to this that will avoid us having to file

11  motions and having to bring back the deponent for

12  multiple, additional days.

13        MR. SCHNAYERSON:  Why don't we -- we can

14  discuss that, and maybe I can talk to my clients about

15  that.  I think the question could be answered in a

16  general sense possibly.  We can discuss the stipulated

17  protective order after I talk to my clients.

18        MR. LEBE:  So I'll repeat the question

19  because it bears some discussion between attorneys.

20  BY MR. LEBE:

21     Q    What strategic projects have you worked on in

22  the past year?

23     A    I can give you an example.  Right now, we're

24  working on -- an example project would be trying to

25  understand our total adjustable market, so that's a

Dani Bchara
December 15, 2023

1   project that's going on right now and something that

2   we look at periodically.

3        Q     That was a total adjustable market?

4        A     No.  Total addressable market.

5        Q     Addressable market.

6              What is that concept?

7        A     Effectively the dollars available for us to

8   capture as a business.

9        Q     How do you determine what your total

10  addressable market is?

11       A     Well, I mean, there's various ways, but for

12  the purposes of this project, we are using publicly

13  available market data to estimate what is, you know,

14  available for us to capture as a business.

15       Q     What publicly available market data are you

16  looking at?

17       A     Publicly available research reports.  Data

18  that's available through CMS.

19       Q     And is the data that you're looking for there

20  the amount of potential customers that Papa could

21  provide its services to, meaning actual humans

22  receiving companionship services?

23             MR. SCHNAYERSON:  Can we restate the question

24  or repeat the question back.

25             COURT REPORTER:  (Record read:

Dani Bchara
December 15, 2023

1            "QUESTION:  And is the data that you're

2      looking for there the amount of potential customers

3      that Papa could provide its services to, meaning

4      actual humans receiving companionship services?")

5            THE WITNESS:  In part, yes.  But maybe with

6      the caveat that it's the potential people that could.

7      Maybe that's what the question was, but just to make

8      sure it's clear.

9      BY MR. LEBE:

10      Q    Is that the primary data point that you look

11      for related to the addressable market?  Is it market

12      share?

13      A    Total addressable market.  It's one of the

14      primary data points.

15      Q    What other primary data points are there?

16      A    The estimated spend, or maybe I should say

17      the estimated dollars available.

18      Q    So how much those folks that would receive

19      companionship services from Papa -- how much they

20      would pay?  How much they can pay?

21      A    Yes.

22      Q    What other data points would you -- are you

23      looking for related to the total addressable market?

24      A    There's various other kind of ancillary

25      things, but in terms of calculating a value, that's

Dani Bchara
December 15, 2023

1    effectively the primary aspects.

2       Q    So it's basically the number of potential

3    folks that could receive companionship services from

4    Papa and the amount of money that those folks have

5    that they could spend on those services?  Is that

6    true?

7       A    Yes.  But the caveat is it's not the amount

8    that they can spend.  It's the amount that our clients

9    can spend.  Not our clients.  Sorry.  The broader

10   universe of health plans in our space.

11      Q    How much the insurance plans can pay for

12   Papa's companionship services that are provided to the

13   folks that have insurance coverage with those plans?

14      A    Maybe just to say it another way.  The amount

15   that the plans can spend on benefits like ours, or

16   benefits may be in the category of types of benefit

17   like ours.

18      Q    Which would be, like -- companionship

19   services would be the type of benefit?

20      A    I mean more broader than that.  Supplemental

21   benefits would be the actual term.

22      Q    That's an insurance term of art?

23      A    Yes.

24      Q    What does that mean?

25      A    So in Medicare, plans are allowed to offer --

Dani Bchara
December 15, 2023

1    Medicare Advantage, plans are allowed to offer

2    additional benefits outside of the normal Medicare

3    fee-for-service benefits.  That category is called

4    "supplemental benefits."

5        Q    What are the types of -- I guess what type of

6    supplemental benefits does the services that Papa

7    provides fall under?

8        A    Typically, in-home support is the category.

9        Q    Any other strategic projects that you can

10   recall that Papa has been working on?

11            MR. SCHNAYERSON:  Again, not reasonably

12   calculated.

13            THE WITNESS:  Yeah.  I mean, that team has

14   helped with commission plans for our sales team.

15   Yeah.  It's another example.

16   BY MR. LEBE:

17       Q    The salespeople work on the client success

18   team?

19       A    Predominantly, yes.

20       Q    You mentioned the insurance success of

21   insurance plans was one of the main duties of the

22   business ops team; is that correct?

23       A    Yes.

24       Q    What does that mean?

25       A    They effectively monitor our client

Dani Bchara
December 15, 2023

1    commitments, monitor our KPIs at a client level, and

2    try to support client operations team and client

3    success team and managing issues if we're -- if an

4    issue comes up.

5        Q    What are KPIs?

6        A    Key performance indicators.

7        Q    What are those?

8        A    Like, what does the term mean, or you mean

9    the actual --

10       Q    What are some examples of KPIs for Papa?

11            MR. SCHNAYERSON:  Objection.  Not reasonably

12    calculated.

13            Go ahead, Dani.

14            THE WITNESS:  KPI could be the number of

15    visits that we've done.

16    BY MR. LEBE:

17       Q    Any other KPIs that Papa keeps track of?

18       A    If you could be more specific.  There's an

19    endless number of KPIs across the business that we

20    keep track of.

21       Q    Is there a document that has all these KPIs

22    on it or --

23            MR. SCHNAYERSON:  Not reasonably calculated.

24    BY MR. LEBE:

25       Q    How do you know what's considered a KPI

Dani Bchara
December 15, 2023

1  versus what isn't?

2      A    Knowledge of the business.  I think if you're

3  asking is there a single source across the entire

4  business that has every KPI across the entire -- for

5  all areas of the business, no.

6      Q    So does Papa track the number of visits as

7  KPI for each of its health insurance plans that it

8  works with?

9      A    Yes.

10     Q    Does it also track the number of individuals

11 receiving services from Papa that are covered by each

12 of the insurance plans?

13     A    Yes.

14     Q    Is it tracking any other relevant KPIs

15 related to the insurance plans that you can think of?

16     A    I mean, I can give you another example, if

17 that's your question.  Let's see.  We would track call

18 center service level agreements.

19     Q    What's a service level agreement?

20     A    That would be something that we're

21 contractually obligated to deliver on direct clients.

22 An example would be how long it takes us to answer the

23 phone when a member calls us.

24          MR. SCHNAYERSON:  Counsel, if you want to

25 finish this line, we can.  I think we should take a

Dani Bchara
December 15, 2023

```
 1  break.  It's been about an hour.  And I want to know
 2  when we can take a lunch break.
 3          MR. LEBE:  We can take a lunch break now.
 4          Mr. Bchara, you're on the East Coast.  If
 5  now -- if you want to eat lunch now, that's fine, or
 6  we can take it later.
 7          COURT REPORTER:  Let's go off the record.
 8          THE VIDEOGRAPHER:  We're off the record at
 9  10:44 a.m. Pacific Standard Time.
10          (Recess taken.)
11          THE VIDEOGRAPHER:  We're back on the record
12  at 10:59 a.m. Pacific Standard Time.
13  BY MR. LEBE:
14      Q    Okay.
15          Mr. Bchara, we're back on the record.  You're
16  back under oath.
17          Do you understand that?
18      A    Yes.
19      Q    There is also a strategic finance team; is
20  that correct?
21      A    Yes.
22      Q    What do they do?
23      A    They are responsible for understanding our
24  historical financial performance and forecasting and
25  budgeting our future performance.
```

Dani Bchara
December 15, 2023

1      Q      How many people work on that team?

2      A      Three, including Alfonso.

3      Q      And there's also a trust and safety team; is

4   that correct?

5      A      Yes.

6      Q      What do they do?

7      A      They are responsible for ensuring the trust

8   and safety of our members and Pals.

9      Q      So if a member calls the care team and the

10  issue is a safety issue, then it gets referred to the

11  trust and safety team; is that right?

12     A      Yes.

13     Q      And if a Pal has violated a rule or policy

14  that Papa has related to trust and safety, then they

15  can be -- there can be disciplinary action taken as a

16  result of that; is that correct?

17     A      It depends.

18     Q      Sometimes yes?

19     A      Sometimes yes.

20     Q      And I guess tell me when there would be

21  disciplinary action taken and when there wouldn't be.

22     A      It just depends on the circumstances of the

23  incident or the allegation.

24     Q      Can you think of any circumstances in which

25  disciplinary action would not be taken?

Dani Bchara
December 15, 2023

1          MR. SCHNAYERSON:  Objection.  Incomplete

2     hypothetical.

3          Go ahead.

4          THE WITNESS:  Yeah.  If you could maybe

5     clarify the question.

6     BY MR. LEBE:

7      Q    I'm asking for your knowledge as to some

8     examples of when disciplinary action would be taken

9     versus when it wouldn't be taken.

10     A    As an example -- I could give you an example,

11     but I'll caveat that every situation is different.

12     You know, we have members that call us and claim that

13     something was stolen from them, and then as we

14     investigate, we come to find that the member has, you

15     know, some kind of, you know, dementia, or some kind

16     of impairment, or even forgetful, and then finds the

17     item later that day.

18     Q    I see.

19          So an investigation is performed by Papa to

20     determine if, indeed, a policy or rule that Papa has

21     has been violated by a Pal; is that true?

22     A    Yes.

23     Q    If, in fact --

24          Let me ask you, is there a terminology that

25     you folks would use other than a policy and rule?  Is

Dani Bchara
December 15, 2023

1  it just the code that you would use for this, or is

2  there other documents that contain policies that are

3  relevant to this discussion?

4         MR. SCHNAYERSON:  Vague and overbroad.

5         Go ahead, Dani, if you think you can answer.

6         THE WITNESS:  There are ways of working in

7  the trust and safety team that may be written down.

8  They may not be.  I mean, there's -- I guess, again,

9  it just depends.

10 BY MR. LEBE:

11     Q    So it wouldn't just be in the code.  If

12 there's a potential trust and safety issue, it's

13 investigated by Papa, and if Papa determines that, in

14 fact, a policy or rule has been broken, then

15 discipline action will be taken against the Pal; is

16 that correct?

17        MR. SCHNAYERSON:  Incomplete hypothetical.

18        Go ahead, Dani.

19        THE WITNESS:  Again, I think it depends on

20 what the Pal did.

21 BY MR. LEBE:

22     Q    If the Pal violated a policy or rule that

23 Papa has, would disciplinary action be taken?

24        MR. SCHNAYERSON:  Same objection.

25        THE WITNESS:  Not in all circumstances.

Dani Bchara
December 15, 2023

 1    BY MR. LEBE:

 2        Q    Depends on the policy or rule that's been

 3    violated?

 4        A    Yes.

 5        Q    Which policy and rules would no disciplinary

 6    action be taken in response to those rules being

 7    broken by a Pal?

 8             MR. SCHNAYERSON:  Overbroad.

 9             THE WITNESS:  I guess it depends on what you

10    mean by policies and rules.

11             MR. LEBE:  Why don't we introduce the Code of

12    Conduct as Exhibit 2.

13             (Exhibit 2 marked.)

14             MR. LEBE:  There are multiple versions.

15    Let's start with the 2021 Code of Conduct.

16             MR. LEBE:  Let's introduce the Second Code of

17    Conduct as Exhibit 3.

18             (Exhibit 3 marked.)

19             MR. LEBE:  Can I take control?

20    BY MR. LEBE:

21        Q    Mr. Bchara --

22             MR. SCHNAYERSON:  Hold on a second.  I'm

23    trying to figure out how to get this Exhibit 3.

24             MR. LEBE:  Sure.

25             MR. SCHNAYERSON:  I got it.

Dani Bchara
December 15, 2023

1    BY MR. LEBE:

2        Q    So, again, I'll just go through this, and

3    tell me if you want me to go more slowly.

4        A    Do you mind zooming in a little?

5        Q    Yeah.  Sure.

6             Is that good?

7        A    Yes.  Thanks.

8        Q    Start at the beginning.

9             So my question is going to be, do you

10   recognize this?  Is this the 2021 Code of Conduct?

11       A    I believe so, yes.  This is what we've --

12   what was produced, yeah.

13       Q    I don't believe your counsel produced it.

14   They may have, but this is something that we produced.

15   I believe we got it from Papa's website, but don't

16   hold me to that.  Take a look and confirm for

17   yourself.  I can give you control.  I guess you don't

18   have access to the computer.

19            MR. SCHNAYERSON:  Ryan, is this one of the

20   documents you sent us?

21            MR. ELY:  Yeah, it is.  It should be the

22   first document.

23            MR. SCHNAYERSON:  We can print out these

24   documents, and they can have them in hand, which may

25   make things quicker.

Dani Bchara
December 15, 2023

1          MR. LEBE:  That's fine.

2     BY MR. LEBE:

3          Q     Mr. Bchara, if you need, we can take a quick

4     break.  Or if looking at this, you're satisfied this

5     is the 2021 Code of Conduct, then we can proceed.

6          A     I think it would be good to have a printed

7     out version.

8          Q     Okay.

9                Do you want to take a five-minute break?

10         MR. SCHNAYERSON:  We'll take a five-minute

11    break and get these printed out.  We'll let you know

12    when we got them.

13         MR. LEBE:  Okay.  Thanks.

14         THE VIDEOGRAPHER:  We're off the record at

15    11:13 a.m. Pacific Standard Time.

16         (Recess taken.)

17         THE VIDEOGRAPHER:  We're back on the record

18    at 11:18 a.m. Pacific Standard Time.

19    BY MR. LEBE:

20         Q     Okay.

21               We're back on the record.  You're back under

22    oath.

23               Do you understand that?

24         A     Yes.

25         Q     So now you have Exhibit 2 in front of you,

Dani Bchara
December 15, 2023

```
 1   the Code of Conduct issued.

 2            It says May 2021; is that right?

 3       A    Yes.

 4       Q    Was that issued in May of 2021, to the best

 5   of your recollection?

 6       A    I don't know.

 7       Q    Was there a Code of Conduct in existence

 8   before this document?

 9       A    I'm not sure.

10       Q    Who would know?

11       A    Maybe somebody between legal and people on

12   the culture teams.

13       Q    Now, is this -- are there any rules or

14   policies that apply to the conduct of Pals that are

15   not contained in the Code of Conduct?

16       A    Well, the Code of Conduct is not really meant

17   to pertain to Pals.

18       Q    Looking at page 3 -- are you looking at that

19   document?

20       A    Yes.

21       Q    Second paragraph under, "While we have the

22   Code," it says, "Unless otherwise noted, the Code

23   applies to all associates, contractors, third-party

24   service providers, and board members of Papa, Inc."

25            Isn't it true that this Code does, in fact,
```

Dani Bchara
December 15, 2023

1    apply to the Pals?

2        A    My understanding is that this was drafted to

3    focus on employees, as well as contractors that

4    support in other areas around the business, but given

5    the situation with Pals, I mean, this is not meant to

6    cover that, is my understanding.

7        Q    Do you believe this sentence to be incorrect?

8        A    I mean, I guess you could say that; that's

9    incorrect.

10       Q    Would you say that?

11       A    Based on my understanding of the situation, I

12   would assume -- my understanding is that this does not

13   apply to Pals.  When I see the word "contractor," I

14   would assume we mean other contractor activities

15   supporting the business.

16       Q    Are Papa Pals classified as independent

17   contractors providing work for Papa?

18       A    Yes.

19       Q    So by the explicit terms of this sentence,

20   Papa Pals are, in fact, covered by this Code; is that

21   right?

22           MR. SCHNAYERSON:  Misstates testimony.  Asked

23   and answered.

24           Go ahead.

25           THE WITNESS:  Yeah.  I mean, my understanding

Dani Bchara
December 15, 2023

1   was that this policy was not drafted with Pals in

2   mind.

3   BY MR. LEBE:

4       Q    Who drafted this?

5       A    I do not know.  Maybe somebody on the legal

6   or people and culture teams.

7       Q    Is this document available to Pals?

8       A    I'm not sure.

9       Q    Is it on Papa's website?

10      A    I'm not sure, to be honest.

11      Q    Do you know if Pals are required to

12  acknowledge and agree to the Code of Conduct within 90

13  days?

14      A    I don't believe so, but I'm not 100 percent

15  sure about that.

16      Q    Who would know the answer to that question?

17      A    Probably somebody from legal or maybe

18  somebody from the product team.

19      Q    Who handles onboarding for Papa Pals?

20      A    There's multiple teams involved.

21      Q    Which teams?

22      A    There's the marketplace team that we

23  discussed, and there's also the technology teams that

24  support -- those are the primary teams.

25      Q    Are there documents that provide Pals with

Dani Bchara
December 15, 2023

1  rules and policies for their work for Papa?

2      A    We do have a document that provides

3  guidelines to Pals.  There's also the EULA, and there

4  is also --

5          COURT REPORTER:  There is also the what?

6  After EULA you said something, and I didn't get it.

7          THE WITNESS:  I believe I said there's the

8  EULA, which we talked about previously.  There's also

9  the -- you know, there's the BIA agreement.  There's

10  the fraud, waste, and abuse from -- that needs to be

11  acknowledged.

12  BY MR. LEBE:

13      Q    What's the document that provides the

14  guidelines?  What is that called?

15      A    It's called the "Scope of Services"

16  document -- potentially is what it's called.  It's one

17  of the documents that's been produced.

18      Q    I don't know if we closed the loop on

19  authenticating Exhibits 2 and 3, but Exhibit 2 is the

20  Code of Conduct that says May 2021 on it; is that

21  correct?

22      A    Yes.

23      Q    And Exhibit 3 is the Code of Conduct that

24  says March of 2023 on it; is that correct?

25      A    They are bringing it to me right now.

Dani Bchara
December 15, 2023

1          MR. SCHNAYERSON:  Take your time and look at

2     it.

3          THE WITNESS:  Yes.

4     BY MR. LEBE:

5     Q    Do you know why the Code was updated in 2023?

6     A    We are constantly or regularly evaluating a

7     lot of different documents and policies and revising

8     them.  So it depends on the situation exactly.

9     Q    So you don't know why the Code was updated in

10    March of 2023; is that correct?

11    A    That's correct.

12    Q    And you don't know if this March 2023 version

13    of the Code is provided to Pals during their

14    onboarding?

15    A    I don't believe so, but I also don't want to

16    venture something that is incorrect, if I'm not 100

17    percent sure.

18    Q    We don't want you to guess.  So if the answer

19    is you just don't know, that's fine.

20    A    I don't know.

21    Q    And you don't know if those -- that document

22    is on Papa's website?

23    A    I don't know.

24    Q    If it was on its website, would it be fair to

25    say that it's on there so that the Pals and -- and so

Dani Bchara
December 15, 2023

1    that folks getting services through Papa can access
2    it?
3              MR. SCHNAYERSON:  Objection.  Incomplete
4    hypothetical.  Overbroad.
5              THE WITNESS:  I would not venture to
6    speculate on why.  I would be surprised if that was
7    the purpose, given that it was more geared towards
8    employees of the company.
9    BY MR. LEBE:
10       Q    Is there an internal portal by which Papa --
11   folks that are classified as employees doing work for
12   Papa, that those folks tend to be provided with
13   documents?
14       A    Yes.
15       Q    Is there somebody else in the room with you?
16       A    No.
17       Q    Okay.  There was some noise.  I thought I
18   heard something.
19       A    There was lunch being delivered outside.
20   It's a glass wall.  Apologies.
21       Q    Okay.  If you guys want to take that lunch
22   break, just let me know.  Wouldn't want it to get
23   cold.
24       A    It's -- we can keep going for a little bit.
25   I think it's mostly cold food anyways.

Dani Bchara
December 15, 2023

1        Q    Okay.

2             So there is -- is it like an intranet, or

3    what is it?

4        A    There are potentially multiple sources that

5    could have employees' documents that are various

6    internal tools.

7        Q    So the website is more of a client customer

8    and Papa Pal-facing tool; is that true?

9        A    Yes.

10       Q    Did you tell me what the guidelines were that

11   you were talking about as it relates to Papa Pals'

12   conduct performing their services?

13       A    I think it was called -- it's a scope of

14   services, I think.  I apologize.  I don't recall the

15   name, but it's in the list of documents.

16            MR. LEBE:  Why don't we introduce the

17   Papa Pal service scope as Exhibit 4.

18            (Exhibit 4 marked.)

19   BY MR. LEBE:

20       Q    Let's see if that's what you're referring to.

21       A    Do you want to bring the printed version?

22            THE VIDEOGRAPHER:  This is the video tech.

23            Counsel, do you want me to screen share that?

24            MR. LEBE:  That would be great.  We can do

25   that or have it printed.

Dani Bchara
December 15, 2023

```
 1            THE WITNESS:  We could do via screen share if
 2     that's easier.
 3            THE VIDEOGRAPHER:  Just let me know when
 4     you'd like me to share it.
 5            THE WITNESS:  I have it in front of me.
 6     BY MR. LEBE:
 7       Q    Well, while my team is getting that to
 8     introduce here, I think we got on this train of
 9     questions because we were talking about when trust and
10     safety would get involved, if the care team received a
11     complaint.  And so would it be a violation of the
12     guidelines and the Papa Pal service scope that might
13     trigger that?
14       A    It could, yes.
15       Q    Is this the primary document that governs the
16     conduct of Pals when they are providing work and
17     services to members?
18       A    I mean, this is guidelines that help Pals
19     understand the services that they -- that the, you
20     know, members or plans have laid out.
21       Q    Right.
22            It has here the types of tasks -- there's ten
23     of them; is that correct?
24       A    If you're referring to the second page --
25       Q    I am.
```

Dani Bchara
December 15, 2023

```
 1            MR. SCHNAYERSON:  Can you use the Bates

 2    number?

 3            MR. LEBE:  Yeah.  I think it's PAPA0135.

 4    BY MR. LEBE:

 5        Q    Is that what you see?

 6        A    Yes.

 7        Q    So the types of service that Pals provides

 8    the numbers are companionship, house tasks, running

 9    errands, grocery shopping, health reminders, pet help,

10    tech help, exercise, child and parental support, and

11    transportation; is that correct?

12        A    Yes.

13        Q    And it goes through and it lists -- it goes

14    through at least ten tasks, and it has a section in

15    green that says, "Includes," and a section in red

16    that -- it says, "Excludes."

17            That's correct?

18        A    Yes.

19        Q    So if a Papa Pal -- for instance, looking at

20    page PAPA0136 first excluded item bullet point, it

21    says, "Serving members outside the Papa platform."

22            If a Pal did that, what disciplinary action

23    would Papa take?

24            MR. SCHNAYERSON:  Vague as to "disciplinary

25    action."
```

Dani Bchara
December 15, 2023

1           Go ahead, Dani.

2           THE WITNESS:  Yeah.  It depends.

3    BY MR. LEBE:

4       Q    Depends on what?

5       A    It would depend on the circumstances of the

6    situation.  For this kind of exclusion, I don't really

7    imagine there was any type of disciplinary action that

8    would be taken.

9       Q    Does Papa have a record of -- it definitely

10   has records of complaints.  And then those complaints

11   get sent to the trust and safety team or some other

12   team.

13          And does trust and safety keep a record of

14   how they -- any actions they take in response to those

15   complaints?

16      A    Yes.

17      Q    What are those records that they keep?

18      A    Can you clarify what you mean by that?

19      Q    I'm asking, are they electronic files?  Was

20   there a form that they fill out?  What is that record

21   that they maintain?

22      A    That team uses a ticketing system, and I

23   believe all documentation is put onto the ticket

24   itself.

25      Q    What's the software they use for that?

Dani Bchara
December 15, 2023

```
 1        A      Zendesk.

 2        Q      And so all the records of Pals that have been

 3   terminated due to a violation of a rule or policy at

 4   Papa, that would exist in the Zendesk records; is that

 5   true?

 6        A      I guess I would say that most documentation

 7   around that could be at Zendesk.  Documentation around

 8   investigation conducted would be at Zendesk, and the

 9   result of that investigation.

10        Q      What other documentation would be traded as a

11   result of a complaint or investigation other than the

12   Zendesk records and the records obviously from the

13   complaint with the care team?

14        A      Well --

15               MR. SCHNAYERSON:  Objection.  Vague.

16               Go ahead.

17               THE WITNESS:  Do you mind clarifying?

18   Because it's kind of -- that's kind of a broad

19   question.

20   BY MR. LEBE:

21        Q      Are there files for each Pal?

22        A      There's -- our system has an electronic

23   record of each Pal.  There's no physical files.

24        Q      And does -- which system -- what's the

25   software system that you're referring to?
```

Dani Bchara
December 15, 2023

```
 1      A    It's our internal homegrown system.

 2      Q    So there's some internal software that Papa

 3  has for its records relating to Pals?

 4      A    Well, it's a system that we run a lot of our

 5  business on, and it has some records related to Pals.

 6      Q    What records does it have related to the

 7  Pals?

 8      A    I don't know every detail, but as an example,

 9  it would show us the Pal's visit history.

10      Q    What else would it have, to the best of your

11  knowledge?

12      A    It could have comments related to a Pal

13  inquiry or, you know, phone call, potentially.

14      Q    Phone calls with the Pal or with a member or

15  about the Pal or both?

16      A    I mean, conversations with the Pal.  If a Pal

17  calls and the call center answers, and they may put

18  call notes in the system.

19      Q    What's the system that the call center uses

20  to maintain records of complaints and the phone calls?

21      A    The system that we use to maintain records of

22  complaints is Zendesk.

23      Q    So both the care team and the trust and

24  safety team have access to Zendesk and can add

25  information on it?
```

Dani Bchara
December 15, 2023

```
 1        A     To varying degrees, yes.
 2        Q     Trust and safety has in the past terminated
 3   Pals for misconduct; is that true?
 4        A     Yes.
 5        Q     Can you give me some examples of the type of
 6   misconduct that would warrant termination?
 7              MR. SCHNAYERSON:  Objection to the term
 8   "termination."
 9              Go ahead.
10              THE WITNESS:  An example would be if a Pal --
11   if a member complains about criminal conduct, a part
12   of the Pal, and the investigation leads us to
13   include -- to conclude that it is true, depending on
14   the severity, then a Pal could be -- you know, the
15   access to the -- to be able to view and access visits
16   would be cut off for the Pal.
17   BY MR. LEBE:
18        Q     Any other types of misconduct that you can
19   think of that have led to termination?
20        A     There are definitely instances where if a Pal
21   doesn't show up for visits multiple times, then we
22   would also consider banning them, but it's always
23   dependent on the circumstances of the situation.
24        Q     Why are Pals excluded from serving members
25   outside of the Papa platform?
```

Dani Bchara
December 15, 2023

```
1       A    Well, we have obligations to our clients, and
2  we have, you know, other requirements that we would
3  not be able to, you know, maintain if they were not
4  using our platform.
5       Q    What requirements and obligations could you
6  not maintain if they were not using the platform?
7            MR. SCHNAYERSON:  Overbroad.
8            Go ahead.
9            THE WITNESS:  Are you looking for an example?
10 BY MR. LEBE:
11      Q    Yes.
12      A    If a Pal was serving a member outside of our
13 platform, we wouldn't know the identity of that Pal
14 with certainty.  We would not know if that Pal has
15 been vetted, as an example.
16      Q    You wouldn't have any obligations at all as
17 to the conduct of a Papa Pal for work done outside of
18 the Papa platform, would you?
19           MR. SCHNAYERSON:  Incomplete hypothetical.
20 Overbroad.
21           Go ahead, Dani.
22           THE WITNESS:  I guess it depends what it
23 means by "outside of the Papa platform."
24 BY MR. LEBE:
25      Q    What do you understand that to mean?
```

Dani Bchara
December 15, 2023

```
 1      A    A Pal going to serve a member where it's not
 2    a scheduled visit.  So effectively not using our
 3    technology.
 4      Q    And being paid directly from the member;
 5    right?
 6      A    I'm not sure what the circumstance would be.
 7    It would depend.
 8      Q    Depend on what?
 9      A    On the circumstance.  What the Pal and member
10    discuss and decide.
11      Q    Is it true that Papa doesn't want its Pals to
12    serve members outside of the Papa platform because it
13    would lose money?
14           MR. SCHNAYERSON:  Objection.  Argumentative.
15    Overbroad.
16           THE WITNESS:  Yeah.  I mean, I don't -- can
17    you clarify?  It depends.
18    BY MR. LEBE:
19      Q    In some circumstances a Papa Pal servicing
20    members outside of the Papa platform would lead to
21    Papa losing money, losing income; correct?
22           MR. SCHNAYERSON:  Overbroad.
23           Answer if you can.
24           THE WITNESS:  Again, it depends.  It's a
25    hypothetical that we'd have too many -- I don't feel
```

Dani Bchara
December 15, 2023

1    comfortable answering that.

2    BY MR. LEBE:

3         Q    For those health insurance plans that pay per

4    visit, to pay Papa per visit, if that Pal serviced a

5    member outside the platform, that would lead to Papa

6    losing revenue; correct?

7              MR. SCHNAYERSON:  Overbroad.  Incomplete

8    hypothetical.

9              THE WITNESS:  Again, it depends.

10   BY MR. LEBE:

11        Q    What does it depend on?

12        A    Multiple factors.  It depends on the

13   situation between the member and the Pal.  It depends

14   on the benefit that the member still has -- there's a

15   lot of things.  The benefit that the member still has

16   left.

17        Q    The first thing you said was it depends on

18   the relationship between the Pal and the member; is

19   that correct?

20        A    Well, the circumstances between the Pal and

21   the member.

22        Q    So what circumstances would it depend on

23   related to the Pal and the member?

24             MR. SCHNAYERSON:  Vague and overbroad.

25             THE WITNESS:  I don't know that I can think

Dani Bchara
December 15, 2023

1  of all examples, because this is not something that

2  happens much -- at least we don't believe happens much

3  in our business.  For example, if a member is out of

4  hours as a covered benefit, then we would not get paid

5  for that visit either way.

6  BY MR. LEBE:

7      Q    Does your platform allow for members to book

8  visits when they are out of hours?

9           MR. SCHNAYERSON:  Vague.  I can't understand

10  the question.

11           Go ahead, Dani, if you can.

12           THE WITNESS:  Clarification would be helpful.

13  BY MR. LEBE:

14      Q    Well, you use the phrase "out of hours."

15           I assume that means out of the supplemental

16  benefits that they are entitled to under the insurance

17  plan; is that correct?

18      A    Yes.

19      Q    So if they are out of the benefits under the

20  supplemental benefits on the insurance plan, does the

21  platform allow a member to book another visit?

22      A    You mean -- when you say "platform," you mean

23  the technology itself?

24      Q    Yes.

25      A    In some cases it would, I think.

Dani Bchara
December 15, 2023

```
1       Q    And then what happens?  Does that person --
2   does the member pay out of pocket, or what happens?
3       A    If we allow a member to go over hours, we
4   will typically have to pay -- no.  The member will not
5   have to pay.
6       Q    Let me ask -- go ahead.
7       A    I guess I should say it depends.  There are
8   situations where a member can choose to, so just to be
9   clear.
10      Q    Can choose to pay out of pocket?
11      A    Yes.
12      Q    And pay Papa directly?
13      A    Yes.
14      Q    Let me ask it more simply, because there's
15  been a decent amount of testimony saying that it
16  depends.
17           If all the Papa Pals started performing work
18  for members outside of the platform, if every single
19  Papa Pal did that, Papa would lose revenue; correct?
20           MR. SCHNAYERSON:  Incomplete hypothetical.
21  Overbroad.  It's vague as to "lose revenue" too.
22           Go ahead, Dani.
23           THE WITNESS:  It depends.  I can't speak to a
24  hypothetical situation to that extreme, to be honest.
25  I don't know what would happen.
```

Dani Bchara
December 15, 2023

1   BY MR. LEBE:

2      Q    As a CFO, you're unable to testify as to what

3   would happen to Papa's income if every single Pal

4   started performing all their services and all their

5   visits outside of the Papa platform; is that true?

6           MR. SCHNAYERSON:  Asked and answered.

7           Go ahead and answer again.

8           THE WITNESS:  I think your question was I

9   can't comment on the hypothetical that you presented.

10  To answer that question, that is correct.  I cannot

11  comment on a hypothetical like that without further

12  clarification.

13  BY MR. LEBE:

14     Q    What further clarification do you need?

15          MR. SCHNAYERSON:  Well, it's a vague

16  question.  You're asking him to answer in the

17  negative.

18          THE WITNESS:  Yeah.  I can't even begin to

19  think of all the second order of facts of that

20  happening.  Plus it's unclear what time period you're

21  talking about, what situation that it's under.  I

22  don't feel comfortable opining on as broad of a

23  hypothetical as that.

24  BY MR. LEBE:

25     Q    If today, every single Pal started performing

Dani Bchara
December 15, 2023

1  all of their visits and services with members outside

2  of the platform, you're unable to say whether or not

3  Papa would lose revenue; correct?

4          MR. SCHNAYERSON:  Asked and answered.

5          You can answer again, Dani.  You don't have

6  to answer it after this.

7          THE WITNESS:  Yeah.  I mean --

8          MR. SCHNAYERSON:  And it's harassing.

9          THE WITNESS:  Yeah.  I don't feel comfortable

10 opining on that.

11 BY MR. LEBE:

12     Q   I was just trying to give you -- you said

13 there was a time that you were unclear which time

14 period we were talking about, and I'm saying if it

15 happened today.  It doesn't sound like that would

16 help, though, your ability to give an answer on the

17 question.

18         MR. SCHNAYERSON:  Asked and answered again.

19         THE WITNESS:  I don't think that provides

20 enough clarity into the situation to answer the

21 question.

22         MR. SCHNAYERSON:  Madam Court Reporter, did

23 you say you wanted to take a break at a certain point?

24 We'll take your lead.

25         COURT REPORTER:  I'm good whenever.  Whenever

Dani Bchara
December 15, 2023

1    you guys want to.

2            MR. SCHNAYERSON:  I prefer we take a lunch

3    break now if you're done with your line of

4    questioning.

5            MR. LEBE:  We can take a break now.

6            THE VIDEOGRAPHER:  We're off the record at

7    12:03 p.m. Pacific Standard Time.

8            (Lunch recess taken.)

9            THE VIDEOGRAPHER:  We are back on the record

10   at 12:51 p.m. Pacific Standard Time.

11           MR. LEBE:  Can I have the last question and

12   answer read back.

13           COURT REPORTER:  (Record read:

14           "QUESTION:  I was just trying to give you --

15   you said there was a time that you were unclear which

16   time period we were talking about, and I'm saying if

17   it happened today.  It doesn't sound like that would

18   help, though, your ability to give an answer on the

19   question."

20           "THE WITNESS:  I don't think that provides

21   enough clarity into the situation to answer the

22   question.")

23   BY MR. LEBE:

24       Q    I don't believe we've talked about the people

25   and culture team.

Dani Bchara
December 15, 2023

```
 1              What do they do?

 2     A    They are responsible for processes related to

 3   HR, human resources.

 4     Q    Can you break down which processes they are

 5   responsible for?

 6     A    At a high level, there's people operations

 7   processes related to things like employee onboarding

 8   and offboarding leave.  There's performance management

 9   process.  There's various processes.

10     Q    Do they handle payroll?

11     A    In conjunction with an external firm, yes.

12     Q    Which firm?

13     A    It's called PuzzleHR.

14     Q    Do they handle payroll both for Papa workers

15   that are classified as employees and the Pals?

16     A    No.

17     Q    So is there a payroll processor that handles

18   compensation paid to Pals?

19     A    No.

20     Q    It's just done through the app?

21     A    No.

22     Q    How is it processed?

23     A    It's paid through Stripe.

24          MR. LEBE:  Did you want to ask something,

25   Madam Court Reporter?
```

Dani Bchara
December 15, 2023

```
 1              COURT REPORTER:  I was going to ask, was that
 2    Stripe?
 3              THE WITNESS:  Yes.
 4    BY MR. LEBE:
 5         Q    What is Stripe?  Are they also a payroll
 6    processor?
 7         A    No.  Stripe is a payments company.
 8         Q    So you just issue payments and don't provide
 9    any paperwork or payroll records to the Pals; is that
10    right?
11              MR. SCHNAYERSON:  Objection.  Vague.
12    Overbroad as to the term "they."
13              Who are you referring to?
14              You can answer.
15              THE WITNESS:  If you can clarify.
16    BY MR. LEBE:
17         Q    Stripe only provides payment to the Pals that
18    don't provide any information, documentation, anything
19    like that to the Pals; is that correct?
20         A    No.
21         Q    That's not correct?
22         A    No.  That's not correct.
23         Q    So what does Stripe provide other than
24    payment?
25         A    Stripe provides some detail about the payment
```

Dani Bchara
December 15, 2023

1    that the Pals received.

2        Q    And what's in that detail?  Do you know?

3        A    It would include -- I believe it would

4    include the hours worked, the mileage, the rates.

5        Q    Anything else?

6        A    I'm not sure.

7        Q    Does the people and culture team have any

8    duties related to the Pals?

9        A    No.

10       Q    What about the accounting team?  What do they

11   do?

12       A    The accounting team is responsible for

13   maintaining our books.

14       Q    Papa's financial books?

15       A    Yes.

16       Q    And the clients success team, what do they

17   do?

18       A    The clients success team is responsible for

19   managing our existing client relationships.

20       Q    With health insurance providers?

21       A    Predominantly, yes.  Health insurance

22   providers.

23       Q    Also employers?

24       A    In a limited number of situations, yes.

25       Q    If a Papa Pal -- strike that.

Dani Bchara
December 15, 2023

1              If a member is trying to figure out whether

2    or not he or she has insurance coverage, does the Papa

3    website permit that member to do that through the

4    website?

5         A    No.

6         Q    Or the Papa app?

7         A    No.

8         Q    You would have to go through -- do the

9    numbers typically determine that through the health

10   insurance?

11        A    Typically, yes.

12        Q    I'm going to introduce a document that is

13   called Papa and CDPHP.

14             MR. SCHNAYERSON:  Can you please provide me

15   the Bates number so I can bring it on over to Dani?

16             MR. LEBE:  I'll let my team tell you that

17   information.

18             MR. GERSHMAN:  It's Bates No. 264 to 2565.

19   I'll put it in the chat.

20             MR. LEBE:  Thank you.

21             Do you want us to share screen?

22             MR. SCHNAYERSON:  He has it.

23             THE WITNESS:  I have it.

24   BY MR. LEBE:

25        Q    Have you seen this document before?

Dani Bchara
December 15, 2023

```
 1       A    I don't believe so.

 2       Q    Are you able to identify this as

 3  documentation regarding Papa's partnership with CDPHP?

 4       A    It appears to be.  I recognize the CDPHP

 5  logo.

 6       Q    CDPHP stands for Capital District Physicians

 7  Health Plan; is that right?

 8       A    I believe so.

 9       Q    It's an insurance plan; is that right?

10       A    I believe it's an insurance plan.

11       Q    This is promotional content, advertising

12  content, that is sent to folks with CDPHP coverage; is

13  that right?

14       A    That, I'm not sure.

15       Q    Is it true that Papa has partnered with CDPHP

16  to provide folks with that insurance with access to

17  Papa's nationwide network of Papa Pals?

18       A    That is correct.

19       Q    And is it true that the services that Papa

20  provides to Papa Pals are those listed here at the

21  bottom of page 1, companionship, transportation,

22  everyday tasks, technology assistance, contactless

23  grocery door drop, virtual visits?

24       A    Yes.

25       Q    Do you have a second page as part of this
```

Dani Bchara
December 15, 2023

1   exhibit that says "Papa"?

2       A    You're referring to 265?

3       Q    The version I'm looking at doesn't have any

4   Bates.

5            Is it the identical document, but it says

6   Papa and Asuris instead of Papa and CDPHP?

7       A    Yes.

8            COURT REPORTER:  And then what word did you

9   say, Asuris?

10           MR. LEBE:  A-s-u-r-i-s.

11           Let's actually mark these as two exhibits.

12   Exhibit 5 will be the first page.

13           Exhibit 6 will be the second page.  265 is 6.

14           (Exhibits 5 and 6 marked.)

15   BY MR. LEBE:

16       Q    Asuris is another insurance company that Papa

17   has partnered with; is that correct?

18       A    That, I'm unsure of.  I don't recognize it.

19       Q    Have you heard of Asuris before?

20       A    I don't recall the name Asuris.  I guess I'm

21   saying I'm not sure if they are a health client or a

22   employer or --

23       Q    Have you seen this sort of literature

24   marketing and not necessarily with Asuris or CDPHP,

25   but is this a common template used by Papa?

Dani Bchara
December 15, 2023

```
 1      A    I don't believe I've seen this before.

 2      Q    Is it true that Papa advertises the services

 3   that the Pals provide as a benefit of its partnership

 4   with insurance providers?

 5           MR. SCHNAYERSON:  That's a vague question.

 6           Go ahead.

 7           THE WITNESS:  Do you mind rewording or

 8   clarify the question?

 9   BY MR. LEBE:

10      Q    Yeah.

11           So isn't it true that Papa advertises the

12   services that the Pals provide to members as a benefit

13   to those members who are -- have insurance with the

14   providers?

15      A    Sorry.  I still don't understand the

16   question.

17      Q    Does Papa advertises to members that it

18   provides services through its Papa Pals?

19      A    I think it would depend.

20      Q    What would it depend on?

21      A    It would depend on the member.

22      Q    Does Papa do unique advertising to all of its

23   members specific to those members?

24      A    No.

25      Q    So its advertising is specific to its
```

Dani Bchara
December 15, 2023

1  nonmembers, then; is that correct?

2      A    Again, it depends.

3      Q    It says 5 and 6 are examples of Papa's

4  advertisements to members that have insurance with

5  clients of Papa; is that true?

6          MR. SCHNAYERSON:  Speculation.

7          Go ahead.

8          THE WITNESS:  Can you clarify where these are

9  from?

10  BY MR. LEBE:

11      Q    I'm not really -- this process it's not

12  really my job to provide answers to my questions.  I

13  can represent to you that we've produced this to you

14  folks, and if you have no knowledge of this content,

15  then you can just say, I'm not aware of this.  If you

16  have no knowledge of how Papa -- if whether or not

17  Papa advertises itself using this sample or this --

18  sort of content, then you can say that.

19          MR. SCHNAYERSON:  That's not the instruction

20  that's relevant.  What was going on was -- you're

21  asking him a question about the documents, in

22  particular, which is different about the advertising

23  in general.  If you want to ask him questions about

24  the document, he is just asking, where does this come

25  from, and you don't want to tell him.  If you want to

Dani Bchara
December 15, 2023

1  ask him about advertising, in general, he can try to

2  answer those questions.  He doesn't know where those

3  documents are from, which is what his testimony was.

4          MR. LEBE:  Yeah.  I don't think your

5  summarizing his testimony is an objection, but --

6          MR. SCHNAYERSON:  You can't tell him how to

7  testify when he's asking you for clarification, and

8  you're not going to give it to him.  I don't know

9  where this line of questioning is going to go, but you

10  can ask him questions, but don't instruct him to

11  testify that he doesn't know anything about the

12  advertising, but what you're talking about is the

13  specific documents in front of him.  That's not

14  appropriate.

15          MR. LEBE:  I'm not telling him how to

16  testify.  I think we can end this interaction between

17  us, Counsel, because it's really inappropriate.

18  BY MR. LEBE:

19      Q    Mr. Bchara, have you seen marketing that Papa

20  has used in the past that advertises the services it

21  provides as those companionship services,

22  transportation services, everyday tasks, technology

23  assistance, contactless grocery door drop, and virtual

24  visits that are listed here on this page?  Have you

25  seen marketing like that?

Dani Bchara
December 15, 2023

1      A    I don't believe so.

2      Q    Are you the person at Papa that's most

3    knowledgeable about its marketing efforts?

4           MR. SCHNAYERSON:  Objection.  That's not one

5    of the topics.

6           Go ahead, Dani.  You can answer.

7           THE WITNESS:  I'm not responsible for the

8    marketing team.

9    BY MR. LEBE:

10     Q    Do you know who would be the person with the

11   most information at Papa regarding its marketing?

12     A    I would assume somebody on the marketing

13   team.

14     Q    And who runs the marketing team?

15     A    From an executive level, it's Sam Khalil, our

16   chief commercial officer.

17     Q    How does it work whether a Papa Pal provides

18   service to a member, and that member has health

19   insurance that covers that visit?  How is the -- does

20   Papa file a claim with the insurance company?  How

21   does it work that that claim gets submitted?

22     A    We don't file claims with insurance

23   companies.

24     Q    So would the member file that claim, or would

25   it be done through the insurance company?

Dani Bchara
December 15, 2023

1       A    Well, the member would not file a claim.   We

2    just invoiced the insurance company.

3            MR. LEBE:  We're going to introduce what I

4    will mark as Exhibit 7.  It's called "Papa and

5    Employers."

6            (Exhibit 7 marked.)

7            MR. SCHNAYERSON:  Can we get the Bates

8    numbers?

9            MR. ELY:  It's Bates numbers 266 to 271.

10   I'll put it in the chat.

11           MR. SCHNAYERSON:  Thank you.

12           MR. LEBE:  I think 266 is already on the back

13   of the document that Dani already has.  Wait a second.

14           THE WITNESS:  I have it in front of me.

15           MR. SCHNAYERSON:  Why don't you look at it,

16   Dani.  He's going to ask questions about it.

17           This is Exhibit 7.

18           MR. LEBE:  Yes.

19   BY MR. LEBE:

20       Q    Let me know when you're ready for me to ask

21   you about this document.

22       A    Okay.

23       Q    It says here that "Papa offers flexible

24   family care to assist employees with caring for aging

25   or ill loved ones, children, or themselves."

Dani Bchara
December 15, 2023

```
 1              Is that a correct statement?
 2      A    You're looking at 266?
 3      Q    Yes.
 4      A    Yes, that is what it says.  Yes.
 5      Q    Is that a correct statement?
 6      A    Yes.
 7      Q    It says, "Our curated national network of
 8   Papa Pals lighten the second or third shift load, and
 9   help you attract and retain happy, healthy, and
10   productive employees"; is that true?
11      A    I'm not sure what the meaning of second or
12   third shift load is.
13      Q    Okay.
14              Is it true that Papa's curated national
15   network of Papa Pals lighten the load for the
16   employees of employers that are clients of Papa?
17              MR. SCHNAYERSON:  Overbroad.  Go ahead.
18              THE WITNESS:  I don't have any way of
19   knowing.
20   BY MR. LEBE:
21      Q    So you're not sure if this marketing is
22   accurate or honest?
23              MR. SCHNAYERSON:  Argumentative.
24              Go ahead.
25              THE WITNESS:  Well, if you're asking me
```

Dani Bchara
December 15, 2023

1   whether it says it related to marketing based on what

2   you produced, I see it in front of me.  But if you're

3   asking me whether I can verify with certainty the

4   claims around reducing the load, I have not seen the

5   data myself, so I can't speak to it.

6   BY MR. LEBE:

7       Q    Does Papa have a curated national network of

8   Papa Pals?

9       A    Yes.

10      Q    And that's something that is offering to its

11  customers; is that true?

12           MR. SCHNAYERSON:  Vague as to customers.

13           THE WITNESS:  Yes.

14  BY MR. LEBE:

15      Q    Is it true that Papa Pals are highly trained

16  and vetted?

17      A    I guess it depends on what your

18  interpretation of "highly trained" and "vetted" means,

19  but we -- yeah.

20      Q    Do you, based on your interpretation of those

21  words, believe that Papa Pals are highly trained by

22  Papa?

23      A    I'm not sure I would necessarily use that

24  word "highly."

25      Q    Are they trained by Papa?

Dani Bchara
December 15, 2023

1       A    Our Pals go through required training.

2       Q    But you wouldn't say that they are highly

3   trained?

4       A    Well, I guess it depends.

5            Are they highly trained on, you know, the

6   aspects of the requirements that we need them to be

7   trained on?  I would say yes.

8       Q    Is it true that Papa vets its Papa Pals?

9       A    Yes.

10      Q    Is it true that providing -- just to be clear

11  what we're talking about here, these are employers

12  that have -- that are providing their employees with

13  access to Papa services; is that true?

14           MR. SCHNAYERSON:  Objection.  Vague.  What

15  you're asking.

16           THE WITNESS:  Do you mind clarifying what you

17  mean?

18  BY MR. LEBE:

19      Q    Yeah.  So this document is entitled "Papa for

20  Employers."  It's generally discussing the services

21  that Papa offers employers and their employees; is

22  that true?

23      A    Yes.  This appears to be marketing materials

24  related to employers.

25      Q    Okay.

Dani Bchara
December 15, 2023

```
 1              Is it true that leading employers partner
 2    with Papa to increase productivity --
 3              COURT REPORTER:  Jonathan, say that again for
 4    me, please.
 5              MR. LEBE:  Sure.
 6    BY MR. LEBE:
 7        Q    Isn't it true that leading employees partner
 8    with Papa to increase productivity, enhance
 9    well-being, and support the changing workforce?
10              MR. SCHNAYERSON:  Overbroad.
11              THE WITNESS:  Can you specify which page --
12    BY MR. LEBE:
13        Q    I'm looking at 267, the bottom.
14        A    I think it depends.
15        Q    Depends on what?
16        A    Depends on which employers.
17        Q    So some employers this is true for, and other
18    employers this is not true for?
19              MR. SCHNAYERSON:  It's overbroad.
20    BY MR. LEBE:
21        Q    Is that correct?
22              MR. SCHNAYERSON:  It's a very vague question,
23    and it's overbroad.
24              MR. LEBE:  You made your objections.
25              MR. SCHNAYERSON:  Yeah.  I'll keep doing it.
```

Dani Bchara
December 15, 2023

```
 1              THE WITNESS:  Yeah.  It's a little tough to
 2    answer that question based on the way it's worded.
 3    BY MR. LEBE:
 4         Q    I'm just reading from the document.  The
 5    document says employers -- leading employers partner
 6    with Papa to increase productivity and enhance
 7    well-being and support a change in workforce; is that
 8    true?
 9              MR. SCHNAYERSON:  Objection.  Overbroad and
10    vague.
11              THE WITNESS:  Again, I guess it depends.
12    BY MR. LEBE:
13         Q    What does it depend on?
14         A    Depends on which employers --
15         Q    Leaving employers.
16              MR. SCHNAYERSON:  Calls for speculation.
17    Lacks foundation.  It's not one of the topics.
18              THE WITNESS:  Yeah.  I mean, I -- it just
19    depends on what you can say is a leading employer, I
20    guess.
21    BY MR. LEBE:
22         Q    Take the leading part out of it.
23              Do employers partner with Papa to increase
24    productivity, enhance well-being, and support a
25    changing workforce?
```

Dani Bchara
December 15, 2023

```
1              MR. SCHNAYERSON:  Overbroad.  Calls for
2    speculation.
3              Go ahead.
4              THE WITNESS:  Yeah.  It just depends.  It's
5    hard for me to answer that question the way it's
6    worded.
7    BY MR. LEBE:
8        Q    Do you believe that the services that Papa
9    offers increases the productivity for its clients?
10             MR. SCHNAYERSON:  Vague.
11             THE WITNESS:  It depends which clients.
12   BY MR. LEBE:
13       Q    Its employer clients.
14       A    Do I personally believe that Papa increases
15   productivity?  I personally believe that.  I've not
16   necessarily seen data.
17       Q    And how would it increase the productivity of
18   its employer clients?
19       A    Papa works with employers to help them to
20   provide a caregiver benefit for their employees to
21   support their employees' caregiver needs.  So yeah.
22       Q    So an employee that might be taking care of a
23   loved one, providing companionship, or caregiving, or
24   those sorts of -- assistance to a loved one, that
25   employee can utilize Papa, and a Pal will come and
```

Dani Bchara
December 15, 2023

1    provide those services, and that employee is able to

2    be more productive at work; is that true?

3              MR. SCHNAYERSON:  Incomplete hypothetical.

4    It's vague.

5              Go ahead, Dani, if you can.

6              THE WITNESS:  I think it would depend.

7    BY MR. LEBE:

8        Q    Is that the basis for this claim, that

9    leading employers partner with Papa to increase

10   productivity?

11       A    Yes.

12             MR. SCHNAYERSON:  Don't guess, Dani.

13             MR. LEBE:  It's really getting into coaching,

14   Counsel.

15             MR. SCHNAYERSON:  I'm telling him not to

16   guess.

17             MR. LEBE:  It's not -- it's an inappropriate

18   speaking objection.  I'll ask you to refrain from

19   that, and just assert your objections, and that's it.

20   Okay.

21   BY MR. LEBE:

22       Q    How does Medicare Advantage, Medicaid, and

23   those benefits -- how does that play into the

24   insurance coverage?

25             MR. SCHNAYERSON:  Are you reading from a

Dani Bchara
December 15, 2023

1   particular part of this exhibit?

2          MR. LEBE:  I'm not.

3   BY MR. LEBE:

4      Q    I'm asking for broadly.

5      A    Can you clarify the question?

6      Q    Right.

7          So you have these employers and health

8   insurance plan clients of Papa; right?

9      A    Yes.

10     Q    And they -- is it true that for those health

11  insurance plans, clients at least, that they're

12  getting refunded or covered for the Papa services for

13  Medicare or Medicaid?

14     A    It depends on the circumstance.

15     Q    Does Medicare or Medicaid -- do they cover

16  Papa services?

17     A    Again, it depends.

18     Q    Sometimes they do?

19     A    Yes.

20     Q    Sometimes they don't?

21     A    It depends on the circumstance of the client.

22     Q    All right.

23         Broadly speaking, sometimes the services of

24  Papa provides via its Pals are covered by Medicare,

25  Medicaid; sometimes they are not; is that true?

Dani Bchara
December 15, 2023

```
 1        A    No.  That's not true.

 2        Q    So what's untrue about it?  Are they always

 3   covered or always not covered at Medicare?

 4        A    If we're offering a service for a Medicare

 5   plan, it is typically covered by Medicare directly.

 6        Q    So it wouldn't be through the health

 7   insurance.  It would just be through Medicare?

 8        A    That's not what I mean.  It was always going

 9   to be through the health insurance.

10        Q    And is the insurance company refunded, or

11   they get coverage for Medicare, or how does that work?

12        A    Yes.  Insurance company receives a payment

13   for Medicare.

14        Q    And is that in every instance, or are there

15   some -- is there some -- for insurance companies or

16   certain services, is there no refund like that?

17        A    For Medicare, they always receive a fixed

18   payment.  They receive some payment from Medicare.

19        Q    So all the insurance companies that are

20   clients of Papa are always receiving refunds on all of

21   the covered services that Papa provides the members

22   for Medicare; is that true?

23             MR. SCHNAYERSON:  Objection.  This is not

24   reasonably calculated to lead to the discovery of

25   admissible evidence.
```

Dani Bchara
December 15, 2023

```
1              Go ahead, Dani.

2              THE WITNESS:  It's hard to answer that

3    question, because I don't know the circumstances of

4    every plan.

5    BY MR. LEBE:

6         Q    So you're not sure?

7         A    I'm not sure.

8         Q    For these employers, are they employers --

9    are they providing Papa services through insurance or

10   it's outside of insurance?

11        A    I believe it's outside of insurance.

12        Q    And are the employers paying out of pocket,

13   or are they also getting refunded by Medicare?

14             MR. SCHNAYERSON:  Calls for speculation.

15   Lacks foundation.

16             THE WITNESS:  It depends.

17   BY MR. LEBE:

18        Q    Sometimes they are paying out of pocket;

19   sometimes they are getting refunded by Medicare?

20             MR. SCHNAYERSON:  Same objection.

21             Go ahead.

22             THE WITNESS:  I believe so.

23   BY MR. LEBE:

24        Q    Did Papa provide any services beyond those

25   that the Papa Pals provide members?
```

Dani Bchara
December 15, 2023

1       A     Yes.

2       Q     What services does it provide beyond those

3    that Papa Pals provide?

4       A     We have a central care navigation service.

5       Q     What social care navigation?

6       A     It's a service we provide to payers that is

7    focused on helping members with various social and --

8    social and navigation needs.

9       Q     And Papa Pals don't have anything to do with

10   that?

11      A     It depends.

12      Q     So some Pals do provide those services?

13      A     No.

14      Q     Who provides those services?

15      A     The services are provided by the social care

16   navigation team.

17      Q     Are those classified as employees or

18   independent contractors?

19      A     Those are employees.

20      Q     And are they under one of the teams that

21   we've discussed or not?

22      A     Yes.

23      Q     Which team?

24      A     They are technically under the service

25   delivery team.

Dani Bchara
December 15, 2023

1      Q      So there's the social care navigation team,

2    and all the Papa Pals and all the services they

3    provide.

4              Are there any other services that Papa

5    provides?

6      A      No.

7      Q      So Papa isn't in the business of providing

8    the services of the Papa Pals and the social care

9    team; is that correct?

10      A      Yes.

11      Q      Okay.

12              MR. LEBE:  We're going to introduce as an

13    Exhibit 8 now.  It's a payroll record.  I'll get you a

14    Bates stamp shortly.  I think it's 331, JP331.

15              (Exhibit 8 marked.)

16    BY MR. LEBE:

17      Q      Let me know when you have this document in

18    front of you.

19      A      I do.

20      Q      So I think earlier you talked about -- I'm

21    going to forget --

22              MR. SCHNAYERSON:  Are you looking at, on the

23    back side of that document, Dani, the Bates number

24    that he's talking about?

25              THE WITNESS:  331.

Dani Bchara
December 15, 2023

```
 1              MR. SCHNAYERSON:  Go ahead.
 2    BY MR. LEBE:
 3         Q    It was Stripe, wasn't it?  Stripe is the
 4    payroll -- I don't know if you want to call it -- I
 5    think you called it the payment company; is that
 6    right?
 7         A    Yes.
 8         Q    And that's -- they are the ones that handle
 9    payments to the Pals for Papa; right?
10         A    Yes.
11         Q    Is this an example -- I think you said there
12    was some information that they provide -- Stripe
13    provides the Pals when a payment is made.
14              Is this an example of the information
15    provided to the Pals by Stripe?
16         A    I have not seen this before, so I don't know.
17         Q    Okay.
18              You'd be able to identify what the Stripe
19    payment record looks like if you saw it?
20         A    No.  I have not seen the Stripe payment
21    record.
22         Q    How do you know if -- if you do know, how
23    would you know what information is provided by Stripe
24    to the Pals if you haven't seen it?
25         A    That is based on my understanding.  It is
```

Dani Bchara
December 15, 2023

1    also -- there's another platform that we've used in

2    the past.  It's also based on my understanding of

3    that.

4        Q    And is your understanding --

5             Let me ask, what is your understanding based

6    on?

7        A    My understanding is based on my internal

8    understanding of the migration to Stripe.

9        Q    Fair to say it's based off of conversations

10   that you've had with folks at Papa?

11       A    Yes.

12            MR. LEBE:  Counsel, have you guys produced

13   the records related to the Stripe payments?

14            MR. SCHNAYERSON:  I think there were some

15   records produced for the main plaintiffs.  I don't

16   know if that's the Stripe records, per se.

17            MR. LEBE:  Maybe you can look into it and

18   have your team look into it and see if there's a Bates

19   range you can give us.  I'd like to ask him about the

20   Stripe's information provided to the Pals.

21            MR. SCHNAYERSON:  I don't see anything

22   specifically identifying Stripe in our production.

23   I'd have to go back to discovery to see what request

24   it was pertaining to.  I don't see anything based on

25   my review right now.  I'll see these two here.  I

Dani Bchara
December 15, 2023

1    mean, I've seen the document production for Papa 16

2    and 17, but I don't know that that pertains to Stripe.

3    BY MR. LEBE:

4        Q    Okay.  Well, we can talk with your counsel

5    and try to get those records, and we might ask you to

6    come for another day to ask about that.

7             To the best of your ability, are you able to

8    testify as to whether or not -- let's start with, how

9    often are Pals paid, you know, for their services?

10       A    Pals are paid daily for their services.

11       Q    And do the pay records that are provided in

12   conjunction with those payments -- I'd like to ask you

13   some questions about what information those records

14   have on them.  If you feel like you are able to

15   testify about that, based on personal knowledge, or

16   your knowledge as the PMQ here today.

17            MR. SCHNAYERSON:  Is there a question?

18            MR. LEBE:  Is he able to testify generally

19   about that topic?

20            MR. SCHNAYERSON:  The topic is the item --

21   the information that's on -- that's provided to the

22   employees via Stripe -- excuse me.  Not employees.

23   That was a Freudian slip -- to the Pals based on --

24   through Stripe?  Is that the topic that you're

25   referring to?

Dani Bchara
December 15, 2023

1          MR. LEBE:  Yes.

2          MR. SCHNAYERSON:  I don't know if he can.

3    We'll talk during the break.

4    BY MR. LEBE:

5       Q    Perhaps you can let me know if he was able to

6    testify about that.  I'm going to ask, you know, do

7    those records -- do they have -- you call them the

8    Stripe records.

9          Do they have the information regarding the

10   address of Pal, for instance?  Do they have

11   information about the Papa's business address, that

12   kind of thing?  Do they have the hours worked?  Are

13   you able to testify about what information is on that

14   Stripe record, Mr. Bchara?

15      A    I don't think so.

16         MR. LEBE:  Counsel, I think we'll have to

17   meet and confer about -- if Papa doesn't want to

18   designate him on that topic, then we can talk about

19   another day with someone else who can speak to that in

20   conjunction with the production of those Stripe

21   records.  I'll move on for now.

22         Did you guys need to take a break?

23         MR. SCHNAYERSON:  What topic is it that this

24   would fall under, if you can tell me?

25         MR. LEBE:  11 is compensation policies and

Dani Bchara
December 15, 2023

1    procedures for Papa Pals.  I think it would fall

2    under, again, various categories, but certainly under

3    that one.

4              MR. SCHNAYERSON:  24, yeah.  That was the one

5    where I said he wasn't sure if he would be able to

6    provide any testimony.

7              MR. LEBE:  Okay.  Well, I think 11 would be

8    the more broad category, but if he's unable to talk

9    about that, we can meet and confer on that.

10             MR. SCHNAYERSON:  Okay.

11             If we're moving on to a different topic.

12   It's two o'clock.

13             Do you want to take a break?

14             MR. LEBE:  Sure.

15             THE VIDEOGRAPHER:  We're off the record at

16   1:57 p.m. Pacific Standard Time.

17             (Recess taken.)

18             THE VIDEOGRAPHER:  We're back on the record

19   at 2:12 p.m. Pacific Standard Time.

20   BY MR. LEBE:

21        Q    We're back on the record.  You're back under

22   oath.

23             Do you understand that?

24        A    Yes.

25        Q    So when a Pal is hired by a Papa, what

Dani Bchara
December 15, 2023

1    documents are they required to sign?

2          MR. SCHNAYERSON:  Objection to the term

3    "hired."

4          Go ahead.

5          THE WITNESS:  The onboarding flow, they --

6    they are required to acknowledge the EULA, BA, the

7    compliance, fraud, waste, and abuse training

8    documentation.  I believe that's it.

9    BY MR. LEBE:

10      Q    Do you know how Papa decided to classify its

11   Pals as independent contractors?

12          MR. SCHNAYERSON:  Calls for a legal

13   conclusion.

14          Go ahead.

15          THE WITNESS:  Can you clarify the question.

16   BY MR. LEBE:

17      Q    Sure.

18          At some point Papa decided to classify its

19   Pals as independent contractors; is that correct?

20      A    Yes.

21      Q    Do you know when that happened?

22      A    I don't know a date, but I believe it's been

23   that way since Day 1.

24      Q    And how did Papa decide to classify its Pals

25   as independent contractors?

Dani Bchara
December 15, 2023

```
 1          MR. SCHNAYERSON:  The question is vague as to

 2   "how."

 3          THE WITNESS:  Yeah.  I'm not sure I

 4   understand the question.

 5   BY MR. LEBE:

 6      Q    Do you know who made the decision to classify

 7   the Pals as independent contractors at Papa?

 8      A    No.

 9      Q    Do you know which team did?

10      A    No.

11      Q    Do you know anything about how the decision

12   was made to classify the Pals as independent

13   contractors?

14      A    I believe we weighed the facts and

15   circumstances of the situation.

16      Q    What is that belief based off of?

17      A    Based on my understanding of the -- you know,

18   the conversation or analysis that happened that would

19   predate me.

20      Q    How do you have knowledge of those analyses

21   or conversations that predate you?

22          MR. SCHNAYERSON:  Objection.  Calls for

23   attorney-client communication work product.  Instruct

24   him not to answer.

25          (Witness instructed not to answer.)
```

Dani Bchara
December 15, 2023

1    BY MR. LEBE:

2        Q    Putting aside your communications with your

3    counsel, do you have any basis for an opinion or any

4    basis for testimony as to how the classification was

5    made by Papa to classify its Pals as independent

6    contractors?

7        A    No.

8            MR. LEBE:  Counsel, he's been designated and

9    produced as the PMQ as to these topics, including

10   Topic 9 that are the communications and documents and

11   policies and procedures relating to the classification

12   of the Papa Pals independent contractors.  We need

13   somebody to testify on that, and it can't be -- the

14   PMQ on that subject can't testify at all to that -- of

15   a PMQ not to disclose attorney-client communications.

16           MR. SCHNAYERSON:  We can meet and confer

17   about that.  We object in our objections, and we

18   served them both times, that the request and the

19   topic -- the topic calls for information protected

20   from disclosure by attorney-client privilege and

21   attorney-work product doctrine.  I think we can talk

22   about that, and you can ask him questions that don't

23   delve into the privilege.  But as the topic is phrased

24   right now, it does delve into that privilege.  It's

25   illegal to -- it also goes into a legal issue.  Some

Dani Bchara
December 15, 2023

1    of those questions go into legal opinions.  I'm not

2    trying to stop you from asking questions.  It's just

3    that some of those questions and topics goes into

4    privilege.

5    BY MR. LEBE:

6        Q    Mr. Bchara, my understanding is you have no

7    knowledge about the classification decision to

8    classify the Pals and independent contractors other

9    than information that you've learned from your

10   attorneys, which, of course, I'm not asking you about;

11   is that correct?

12       A    Can you clarify what you mean?

13       Q    What I mean is you may have been briefed and

14   have learned, even though it happened before your

15   time, what the basis -- what the decision was and why

16   Papa made the decision to classify its Pals and

17   independent contractors, if they did any studies, if

18   they did -- whatever.  You might have some basis, and

19   be able to testify as the PMQ for the company on this

20   topic.  But if your only basis is what your attorneys

21   have told you, then, of course, I don't want to delve

22   into attorney-client communications, and you've been

23   instructed not to disclose those communications, and

24   that's the end of that story, if that's all the

25   information you have.  But if you have some other

Dani Bchara
December 15, 2023

1    basis for testifying on this issue, the

2    classification, then I'm asking for it.

3           MR. SCHNAYERSON:  Just to be clear, you're

4    asking for the decision to classify as independent

5    contractors; is that correct?

6           MR. LEBE:  Yes.  Information related to that

7    decision, yes.

8           THE WITNESS:  Can you repeat the question?  I

9    want to make sure I answer it correctly.

10   BY MR. LEBE:

11      Q    Other than your communications with counsel,

12   do you have any knowledge or basis to receive about

13   the decision that Papa made to classify the Pals as

14   independent contractors?

15      A    No.

16          MR. LEBE:  So I think that's pretty clear,

17   and we'll have to -- if we don't get somebody else on

18   this topic, we're going to have to move to compel

19   somebody to come in to testify about that.

20          MR. SCHNAYERSON:  We can meet and confer

21   about that.

22   BY MR. LEBE:

23      Q    Are you aware of any complaints from Papa

24   Pals other than this lawsuit that they were

25   misclassified as independent contractors?

Dani Bchara
December 15, 2023

```
 1        A     I don't believe so.

 2        Q     How are complaints by Pals received by Papas?

 3   Would it go to the care team, or would it go to

 4   somewhere else?

 5        A     It can go through the care team if the Pal

 6   connects with one of the care team members on the

 7   phone, or it can go through -- there's a digital form

 8   that a Pal can fill out to file a complaint.

 9        Q     Who sees those complaints, those forms?

10        A     It depends.

11        Q     Depends on what?

12        A     It depends on the kind of complaint.

13        Q     Can you list for me the departments that

14   receive complaints from Pals?

15        A     The trust and safety team, the marketplace

16   team, and the care team.

17        Q     Are all Papa Pals required to use Papa's

18   mobile application to book and log visits?

19        A     Yes.

20        Q     And booking is the scheduling of the visit;

21   is that right?

22        A     Most Pals are not scheduling visits, in most

23   cases.

24        Q     So when they book the visit, what does that

25   mean?
```

Dani Bchara
December 15, 2023

```
1      A    That means that they are accepting the visit.

2      Q    But the time was determined by Papa, time and

3  date?

4      A    No.

5      Q    By the member?

6      A    Yes.

7      Q    And when they log visits, what does that

8  mean?

9      A    I'm not sure.

10          Was there something you're referencing?

11     Q    Do Pals do anything after their appointments

12 with members on the app?

13          MR. SCHNAYERSON:  It's vague.

14          I don't understand the question.

15          You can answer.

16          THE WITNESS:  Can you clarify the question,

17 please.

18 BY MR. LEBE:

19     Q    Do you take notes or do anything in the app

20 after they have a visit with a member?

21     A    It depends.

22     Q    Sometimes yes?

23     A    Sometimes yes.

24     Q    Can you give me some examples?

25     A    You know, a Pal could identify a member need
```

Dani Bchara
December 15, 2023

```
 1   in the app after the visit.

 2        Q    What are those -- what might those needs be?

 3        A    It just -- there's a range of needs.

 4        Q    Does Papa monitor Pals through the Papa app?

 5             MR. SCHNAYERSON:  Overbroad.

 6             Go ahead, Dani.

 7             THE WITNESS:  Can you clarify what you mean?

 8   BY MR. LEBE:

 9        Q    Does it track the activity of Pals through

10   the Papa app?

11        A    Yes.  Certain activity.

12        Q    What activities?

13        A    GPS, interactions with the app.

14        Q    So when is the GPS tracking for -- tracking

15   the Pal's location?

16        A    The GPS starts tracking when the Pal begins

17   commute.

18        Q    On the app, the Pal is able to let Papa know

19   on the app that they are driving?

20        A    Yes.

21        Q    Is that the only time that Papa monitors the

22   GPS of its Pals?

23        A    Do you mind clarifying?

24        Q    Yeah.  So when the Pal hits the button that

25   they are commuting, you've testified that the app
```

Dani Bchara
December 15, 2023

1    tracks the GPS of the Pals; is that correct?

2        A    Yes.

3        Q    Are there any other times when the app tracks

4    the GPS location of the Pals other than when they are

5    commuting?

6        A    Yes.

7        Q    What other times?

8        A    During the visit itself.

9        Q    Any other times?

10       A    I'm not sure.

11       Q    You wouldn't know?

12       A    That's a technology question.

13       Q    So who would be the best person to answer

14   that technology question?

15       A    Somebody on the technology team.

16       Q    And who runs the technology team?

17       A    Craig Ogg, O-g-g.

18       Q    Are Papa Pals able to opt out from having

19   Papa monitor their activity on the map?

20       A    I'm not sure.

21       Q    You mentioned that the app tracks activity in

22   addition to GPS, their activity on the app, I think,

23   was how you phrased it.  Can you give me some

24   specifics on that?  Is it kind of the key strokes or

25   what?

```
 1      A    I don't know all the specifics, but I know
 2  that we track some of the activity.  For example, if a
 3  Pal hits "start visit," we would know that.
 4      Q    So when they hit certain buttons on the app,
 5  that would be tracked?
 6      A    Yes.
 7      Q    Does the app ever use the camera that's on
 8  the phone?
 9      A    Yes.
10      Q    When does it use the camera?
11      A    During the onboarding.
12      Q    During what part of the onboarding process?
13      A    When the Pals are entering their information.
14      Q    Their name and contact information, that sort
15  of thing?
16      A    In that areas it's -- I believe it's used --
17           COURT REPORTER:  You believe what?
18           THE WITNESS:  It's used for a photo of their
19  driver's license.
20  BY MR. LEBE:
21      Q    Any other time that Papa uses the camera on
22  the phone?
23      A    Not that I can think of.
24      Q    Why does Papa track the Pal's location using
25  the GPS?
```

Dani Bchara
December 15, 2023

1      A    To ensure that the Pal is at the visit with

2   the member.

3      Q    Any other reason?

4      A    For trust and safety purposes.  So we know if

5   the Pal is, you know -- we know where the member is

6   during the visit in case something happens.

7      Q    Is Papa also tracking the location of the

8   member on the app during the visit?

9      A    It depends.

10      Q    Sometimes yes?

11      A    I'm not sure.  In most cases the members are

12   not using a app.

13      Q    At all or just during the visit?

14      A    At all.

15      Q    But members do have an app?  Do they have the

16   Papa app on their phone?  Does Papa track their

17   activity on the phone?

18      A    I'm not sure.

19      Q    What trust and safety concerns are there that

20   make Papa track the location of the Pals during the

21   visits?

22      A    Related to some of the -- like the things you

23   would expect.  So ensuring that Pal and a member

24   are -- I don't know -- driving long distance away or

25   some kind of unusual behavior.

Dani Bchara
December 15, 2023

1       Q    So it's done to ensure that the Pals provide

2    the services in the appropriate and correct way?

3            MR. SCHNAYERSON:  Objection.  This is not

4    reasonably calculated to lead to the discovery of

5    admissible evidence pertaining to this case.

6            Go ahead, Dani.

7            THE WITNESS:  Clarify the question.

8    BY MR. LEBE:

9       Q    Yeah.

10           The purpose of tracking the Pals using the

11   phone is basically quality control to ensure that the

12   quality of their services meets Papa's requirements;

13   is that right?

14           MR. SCHNAYERSON:  Same objection.

15           Go ahead.

16           THE WITNESS:  That's not how I would

17   characterize it.

18   BY MR. LEBE:

19      Q    How would you characterize it?

20      A    The way I said that it would -- in this

21   instance, it would be to ensure the safety of the Pal

22   and member.

23      Q    How does the tracking ensure the safety of

24   the Pal?

25           MR. SCHNAYERSON:  Not reasonably calculated.

Dani Bchara
December 15, 2023

```
1            Go ahead.

2            THE WITNESS:  It depends on the situation.

3   BY MR. LEBE:

4       Q    Are you aware of any situation where the

5   Pal's safety is protected by tracking?

6       A    I don't recall a specific instance to use as

7   an example.

8            MR. LEBE:  We'll introduce another exhibit

9   called Pal Basics FAQs.  This is 9.

10           (Exhibit 9 marked.)

11           MR. LEBE:  Bates number, please.

12           MR. ELY:  It's 318 to 320.

13           MR. SCHNAYERSON:  Does it start with Papa Pal

14  101 at the top?

15           MR. LEBE:  Correct.  Yeah.

16  BY MR. LEBE:

17      Q    While we're waiting for that to get dropped

18  in the chat, does Papa record any biometric data of

19  its Pals?

20      A    Can you clarify what you mean by "biometric"?

21      Q    Yeah.  Their face scan?  Fingerprint scan.

22           MR. SCHNAYERSON:  Again, not reasonably

23  calculated.

24           Go ahead, Dani.

25           THE WITNESS:  I believe we capture face as
```

Dani Bchara
December 15, 2023

```
 1   part of the process, but not fingerprint.
 2              I have the exhibit in front of me.
 3   BY MR. LEBE:
 4        Q    It says here, proof of vehicle insurance.
 5              MR. SCHNAYERSON:  Can you point to where
 6   you're referring?
 7              MR. LEBE:  Who can become a Pal.
 8              THE WITNESS:  This is on 318?
 9   BY MR. LEBE:
10        Q    Yep.
11              Is that true, that you must have proof of
12   vehicle insurance to become a Pal?
13        A    Yes.
14        Q    Why is that?
15        A    Because I believe it's a contractual
16   requirement with our clients because Pals drive our
17   members at times.
18        Q    Does Papa reimburse its Pals for the cost of
19   insurance for the vehicle?
20        A    Depends.
21        Q    Depends on what?
22        A    The state in which the Pal works.
23        Q    In California, does Papa reimburse its Pals
24   for insurance?
25        A    I don't believe so, but I don't recall state
```

Dani Bchara
December 15, 2023

```
 1   by state.

 2       Q    I just want to clarify.  I'm not asking about

 3   mileage.  I'm asking about -- for car insurance.

 4            Does that change your answer at all?

 5       A    Yes.

 6       Q    You can go.

 7       A    That's okay.

 8       Q    Okay.

 9            Does does Papa reimburse its Pals in

10   California for automobile insurance?

11       A    No.

12       Q    Does Papa have -- allow its Pals to do

13   virtual visits?

14       A    It depends.

15       Q    On what?

16       A    I believe on the Pal.

17       Q    And what about the Pal gets to decide if they

18   want to do virtual visits?  Is that it?

19       A    That is true.

20       Q    So any Pal, if they want to do virtual

21   visits, they can; is that correct?

22       A    I don't believe so.

23       Q    So the Pal -- I'm just confused here.

24            Which Pals are allowed to do virtual visits?

25       A    Certain Pals that have been grandfathered in
```

Dani Bchara
December 15, 2023

1    have at least virtual visits shown to them.

2        Q    I see.

3             Does Papa have employees that do virtual

4    visits as well?

5        A    Among other things, yes.

6        Q    What other things do those employees do?

7        A    They do a variety of -- they have a variety

8    of interactions with our members, assessments,

9    engagement, campaigns.

10       Q    Do you know why those folks are classified by

11   Papa as employees, but the Pals are not?

12            MR. SCHNAYERSON:  Calls for a legal

13   conclusion.  Object to the extent it calls for

14   attorney-client communication.

15            Don't answer if you have to reveal

16   attorney-client communications.

17            THE WITNESS:  Yeah.  I prefer not to answer.

18   BY MR. LEBE:

19       Q    It's not so much about preference.  If your

20   answer would require you to divulge attorney-client

21   communications, you can say, I can't answer because it

22   would require me to go into attorney-client

23   communications; otherwise, I'm entitled to an answer.

24            MR. SCHNAYERSON:  Again, I'm going to

25   instruct him not to answer to the extent it calls for

1    attorney-client communication, and there it is.

2           THE WITNESS:  Do you mind repeating the

3    question?

4    BY MR. LEBE:

5        Q    Yeah.

6           Do you know why Papa has classified those

7    folks that they use to describe virtual visits and

8    other things as employees, and Papa Pals as

9    independent contractors?

10          MR. SCHNAYERSON:  Same objection.  Same

11   instruction.

12          If you can answer, just say so.

13          THE WITNESS:  I don't think I can answer.

14   BY MR. LEBE:

15       Q    Okay.

16          To be a Pal, you have to have a smart phone;

17   is that correct?

18       A    That's correct.

19       Q    And you have to have data or Wi-Fi; is that

20   correct?

21       A    Yes, that's correct.

22       Q    And Papa does not reimburse its Pals for the

23   smart phone; is that correct?

24       A    That's correct.

25       Q    And it doesn't reimburse its Pals for Wi-Fi

Dani Bchara
December 15, 2023

1    or data plans; is that correct?

2        A    Yes.

3        Q    And that's true during the entire time period

4    that Papa's has existed; is that correct?

5        A    Yes.

6        Q    It says here on page 319 that Papa carries

7    general and professional liability and theft

8    protection insurance; is that true?

9        A    Yes.

10       Q    So who does this protect?  Does it protect

11   the members or the Papa Pals?

12            MR. SCHNAYERSON:  It's overbroad.

13            Go ahead.

14            THE WITNESS:  I don't believe I know.

15   BY MR. LEBE:

16       Q    Do you know if this insurance plan -- the

17   function it has?

18       A    I'm not sure, based on reading this.

19       Q    Well, over on the page it says that "Papa

20   conducts all extensive background checks on all Papa

21   Pals"; is that true?

22       A    Yes.

23       Q    And active Pals must pass annual background

24   checks as well; is that true?

25       A    Yes.

Dani Bchara
December 15, 2023

1     Q    Why does Papa conduct those background

2   checks?

3     A    I believe it's a requirement from our

4   clients, and may also be requirement from CMS.

5     Q    What does "CMS" stand for?

6     A    Center for Medicare and Medicaid Services, I

7   believe.

8     Q    Do Pals have to contact Papa if they wanted

9   to cancel a scheduled visit?

10    A    No.

11    Q    Do they have to contact the member?

12    A    No.

13    Q    Are Papas able to schedule a canceled visit

14   at all?

15    A    Can you clarify what you mean by "cancel"?

16    Q    The visit scheduled, and a Papa Pal can't

17   make the scheduled visit, and they want to -- trying

18   to find a word here -- I'm trying to find a word that

19   isn't cancel -- but they want to take that scheduled

20   visit off the calendar of the member, and off their

21   calendar.

22         Are they able to do that?

23    A    It depends.

24    Q    On what?

25    A    On the relationship they have with the

Dani Bchara
December 15, 2023

1    member.

2        Q    When are they allowed to cancel a visit?

3    Does the member have to approve the cancellation?

4        A    I don't believe so.

5        Q    So when are Pals allowed to cancel visits?

6        A    In certain cases where a Pal has seen the

7    member multiple times.  I believe they can reschedule

8    the visit.

9        Q    Otherwise they can't reschedule or cancel?

10       A    Can't reschedule, yes.  Cancel, again, it

11   depends what you mean by "cancel."

12       Q    Is there a document that contains the

13   policies and rules for when a visit can be rescheduled

14   or canceled?

15       A    I'm not sure if there's a document that

16   contains it.

17       Q    So what would contain that information?

18       A    I'm not sure, to be honest.

19       Q    So what is your testimony based off of that

20   say sometimes they can schedule or reschedule and

21   sometimes they can't?

22       A    It's based on my understanding of the process

23   and the technology.

24       Q    And what is that understanding based off of?

25   Is it having used it, or is it having seen other

Dani Bchara
December 15, 2023

1    people use it, or what?

2        A    It's based on my discussions with internal

3    teams and, you know, seeing demos.

4        Q    And you're not sure how many visits a Pal had

5    to have done with a member before they are allowed to

6    reschedule or recancel; is that correct?

7        A    I believe it's three.

8        Q    And are they allowed to cancel or just

9    reschedule?

10       A    That, I'm not sure of.  I know they are

11   allowed to reschedule.

12       Q    Does Papa require its Pals to conduct surveys

13   with the members during their visits?

14       A    Papa does not.  Sometimes plans -- sometimes

15   our clients have tasks.

16       Q    The health insurance plans?

17       A    Yes.

18       Q    And are those surveys communicated through

19   Papa to the Pals?

20           MR. SCHNAYERSON:  Vague.

21           Go ahead.

22   BY MR. LEBE:

23       Q    How do the Pals learn they have to do these

24   surveys?

25       A    The surveys are available on the app to the

Dani Bchara
December 15, 2023

1    Pal.

2         Q    So the app notifies the Pal that they have to

3    do these surveys?

4         A    Well, within the visit itself on the app they

5    would see a list of -- if there are any tasks or

6    objectiveness.

7         Q    So the app dictates what --

8              COURT REPORTER:  Say that again, Counsel.

9    BY MR. LEBE:

10        Q    The app dictates what tasks need to be

11   completed during the visits; is that true?

12             MR. SCHNAYERSON:  Misstates testimony.

13             Go ahead.

14             THE WITNESS:  The app is where they would see

15   it.  The Pals dictate what they need to do based on

16   our clients, typically, or what the members

17   preference.

18   BY MR. LEBE:

19        Q    The language which it's communicated to the

20   Pals on the app; is that right?

21        A    Yes.

22        Q    And these tasks that are communicated on the

23   app are required for the Pals to complete; is that

24   right?

25        A    Depends -- I think the answer is no.  Depends

Dani Bchara
December 15, 2023

1   on what you mean by "required."

2        Q    So if the surveys -- if the Pal's

3   communicated and instructed on the app to do a survey

4   and they don't do the survey, what happens?

5        A    Nothing.

6        Q    So Papa doesn't care if the Pals don't follow

7   through with that?

8             MR. SCHNAYERSON:  Argumentative.  Overbroad.

9             Go ahead, Dani.

10            THE WITNESS:  I mean, do you mind clarifying

11  what you mean?

12  BY MR. LEBE:

13       Q    Is it important to Papa that the Pals do the

14  surveys?

15       A    I mean, we would like them to do the surveys,

16  if that's what you mean.

17       Q    Is it true that Pals are required to review

18  the details of the scheduled visit before doing the

19  visit?

20       A    Again, depends on what you mean by "require,"

21  but I believe it's something that we encourage Pals to

22  do.

23            MR. SCHNAYERSON:  Let's take a break now, or

24  at least when you're ready.  I don't want to interrupt

25  your line of questioning too much.

Dani Bchara
December 15, 2023

```
 1            MR. LEBE:  Yeah.  I have, like, a few more
 2   questions on this, and then we can do a break.
 3   BY MR. LEBE:
 4       Q    So Papa is aware that Pals review the details
 5   of scheduled visits before conducting the visit; is
 6   that correct?
 7            MR. SCHNAYERSON:  Calls for speculation.
 8            Go ahead.
 9            THE WITNESS:  Yeah, I can't.  I'm not sure I
10   can speculate on exactly what every Pal does before a
11   visit.
12   BY MR. LEBE:
13       Q    I'm not asking for every single Pal, but the
14   Pals that are encouraged to do that, and then do
15   review the details before the scheduled visits, Papa
16   is aware that they are doing that; is that right?
17            MR. SCHNAYERSON:  Same objection.
18            THE WITNESS:  I have not seen data or
19   anything that would lead me to be able to answer that
20   question.
21   BY MR. LEBE:
22       Q    Does Papa track that, where they know the key
23   strokes of the Pal reviewing the details of the visit?
24       A    I'm not sure.
25       Q    Who would know?
```

Dani Bchara
December 15, 2023

1      A      This, again, would be Craig Ogg, or CTO.

2      Q      Papa Pals confirm their visits with customers

3   24 hours ahead of time; is that right?

4      A      Again, I think it depends.

5      Q      Depends on what?

6      A      Whether a Pal decides to do that.

7      Q      Does the app allow Pals to do that?

8      A      When you say "allows," do you mind clarifying

9   what you mean?

10     Q      Yeah.

11            Is there a function on the app that functions

12  in a way that the Pal confirms their visit with

13  members 24 hours in advance?

14     A      I believe the member's number is made

15  available to the Pal.

16     Q      They can text?  Is that correct?

17     A      I think they could.

18            MR. SCHNAYERSON:  Counsel, can we take a

19  break now?

20            MR. LEBE:  Sure.

21            MR. SCHNAYERSON:  All right.  Ten-minute

22  break.

23            THE VIDEOGRAPHER:  We're off the record at

24  3:08 p.m. Pacific Standard Time.

25            (Recess taken.)

Dani Bchara
December 15, 2023

```
 1            THE VIDEOGRAPHER:  We're back on the record

 2    at 3:23 p.m. Pacific Standard Time.

 3    BY MR. LEBE:

 4        Q    And you're back under oath.

 5             Do you understand that, Mr. Bchara?

 6        A    Yes.

 7        Q    During the break, your counsel told us that

 8    you had some testimony that you wanted to change or

 9    clarify.

10             Do you want to do that?

11        A    Sure.

12             Do you want me just to clarify it?

13        Q    Go for it.

14        A    You asked me about cancellations, the Pal's

15    ability to cancel.  A Pal -- just to clarify, a Pal

16    can remove themselves from a visit at any point.  In

17    most cases, outside of what we discussed throughout

18    rescheduling, that doesn't actually cancel the visit

19    for the member.  I just want to make sure that's

20    clear.

21        Q    Somebody else will get assigned that visit?

22        A    It would go to the -- back to the pool, and

23    another Pal can decide to take it.

24        Q    So going back to the 24-hour-in-advance

25    confirmation.  Papa gives the Pal the member's phone
```

Dani Bchara
December 15, 2023

1   number for confirmation 24 hours in advance; is that

2   true?

3       A    Yes.

4       Q    And the -- Papa does not compensate its Pals

5   for which they confirm the visits with a member 24

6   hours in advance, does it?

7       A    No.

8       Q    And with regard to reviewing the details of

9   the scheduled visit before conducting the visit, the

10  Pals aren't paid for that time either; right?

11      A    No.

12      Q    And no means that's correct, that they are

13  not paid for it?

14      A    Correct.  Right.  They are not paid for it.

15      Q    I don't know if we had a double-negative.

16           MR. LEBE:  Madam Court Reporter, if you let

17  me know on the 24 hours thing if there was a

18  double-negative there.  Can you read that back.

19           COURT REPORTER:  (Record read:

20           "QUESTION:  So going back to the

21  24-hour-in-advance confirmation.  Papa gives the Pal

22  the member's phone number for confirmation 24 hours in

23  advance; is that true?

24           "ANSWER:  Yes.

25           "QUESTION:  And the -- Papa does not

Dani Bchara
December 15, 2023

1    compensate its Pals for which they confirm the visits

2    with a member 24 hours in advance, does it?

3              "ANSWER:  No.")

4    BY MR. LEBE:

5        Q    Papa does not maintain workers' compensation

6    insurance for any of the Papa Pals, does it?

7        A    We do have workers' compensation insurance.

8        Q    For Papa Pals?

9        A    I don't know whether it's -- I'm not sure

10   whether a Pal would be covered by it or not.

11       Q    So you're not sure if a Pal -- do you know

12   what workers' compensation insurance generally does?

13       A    Yes.

14       Q    Okay.

15            So when someone gets injured on the job, they

16   are allowed to get coverage for that injury.

17            Is it your understanding that a Papa Pal

18   would be able to do that?

19       A    I'm not sure.

20       Q    Papa does not have any meal break policies

21   for its Papa Pals in California; is that correct?

22       A    Yes.

23       Q    It doesn't have any rest break policies for

24   its Pals in California; is that correct?

25       A    Correct.

Dani Bchara
December 15, 2023

1      Q     So Papa does not communicate to its Pals that

2    they are entitled to meal breaks in any way; is that

3    correct?

4      A     Correct.

5      Q     And it doesn't communicate to the Pals that

6    they are entitled to rest breaks in any way; is that

7    also correct?

8            MR. SCHNAYERSON:  Objection.  Overbroad.

9            Go ahead.

10           THE WITNESS:  I mean, yes, I guess that is

11   correct.

12   BY MR. LEBE:

13     Q     Is there -- do the Papa Pals do training?  Do

14   they have a training that they are required to do for

15   Papa?

16     A     Yes.

17     Q     What is that training?

18     A     That is the fraud, waste, and abuse

19   acknowledgment that's required by CMS.

20     Q     And how long do you think that training takes

21   Papa Pals to complete?

22     A     I believe it's less than five minutes.

23     Q     Is it more than one minute?

24     A     I'm not sure.

25     Q     Somewhere between -- what's your best

Dani Bchara
December 15, 2023

1    estimate of how long it takes Pals to complete that

2    training?

3             MR. SCHNAYERSON:  Calls for speculation.

4             Go ahead, Dani.

5             THE WITNESS:  My understanding is it's less

6    than five minutes.

7    BY MR. LEBE:

8       Q    How long is the paperwork?

9       A    Can you clarify what you mean?

10      Q    Is there paperwork that you have to read, or

11   what is that training?

12      A    Yes.  It's something they need to read and

13   acknowledge.

14      Q    So it's whatever it would take to reasonably

15   read that document and acknowledge it?

16            MR. SCHNAYERSON:  Objection.  Vague as to --

17   I just said objection to "paperwork" and "document,"

18   those terminologies.

19            Go ahead, Dani.

20            THE WITNESS:  The requirement was for a Pal

21   to scroll through the document and acknowledge it.

22   BY MR. LEBE:

23      Q    They are not supposed to read it?

24            MR. SCHNAYERSON:  That's argumentative.

25            You don't have to answer that.  I'll instruct

Dani Bchara
December 15, 2023

1   him not to answer.  That's argumentative.

2           (Witness instructed not to answer.)

3           MR. LEBE:  It's not.  But an argumentative

4   question is not a basis for an instruction not to

5   answer.

6           MR. SCHNAYERSON:  You're doing it to harass

7   him.  He told you -- gave you an answer, and he said

8   scroll through, and you say, he's not supposed to read

9   it?  I mean, come on.

10          MR. LEBE:  It's a legitimate question.

11  BY MR. LEBE:

12      Q    Does Papa not want its Pals to read the

13  document that you're referring to?

14      A    Well, can you clarify the question?

15      Q    Well, yes.

16          MR. LEBE:  Counsel, has this document been

17  produced in discovery?

18          MR. SCHNAYERSON:  What document are you

19  talking about?

20  BY MR. LEBE:

21      Q    Mr. Bchara, can you identify the document

22  that you're talking about for the training?

23      A    It's the CMS training.  I'm not sure what the

24  exact name is.

25      Q    CMS, you said, was the Center for Medicare

Dani Bchara
December 15, 2023

1    something?

2        A    I think it's Center for Medicare and Medicaid

3    Services.

4        Q    And you can't give us any more information

5    other than it's that document?

6        A    I'm not sure.

7             Do you mind clarifying the question?

8        Q    What I'm saying is you don't know the title

9    of the document or any other identifying information

10   other than it's a CMS training document provided

11   during onboarding; is that true?

12            MR. SCHNAYERSON:  Why don't you show him the

13   document, Counsel.

14            MR. LEBE:  I don't think we received it,

15   Counsel.

16            MR. SCHNAYERSON:  You produced it.

17            MR. LEBE:  Well, then, if that's the case,

18   maybe you can tell me the Bates number, but I didn't

19   know what document it was that he was referring to.

20            MR. SCHNAYERSON:  Why don't you go through

21   your discovery.

22   BY MR. LEBE:

23        Q    My question is, that document, is it

24   Papa's -- does Papa want its Pals to read that

25   document?

Dani Bchara
December 15, 2023

```
1        A    Yes.

2        Q    And it does not compensate them for the time

3   to read it; is that true?

4        A    Correct.

5        Q    And do you know how many words are on that

6   document?  Can you give me a best estimate as to how

7   many pages it is?

8        A    I'm not sure.

9        Q    Have you seen it?

10        A    I haven't seen it.

11        Q    You don't know the exact number of words or

12   the exact number of pages, but can you give me the

13   range for your best estimate, or do you have no

14   information?

15        A    I think it's a couple of pages.  It's a

16   scroll on the app, so it's a hard to think about how

17   many pages it is.

18        Q    I see.

19             To confirm, I think you answered that, but

20   they do not get compensated for that time; is that

21   right?

22        A    That's correct.

23        Q    Does Papa decide how much Pals are paid for

24   their services?

25        A    Yes.
```

Dani Bchara
December 15, 2023

1     Q    And Pals have no say whatsoever in how much
2     they are paid; is that correct?
3              MR. SCHNAYERSON:  Overbroad.
4              THE WITNESS:  A Pal can choose the visit that
5     they want to accept.
6     BY MR. LEBE:
7     Q    And those visits have set-in-stone pay rates
8     that are -- that relate to those different visits; is
9     that correct?
10    A    So there's -- implicitly, yes.
11    Q    It determines how much is earned by the Pal
12    for various types of visits; is that right?
13    A    Papa sets the rate of pay for a visit and
14    offers bonuses, which dictate how much a Pal will earn
15    based on the length or based on the nature of the
16    visit or whichever visit it is.
17    Q    Does Papa require its Pals to have any
18    specialized education or training or skills?
19    A    No.
20    Q    No prior caregiving experience?
21    A    No.
22    Q    No health care experience?
23    A    No.
24              MR. SCHNAYERSON:  Overbroad.
25              Go ahead.

Dani Bchara
December 15, 2023

1            Did you answer, Dani?

2            THE WITNESS:  Yes.  I answered.

3    BY MR. LEBE:

4       Q    So the Pals are just paid on the basis of --

5    why don't we introduce the pay scale.  That's an

6    exhibit that we'll show you.

7            Are you familiar with the pay scale?

8            MR. SCHNAYERSON:  Can we pause for a minute?

9    We don't have to go off the record.

10           MR. LEBE:  Sure.

11           MR. SCHNAYERSON:  Go ahead.

12           MR. LEBE:  I think my team is going to

13   introduce Exhibit 10 on pay scale.  I know we're

14   running low on time.

15           (Exhibit 10 marked.)

16   BY MR. LEBE:

17      Q    Papa doesn't pay for overtime, does it?  I

18   should say to its Pals.

19      A    Correct.

20      Q    Exhibit 10 was just dropped in the chat,

21   which is the pay scale.  Its number starts at 332.

22           Take a look at this, but my question is going

23   to be how Papa Pals pay is determined; isn't that

24   correct?

25           MR. SCHNAYERSON:  332 to what?

Dani Bchara
December 15, 2023

```
 1              THE WITNESS:  It goes to 335 -- 332, 333,
 2     334.
 3              MR. SCHNAYERSON:  335?  That's the FAQs; is
 4     that right?  That's part of the exhibit?
 5              MR. ELY:  Correct.  It is.
 6     BY MR. LEBE:
 7         Q    This is how Papa Pals are paid; correct?
 8         A    Yes.
 9         Q    There's no policy or practice that states
10     that their Papa Pals are being paid the minimum wage
11     for all the time that they work; is that correct?
12              MR. SCHNAYERSON:  Overbroad.  Calls for a
13     legal conclusion.
14              Go ahead.
15              THE WITNESS:  There's no specific policy, no.
16     BY MR. LEBE:
17         Q    And Papa does not maintain time records for
18     all the time worked by its Pals; is that true?
19         A    Can you clarify what you mean by that?
20         Q    Papa does not maintain time records for all
21     the time worked by its Pals; is that correct?
22              MR. SCHNAYERSON:  Vague and overbroad as to
23     "time records."
24              Go ahead.
25     BY MR. LEBE:
```

Dani Bchara
December 15, 2023

```
 1      Q    Do you understand what I mean by "time
 2   records"?
 3      A    Yeah.  I think so.  We pay based on the time.
 4      Q    Papa does not track.  Some companies, when
 5   employees clock in and out, those records are
 6   maintained for the compensable time.  Papa doesn't
 7   have any equivalent system of maintaining time records
 8   for its Papa Pals for all of the time that they
 9   worked, does it?
10           MR. SCHNAYERSON:  Again, I'm going to object
11   as to the word "maintain," then.  I think that's the
12   confusing part of this.
13           Go ahead, if you can answer.
14           THE WITNESS:  We track when a Pal starts and
15   ends a visit.  We have a record of that.
16   BY MR. LEBE:
17      Q    But there's no record of any other time
18   worked; is that correct?
19      A    It depends.
20      Q    On what?
21      A    I mean, we track when a Pal starts to
22   commute.  We know when the Pal starts to commute.  We
23   know when the Pal starts a visit.  We know when the
24   visit ends.
25      Q    Does Papa keep those records?
```

Dani Bchara
December 15, 2023

1        A    I believe so.

2        Q    So Papa should have the records of all of the

3    time any of its Pals have spent driving to visits or

4    in visits during the entirety of Papa's existence; is

5    that correct?

6             MR. SCHNAYERSON:  Overbroad.  Calls for

7    speculation.

8             Go ahead.

9             THE WITNESS:  I don't know if the entirety of

10   our existence.  I don't know, is the answer to that

11   question.

12   BY MR. LEBE:

13       Q    How long has Papa existed as a company?

14       A    I believe 2017.

15       Q    Okay.

16            So when do you believe or when do you have

17   knowledge of Papa maintaining records going back?

18       A    We retain our records.  I don't know if all

19   aspects were tracked all the way back.

20       Q    I see.

21            Did Papa always maintain time records for

22   commuting?

23       A    I'm not sure.

24       Q    And Papa does not pay for the commute time.

25            It just reimburses for mileage; is that

Dani Bchara
December 15, 2023

```
 1   correct?

 2       A    Correct.

 3       Q    And the Pals -- I guess another way of asking

 4   this was the Pals don't have an ability to clock in if

 5   they are doing work for Papa.  They normally can start

 6   being tracked through the app as you described; is

 7   that correct?

 8       A    Yes.

 9            MR. SCHNAYERSON:  Belated objection.  Vague

10   and overbroad.

11   BY MR. LEBE:

12       Q    Papa's records show the number of Pals it has

13   working for it; is that correct?

14       A    That's correct.

15       Q    Is that true during the entirety of its

16   existence?

17       A    Yes.  I believe so.

18       Q    And the record -- those records show the

19   names and addresses of those individuals; is that

20   right?

21            MR. SCHNAYERSON:  Overbroad.

22            THE WITNESS:  I'm not sure.

23   BY MR. LEBE:

24       Q    You don't know if Papa has the names and

25   addresses for its Pals?
```

Dani Bchara
December 15, 2023

```
 1              MR. SCHNAYERSON:  Overbroad.
 2              THE WITNESS:  Yeah.  I think it depends.
 3    BY MR. LEBE:
 4         Q    Depends on what?
 5         A    My answer would depend on the time period
 6    that you're discussing.
 7         Q    When -- what years are you uncertain that
 8    Papa would have the names and addresses for its Pals?
 9         A    I would be less certain about what data
10    elements that we have about our Pals in the earlier
11    years of our existence.
12         Q    Do you know if it has the names and addresses
13    for the Pals starting in 2020?
14         A    I'm not 100 percent sure.
15         Q    Papa has records of the compensation is paid
16    to Pals; is that correct?
17         A    Yes.
18         Q    Does it have that information during the
19    entirety of its existence?
20         A    I believe so in some way, shape, or form.
21         Q    The records show the visits completed for
22    Pals?
23              MR. SCHNAYERSON:  Again, that's overbroad.
24    BY MR. LEBE:
25         Q    Is that correct?
```

Dani Bchara
December 15, 2023

```
 1       A    I think it depends on the time period.

 2       Q    Go ahead.

 3       A    My level of certainty on what data elements

 4  would depend on the time period if you're asking me

 5  for the entirety of time with the company.

 6       Q    What year would you be certain that the Papa

 7  has all the visits for the Pals?

 8       A    Maybe 2020 to 2021 would have all the data or

 9  have more data elements beyond just, you know, some of

10  them are basic stuff.

11       Q    So would it be to 2020 to today, or only 2020

12  and 2021?

13       A    No.  It would be through today.

14       Q    What about records of first and last visits

15  completed?  That also sort of -- you would be

16  confident that started in 2020 through present, Papa

17  would have that information?

18            MR. SCHNAYERSON:  Vague as to "first and last

19  visits."

20            THE WITNESS:  Do you mind clarifying?

21  BY MR. LEBE:

22       Q    Every Pal has a first visit that they

23  complete with a member; is that right?

24       A    If a Pal activates and does a visit, then,

25  yes, they would have a first visit.
```

Dani Bchara
December 15, 2023

1      Q    When does somebody become a Pal?

2           MR. SCHNAYERSON:  This is very vague.

3    BY MR. LEBE:

4      Q    Sort of an existential question.

5           Who decides when somebody is a Papa Pal?  Is

6    it when they do a visit or when they've been approved?

7      A    I think the word "Pal" is not used.  It

8    doesn't provide enough specificity to answer that, the

9    way we talk about it internally, at least.

10     Q    Okay.

11          For those Pals that do actually go on to do

12   visits, they all have a first visit that they've

13   completed; is that correct?

14     A    Yes.

15     Q    And then they all have the last visit that

16   they've completed; is that right?

17     A    Yes.

18     Q    Does Papa consider any of its Pals that live

19   in the State of California to be no longer working for

20   Papa?

21          MR. SCHNAYERSON:  Vague and ambiguous.

22          THE WITNESS:  Do you mind clarifying the

23   question?  Sorry.

24   BY MR. LEBE:

25     Q    Does Papa consider any of its Pals to no

Dani Bchara
December 15, 2023

1    longer work for it anymore?

2            MR. SCHNAYERSON:  Vague.  Assumes facts not

3    in evidence.

4            Go ahead, Dani, if you can.

5            THE WITNESS:  I think it depends.

6    BY MR. LEBE:

7        Q    On what?

8        A    On the circumstances with the Pal.

9        Q    And so does it maintain -- does Papa have,

10    like, a list of those Pals that no longer work for it?

11        A    We know what Pals have not taken visits.  We

12    know when Pals are, you know -- yeah.  We know what

13    Pals are not taking visits.

14        Q    You know what Pals are not taking visits?  Is

15    that what you said?

16        A    Yes.

17        Q    So a Pal can decide basically to deactivate

18    their account, or how do you know?

19        A    Well, a Pal could ask to be -- have their

20    account removed, I believe.  But we know, because we

21    know who takes our visits for the members.

22        Q    Does Papa have a list of all those Pals that

23    no longer are working for it, or would it be easy

24    enough to determine who those are?

25            MR. SCHNAYERSON:  Vague.

Dani Bchara
December 15, 2023

```
 1              THE WITNESS:  Can you clarify.
 2    BY MR. LEBE:
 3       Q    Would Papa be able to determine which Pals no
 4    longer work for it?
 5       A    We would know what Pals have not taken visits
 6    recently.
 7       Q    And you would also know which Pals have
 8    deactivated their accounts?
 9       A    I believe so.
10       Q    And you also know which Pals have been --
11    have their accounts -- I don't know what term you guys
12    use, but suspended or deactivated due to their
13    misconduct?
14       A    Yes.
15       Q    The Pals are not licensed insurance agents;
16    is that correct?
17              MR. SCHNAYERSON:  Calls for speculation.
18              THE WITNESS:  I'm not sure.
19    BY MR. LEBE:
20       Q    Do they function as insurance agents for
21    Papa?
22       A    Can you clarify what you mean by "insurance
23    agents"?
24       Q    Do you not know what an insurance agent is?
25       A    I think there's multiple types.
```

Dani Bchara
December 15, 2023

1      Q     Do Pals function as any of those types for

2   Papa?

3            MR. SCHNAYERSON:  Vague and overbroad.

4            Go ahead, Dani.

5            THE WITNESS:  Not -- not related to their

6   work with Papa.

7            MR. LEBE:  We're going to introduce

8   Exhibit 11.  It's called "Papa Visit Standards,"

9   Bates 338.

10           (Exhibit 11 marked.)

11  BY MR. LEBE:

12     Q     Please take your time to review it.

13           And my question is going to be, are these the

14  standards that Papa expects its Pals to satisfy in

15  their performance of their job duties?

16     A     Yes.  These are guidelines that the Pals

17  follow.

18     Q     It says, "As a Pal, you are expected to

19  follow the visit standards below for every visit."

20           That's Papa's expectation; is that correct?

21     A     Yeah.  I mean -- yes.

22     Q     These are the expectations for Pal behavior

23  before, during, and after the visit; is that correct?

24     A     Yes.

25     Q     That includes reviewing visit details; is

Dani Bchara
December 15, 2023

1    that correct?

2        A    Yes.

3        Q    Which means before arriving at the visit, the

4    Pal has to make sure to read over the visit tasks and

5    any important notes about the member and the health

6    plan that are provided."

7             That's an expectation that the Pal performs;

8    is that correct?

9        A    That is the guideline or best practice that

10   we encourage our Pals to do.

11       Q    And expect them to follow; is that correct?

12       A    I guess it depends on what you mean by

13   "expect them to follow."

14       Q    Well, I'm just reading from the document.

15            What does Papa mean when it says, "You are

16   expected to follow the visit standards below for every

17   visit"?  Do you know?

18       A    Yes.  These are things that we encourage our

19   Pals to do.

20       Q    Is your understanding of encouragement

21   different than expectation?

22       A    Maybe I'm getting too hung up on words.

23       Q    They basically mean the same thing to you?

24       A    I mean, I think the -- I guess the difference

25   would be the -- yeah.  I would call them guidelines.

Dani Bchara
December 15, 2023

1      Q    And then --

2           MR. SCHNAYERSON:  I think another about 10,

3      15 minutes.

4      BY MR. LEBE:

5      Q    And the Pals are encouraged and expected by

6      Papa to confirm the visit, which means that 24 hours

7      before a visit they have to confirm that they are

8      coming to the visit by tapping the confirm visit

9      button in the Pal app; is that true?

10     A    I believe so.

11     Q    And the Papa Pal is encouraged and expected

12     to call the member, which means right after they

13     confirm the visit in the app, the Pal would be

14     prompted to call the number to introduce him or

15     herself and confirm the visit tasks; is that correct?

16     A    That is something we encourage our Pals to

17     do.

18     Q    What happens if a Pal doesn't follow Papa's

19     visit standards?

20          MR. SCHNAYERSON:  Incomplete hypothetical.

21          THE WITNESS:  It depends.

22     BY MR. LEBE:

23     Q    What does it depend on?

24     A    It depends on what aspect.

25     Q    The FAQ section near the bottom of this

Dani Bchara
December 15, 2023

1    document 339, it says, "What happens if I don't follow

2    Papa's visit standards?"

3             And it says, "Failure to follow our visit

4    standards may result in suspension or permit removal

5    from the platform."

6             Is that true?

7    A    Again, it depends.  For the majority of

8    these, there would be no consequence.

9    Q    Why does it not say that here in the FAQ?  Do

10   you know?

11   A    Well, it does.

12   Q    What does it say?  How does it say that?

13   A    It says, "May result."

14   Q    So your interpretation of that is that

15   communicates that there will be no repercussions for

16   failing to abide by these standards?

17   A    I wouldn't necessarily say that.

18            MR. LEBE:  I'm going to take a very quick

19   break.  I'm going to talk to my team.  I think this is

20   an okay time to suspend the deposition.  I've talked

21   to counsel -- I think that was off the record -- about

22   a second day, and understanding he's not agreeing to

23   anything on the record, but we'll meet and confer, and

24   hopefully resolve that without court intervention.  We

25   can put anything else we want to put on the record

Dani Bchara
December 15, 2023

1    when we come back, assuming that we're done with the

2    substantive questioning.

3              Does that work?

4              MR. SCHNAYERSON:  You want to take a

5    five-minute break and come back on the record?

6              MR. LEBE:  Probably less than five minutes.

7    But, yeah, two minutes.

8              THE VIDEOGRAPHER:  We're off the record at

9    4:12 p.m. Pacific Standard Time.

10             (Recess taken.)

11             THE VIDEOGRAPHER:  We're back on the record

12   at 4:16 p.m. Pacific Standard Time.

13             MR. LEBE:  As discussed, we're -- I'm going

14   to suspend the deposition.  Counsel is not agreeing to

15   anything but other than we will meet and confer as to

16   an additional day of deposition as I'm requesting, and

17   some discovery issues that we've identified today

18   during the deposition.

19             Counsel, you can put whatever you want on the

20   record if that is incomplete.

21             MR. SCHNAYERSON:  No.  I'll just save

22   whatever I save for our meet-and-confer other than

23   everybody listen to me talk.

24             MR. LEBE:  Madame videographer, could you let

25   us know how many hours and minutes we have on the

Dani Bchara
December 15, 2023

 1   record.

 2           THE VIDEOGRAPHER:  Yes.  I'm going to have to

 3   update the calculations.  Can I do that after we go

 4   off the record?

 5           MR. LEBE:  I'd like it to be on the record,

 6   at least the transcript record, the written record.  I

 7   think it should be on one of those two things.

 8           THE VIDEOGRAPHER:  Okay.  I'm just going to

 9   need a few minutes for that.

10           COURT REPORTER:  We can do that on the

11   transcript record.

12           Ben, do you want a copy of this transcript?

13           MR. SCHNAYERSON:  Yes.

14           THE VIDEOGRAPHER:  Would you like a copy of

15   the video?

16           MR. SCHNAYERSON:  Let me check with my

17   client.

18           THE VIDEOGRAPHER:  Thank you.

19           We're off the record at 4:18 p.m. Pacific

20   Standard Time, 018 UTC.

21           MR. LEBE:  On the record.

22           Madame videographer, can you please let us

23   know what the time is?

24           THE VIDEOGRAPHER:  Yes.  The total on the

25   record time is 5 hours 47 minutes.

Dani Bchara
December 15, 2023

1            MR. LEBE:  Thank you.

2            (Proceedings concluded at 4:21 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dani Bchara
December 15, 2023

1                DECLARATION UNDER PENALTY OF PERJURY

2

3        I, Dani Bchara, hereby certify under penalty of

4    perjury that I have read the foregoing transcript of

5    my deposition taken on December 15, 2023; that I have

6    made such corrections as appear noted on the

7    Deposition Errata Page, attached herein, as corrected,

8    is true and correct.

9

10    Dated this _____ day of _____, 2024, at

11    _____ , California.

12

13

14                          _____

15                          Dani Bchara

16

17

18

19

20

21

22

23

24

25

Dani Bchara
December 15, 2023

```
 1                    REPORTER'S CERTIFICATE

 2            I, Brandi Celestino, a Certified Shorthand

 3    Reporter, do hereby certify:

 4            That the foregoing proceedings were taken

 5    before me at the time and place therein set forth, at

 6    which time the witness was put under oath by me;

 7            That the testimony of the witness, the

 8    questions propounded, and all objections and statements

 9    made at the time of the examination were recorded

10    stenographically by me and were there after transcribed;

11            That a review of the transcript by the deponent

12    was requested;

13            That the foregoing is a true and correct

14    transcript of my shorthand notes so taken.

15            I further certify that I am not a relative or

16    employee of any attorney of the parties, nor financially

17    interested in the action.

18            I declare under penalty of perjury under the

19    laws of California that the foregoing is true and

20    correct.

21

22    Dated:  December 15, 2023

23

24    _____

25    Brandi Celestino
```

Dani Bchara
December 15, 2023

```
 1                    DEPOSITION ERRATA SHEET

 2

 3    Page No._____ Line No. _____

 4
      Change:_____
 5

 6    Reason for change: _____

 7
      Page No._____ Line No. _____
 8

 9    Change:_____

10
      Reason for change: _____
11

12    Page No._____ Line No. _____

13
      Change:_____
14

15    Reason for change: _____

16
      Page No._____ Line No. _____
17

18    Change:_____

19
      Reason for change: _____
20

21

22

23    _____        _____
      Dani Bchara                            Dated
24

25
```

Dani Bchara
December 15, 2023

## Exhibits

**EX 0001 Dani Bchara 121523**
  4:6 13:22 15:6,7

**EX 0002 Dani Bchara 121523**
  4:7 72:12,13 74:25 78:19

**EX 0003 Dani Bchara 121523**
  4:8 72:17, 18,23 78:23

**EX 0004 Dani Bchara 121523**
  4:9 81:17,18

**EX 0005 Dani Bchara 121523**
  4:10 101:12

**EX 0006 Dani Bchara 121523**
  4:11 101:13

**EX 0007 Dani Bchara 121523**
  4:12 106:4, 6,17

**EX 0008 Dani Bchara 121523**
  4:13 118:13, 15

**EX 0009 Dani Bchara 121523**
  4:14 136:10

**EX 0010 Dani Bchara 121523**
  4:15 158:13, 15,20

**EX 0011 Dani Bchara 121523**
  4:16 168:8, 10

## 0

**018**
  173:20

## 1

**1**
  13:22,25 15:6,7 24:13,15,23 100:21 124:23
**10**
  158:13,15,20 170:2
**100**
  77:14 79:16 163:14
**101**
  136:14
**10:44**
  68:9
**10:59**
  68:12
**11**
  122:25 123:7 168:8,10
**11:13**
  74:15
**11:18**
  74:18
**12:03**
  95:7
**12:51**
  95:10
**15**
  5:2,7 170:3
**150**
  25:14
**16**
  121:1
**16:37**
  5:6

**17**
  121:2
**1:57**
  123:16

## 2

**2**
  72:12,13 74:25 78:19
**20**
  13:25
**20,000-ish**
  25:18
**20-**
  25:18
**200**
  25:14
**2017**
  161:14
**2020**
  163:13 164:8,11,16
**2021**
  72:15 73:10 74:5 75:2,4 78:20 164:8, 12
**2022**
  19:9 20:11
**2023**
  5:2,7 19:25 78:24 79:5, 10,12
**21**
  14:1
**22**
  14:1
**23**
  14:1
**24**
  14:5 123:4 148:3,13 150:1,5,17, 22 151:2 170:6

**24-hour-in-advance**
  149:24 150:21
**25**
  14:6
**2565**
  99:18
**26**
  14:6
**264**
  99:18
**265**
  101:2,13
**266**
  106:9,12 107:2
**267**
  110:13
**27**
  14:6
**271**
  106:9
**28**
  14:8,11
**29**
  14:8,9
**2:12**
  123:19

## 3

**3**
  72:17,18,23 75:18 78:19, 23
**30**
  13:22 14:8,9
**318**
  136:12 137:8
**319**
  141:6
**320**
  136:12
**331**
  118:14,25

Dani Bchara
December 15, 2023

**332**
  158:21,25
  159:1
**333**
  159:1
**334**
  159:2
**335**
  159:1,3
**338**
  168:9
**339**
  171:1
**3:08**
  148:24
**3:23**
  149:2

---

**4**

**4**
  81:17,18
**47**
  173:25
**4:12**
  172:9
**4:16**
  172:12
**4:18**
  173:19

---

**5**

**5**
  48:8  101:12,
  14  103:3
  173:25

---

**6**

**6**
  101:13,14
  103:3
**60**
  31:10  48:9

---

**7**

**7**
  106:4,6,17

---

**8**

**8**
  118:13,15
**80**
  31:10  47:23
  48:10,11,12
  50:9
**8:37**
  5:2,6

---

**9**

**9**
  126:10
  136:9,10
**90**
  47:23  48:11,
  12  50:9
  77:12
**9:32**
  36:9
**9:44**
  36:12

---

**A**

**A-L-F-R-E-D-O**
  19:18
**A-S-U-R-I-S**
  101:10
**a.m.**
  5:2,6  36:9,
  12  68:9,12
  74:15,18
**ABC**
  55:16
**abide**
  171:16

**ability**
  94:16  95:18
  121:7  149:15
  162:4
**able**
  10:16,23
  11:14  12:2
  15:1  46:13
  87:15  88:3
  100:2  113:1
  119:18
  121:7,14,18
  122:5,13
  123:5  127:19
  131:18
  132:18
  142:13,22
  147:19
  151:18  167:3
**abuse**
  78:10  124:7
  152:18
**accept**
  41:16  157:5
**accepting**
  130:1
**access**
  73:18  80:1
  86:24  87:15
  100:16
  109:13
**account**
  166:18,20
**accounting**
  21:16,25
  98:10,12
**accounts**
  167:8,11
**accurate**
  9:7  10:23
  107:22
**acknowledge**
  77:12  124:6
  153:13,15,21
**acknowledged**
  78:11

**acknowledgment**
  152:19
**across**
  66:19  67:3,4
**action**
  28:6  30:15
  31:17,24
  32:20,22
  69:15,21,25
  70:8  71:15,
  23  72:6
  83:22,25
  84:7
**actions**
  39:22  84:14
**activates**
  164:24
**active**
  141:23
**activities**
  76:14  131:12
**activity**
  131:9,11
  132:19,21,22
  133:2  134:17
**actual**
  56:2  60:23
  62:21  63:4
  64:21  66:9
**Adam**
  21:7,16,25
**add**
  86:24
**addition**
  132:22
**additional**
  61:12  65:2
  172:16
**address**
  122:10,11
**addressable**
  62:4,5,10
  63:11,13,23
**addresses**
  162:19,25
  163:8,12

Dani Bchara
December 15, 2023

adjustable
  61:25 62:3
admissible
  29:21 115:25
  135:5
ads
  37:14
advance
  148:13
  150:1,6,23
  151:2
Advantage
  65:1 113:22
advertisement
s
  103:4
advertises
  102:2,11,17
  103:17
  104:20
advertising
  100:11
  102:22,25
  103:22
  104:1,12
advisors
  34:19,24
  35:1,3,5
age
  49:24
agent
  33:19,22,23
  34:2,4,13,19
  35:13 167:24
agents
  35:3,5,7
  167:15,20,23
aging
  106:24
agree
  5:9 41:15
  77:12
agreeing
  171:22
  172:14
agreement
  67:19 78:9

agreements
  45:2 67:18
Aguila
  21:7
ahead
  20:24 22:21
  26:6 27:19
  28:23 31:5
  32:12 33:8
  39:2 40:10
  41:17 43:2
  46:25 47:12
  50:14 53:15,
  24 57:13
  58:6 66:13
  70:3 71:5,18
  76:24 84:1
  85:16 87:9
  88:8,21
  91:11 92:6,
  22 93:7
  102:6 103:7
  105:6
  107:17,24
  112:3 113:5
  116:1,21
  119:1 124:4,
  14 131:6
  135:6,15
  136:1,24
  141:13
  144:21
  145:13 146:9
  147:8 148:3
  152:9 153:4,
  19 157:25
  158:11
  159:14,24
  160:13 161:8
  164:2 166:4
  168:4
Alfonso
  21:7,15,24
  69:2
Alfredo
  19:16
allegation
  69:23

allow
  91:7,21 92:3
  138:12 148:7
allowed
  55:1 64:25
  65:1 138:24
  143:2,5
  144:5,8,11
  151:16
allows
  11:8 148:8
ambiguous
  32:10,11
  165:21
amount
  10:14,16
  49:8,10,12,
  18 51:10,13,
  15,17,25
  52:1 54:16,
  17 57:16,17
  58:21 62:20
  63:2 64:4,7,
  8,14 92:15
analyses
  125:20
analysis
  125:18
ancillary
  63:24
Andrew
  18:16
ANGELES
  5:1
Ann
  21:8,17 22:1
annual
  141:23
answer
  8:21 9:20
  16:18,19
  17:2,3,12,15
  20:24 21:21
  28:12 29:22,
  23 32:12
  36:25 43:21,
  22,25 45:6,

23 46:1,5
  47:3 51:5
  55:4,12
  56:10,23
  57:1,3,8
  60:7 67:22
  71:5 77:16
  79:18 89:23
  93:7,10,16
  94:5,6,16,20
  95:12,18,21
  97:14 104:2
  105:6 111:2
  112:5 116:2
  125:24,25
  128:9 130:15
  132:13 138:4
  139:15,17,
  20,21,23,25
  140:12,13
  145:25
  147:19
  150:24 151:3
  153:25
  154:1,2,5,7
  158:1 160:13
  161:10 163:5
  165:8
answered
  57:12 61:15
  76:23 93:6
  94:4,18
  156:19 158:2
answering
  17:12 90:1
answers
  8:12 9:6
  15:10 27:15
  56:19 86:17
  103:12
anymore
  166:1
anyone
  5:20 13:16
  19:11 20:5
  49:20
Apologies
  80:20

Dani Bchara
December 15, 2023

apologize
 81:14
app
 38:5 40:19,
 25 41:22
 42:4,7 96:20
 99:6 130:12,
 19 131:1,4,
 10,13,18,19,
 25 132:3,21,
 22 133:4,7
 134:8,12,15,
 16 144:25
 145:2,4,7,
 10,14,20,23
 146:3 148:7,
 11 156:16
 162:6 170:9,
 13
appearances
 6:7
appears
 100:4 109:23
application
 40:6,9,14,24
 41:3,5,7
 129:18
applied
 38:22
applies
 75:23
apply
 40:5,13
 75:14 76:1,
 13
appointment
 30:11
appointments
 130:11
appropriate
 31:17,24
 104:14 135:2
approve
 143:3
approved
 165:6

areas
 24:17 36:1
 37:3 59:19
 67:5 76:4
 133:16
argumentative
 89:14 107:23
 146:8 153:24
 154:1,3
around
 19:21,22
 28:25 29:10
 35:16 37:11
 47:23 76:4
 85:7 108:4
arriving
 169:3
art
 64:22
asked
 56:18 57:12
 76:22 93:6
 94:4,18
 149:14
asking
 23:6,8 26:14
 29:12 55:20
 56:4,6,7,15
 67:3 70:7
 84:19 93:16
 103:21,24
 104:7 107:25
 108:3 109:15
 114:4 127:2,
 10 128:2,4
 138:2,3
 147:13 162:3
 164:4
aspect
 28:5 170:24
aspects
 53:8 59:9
 64:1 109:6
 161:19
assert
 113:19
assessments
 139:8

assigned
 149:21
assist
 11:21 106:24
assistance
 40:7 100:22
 104:23
 112:24
assistant
 18:23
associates
 75:23
assume
 9:14 38:20
 60:13 76:12,
 14 91:15
 105:12
Assumes
 166:2
assuming
 172:1
Asuris
 101:6,9,16,
 19,20,24
attendance
 33:17
attorney-
client
 14:4 125:23
 126:15,20
 127:22
 139:14,16,
 20,22 140:1
attorney-work
 126:21
attorneys
 8:24 12:16
 61:19
 127:10,20
attract
 37:9 107:9
Audio
 5:8 30:1
authenticating
 78:19

automatically
 42:5
automobile
 138:10
available
 62:7,13,14,
 15,17,18
 63:17 77:7
 144:25
 148:15
avoid
 60:21 61:4,
 10
aware
 37:9 103:15
 128:23 136:4
 147:4,16

---

**B**

B-C-H-A-R-A
 7:9
BA
 124:6
back
 21:19 33:21
 36:11,15,16
 61:11 62:24
 68:11,15,16
 74:17,21
 95:9,12
 106:12
 118:23
 120:23
 123:18,21
 149:1,4,22,
 24 150:18,20
 161:17,19
 172:1,5,11
background
 24:14 39:14
 41:14
 141:20,23
 142:1
ballpark
 25:18

Dani Bchara
December 15, 2023

banning
  87:22
based
  8:13 14:4
  49:16 50:5,
  16,21 51:7
  58:15,23
  76:11 108:1,
  20 111:2
  119:25
  120:2,5,7,9,
  24 121:15,23
  125:16,17
  141:18
  143:19,22,24
  144:2 145:15
  157:15 160:3
basic
  7:11 164:10
basically
  50:5 64:2
  135:11
  166:17
  169:23
Basics
  136:9
basis
  18:9 25:16,
  17 113:8
  126:3,4
  127:15,18,20
  128:1,12
  154:4 158:4
Bates
  13:6 83:1
  99:15,18
  101:4 106:7,
  9 118:14,23
  120:18
  136:11
  155:18 168:9
Bates-stamped
  13:13
Bchara
  5:25 6:21
  7:9,10 12:6
  15:9 28:12
  36:5,15 45:5

57:7 68:4,15
72:21 74:3
104:19
122:14 127:6
149:5 154:21
bearing
  54:23
bears
  43:20 61:19
begin
  11:1 17:7
  40:16 93:18
beginning
  19:8 20:11
  73:8
begins
  131:16
behalf
  6:3,6,15
  13:21 15:10,
  11
behavior
  134:25
  168:22
Belated
  162:9
belief
  125:16
believe
  12:14,23
  13:11 18:22
  19:7,18,23
  20:3,11
  25:17,24
  30:7 33:3,21
  34:24 35:4,
  10 45:5
  56:20 58:20,
  22 73:11,13,
  15 76:7
  77:14 78:7
  79:15 84:23
  91:2 95:24
  98:3 100:1,
  8,10 102:1
  105:1 108:21
  112:8,14,15
  116:11,22

124:8,22
125:14 129:1
133:16,17
136:25
137:15,25
138:16,22
141:14
142:3,7
143:4,7
144:7 146:21
148:14
152:22
161:1,14,16
162:17
163:20
166:20 167:9
170:10
below
  168:19
  169:16
Ben
  6:15 173:12
benefit
  49:1 64:16,
  19 90:14,15
  91:4 102:3,
  12 112:20
benefits
  64:15,16,21
  65:2,3,4,6
  91:16,19,20
  113:23
best
  10:7,13,23
  11:12 13:13
  26:10,14
  46:13,20
  48:4 50:9
  53:21 58:23
  75:4 86:10
  121:7 132:13
  152:25
  156:6,13
  169:9
BIA
  78:9
biometric
  136:18,20

bit
  22:4 35:16
  80:24
board
  75:24
bonuses
  35:24 37:2
  42:9,11,13,
  16 58:1,10,
  12,19,24
  157:14
book
  8:14 91:7,21
  129:18,24
booking
  129:20
booklet
  8:13
books
  98:13,14
boss
  18:13,15,16
bottom
  13:6,7,10
  100:21
  110:13
  170:25
Brandi
  6:5
breadth
  14:5
break
  9:19 22:4
  36:3,4,5,7
  41:6 68:1,2,
  3 74:4,9,11
  80:22 94:23
  95:3,5 96:4
  122:3,22
  123:13
  146:23 147:2
  148:19,22
  149:7
  151:20,23
  171:19 172:5
breaks
  9:18 152:2,6

Dani Bchara
December 15, 2023

briefed
  127:13
bring
  14:22 61:11
  81:21 99:15
bringing
  78:25
broad
  59:8,19
  85:18 93:22
  123:8
broader
  64:9,20
broadly
  29:7 30:19
  46:6 114:4,
  23
broken
  71:14 72:7
brought
  17:6
bucket
  50:3,4,11,
  12,20
buckets
  50:2
budgeting
  68:25
bug
  42:4
bullet
  83:20
business
  19:7 21:14,
  23 24:18
  43:19 44:16,
  17,22 45:4
  46:14,21
  47:4 50:10
  54:22 55:10,
  15 56:2,8
  59:12,14,15
  60:2 61:9
  62:8,14
  65:22 66:19
  67:2,4,5
  76:4,15 86:5

91:3 118:7
122:11
button
  5:22 131:24
  170:9
buttons
  133:4

─────────────
        C
─────────────

calculated
  20:23 29:20
  30:23 43:18
  47:11 51:2
  53:14,23
  54:21 65:12
  66:12,23
  115:24
  135:4,25
  136:23
calculating
  63:25
calculations
  173:3
calendar
  142:20,21
California
  5:1 137:23
  138:10
  151:21,24
  165:19
call
  24:1 26:13,
  18,21,22
  28:19 29:9,
  15 30:10,11
  34:14 37:25
  38:2 48:7
  67:17 70:12
  86:13,17,18,
  19 119:4
  122:7 169:25
  170:12,14
called
  13:6 27:21
  65:3 78:14,
  15,16 81:13

96:13 99:13
106:4 119:5
136:9 168:8
calling
  26:3
calls
  24:2,5,7,8
  25:15,18,19
  26:11 27:14
  28:21,25
  29:3,17
  38:12 60:6
  67:23 69:9
  86:14,17,20
  111:16 112:1
  116:14
  124:12
  125:22
  126:19
  139:12,13,25
  147:7 153:3
  159:12 161:6
  167:17
camera
  133:7,10,21
campaigns
  139:9
cancel
  142:9,15,19
  143:2,5,9,
  10,11 144:8
  149:15,18
canceled
  142:13
  143:14
cancellation
  143:3
cancellations
  149:14
Capital
  100:6
capture
  62:8,14
  136:25
car
  138:3

care
  16:14 21:13,
  22 23:4,25
  24:1 25:6,8,
  11,13,15
  26:3,12
  28:1,4,6
  29:3,9,16
  31:15,23
  33:15,19,21,
  23,24 34:3,
  8,16 35:22
  36:24 69:9
  82:10 85:13
  86:23 106:24
  112:22
  117:4,5,15
  118:1,8
  129:3,5,6,16
  146:6 157:22
caregiver
  112:20,21
caregiving
  112:23
  157:20
caring
  106:24
carriers
  45:2,3
carries
  141:6
case
  8:15 27:21
  43:20 44:18,
  19 45:22
  54:23 55:1,
  15 56:9,12
  60:9 134:6
  135:5 155:17
cases
  22:8 25:23
  26:18 35:25
  37:2 42:6
  51:8 57:23,
  24 91:25
  129:23
  134:11 143:6
  149:17

Dani Bchara
December 15, 2023

categories
  15:2 123:2
category
  59:23 64:16
  65:3,8 123:8
caveat
  63:6 64:7
  70:11
CDPHP
  99:13 100:3,
  4,6,12,15
  101:6,24
Celestino
  6:5
center
  24:1 67:18
  86:17,19
  142:6 154:25
  155:2
central
  117:4
CEO
  18:16
certain
  32:18 47:19
  58:16 94:23
  115:16
  131:11 133:4
  138:25 143:6
  163:9 164:6
certainly
  11:11 24:18
  60:16 123:2
certainty
  29:10 88:14
  108:3 164:3
CFO
  16:6,7 18:24
  19:9 20:4,
  10,18 45:9
  46:2 93:2
change
  61:5 111:7
  138:4 149:8
changed
  41:10

changes
  8:20,24 9:1
  41:11
changing
  110:9 111:25
characterize
  135:17,19
charge
  30:25 31:4
charges
  50:4
chat
  11:5,22,25
  99:19 106:10
  136:18
  158:20
check
  39:14,15
  41:14,15
  173:16
checks
  141:20,24
  142:2
chief
  16:8,10
  18:21 53:1
  105:16
child
  83:10
children
  106:25
chime
  13:23
choose
  92:8,10
  157:4
chunks
  41:9
circumstance
  44:25 89:6,9
  114:14,21
circumstances
  52:15 54:7
  69:22,24
  71:25 84:5
  87:23 89:19
  90:20,22

116:3 125:15
  166:8
claim
  55:24 70:12
  105:20,21,24
  106:1 113:8
claims
  55:1 105:22
  108:4
clarification
  91:12 93:12,
  14 104:7
clarify
  26:8 28:24
  32:15 34:11
  40:21 45:17
  70:5 84:18
  89:17 97:15
  102:8 103:8
  114:5 124:15
  127:12
  130:16 131:7
  135:7 136:20
  138:2 142:15
  149:9,12,15
  153:9 154:14
  159:19
  167:1,22
clarifying
  85:17 109:16
  131:23
  146:10 148:8
  155:7 164:20
  165:22
clarity
  94:20 95:21
classificatio
n
  55:18 126:4,
  11 127:7
  128:2
classified
  76:16 80:11
  96:15 117:17
  139:10 140:6
classify
  124:10,18,24
  125:6,12

126:5 127:8,
  16 128:4,13
clean
  11:18
clear
  63:8 92:9
  109:10
  128:3,16
  149:20
click
  5:22
client
  27:2,4 43:7
  52:14,21
  54:2,6
  65:17,25
  66:1,2 81:7
  98:19 101:21
  114:21
  173:17
client's
  13:9
clients
  23:17,20
  27:1,12
  50:16,18,19
  55:7 56:6
  57:21 59:18
  61:14,17
  64:8,9 67:21
  88:1 98:16,
  18 103:5
  107:16
  112:9,11,13,
  18 114:8,11
  115:20
  137:16 142:4
  144:15
  145:16
CLO
  16:9
clock
  160:5 162:4
closed
  78:18
CMS
  62:18 142:4,
  5 152:19

Dani Bchara
December 15, 2023

154:23,25
155:10
**coaching**
  113:13
**Coast**
  68:4
**code**
  71:1,11
  72:11,15,16
  73:10 74:5
  75:1,7,15,
  16,22,25
  76:20 77:12
  78:20,23
  79:5,9,13
**cold**
  80:23,25
**come**
  18:6,8,11
  45:16 70:14
  103:24
  112:25 121:6
  128:19 154:9
  172:1,5
**comes**
  10:11 38:10
  66:4
**comfortable**
  90:1 93:22
  94:9
**comment**
  9:1 93:9,11
**comments**
  86:12
**commercial**
  53:2 105:16
**commission**
  65:14
**commitments**
  66:1
**common**
  28:20 101:25
**commonly**
  54:18
**communicate**
  152:1,5

**communicated**
  144:18
  145:19,22
  146:3
**communicates**
  171:15
**communication**
  15:25 59:9
  125:23
  139:14 140:1
**communications**
  12:16 35:25
  37:2 38:16
  59:4 126:2,
  10,15
  127:22,23
  128:11
  139:16,21,23
**commute**
  131:17
  160:22
  161:24
**commuting**
  131:25 132:5
  161:22
**companies**
  44:24 48:9,
  13 50:1,10
  105:23
  115:15,19
  160:4
**companionship**
  16:15 23:4,
  15 62:22
  63:4,19
  64:3,12,18
  83:8 100:21
  104:21
  112:23
**company**
  6:17 14:16
  15:18 16:14
  17:23 24:15
  27:17,24
  31:14 54:25
  55:13,14
  80:8 97:7

101:16
105:20,25
106:2
115:10,12
119:5 127:19
161:13 164:5
**compel**
  44:12 128:18
**compensable**
  160:6
**compensate**
  150:4 151:1
  156:2
**compensated**
  156:20
**compensation**
  96:18 122:25
  151:5,7,12
  163:15
**competent**
  15:1
**complain**
  34:2
**complaining**
  33:19
**complains**
  33:22 87:11
**complaint**
  28:4 31:23
  32:5,7 82:11
  85:11,13
  129:8,12
**complaints**
  29:8 31:14
  32:7,19,20,
  21,25 33:1,
  2,5,10,15,17
  35:21 36:24
  84:10,15
  86:20,22
  128:23
  129:2,9,14
**complete**
  9:6 42:22
  43:12 45:11
  46:4,11,15
  57:11 58:13

145:23
152:21 153:1
164:23
**completed**
  40:18 46:22,
  23 48:15,18,
  22 50:4 54:9
  58:3 145:11
  163:21
  164:15
  165:13,16
**completely**
  55:2
**completes**
  52:1
**completing**
  58:15,16,24,
  25
**compliance**
  18:21 41:18
  124:7
**complicated**
  35:8
**components**
  39:18
**comprises**
  30:21
**computer**
  11:7,15
  41:22 73:18
**concept**
  10:11 62:6
**conceptual**
  22:10
**concerns**
  33:10 134:19
**conclude**
  87:13
**conclusion**
  124:13
  139:13
  159:13
**conduct**
  31:16 32:1,
  19 72:12,15,
  17 73:10
  74:5 75:1,7,

Dani Bchara
December 15, 2023

14,15,16
77:12 78:20,
23 81:12
82:16 87:11
88:17 142:1
144:12
**conducted**
85:8
**conducting**
147:5 150:9
**conducts**
141:20
**confer**
14:16,21
44:2,13
122:17 123:9
126:16
128:20
171:23
172:15
**conference**
7:25
**confident**
164:16
**confidential**
43:19 44:10
54:22 55:9
56:16 57:1
60:7 61:8
**confirm**
12:11 73:16
148:2 150:5
151:1 156:19
170:6,7,8,
13,15
**confirmation**
149:25
150:1,21,22
**confirms**
148:12
**confused**
138:23
**confusing**
160:12
**confusion**
25:4

**conjunction**
96:11 121:12
122:20
**connects**
129:6
**consent**
41:13
**consequence**
171:8
**consider**
87:22
165:18,25
**considered**
66:25
**constantly**
79:6
**contact**
25:20 133:14
142:8,11
**contactless**
100:22
104:23
**contained**
75:15
**contains**
143:12,16
**content**
38:14
100:11,12
103:14,18
**continue**
5:8
**contractor**
55:17 76:13,
14
**contractors**
56:13 75:23
76:3,17
117:18
124:11,19,25
125:7,13
126:6,12
127:8,17
128:5,14,25
140:9
**contracts**
53:10,19

56:16
**contractual**
51:25 137:15
**contractually**
57:24 67:21
**control**
12:2 72:19
73:17 135:11
**conversation**
125:18
**conversations**
5:12 53:5
86:16 120:9
125:21
**COO**
16:6,11,12
18:24 19:10,
11,13 20:2,
18
**copies**
11:15,17
**copy**
173:12,14
**corner**
5:23
**corporate**
6:16,19
17:18,22
**correct**
15:15,16
16:25 18:24
20:9 23:5,9
24:3 25:10,
23 27:9 29:5
34:9 39:23
42:10 48:19
52:12 57:22
65:22 68:20
69:4,16
71:16 78:21,
24 79:10,11
82:23 83:11,
17 89:21
90:6,19
91:17 92:19
93:10 94:3
97:19,21,22

100:18
101:17 103:1
107:1,5
110:21 118:9
124:19
127:11 128:5
132:1 135:2
136:15
138:21
140:17,18,
20,21,23,24
141:1,4
144:6 147:6
148:16
150:12,14
151:21,24,25
152:3,4,7,11
156:4,22
157:2,9
158:19,24
159:5,7,11,
21 160:18
161:5 162:1,
2,7,13,14
163:16,25
165:13
167:16
168:20,23
169:1,8,11
170:15
**correctly**
128:9
**cost**
137:18
**counsel**
5:25 6:7,11,
19 7:5,12
13:17 14:25
15:4 17:7,11
18:21 24:12
36:2,5 44:3
45:22 54:20
56:14 60:8
67:24 73:13
81:23 104:17
113:14
120:12 121:4
122:16

126:3,8
128:11 145:8
148:18 149:7
154:16
155:13,15
171:21
172:14,19
**counsel's**
43:24 57:7
**couple**
41:16 59:16
156:15
**course**
127:10,21
**court**
6:5,8 8:1,13
10:2,5 14:22
15:4 19:17
21:3,18,20
36:19,21
46:16 56:11
62:25 68:7
78:5 94:22,
25 95:13
96:25 97:1
101:8 110:3
133:17 145:8
150:16,19
171:24
173:10
**cover**
47:8,22
48:13 76:6
114:15
**coverage**
27:15,21
46:9 48:1
49:22 64:13
99:2 100:12
113:24
115:11
151:16
**covered**
47:18 48:25
54:9 67:11
76:20 91:4
114:12,24
115:3,5,21

151:10
**covering**
25:2
**covers**
105:19
**Craig**
18:20 132:17
148:1
**create**
25:3
**creating**
5:13
**criminal**
87:11
**CTO**
18:20 148:1
**culture**
21:17 22:1
75:12 77:6
95:25 98:7
**curated**
107:7,14
108:7
**current**
37:20 38:8
**custodian**
14:11,12
**customer**
27:17 81:7
**customers**
42:18,25
45:10,12,19,
20 46:4 50:5
54:17 58:3
62:20 63:2
108:11,12
148:2
**cut**
87:16

---

**D**

**D-A-N-I**
7:9
**daily**
25:16 121:10

**Dani**
6:21 7:9
26:6 27:19
28:23 29:22
31:5 32:12
33:8 46:25
47:12 51:5
53:15,24
66:13 71:5,
18 84:1
88:21 91:11
92:22 94:5
99:15 105:6
106:13,16
113:5,12
116:1 118:23
131:6 135:6
136:24 146:9
153:4,19
158:1 166:4
168:4
**Danny**
5:25
**data**
54:8,12,16,
17 57:21
62:13,15,17,
19 63:1,10,
14,15,22
108:5 112:16
136:18
140:19 141:1
147:18 163:9
164:3,8,9
**date**
10:15 124:22
130:3
**day**
18:3 19:21
70:17 121:6
122:19
124:23
171:22
172:16
**days**
18:6 61:12
77:13

**deactivate**
166:17
**deactivated**
167:8,12
**December**
5:2,7
**decent**
92:15
**decide**
31:15 89:10
124:24
138:17
149:23
156:23
166:17
**decided**
124:10,18
**decides**
148:6 165:5
**decision**
125:6,11
127:7,15,16
128:4,7,13
**Defendant**
6:15,17,19
**define**
23:1,7
**defined**
46:14,21
**definitely**
44:3 61:1
84:9 87:20
**definition**
23:9
**degrees**
87:1
**deliver**
67:21
**delivered**
80:19
**delivery**
117:25
**delve**
126:23,24
127:21
**dementia**
70:15

Dani Bchara
December 15, 2023

demos
  144:3
department
  22:11
departments
  22:9 129:13
depend
  28:18 32:4,5
  39:8,9 84:5
  89:7,8
  90:11,22
  102:19,20,21
  111:13 113:6
  163:5 164:4
  170:23
dependent
  87:23
depending
  11:13 39:22
  87:13
depends
  23:10 28:16,
  19 32:3
  35:14 37:15
  38:10 39:3
  41:2,3 43:3,
  5,6 46:5
  47:13 51:12
  52:6,13,14,
  15 53:6 54:6
  57:19 60:1
  69:17,22
  71:9,19
  72:2,9 79:8
  84:2,4 88:22
  89:17,24
  90:9,12,13,
  17 92:7,16,
  23 103:2
  108:17 109:4
  110:14,15,16
  111:11,14,19
  112:4,11
  114:14,17,21
  116:16
  117:11
  129:10,11,12
  130:21 134:9

136:2
137:20,21
138:14
142:23
143:11
145:25
146:20
148:4,5
160:19
163:2,4
164:1 166:5
169:12
170:21,24
171:7
depo
  5:23
deponent
  11:12 14:24
  61:11
deposition
  5:17 7:6,12,
  16 8:19
  11:25 12:17,
  18 13:5,17
  15:17,23
  17:11 44:8
  171:20
  172:14,16,18
depositions
  10:12
describe
  140:7
described
  162:6
description
  35:15
designate
  122:18
designated
  126:8
detail
  86:8 97:25
  98:2
details
  146:18
  147:4,15,23
  150:8 168:25

determine
  31:25 50:24
  62:9 70:20
  99:9 166:24
  167:3
determined
  50:21 130:2
  158:23
determines
  49:20 71:13
  157:11
determining
  52:3
device
  11:7
dictate
  145:15
  157:14
dictates
  145:7,10
differ
  35:5
difference
  10:12 22:10
  35:16 169:24
different
  9:3 33:11,23
  42:2 59:5
  70:11 79:7
  103:22
  123:11 157:8
  169:21
differently
  47:7
difficult
  10:4 35:8
digital
  129:7
direct
  18:17 21:1
  67:21
directly
  18:19 20:19
  89:4 92:12
  115:5
disciplinary
  30:15 69:15,

21,25 70:8
71:23 72:5
83:22,24
84:7
discipline
  71:15
disclose
  60:23 126:15
  127:23
disclosure
  126:20
discovery
  13:3 29:21
  60:13 115:24
  120:23 135:4
  154:17
  155:21
  172:17
discuss
  45:7 61:14,
  16 89:10
discussed
  38:18 56:25
  59:6 77:23
  117:21
  149:17
  172:13
discussing
  109:20 163:6
discussion
  61:19 71:3
discussions
  54:19 144:2
distance
  134:24
distinction
  10:19
distributed
  38:14
District
  60:12 100:6
divulge
  139:20
doctrine
  126:21
document
  12:3,6,12,22

Dani Bchara
December 15, 2023

13:4 15:5
66:21 73:22
75:8,19 77:7
78:2,13,16
79:21 82:15
99:12,25
101:5 103:24
106:13,21
109:19
111:4,5
118:17,23
121:1
143:12,15
153:15,17,21
154:13,16,
18,21 155:5,
9,10,13,19,
23,25 156:6
169:14 171:1
**documentation**
84:23 85:6,
7,10 97:18
100:3 124:8
**documents**
11:8,14
12:20,23,25
13:1,12
41:16 71:2
73:20,24
77:25 78:17
79:7 80:13
81:5,15
103:21
104:3,13
124:1 126:10
**doing**
24:14 42:8
55:15 56:8
60:7 80:11
110:25
146:18
147:16 154:6
162:5
**dollar**
51:10,13,15,
17
**dollars**
62:7 63:17

**door**
100:23
104:23
**double-
negative**
150:15,18
**drafted**
76:2 77:1,4
**drive**
137:16
**driver's**
133:19
**driving**
131:19
134:24 161:3
**drop**
11:5,22,25
100:23
104:23
**dropped**
136:17
158:20
**drugs**
10:21
**due**
85:3 167:12
**duly**
6:22
**duties**
35:6 38:18
65:21 98:8
168:15

---

**E**

---

**earlier**
19:9 118:20
163:10
**earn**
157:14
**earned**
157:11
**ease**
15:24
**easier**
82:2

**East**
68:4
**easy**
166:23
**eat**
68:5
**education**
157:18
**effect**
8:1
**effectively**
24:1 35:7
62:7 64:1
65:25 89:2
**efficiently**
22:16
**efforts**
105:3
**either**
14:17 34:4
41:21 91:5
150:10
**elder**
16:14 23:4
**electronic**
84:19 85:22
**elements**
163:10
164:3,9
**elevated**
34:7
**Eli**
21:7,14,23
**eligibility**
49:20
**eligible**
49:11,18,21
50:5,21
51:7,10,13,
17 52:4
**Ely**
6:12 73:21
106:9 136:12
159:5
**email**
11:22 37:24
38:8,10,14,

15
**emphasize**
57:16,20
**employed**
25:9
**employee**
55:17 96:7
112:22,25
113:1
**employees**
18:8 25:10,
11,12 76:3
80:8,11
96:15 106:24
107:10,16
109:12,21
110:7 112:20
117:17,19
121:22
139:3,6,11
140:8 160:5
**employees'**
81:5 112:21
**employer**
101:22
111:19
112:13,18
**employers**
98:23 106:5
107:16
109:11,20,
21,24 110:1,
16,17,18
111:5,14,15,
23 112:19
113:9 114:7
116:8,12
**employment**
19:21
**employs**
15:14
**encourage**
38:4 58:12
146:21
169:10,18
170:16
**encouraged**

Dani Bchara
December 15, 2023

147:14
170:5,11
**encouragement**
169:20
**end**
25:4 46:16
104:16
127:24
**endless**
66:19
**ends**
160:15,24
**engagement**
139:9
**engaging**
54:25
**English**
10:3,8
**enhance**
110:8 111:6,
24
**ensure**
134:1 135:1,
11,21,23
**ensuring**
22:16 59:17,
20 69:7
134:23
**entering**
133:13
**entire**
19:1 40:18,
24 41:3,17
67:3,4 141:3
**entirety**
161:4,9
162:15
163:19 164:5
**entitled**
10:13,17
91:16 109:19
139:23
152:2,6
**entity**
15:14,24
**equivalent**
160:7

**errands**
83:9
**essentially**
14:13
**established**
29:5
**estimate**
10:12,13,17
31:10 46:13,
20 47:21,24
48:4,11
50:9,15
58:23 62:13
153:1 156:6,
13
**estimated**
63:16,17
**Estimating**
25:14
**EULA**
78:3,6,8
124:6
**evaluating**
79:6
**everybody**
172:23
**everyday**
100:22
104:22
**everyone**
9:14 18:4
**evidence**
29:21 115:25
135:5 166:3
**exact**
10:15,16
154:24
156:11,12
**exactly**
32:15 34:12
35:15 49:5
79:8 147:10
**EXAMINATION**
7:1
**examined**
6:22

**examples**
60:3 66:10
70:8 87:5
91:1 103:3
130:24
**exception**
34:24
**excluded**
83:20 87:24
**Excludes**
83:16
**exclusion**
84:6
**excuse**
45:11 121:22
**executive**
18:23 105:15
**exercise**
83:10
**exhibit**
13:22 15:6,7
20:13 72:12,
13,17,18,23
74:25 78:19,
23 81:17,18
101:1,12,13
106:4,6,17
114:1
118:13,15
136:8,10
137:2 158:6,
13,15,20
159:4 168:8,
10
**exhibits**
11:4 78:19
101:11,14
**exist**
20:7 37:12
85:4
**existed**
141:4 161:13
**existence**
75:7 161:4,
10 162:16
163:11,19

**existential**
165:4
**existing**
37:10 98:19
**expect**
134:23
169:11,13
**expectation**
168:20
169:7,21
**expectations**
168:22
**expected**
168:18
169:16
170:5,11
**expects**
168:14
**experience**
157:20,22
**explain**
39:25
**explanation**
22:5
**explicit**
76:19
**extensive**
141:20
**extent**
13:25 56:20
60:5 139:13,
25
**external**
96:11
**extreme**
92:24
**Ezekiel**
6:16

---

**F**

**face**
136:21,25
**fact**
8:24 9:1,2
70:23 71:14
75:25 76:20

Dani Bchara
December 15, 2023

factors
  52:3,9 90:12
facts
  93:19 125:14
  166:2
failing
  171:16
Failure
  171:3
fair
  9:16,22
  79:24 120:9
fall
  24:17 65:7
  122:24 123:1
familiar
  7:14 12:10
  158:7
family
  106:24
FAQ
  170:25 171:9
FAQS
  136:9 159:3
far
  45:4 55:12
faster
  12:11
favorable
  53:21
fee-for-
service
  65:3
feel
  9:18 14:25
  15:1 60:18
  61:7 89:25
  93:22 94:9
  121:14
figure
  72:23 99:1
file
  60:17 61:10
  105:20,22,24
  106:1 129:8
files
  84:19 85:21,

23
filing
  60:20
fill
  41:12 42:19,
  21 59:13
  84:20 129:8
final
  5:18
finance
  19:6,7
  21:15,25
  68:19
financial
  16:8 68:24
  98:14
financially
  6:3
find
  70:14 142:18
finds
  70:16
fine
  9:25 16:1
  22:13 25:3,4
  68:5 74:1
  79:19
fingerprint
  136:21 137:1
finish
  17:14 41:7
  67:25
firm
  8:25 96:11,
  12
first
  6:22 7:19
  19:5 50:11
  58:13,16,25
  73:22 83:20
  90:17 101:12
  164:14,18,
  22,25 165:12
fit
  35:1
five
  18:6 152:22

153:6 172:6
five-minute
  36:7 74:9,10
  172:5
fixed
  115:17
flexible
  106:23
Florida
  8:9 16:24
  17:19,22
  18:9,12
flow
  124:5
focus
  76:3
focused
  117:7
folks
  20:18 23:3
  26:13 27:8,
  11 37:21
  50:21 52:1
  54:9,13
  56:12 57:17
  63:18 64:3,
  4,13 70:25
  80:1,11,12
  100:12,16
  103:14
  120:10
  139:10 140:7
follow
  146:6
  168:17,19
  169:11,13,16
  170:18
  171:1,3
follows
  6:23
food
  80:25
force
  8:1
forecasting
  68:24

forget
  118:21
forgetful
  70:16
form
  8:20 37:22
  84:20 129:7
  163:20
forms
  129:9
forward
  40:4
found
  60:14
foundation
  111:17
  116:15
frame
  19:23
fraud
  78:10 124:7
  152:18
fresh
  7:15
Freudian
  121:23
Friday
  5:2,7
front
  11:15 74:25
  82:5 104:13
  106:14 108:2
  118:18 137:2
function
  31:13 141:17
  148:11
  167:20 168:1
functions
  31:20 35:20
  36:22 148:11
future
  68:25

———— G ————

gallery
  5:22

Dani Bchara
December 15, 2023

gave
  30:24 154:7
geared
  80:7
general
  18:21 45:4,9
  46:3,6 56:5,
  7 57:10
  59:16 61:16
  103:23 104:1
  141:7
generally
  38:4 109:20
  121:18
  151:12
Gershman
  6:12 99:18
getting
  54:22 55:8,
  20 56:14
  80:1 82:7
  113:13
  114:12
  116:13,19
  169:22
Gill
  21:7,14,23
give
  12:2 22:5
  29:11 45:25
  60:3 61:23
  67:16 70:10
  73:17 87:5
  94:12,16
  95:14,18
  104:8 120:19
  130:24
  132:23 155:4
  156:6,12
given
  7:24 8:1
  76:4 80:7
giving
  17:2
glass
  80:20
global

28:2
goes
  33:21,23
  39:23 44:5
  83:13 126:25
  127:3 159:1
going
  7:10 8:10,11
  9:24 11:4,9
  18:3 24:21,
  22 25:1 36:2
  43:21,24
  44:12,19
  55:3,11 56:9
  62:1 73:9
  80:24 89:1
  97:1 99:12
  103:20
  104:8,9
  106:3,16
  115:8
  118:12,21
  122:6 128:18
  139:24
  149:24
  150:20
  158:12,22
  160:10
  161:17
  168:7,13
  171:18,19
  172:13
  173:2,8
good
  6:10,14 7:3
  36:6 73:6
  74:6 94:25
governs
  82:15
GPS
  131:13,14,
  16,22 132:1,
  4,22 133:25
grandfathered
  138:25
great
  81:24

green
  83:15
grocery
  83:9 100:23
  104:23
ground
  7:11,19 17:7
guess
  7:12 10:13,
  18 13:3
  20:25 23:10
  26:7,20
  27:20 28:16
  29:11 35:14
  47:6 51:16
  52:13,16
  59:7,9 65:5
  69:20 71:8
  72:9 73:17
  76:8 79:18
  85:6 88:22
  92:7 101:20
  108:17 109:4
  111:11,20
  113:12,16
  152:10 162:3
  169:12,24
guideline
  169:9
guidelines
  78:3,14
  81:10 82:12,
  18 168:16
  169:25
guys
  11:24 15:19
  22:6 27:7
  34:14 80:21
  95:1 120:12
  122:22
  167:11

H

Haag
  21:8,17 22:1
Haley

21:8,17 22:1
hand
  56:17 73:24
handle
  32:8,10
  35:8,12
  96:10,14
  119:8
handles
  77:19 96:17
handling
  52:17
happen
  41:10 42:1,5
  92:25 93:3
happened
  10:14,15
  19:22 94:15
  95:17 124:21
  125:18
  127:14
happening
  59:11 93:20
happy
  41:24 44:13
  107:9
harass
  154:6
harassing
  94:8
hard
  112:5 116:2
  156:16
head
  19:7
headquartered
  16:24
health
  27:5 48:1
  49:21 51:21
  53:4,10 56:7
  57:18 64:10
  67:7 83:9
  90:3 98:20,
  21 99:9
  100:7 101:21
  105:18

Dani Bchara
December 15, 2023

114:7,10
115:6,9
144:16
157:22 169:5
**healthy**
107:9
**hear**
14:24 46:16
**heard**
80:18 101:19
**held**
19:4,11
20:5,7
**help**
11:23 26:23
40:3 82:18
83:9,10
94:16 95:18
107:9 112:19
**helped**
65:14
**helpful**
26:8 28:17
32:15 40:22
91:12
**helping**
117:7
**hey**
12:11
**hierarchy**
34:7,10
**high**
36:1 37:3
42:13 96:6
**high-level**
41:9
**higher**
35:7
**highest**
60:2
**highly**
108:15,18,
21,24 109:2,
5
**hired**
123:25 124:3

**historical**
68:24
**history**
86:9
**hit**
133:4
**hits**
131:24 133:3
**hold**
72:22 73:16
**homegrown**
86:1
**honest**
9:6 10:23
35:14 47:3
77:10 92:24
107:22
143:18
**hour**
36:3 68:1
**hours**
91:4,8,14
92:3 98:4
122:12
148:3,13
150:1,6,17,
22 151:2
170:6 172:25
173:25
**house**
83:8
**HR**
96:3
**human**
96:3
**humans**
62:21 63:4
**hung**
169:22
**hypothetical**
26:5 27:18
28:8 70:2
71:17 80:4
88:19 89:25
90:8 92:20,
24 93:9,11,
23 113:3

170:20

---

**I**

---

**identical**
101:5
**identified**
172:17
**identify**
100:2 119:18
130:25
154:21
**identifying**
120:22 155:9
**identity**
45:1 88:13
**ill**
106:25
**illegal**
126:25
**imagine**
84:7
**impairment**
70:16
**implicitly**
157:10
**important**
7:19 9:6
61:9 146:13
169:5
**improper**
44:14
**in-home**
65:8
**inappropriate**
104:17
113:17
**incentivize**
42:14
**incentivized**
42:17
**incident**
69:23
**include**
87:13 98:3,4

**includes**
83:15 168:25
**including**
69:2 126:9
**income**
89:21 93:3
**incomplete**
26:4 27:18
28:8 70:1
71:17 80:3
88:19 90:7
92:20 113:3
170:20
172:20
**incorrect**
76:7,9 79:16
**increase**
110:2,8
111:6,23
112:17 113:9
**increases**
112:9,14
**indeed**
70:20
**independent**
55:17 56:13
76:16 117:18
124:11,19,25
125:7,12
126:5,12
127:8,17
128:4,14,25
140:9
**indicators**
66:6
**individuals**
67:10 162:19
**informal**
7:24
**information**
31:3 41:13
43:19 44:10
54:23,24
55:5,21
56:21 57:2
59:10 86:25
97:18 99:17

Dani Bchara
December 15, 2023

105:11
119:12,14,23
120:20
121:13,21
122:9,11,13
126:19
127:9,25
128:6
133:13,14
143:17
155:4,9
156:14
163:18
164:17
Informing
59:11
injured
151:15
injury
151:16
inquiry
86:13
instance
22:7 30:9
83:19 115:14
122:10
135:21 136:6
instances
87:20
instruct
31:3 43:21
55:3 56:9
104:10
125:23
139:25
153:25
instructed
43:22 45:6,
22 57:3
125:25
127:23 146:3
154:2
instructing
56:22,25
instruction
43:25 56:10
57:8 61:6
103:19

140:11 154:4
instructs
17:12
insurance
26:24 27:5,
7,14,17,24
43:8,9,11,
15,16 44:24
45:1,2 46:8
47:6,8,19,22
48:1,9,12,20
49:7,8,9,21
50:1,10,18
51:21 52:4,
18 53:4,10
54:10,14,24
55:7 56:7
57:18 59:20
64:11,13,22
65:20,21
67:7,12,15
90:3 91:16,
20 98:20,21
99:2,10
100:9,10,16
101:16
102:4,13
103:4
105:19,20,
22,25 106:2
113:24
114:8,11
115:7,9,10,
12,15,19
116:9,10,11
137:4,12,19,
24 138:3,10
141:8,16
144:16
151:6,7,12
167:15,20,
22,24
interacting
22:17
interaction
104:16
interactions
22:23 131:13

139:8
interested
6:4
interface
5:23
interject
20:12
internal
80:10 81:6
86:1,2 120:7
144:2
internally
15:21 165:9
interpretatio
n
108:18,20
171:14
interrupt
146:24
interrupting
56:1
intervention
171:24
intranet
81:2
introduce
72:11,16
81:16 82:8
99:12 106:3
118:12 136:8
158:5,13
168:7 170:14
introduced
7:3
introducing
11:4
investigate
70:14
investigated
71:13
investigation
70:19 85:8,
9,11 87:12
invoiced
106:2
involved
77:20 82:10

issue
25:20,25
26:1 27:15
30:14 31:18
42:4 55:16
66:4 69:10
71:12 97:8
126:25 128:1
issued
75:1,4
issues
17:10 24:4
29:8 35:9,12
40:6 66:3
172:17
item
70:17 83:20
121:20

_____

J

_____

Jagus
21:7,16,25
Jane
21:6,13,23
Jennifer
6:1
job
35:6,15
103:12
151:15
168:15
joined
19:5
Jon
45:16
Jonathan
6:11 7:4
11:9 46:17
110:3
JP331
118:14
judge
8:2,15 17:8
jury
8:2,14

Dani Bchara
December 15, 2023

Justin
 18:20

K

keep
 55:25 66:20
 80:24 84:13,
 17 110:25
 160:25
key
 66:6 132:24
 147:22
Khalil
 18:21 53:1
 105:15
kind
 24:10 29:18
 37:14 42:11
 57:19 63:24
 70:15 84:6
 85:18 122:12
 129:12
 132:24
 134:25
know
 7:3 9:19
 10:15 12:15
 13:2 14:10,
 15,19,20
 17:13 24:21
 25:2,12,15
 26:19,20
 30:16 31:25
 33:10,16
 35:17 37:12
 41:15 42:3,
 14 44:5,17
 47:3 49:4
 52:3 55:16,
 19 58:14,15
 59:18 60:17,
 19,22,25
 61:8 62:13
 66:25 68:1
 70:12,15
 74:11 75:6,
 10 77:5,11,

16 78:9,18
79:5,9,12,
19,20,21,23
80:22 82:3,
20 86:8,13
87:14 88:2,
3,13,14
90:25 92:25
98:2 104:2,
8,11 105:10
106:20 109:5
116:3 118:17
119:4,16,22,
23 120:16
121:2,9
122:2,5,6
124:10,21,22
125:6,9,11,
17 130:25
131:18
132:11
133:1,3
134:4,5,24
139:10 140:6
141:14,16
144:3,10
147:22,25
150:15,17
151:9,11
155:8,19
156:5,11
158:13
160:22,23
161:9,10,18
162:24
163:12 164:9
166:11,12,
14,18,20,21
167:5,7,10,
11,24 169:17
171:10
172:25
173:23
knowing
 14:2,6
 107:19
knowledge
 13:14 35:19

58:23 67:2
70:7 86:11
103:14,16
121:15,16
125:20 127:7
128:12
161:17
knowledgeable
 105:3
known
 23:2
KPI
 66:14,25
 67:4,7
KPIS
 66:1,5,10,
 17,19,21
 67:14

L

Lacks
 111:17
 116:15
laid
 82:20
language
 10:1,3,8
 145:19
large
 5:21 58:20
Laura
 6:2
Laurence
 6:18
law
 8:1
lawsuit
 128:24
lead
 29:20 89:20
 90:5 94:24
 115:24 135:4
 147:19
leader
 34:21

leadership
 34:4
leading
 110:1,7
 111:5,19,22
 113:9
leads
 87:12
learn
 144:23
learned
 127:9,14
leave
 19:20 96:8
Leaving
 111:15
Lebe
 6:10,11 7:2,
 4 11:11,24
 12:5 14:15,
 23 15:6,8
 16:19,21
 17:5 20:15,
 17 21:9,18
 22:2,3,25
 23:8,12
 24:16,21
 25:5 26:9
 27:23 28:10
 29:1,25
 30:4,8 31:7
 32:16 33:12
 34:17 36:4,
 13,19 37:4,5
 39:4 40:12,
 23 43:4,23
 44:2,7,12
 45:8,15,18,
 21 46:18,19
 47:5,15
 49:17 50:17
 51:9 53:18
 54:4 55:6,
 14,25 56:4,
 22 57:4,6,15
 58:9 60:8,16
 61:4,18,20
 63:9 65:16

66:16,24
68:3,13 70:6
71:10,21
72:1,11,14,
16,19,20,24
73:1 74:1,2,
13,19 77:3
78:12 79:4
80:9 81:16,
19,24 82:6
83:3,4 84:3
85:20 87:17
88:10,24
89:18 90:2,
10 91:6,13
93:1,13,24
94:11 95:5,
11,23 96:24
97:4,16
99:16,20,24
101:10,15
102:9 103:10
104:4,15,18
105:9 106:3,
12,18,19
107:20
108:6,14
109:18
110:5,6,12,
20,24 111:3,
12,21 112:7,
12 113:7,13,
17,21 114:2,
3 116:5,17,
23 118:12,16
119:2
120:12,17
121:3,18
122:1,4,16,
25 123:7,14,
20 124:9,16
125:5 126:1,
8 127:5
128:6,10,16,
22 130:18
131:8 133:20
135:8,18
136:3,8,11,
15,16 137:3,

7,9 139:18
140:4,14
141:15
144:22
145:9,18
146:12
147:1,3,12,
21 148:20
149:3 150:16
151:4 152:12
153:7,22
154:3,10,11,
16,20
155:14,17,22
157:6 158:3,
10,12,16
159:6,16,25
160:16
161:12
162:11,23
163:3,24
164:21
165:3,24
166:6 167:2,
19 168:7,11
170:4,22
171:18
172:6,13,24
173:5,21
**led**
87:19
**left**
90:16
**legal**
6:3,6,18
75:11 77:5,
17 124:12
126:25 127:1
139:12
159:13
**legitimate**
154:10
**length**
157:15
**level**
36:1 37:3
42:13 66:1
67:18,19

96:6 105:15
164:3
**liability**
141:7
**license**
133:19
**licensed**
167:15
**lighten**
107:8,15
**limited**
98:24
**line**
67:25 95:3
104:9 146:25
**list**
31:1 81:15
129:13 145:5
166:10,22
**listed**
13:21 100:20
104:24
**listen**
172:23
**lists**
83:13
**literature**
101:23
**little**
16:4 73:4
80:24 111:1
**live**
165:18
**load**
107:8,12,15
108:4
**located**
8:8 25:6
28:1,3
**location**
17:22 131:15
132:4 133:24
134:7,20
**locations**
17:18,25
**locked**
5:15

**log**
129:18 130:7
**logo**
100:5
**long**
16:3 67:22
134:24
152:20
153:1,8
161:13
**longer**
165:19
166:1,10,23
167:4
**look**
11:18 17:8
47:4 62:2
63:10 73:16
79:1 106:15
120:17,18
158:22
**looking**
11:19 34:11
62:16,19
63:2,23 74:4
75:18 83:19
88:9 101:3
107:2 110:13
118:22
**looks**
119:19
**loop**
78:18
**LOS**
5:1
**lose**
89:13 92:19,
21 94:3
**losing**
89:21 90:6
**lot**
41:10 57:23
79:7 86:4
90:15
**lots**
55:2

Dani Bchara
December 15, 2023

loved
  106:25
  112:23,24
low
  158:14
lunch
  68:2,3,5
  80:19,21
  95:2,8

——————

M

——————

Macias
  6:2
Madam
  21:18 36:19
  94:22 96:25
  150:16
Madame
  172:24
  173:22
made
  9:1 110:24
  119:13
  125:6,12
  126:5 127:16
  128:13
  148:14
main
  29:8 65:21
  120:15
maintain
  29:16,24
  84:21 86:20,
  21 88:3,6
  151:5
  159:17,20
  160:11
  161:21 166:9
maintained
  29:18 160:6
maintaining
  98:13 160:7
  161:17
majority
  24:8 25:23
  26:17 42:6

58:24 171:7
make
  8:20,23 9:6
  10:19 15:24
  17:1,16
  25:12 37:9
  42:19,24
  43:11 45:25
  48:18,21
  56:5 57:4
  63:7 73:25
  128:9 134:20
  142:17
  149:19 169:4
makes
  45:10 46:3,
  10,22 47:2
  48:14 50:3,
  24 56:1,18,
  19 57:10
making
  48:22,24
management
  96:8
manager
  34:13
managers
  34:20 35:18
managing
  66:3 98:19
map
  132:19
March
  78:24 79:10,
  12
mark
  101:11 106:4
marked
  15:7 72:13,
  18 81:18
  101:14 106:6
  118:15
  136:10
  158:15
  168:10
market
  61:25 62:3,

4,5,10,13,15
  63:11,13,23
marketing
  35:24 37:1,
  6,9,10,13,
  16,20,22
  38:8 59:5,7,
  10 101:24
  104:19,25
  105:3,8,11,
  12,14 107:21
  108:1 109:23
marketplace
  21:13,22
  22:7,14,15,
  16,18,19,22,
  23 30:19,21
  31:2,8,22
  32:8,18,25
  33:2 35:20,
  23 36:23,25
  38:1,17,23
  39:21 40:3,7
  42:8 59:3
  77:22 129:15
marking
  15:4
Marlene
  18:22
materials
  109:23
matter
  6:1 7:5 44:4
  45:9
meal
  151:20 152:2
mean
  12:19 18:2
  23:11 24:12
  26:7,20,24
  27:4,20
  32:15 37:15
  41:2 42:21,
  22 45:14
  47:13 49:4,
  15 50:18
  54:1 57:19,
  20 58:7

62:11 64:20,
  24 65:13,24
  66:8 67:16
  71:8 72:10
  76:5,8,14,25
  82:18 84:18
  86:16 88:25
  89:16 91:22
  94:7 109:17
  111:18 115:8
  121:1
  127:12,13
  129:25 130:8
  131:7 136:20
  142:15
  143:11
  146:1,10,11,
  15,16,20
  148:9 152:10
  153:9 154:9
  159:19
  160:1,21
  167:22
  168:21
  169:12,15,
  23,24
meaning
  62:21 63:3
  107:11
means
  18:5 88:23
  91:15 108:18
  130:1 150:12
  169:3 170:6,
  12
meant
  42:13,16
  75:16 76:5
media
  37:13,17
Medicaid
  113:22
  114:13,15,25
  142:6 155:2
Medicare
  64:25 65:1,2
  113:22
  114:13,15,24

Dani Bchara
December 15, 2023

115:3,4,5,7,
11,13,17,18,
22 116:13,19
142:6 154:25
155:2
**medication**
10:21
**mediums**
38:9
**meet**
14:15,20
44:2,13
122:17 123:9
126:16
128:20
171:23
172:15
**meet-and-
confer**
172:22
**meeting**
54:2
**meetings**
30:10 53:5
**meets**
135:12
**member**
25:25 26:3
27:3,14,21
29:15 33:18
38:1 42:23
51:11,14,18
67:23 69:9
70:14 86:14
87:11 88:12
89:1,4,9
90:5,13,14,
15,18,21,23
91:3,21
92:2,3,4,8
99:1,3
102:21
105:18,24
106:1 130:5,
20,25 134:2,
5,8,23
135:22
142:11,20

143:1,3,7
144:5 149:19
150:5 151:2
164:23 169:5
170:12
**member's**
148:14
149:25
150:22
**members**
22:24 23:16,
17,19,21
24:2,4 25:19
26:18,21
27:16 29:3,8
42:15,20
45:14 46:9
47:25 48:5,
25 49:2 51:7
69:8 70:12
75:24 82:17,
20 83:21
87:24 89:12,
20 91:7
92:18 94:1
102:12,13,
17,23 103:4
115:21
116:25 117:7
129:6 130:12
134:11,15
137:17 139:8
141:11
144:13
145:16
148:13
166:21
**mentioned**
38:20 39:21
60:12 65:20
132:21
**message**
37:24 38:11
**Miami**
8:9 16:24
17:19,21,24
**microphones**
5:10

**migration**
120:8
**mileage**
98:4 138:3
161:25
**mind**
7:15 22:11
45:24 73:4
77:2 85:17
102:7 109:16
131:23 140:2
146:10 148:8
155:7 164:20
165:22
**minimum**
159:10
**minute**
152:23 158:8
**minutes**
152:22 153:6
170:3 172:6,
7,25 173:9,
25
**misclassifica
tion**
55:24
**misclassified**
56:13 128:25
**misconduct**
87:3,6,18
167:13
**missing**
30:16
**Misstates**
58:4 76:22
145:12
**Mizraji**
6:16
**mobile**
40:14,18,25
41:22 129:18
**model**
60:12
**money**
42:24 43:12
44:23 45:10
46:3,10,23

47:2 48:14,
18,21,22,25
50:3 56:1,5,
18,19 57:11
64:4 89:13,
21
**monitor**
65:25 66:1
131:4 132:19
**monitors**
131:21
**morning**
6:10,14 7:3
**motion**
60:21
**motions**
60:14 61:11
**motor**
39:15 41:14
**move**
9:15 40:3
44:12 122:21
128:18
**moved**
35:16
**moving**
123:11
**multiple**
61:12 72:14
77:20 81:4
87:21 90:12
143:7 167:25
**MVR**
41:14

---

**N**

**name**
6:2 7:4,7
13:9 15:14
19:15,18
30:24 81:15
101:20
133:14
154:24
**names**
162:19,24

163:8,12
**narrow**
28:9
**national**
107:7,14
108:7
**nationwide**
100:17
**nature**
157:15
**navigation**
117:4,5,8,16
118:1
**necessarily**
17:24 25:2
41:12 101:24
108:23
112:16
171:17
**need**
9:19 14:21
20:13 23:18,
21 25:25
29:9 36:4,5
41:13,15,16,
19 74:3
93:14 109:6
122:22
126:12
130:25
145:10,15
153:12 173:9
**needs**
78:10 112:21
117:8 131:2,
3
**negative**
93:17
**negotiate**
51:20,24
**negotiating**
53:12
**negotiation**
52:11,14
**negotiations**
53:3 54:25
55:9,10,21,

22 56:15,16,
25
**network**
47:9,14
100:17
107:7,15
108:7
**never**
10:18
**newsletter**
38:13
**nod**
9:25
**nodding**
10:3
**noise**
80:17
**non-english**
10:1
**nonmembers**
103:1
**nonverbal**
10:1
**normal**
65:2
**Northern**
60:12
**note**
5:10
**noted**
75:22
**notes**
86:18 130:19
169:5
**notice**
11:25
**notifies**
145:2
**November**
19:22
**number**
13:7,10
48:7,8,25
49:2 50:16,
23 58:16
64:2 66:14,
19 67:6,10

83:2 98:24
99:15 118:23
136:11
148:14
150:1,22
155:18
156:11,12
158:21
162:12
170:14
**numbers**
29:11 83:8
99:9 106:8,9

_____

**O**

**O-G-G**
132:17
**oath**
7:20 36:16
68:16 74:22
123:22 149:4
**object**
17:8 32:9
60:5 126:17
139:13
160:10
**objection**
16:17,20
17:1,3 20:22
22:20 24:25
28:7,22
29:19 30:2,
6,22 34:15
38:25 40:8
43:17 44:8
45:13,15
49:14 50:13
53:13,22
57:5 58:4
66:11 70:1
71:24 80:3
85:15 87:7
89:14 97:11
104:5 105:4
109:14 111:9
113:18
115:23

116:20 124:2
125:22
135:3,14
140:10
147:17 152:8
153:16,17
162:9
**objections**
14:4,5,9,18
17:13,14
110:24
113:19
126:17
**objectiveness**
145:6
**obligated**
67:21
**obligations**
88:1,5,16
**obviously**
14:18,20
55:15 85:12
**occur**
40:19
**occurs**
40:25
**offboarding**
96:8
**offer**
42:11 58:11,
12 64:25
65:1
**offered**
42:9 58:19
**offering**
35:24 37:1
108:10 115:4
**offers**
58:1 106:23
109:21 112:9
157:14
**office**
6:12 8:9
17:24 18:3,
6,8,12
**officer**
6:17 16:8,10

Dani Bchara
December 15, 2023

18:22 53:2
105:16
**Ogg**
18:20 132:17
148:1
**Ogun**
21:8
**okay**
12:21 14:15
16:2 17:4
18:1,7 36:14
39:11,16,20
41:20 46:18
47:16 68:14
74:8,13,20
80:17,21
81:1 106:22
107:13
109:25
113:20
118:11
119:17 121:4
123:7,10
138:7,8
140:15
151:14
161:15
165:10
171:20 173:8
**onboarding**
77:19 79:14
96:7 124:5
133:11,12
155:11
**once**
38:21
**one**
10:11 12:23
17:6 19:6
22:12 31:20,
22 35:10
37:15 50:2
60:16 63:13
65:21 73:19
78:16 105:4
111:17
112:23,24
117:20

123:3,4
129:6 152:23
173:7
**ones**
106:25 119:8
**operating**
16:10
**operations**
19:7 21:6,
12,14,21,24
24:18 44:16,
18,19,22
45:4 55:3
59:15 66:2
96:6
**opining**
93:22 94:10
**opinion**
126:3
**opinions**
127:1
**opportunity**
8:19,25 11:6
**opposed**
35:13
**ops**
59:14 65:22
**opt**
132:18
**order**
24:22 34:22
41:10,12
53:20 60:9,
14 61:2,17
93:19
**orders**
41:11
**outcome**
6:4
**outside**
48:1 65:2
80:19 83:21
87:25 88:12,
17,23 89:12,
20 90:5
92:18 93:5
94:1 116:10,

11 149:17
**overbroad**
16:17 22:20
26:4 28:7,22
33:7 43:1
53:25 71:4
72:8 80:4
88:7,20
89:15,22
90:7,24
92:21 97:12
107:17
110:10,19,23
111:9 112:1
131:5 141:12
146:8 152:8
157:3,24
159:12,22
161:6
162:10,21
163:1,23
168:3
**overtime**
158:17

_____

**P**

**p.m.**
95:7,10
123:16,19
148:24 149:2
172:9,12
173:19
**Pacific**
5:6 36:9,12
68:9,12
74:15,18
95:7,10
123:16,19
148:24 149:2
172:9,12
173:19
**page**
75:18 82:24
83:20
100:21,25
101:12,13
104:24

110:11
141:6,19
**pages**
156:7,12,15,
17
**paid**
51:7 89:4
91:4 96:18,
23 121:9,10
150:10,13,14
156:23 157:2
158:4 159:7,
10 163:15
**Pal**
25:21 26:12
28:5 29:14
30:9 31:15,
18,24,25
32:1 33:22
34:2 38:21,
22 39:7,9,13
40:2,13,16
41:4 42:4,22
57:16 58:15
59:13 69:13
70:21 71:15,
20,22 72:7
81:17 82:12
83:19,22
85:21,23
86:12,14,15,
16 87:10,12,
14,16,20
88:12,13,14,
17 89:1,9,19
90:4,13,18,
20,23 92:19
93:3,25
98:25 105:17
112:25
122:10
123:25
129:5,8
130:25
131:16,18,24
133:3 134:1,
5,23 135:21,
24 136:9,13

137:7,12,22
138:16,17,
20,23 140:16
142:16 143:6
144:4 145:1,
2 147:10,13,
23 148:6,12,
15 149:15,
23,25 150:21
151:10,11,17
153:20
157:4,11,14
160:14,21,
22,23
164:22,24
165:1,5,7
166:8,17,19
168:18,22
169:4,7
170:9,11,13,
18
**Pal's**
86:9 131:15
133:24 136:5
146:2 149:14
**Pal-facing**
81:8
**Pals**
22:17,24
23:2,14,15,
24 26:2
29:4,9 30:16
32:19 33:4
35:22,24,25
36:24 37:1,
2,3,7,9,11,
16,20,21
38:5,8 40:13
41:8,12,13
42:9,12,14,
17,24 43:12
45:11 46:3,
11,15,22
48:15 52:1
54:9 57:11
58:2,11,12,
19 59:11
69:8 75:14,

17 76:1,5,
13,16,20
77:1,7,11,
19,25 78:3
79:13,25
82:16,18
83:7 85:2
86:3,5,7
87:3,24
89:11 92:17
96:15,18
97:9,17,19
98:1,8
100:17,20
102:3,12,18
107:8,15
108:8,15,21
109:1,8
114:24
116:25
117:3,9,12
118:2,8
119:9,13,15,
24 120:20
121:9,10,23
123:1
124:11,19,24
125:7,12
126:5,12
127:8,16
128:13,24
129:2,14,17,
22 130:11
131:4,9,22
132:1,4,18
133:13
134:20
135:1,10
136:19
137:16,18,23
138:9,12,24,
25 139:11
140:8,22,25
141:11,21,23
142:8 143:5
144:12,19,23
145:15,20,23
146:6,13,17,
21 147:4,14

148:2,7
150:4,10
151:1,6,8,
21,24 152:1,
5,13,21
153:1 154:12
155:24
156:23
157:1,17
158:4,18,23
159:7,10,18,
21 160:8
161:3 162:3,
4,12,25
163:8,10,13,
16,22 164:7
165:11,18,25
166:10,11,
12,13,14,22
167:3,5,7,
10,15 168:1,
14,16
169:10,19
170:5,16
**Pals'**
81:11
**Papa**
6:1 13:6,21
15:10,13,19,
22,24 16:3,
14,24 17:18,
21 18:3,8,13
19:2,5,11,20
20:2 23:2,
13,17 25:10,
11,20 26:1,
12 27:15
31:14,17,24
32:1 37:6
40:14 41:7,
22 42:11,16,
24 43:11,15
44:16,23
45:9,10
46:2,9,10,22
47:2,6,9
48:5,6,14,
17,21,22

49:22 50:3,
24 52:1,4
53:9,20
56:1,5,12,
18,19 57:10,
11,16 58:1,
10,19 62:20
63:3,19 64:4
65:6,10
66:10,17
67:6,11
69:14 70:19,
20 71:13,23
75:24 76:16,
17,20 77:19
78:1 80:1,
10,12 81:8,
11,17 82:12
83:19,21,23
84:9 85:4
86:2 87:25
88:17,18,23
89:11,12,19,
20,21 90:4,5
92:12,17,19
93:5 94:3
96:14 98:25
99:2,6,13
100:15,17,
19,20 101:1,
6,16,25
102:2,11,17,
18,22 103:5,
16,17 104:19
105:2,11,17,
20 106:4,23
107:8,15,16
108:7,8,15,
21,22,25
109:8,13,19,
21 110:2,8
111:6,23
112:8,14,19,
25 113:9
114:8,12,16,
24 115:20,21
116:9,24,25
117:3,9
118:2,4,7,8

Dani Bchara
December 15, 2023

119:9 120:10
121:1 122:17
123:1,25
124:10,18,24
125:7 126:5,
12 127:16
128:13,23
129:17 130:2
131:4,10,18,
21 132:18,19
133:21,24
134:7,16,20
136:13,18
137:18,23
138:9,12
139:3,11
140:6,8,22
141:6,11,19,
20 142:1,8,
16 144:12,
14,19 146:6,
13 147:4,15,
22 148:2
149:25
150:4,21,25
151:5,6,8,
17,20,21
152:1,13,15,
21 154:12
155:24
156:23
157:13,17
158:17,23
159:7,10,17,
20 160:4,6,
8,25 161:2,
13,17,21,24
162:5,24
163:8,15
164:6,16
165:5,18,20,
25 166:9,22
167:3,21
168:2,6,8,14
169:15
170:6,11
**Papa's**
  23:23 28:5
  40:14 46:8,

14,21 47:18,
22,25 48:13
49:3,11,12
50:6,10,20,
22 52:2
54:13 57:17
64:12 73:15
77:9 79:22
93:3 98:14
100:3,17
103:3 107:14
122:11
129:17
135:12 141:4
155:24 161:4
162:12
168:20
170:18 171:2
**PAPA0135**
  83:3
**PAPA0136**
  83:20
**Papas**
  129:2 142:13
**paperwork**
  97:9 153:8,
  10,17
**paragraph**
  75:21
**Pardo**
  6:1 13:10
**parental**
  83:10
**Parikh**
  21:2,5 31:6
**Parker**
  18:16,19
**part**
  5:21 13:2
  28:14 58:8
  63:5 87:11
  100:25
  111:22 114:1
  133:12 137:1
  159:4 160:12
**participants**
  5:18

**particular**
  39:7 44:24
  45:3 103:22
  114:1
**parties**
  5:9
**partner**
  110:1,7
  111:5,23
  113:9
**partnered**
  100:15
  101:17
**partnership**
  100:3 102:3
**pass**
  141:23
**past**
  61:22 87:2
  104:20 120:2
**path**
  41:24 42:1
  55:11
**pause**
  158:8
**pay**
  48:1 52:4
  63:20 64:11
  90:3,4 92:2,
  4,5,10,12
  121:11
  157:7,13
  158:5,7,13,
  17,21,23
  160:3 161:24
**payers**
  117:6
**paying**
  116:12,18
**payment**
  97:17,24,25
  115:12,18
  119:5,13,19,
  20
**payments**
  97:7,8 119:9
  120:13

  121:12
**payroll**
  96:10,14,17
  97:5,9
  118:13 119:4
**pays**
  48:5
**pending**
  9:21
**people**
  9:25 18:5,9,
  11 21:17
  22:1 23:21
  31:8 49:8,
  10,12,18
  63:6 69:1
  75:11 77:6
  95:24 96:6
  98:7 144:1
**percent**
  48:8 77:14
  79:17 163:14
**percentage**
  46:14,21
  47:1 48:5,14
  50:11
**performance**
  66:6 68:24,
  25 96:8
  168:15
**performed**
  70:19
**performing**
  81:12 92:17
  93:4,25
**performs**
  169:7
**period**
  93:20 94:14
  95:16 141:3
  163:5 164:1,
  4
**periodically**
  62:2
**permissible**
  14:20

Dani Bchara
December 15, 2023

permit
  99:3 171:4
person
  13:20,24
  14:3,12,19
  20:1 30:25
  31:1,4 52:5
  92:1 105:2,
  10 132:13
person's
  19:15
personal
  41:13 121:15
personally
  112:14,15
perspective
  39:12 61:9
pertain
  60:15 75:17
pertained
  44:23
pertaining
  44:24 120:24
  135:5
pertains
  44:9 45:1
  121:2
pet
  83:9
phone
  37:25 38:11
  67:23 86:13,
  14,20 129:7
  133:8,22
  134:16,17
  135:11
  140:16,23
  149:25
  150:22
photo
  133:18
phrase
  45:25 47:7
  91:14
phrased
  49:16 126:23
  132:23

physical
  85:23
Physicians
  100:6
pick
  5:11
pitch
  53:11
place
  5:9
Plaintiff
  5:25 6:11
  7:5
plaintiffs
  120:15
plan
  26:19,24,25
  27:15 49:3,
  8,9,11,13,21
  50:6,23
  52:2,4
  54:10,14
  57:20 91:17,
  20 100:7,9,
  10 114:8
  115:5 116:4
  141:16 169:6
plans
  27:5,7 43:8,
  9,11,15,16
  46:8 47:6,8,
  19,22 48:20,
  23 49:11
  50:18,20
  51:21 52:18
  53:4,10 55:7
  56:7 57:18
  59:21 64:10,
  11,13,15,25
  65:1,14,21
  67:7,12,15
  82:20 90:3
  114:11 141:1
  144:14,16
platform
  83:21 87:25
  88:4,6,13,
  18,23 89:12,

20 90:5
91:7,21,22
92:18 93:5
94:2 120:1
171:5
play
  113:23
please
  5:10 7:7
  28:12 45:23
  46:20 99:14
  110:4 130:17
  136:11
  168:12
  173:22
PMQ
  14:19 121:16
  126:9,14,15
  127:19
pocket
  48:2,6 92:2,
  10 116:12,18
point
  12:16 19:6
  63:10 83:20
  94:23 124:18
  137:5 149:16
points
  54:16,18
  63:14,15,22
policies
  28:5 32:2
  71:2 72:10
  75:14 78:1
  79:7 122:25
  126:11
  143:13
  151:20,23
policy
  31:16 69:13
  70:20,25
  71:14,22
  72:2,5 77:1
  85:3 159:9,
  15
pool
  149:22

portal
  80:10
position
  20:4,5,7
positions
  19:1,4 21:10
possible
  9:7 26:2
possibly
  14:5 61:16
post
  11:18
posture
  53:12
potential
  62:20 63:2,6
  64:2 71:12
potentially
  49:10 78:16
  81:4 86:13
practice
  60:21 61:4
  159:9 169:9
predate
  125:19,21
predominant
  37:18
Predominantly
  51:23 65:19
  98:21
prefer
  11:18 95:2
  139:17
preference
  139:19
  145:17
prepare
  12:18 13:5
present
  54:3,5
  164:16
presentations
  53:9
presented
  54:8,12,24
  93:9

Dani Bchara
December 15, 2023

presently
 10:21
pretty
 128:16
previous
 19:13
previously
 78:8
primary
 31:13 39:18
 63:10,14,15
 64:1 77:24
 82:15
print
 11:14,17
 73:23
printed
 11:17 74:6,
 11 81:21,25
prior
 157:20
priority
 60:2
privacy
 44:10
private
 5:11 60:24
privilege
 14:4 126:20,
 23,24 127:4
privy
 53:3
probably
 13:9 35:18
 37:8 77:17
 172:6
problem
 40:1
procedures
 123:1 126:11
proceed
 74:5
proceeding
 5:24 13:2
process
 8:10 38:21
 39:7,12,19,

23 40:2,4,6,
 16,18,25
 41:3,5,7
 52:11,14
 96:9 103:11
 133:12 137:1
 143:22
processed
 96:22
processes
 96:2,4,7,9
processor
 96:17 97:6
produce
 14:16,17
produced
 13:1,13,20
 73:12,13,14
 78:17 103:13
 108:2
 120:12,15
 126:9 154:17
 155:16
product
 77:18 125:23
 126:21
production
 14:19 120:22
 121:1 122:20
productive
 107:10 113:2
productivity
 110:2,8
 111:6,24
 112:9,15,17
 113:10
professional
 141:7
project
 61:24 62:1,
 12
projects
 59:17,24,25
 61:21 65:9
promoted
 19:6,9

promotional
 100:11
prompted
 170:14
proof
 137:4,11
proper
 44:7
proposition
 46:3,6
proprietary
 55:10,21,23
 57:2 60:6,
 18,23
prospective
 37:16 38:21
 40:13
protect
 141:10
protected
 126:19 136:5
protection
 141:8
protective
 60:8,14
 61:2,17
provide
 8:11 10:1,
 17,23 17:14
 21:10 23:14,
 15,24 27:15
 31:3,5
 46:13,20
 62:21 63:3
 77:25 97:8,
 18,23 99:14
 100:16
 102:3,12
 103:12
 112:20 113:1
 116:24,25
 117:2,3,6,12
 118:3 119:12
 123:6 135:1
 165:8
provided
 25:21 26:2,

12 29:4
 54:18 60:11
 64:12 79:13
 80:12 117:15
 119:15,23
 120:20
 121:11,21
 155:10 169:6
providers
 75:24 98:20,
 22 102:4,14
provides
 16:14 65:7
 78:2,13 83:7
 94:19 95:20
 97:17,25
 100:20
 102:18
 104:21
 105:17
 114:24
 115:21
 117:14 118:5
 119:13
providing
 15:10 23:3
 44:21 45:5
 76:17 82:16
 109:10,12
 112:23 116:9
 118:7
public
 60:19
publicly
 62:12,15,17
purpose
 5:13 38:7
 60:22 80:7
 135:10
purposes
 15:17,23
 44:18 62:12
 134:4
put
 11:16 12:1
 24:25 49:2
 84:23 86:17
 99:19 106:10

Dani Bchara
December 15, 2023

171:25
172:19
**putting**
11:10  12:17
55:13  126:2
**Puzzlehr**
96:13

**Q**

**qualified**
13:20,24
14:3
**quality**
135:11,12
**question**
9:11,15,21
17:13  26:8
28:9,11,14,
17,25  36:20,
22  43:25
44:22  45:3,
17,23  53:17
56:23  57:8
60:5  61:15,
18  62:23,24
63:1,7  67:17
70:5  73:9
77:16  85:19
91:10  93:8,
10,16  94:17,
21  95:11,14,
19,22  102:5,
8,16  103:21
110:22  111:2
112:5  114:5
116:3  121:17
124:15
125:1,4
128:8
130:14,16
132:12,14
135:7  140:3
147:20
150:20,25
154:4,10,14
155:7,23
158:22

161:11
165:4,23
168:13
**questioning**
11:2  55:2
95:4  104:9
146:25  172:2
**questions**
8:11  10:2
11:1  14:2,6
17:8  24:16
26:19  27:16
44:15  55:12
56:4,15,18,
24  82:9
103:12,23
104:2,10
106:16
121:13
126:22
127:1,2,3
147:2
**quick**
21:11  74:3
171:18
**quicker**
73:25

**R**

**range**
10:17  120:19
131:3  156:13
**rate**
157:13
**rates**
98:4  157:7
**read**
8:14,19
21:18,20
36:20,21
62:25  95:12,
13  150:18,19
153:10,12,
15,23  154:8,
12  155:24
156:3  169:4

**reading**
111:4  113:25
141:18
169:14
**ready**
106:20
146:24
**realtime**
8:14  9:3
**reason**
10:22  25:20
26:22  28:19
30:25  40:3
42:5  134:3
**reasons**
26:20  28:20
**recall**
65:10  81:14
101:20  136:6
137:25
**recancel**
144:6
**receive**
24:6,7  31:23
32:18,22
33:16  49:12
63:18  64:3
115:17,18
128:12
129:14
**received**
32:6  54:13
56:19,21
82:10  98:1
129:2  155:14
**receives**
25:16  28:4
29:3  44:23
115:12
**receiving**
35:21  36:23
62:22  63:4
67:11  115:20
**recent**
56:23
**recently**
21:8  167:6

**recess**
36:10  68:10
74:16  95:8
123:17
148:25
172:10
**recognize**
73:10  100:4
101:18
**recollection**
75:5
**record**
5:5,10  6:8
7:4,8  14:21
21:20  25:1
36:8,11,15,
21  39:15
41:14  62:25
68:7,8,11,15
74:14,17,21
84:9,13,20
85:23  95:6,
9,13  118:13
119:19,21
122:14
123:15,18,21
136:18
148:23  149:1
150:19  158:9
160:15,17
162:18
171:21,23,25
172:5,8,11,
20  173:1,4,
5,6,11,19,
21,25
**recorded**
29:17
**recording**
5:8,14,24
**recordings**
29:24  30:1,5
**records**
14:13  29:16,
18  84:10,17
85:2,4,12
86:3,5,6,20,
21  97:9

Dani Bchara
December 15, 2023

120:13,15,16
121:5,11,13
122:7,8,21
159:17,20,23
160:2,5,7,25
161:2,17,18,
21 162:12,18
163:15,21
164:14
**red**
83:15
**reducing**
108:4
**refer**
15:19,20,21,
22,24 22:7,
11 23:19
27:11,16,22
30:12
**referencing**
130:10
**referred**
30:14,18
69:10
**referring**
43:16 81:20
82:24 85:25
97:13 101:2
121:25 137:6
154:13
155:19
**refrain**
113:18
**refund**
115:16
**refunded**
114:12
115:10
116:13,19
**refunds**
115:20
**regard**
150:8
**regarding**
24:6 25:21
26:1 27:14
28:6 29:4

35:22 36:24
44:15,22
54:8,12
100:3 105:11
122:9
**regular**
18:9
**regularly**
18:12 79:6
**reimburse**
137:18,23
138:9
140:22,25
**reimburses**
161:25
**relate**
26:11 58:24
157:8
**related**
24:9,11,18,
23 26:17,19
30:15 31:15,
17 32:19
33:3,10 39:6
42:9 56:17
59:10,12
63:11,23
67:15 69:14
86:5,6,12
90:23 96:2,7
98:8 108:1
109:24
120:13 128:6
134:22 168:5
**relates**
81:11
**relating**
26:1 86:3
126:11
**relationship**
43:6 50:25
54:6 90:18
142:25
**relationships**
27:8 43:10
51:21,25
52:18 98:19

**Relevancy**
44:7
**relevant**
20:23 29:20
30:22 43:1,
18 44:3,19
45:4 47:10
52:3,9,10
54:21 55:5,
15,20 56:2,
6,8,11,20
67:14 71:3
103:20
**remember**
35:15
**remind**
48:9
**reminders**
83:9
**reminding**
37:11
**remote**
5:23 6:2
25:7,8 31:11
**remote-first**
17:23 18:2
**remotely**
18:4,10
**removal**
171:4
**remove**
5:16 149:16
**removed**
166:20
**renegotiation**
53:11,20
**repeat**
17:2 61:18
62:24 128:8
**repeating**
45:24 140:2
**repercussions**
171:15
**rephrase**
9:12 28:13
**report**
18:17 20:19

34:22 35:3
**reporter**
6:5,8 8:13
10:2,5 15:4
19:17 21:3,
18,20 36:19,
21 46:16
62:25 68:7
78:5 94:22,
25 95:13
96:25 97:1
101:8 110:3
133:17 145:8
150:16,19
173:10
**reports**
18:19 21:1
62:17
**represent**
103:13
**request**
9:20 120:23
126:18
**requesting**
172:16
**require**
18:5 42:3
139:20,22
144:12
146:20
157:17
**required**
57:23 77:11
109:1 124:1,
6 129:17
145:23
146:1,17
152:14,19
**requirement**
49:24 137:16
142:3,4
153:20
**requirements**
41:18 88:2,5
109:6 135:12
**reschedule**
143:7,9,10,
20 144:6,9,

Dani Bchara
December 15, 2023

11
**rescheduled**
143:13
**rescheduling**
149:18
**research**
59:18,20
62:17
**resolve**
171:24
**resolved**
17:10
**resources**
96:3
**response**
21:19 36:20
72:6 84:14
**responses**
10:1,3,8,9
60:13
**responsibilit
ies**
35:11
**responsible**
21:6,15,16,
24,25 22:15
35:23 37:1
59:17 68:23
69:7 96:2,5
98:12,18
105:7
**rest**
9:18 151:23
152:6
**restate**
28:25 62:23
**result**
69:16 85:9,
11 171:4,13
**retain**
107:9 161:18
**reveal**
139:15
**revealing**
60:4
**revenue**
50:21 90:6

92:19,21
94:3
**review**
11:6,8,12
13:12 41:16
120:25
146:17
147:4,15
168:12
**reviewed**
12:19,22,25
13:4
**reviewing**
147:23 150:8
168:25
**revising**
79:7
**rewording**
102:7
**right**
5:22 13:15
16:13 25:22
27:25 46:1
59:8 60:25
61:1,23 62:1
69:11 75:2
76:21 78:25
82:21 89:5
97:10 100:7,
9,13 114:6,
8,22 119:6,9
120:25
126:24
129:21
135:13
145:20,24
147:16
148:3,21
150:10,14
156:21
157:12 159:4
162:20
164:23
165:16
170:12
**risk**
55:13

**role**
31:13
**room**
7:25 8:4,5
80:15
**roughly**
25:16 59:19
**rule**
31:16 69:13
70:20,25
71:14,22
72:2 85:3
**rules**
7:11,13,20
17:7 28:5
32:2 72:5,6,
10 75:13
78:1 143:13
**run**
86:4
**running**
22:16 83:8
158:14
**runs**
21:12,13,14,
22,23 105:14
132:16
**Ryan**
6:12 11:24
73:19

---

## S

**safety**
21:7,14,23
33:10,14,16
69:3,8,10,
11,14 71:7,
12 82:10
84:11,13
86:24 87:2
129:15
134:4,19
135:21,23
136:5
**sales**
65:14

**salespeople**
65:17
**Sam**
18:21 53:1
105:15
**sample**
103:17
**satisfied**
74:4
**satisfy**
168:14
**save**
172:21,22
**saying**
32:10 41:12
49:7 92:15
94:14 95:16
101:21 155:8
**says**
75:2,22
78:20,24
83:15,16,21
101:1,5
103:3 106:23
107:4,7
108:1 111:5
137:4 141:6,
19 168:18
169:15
171:1,3,13
**scale**
158:5,7,13,
21
**scan**
136:21
**schedule**
142:13
143:20
**scheduled**
29:15 30:10
89:2 142:9,
16,17,19
146:18
147:5,15
150:9
**scheduling**
129:20,22

Dani Bchara
December 15, 2023

Schnayerson
6:14,15
11:9,13
13:23 16:17
17:1 20:12,
16,22 22:20
23:6 24:12,
19,25 26:4
27:18 28:7,
22 29:19
30:2,6,22
32:9 33:7
34:15 36:2
38:25 40:8,
20 43:1,17
44:5,9,20
45:13,16,19
46:24 47:10
49:14 50:13
51:1 53:13,
22 54:20
55:8,19
56:3,14,24
57:12 58:4
60:4,10,25
61:13 62:23
65:11 66:11,
23 67:24
70:1 71:4,
17,24 72:8,
22,25 73:19,
23 74:10
76:22 79:1
80:3 83:1,24
85:15 87:7
88:7,19
89:14,22
90:7,24 91:9
92:20 93:6,
15 94:4,8,
18,22 95:2
97:11 99:14,
22 102:5
103:6,19
104:6 105:4
106:7,11,15
107:17,23
108:12
109:14

110:10,19,
22,25 111:9,
16 112:1,10
113:3,12,15,
25 115:23
116:14,20
118:22 119:1
120:14,21
121:17,20
122:2,23
123:4,10
124:2,12
125:1,22
126:16
128:3,20
130:13 131:5
135:3,14,25
136:13,22
137:5
139:12,24
140:10
141:12
144:20
145:12
146:8,23
147:7,17
148:18,21
152:8 153:3,
16,24 154:6,
18 155:12,
16,20 157:3,
24 158:8,11,
25 159:3,12,
22 160:10
161:6 162:9,
21 163:1,23
164:18
165:2,21
166:2,25
167:17 168:3
170:2,20
172:4,21
173:13,16
scope
78:15 81:13,
17 82:12
screen
5:21 11:10,

19,21 81:23
82:1 99:21
screens
5:15
scroll
12:9 153:21
154:8 156:16
seal
60:20
second
50:12,20
58:8 72:16,
22 75:21
82:24 93:19
100:25
101:13
106:13
107:8,11
171:22
secret
60:24 61:8
secrets
44:11 55:11
section
83:14,15
170:25
sections
22:4
see
9:24 24:19
27:6 34:6
43:19 45:3
51:3 55:4
59:15 60:19
67:17 70:18
76:13 81:20
83:5 108:2
120:18,21,
23,24,25
139:2 145:5,
14 156:18
161:20
seeing
144:3
seeking
56:17

sees
129:9
sense
10:19 15:24
17:16 26:10
48:4 61:16
sensitive
5:11
sentence
76:7,19
serve
89:1,12
served
126:18
service
27:17 37:10
49:11 67:18,
19 75:24
81:17 82:12
83:7 105:18
115:4 117:4,
6,24
serviced
90:4
services
16:15 23:4,
13,18,22,23,
24 25:21
26:2,12 29:4
46:9 47:9,
18,22,25
48:6,13
49:3,13
50:6,22 52:2
53:11 54:13
57:17 62:21,
22 63:3,4,19
64:3,5,12,19
65:6 67:11
78:15 80:1
81:12,14
82:17,19
93:4 94:1
100:19
102:2,12,18
104:20,21,22
109:13,20
112:8 113:1

Dani Bchara
December 15, 2023

114:12,16,23
115:16,21
116:9,24
117:2,12,14,
15 118:2,4,8
121:9,10
135:2,12
142:6 155:3
156:24
**servicing**
89:19
**serving**
83:21 87:24
88:12
**set-in-stone**
157:7
**sets**
157:13
**setting**
5:16 7:24
**seven**
21:1
**severity**
87:14
**Shaila**
21:2,5,12,21
31:6
**shape**
163:20
**share**
57:21,23
63:12 81:23
82:1,4 99:21
**sharing**
11:21 20:13,
15
**shielding**
60:20
**shift**
107:8,12
**shopping**
83:9
**shortly**
118:14
**show**
29:14 30:9,
13 42:22

86:9 87:21
155:12 158:6
162:12,18
163:21
**showing**
33:4
**shown**
139:1
**shut**
44:15
**side**
118:23
**sign**
42:14 49:3
124:1
**signed**
37:21 58:3
**signing**
58:25
**simply**
92:14
**single**
31:1 67:3
92:18 93:3,
25 147:13
**sir**
16:22
**sit**
53:4
**situation**
39:6 41:4
57:20 70:11
76:5,11 79:8
84:6 87:23
90:13 92:24
93:21 94:20
95:21 125:15
136:2,4
**situations**
92:8 98:24
**skilled**
35:7
**skills**
157:18
**slip**
121:23

**slow**
24:13 61:3
**slowly**
12:10 73:3
**small**
48:8
**smaller**
58:21
**smart**
140:16,23
**social**
37:13,17
117:5,7,8,15
118:1,8
**software**
84:25 85:25
86:2
**solution**
61:10
**sort**
7:24 11:7
37:6 38:14
53:11 101:23
103:18
133:14
164:15 165:4
**sorts**
112:24
**sought**
52:2
**sound**
94:15 95:17
**source**
35:12 37:19
67:3
**sources**
81:4
**space**
64:10
**speak**
10:7 14:12
92:23 108:5
122:19
**speaker**
5:15
**speaking**
29:7 30:19

37:8 45:15
113:18
114:23
**specialized**
157:18
**specific**
28:17 35:19
53:17 55:7
56:6 58:14
66:18
102:23,25
104:13 136:6
159:15
**specifically**
28:14 44:25
50:23 120:22
**specificity**
165:8
**specifics**
132:24 133:1
**specify**
17:25 110:11
**speculate**
10:18 80:6
147:10
**speculation**
103:6 111:16
112:2 116:14
147:7 153:3
161:7 167:17
**spell**
7:7 19:17
**spend**
63:16 64:5,
8,9,15
**spent**
161:3
**spoken**
10:3 13:16
**spotlight**
5:16
**spotlighted**
5:14
**staff**
25:13
**staffed**
25:9

Dani Bchara
December 15, 2023

stamp
  13:6 118:14
stand
  142:5
Standard
  5:6 36:9,12
  68:9,12
  74:15,18
  95:7,10
  123:16,19
  148:24 149:2
  172:9,12
  173:20
standards
  168:8,14,19
  169:16
  170:19
  171:2,4,16
standing
  57:5
stands
  16:7,9 100:6
start
  41:7 72:15
  73:8 121:8
  133:3 136:13
  162:5
started
  92:17 93:4,
  25 164:16
starting
  163:13
starts
  131:16
  158:21
  160:14,21,
  22,23
state
  6:7 7:7
  137:22,25
  138:1 165:19
statement
  107:1,5
states
  28:2,3 159:9
step
  41:9

steps
  41:21
stipulate
  44:17 56:12
  61:2
stipulated
  61:16
stolen
  70:13
Stone
  18:20
stop
  20:13,15
  127:2
story
  127:24
strategic
  21:15,24
  57:2 59:17,
  24,25 61:21
  65:9 68:19
strengthen
  53:12
strike
  38:19 49:9
  98:25
Stripe
  96:23 97:2,
  5,7,17,23,25
  119:3,12,15,
  18,20,23
  120:8,13,16,
  22 121:2,22,
  24 122:8,14,
  20
Stripe's
  120:20
strokes
  132:24
  147:23
stuck
  40:2
studies
  127:17
stuff
  164:10

subgroups
  59:16
subject
  14:18,25
  126:14
submitted
  31:15 105:21
substance
  8:21
substantive
  8:23 11:2
  172:2
success
  52:21 59:18,
  20 65:17,20
  66:3 98:16,
  18
summarizing
  104:5
summary
  21:11
supervisors
  34:20 35:4,
  19
supplemental
  64:20 65:4,6
  91:15,20
support
  6:3,6 23:15,
  21,23 24:9,
  10,11 26:1,
  17 42:3 65:8
  66:2 76:4
  77:24 83:10
  110:9 111:7,
  24 112:21
supporting
  76:15
supposed
  153:23 154:8
sure
  9:17 42:19
  45:25 58:7
  63:8 72:24
  73:5 75:9
  77:8,10,15
  79:17 89:6

98:6 100:14
101:21
107:11,21
108:23 110:5
116:6,7
123:5,14
124:17 125:3
128:9 130:9
132:10,20
134:11,18
141:18
143:15,18
144:4,10
147:9,24
148:20
149:11,19
151:9,11,19
152:24
154:23 155:6
156:8 158:10
161:23
162:22
163:14
167:18 169:4
surprised
  80:6
survey
  146:3,4
surveys
  144:12,18,
  24,25 145:3
  146:2,14,15
suspend
  171:20
  172:14
suspended
  167:12
suspension
  171:4
SVP
  21:5,12,21
swear
  6:8
sworn
  6:22
system
  84:22 85:22,
  24,25 86:1,

```
 4,18,19,21          153:1 166:21        11,13,14,16,        tell
160:7                                    19,21,23,24           9:12 12:9,11
                    taking               34:3,5,8,16           23:13 24:5,6
                      7:6 9:18           35:21,22,23           29:10 44:21
         T            57:7 112:22        36:23,24,25          58:10 69:20
                      166:13,14          38:1,17,23           73:3 81:10
take                                     39:21 40:3,7         99:16 103:25
  5:9,21 9:19       talk                 42:8 52:17,          104:6 122:24
  10:2 24:2           15:13 44:13        20,21,22,24,         155:18
  28:6 31:14,         60:19 61:14,       25 53:1
  17,24 32:19,        17 121:4           59:3,14             telling
  22 36:3,4,6         122:3,18           65:13,14,18,          104:15
  39:22 42:14,        123:8 126:21       22 66:2,3            113:15
  17 43:24            165:9 171:19       68:19 69:1,         template
  56:10 67:25         172:23             3,9,11 71:7           101:25
  68:2,3,6          talked               77:18,22            ten
  72:19 73:16         7:13 33:17         82:7,10               82:22 83:14
  74:3,9,10           52:22 59:11        84:11,12,22         Ten-minute
  79:1 80:21          78:8 95:24         85:13 86:23,          148:21
  83:23 84:14         118:20             24 95:25
  94:23,24            171:20             98:7,10,12,         tend
  95:2,5                                 16,18 99:16           80:12
  111:22            talking              105:8,13,14         tendency
  122:22              34:16 44:20        117:16,23,25          9:25
  123:13              81:11 82:9         118:1,9
  130:19              93:21 94:14        120:18 125:9        tenure
  142:19              95:16 104:12       129:3,5,6,            19:2
  146:23              109:11             15,16              term
  148:18              118:24             132:15,16            27:4 32:11
  149:23              154:19,22          158:12              40:8 47:14,
  153:14            tapping              171:19              16 59:7,8
  158:22              170:8                                   64:21,22
  168:12                                teams                 66:8 87:7
  171:18 172:4      tasks                 22:6,8 59:16        97:12 124:2
                      82:22 83:8,        75:12 77:6,          167:11
taken                 14 100:22          20,21,23,24
  5:25 7:16           104:22             117:20 144:3        terminated
  36:10 41:21         144:15                                  85:3 87:2
  68:10 69:15,        145:5,10,22       tech                termination
  21,25 70:8,9        169:4 170:15        11:20 81:22         87:6,8,19
  71:15,23          team                 83:10              terminologies
  72:6 74:16          21:13,22          technically           153:18
  84:8 95:8           22:7,11,14,         117:24            terminology
  123:17              15 23:25          technology            23:20 70:24
  148:25              24:1 25:6,8,        77:23 89:3        terms
  166:11 167:5        11,13,15           91:23 100:22         23:1,11
  172:10              26:3 28:1,4,       104:22               51:20,24
takes                 6 29:3,9,16        132:12,14,           53:21 63:25
  8:13 56:10          30:14,18,20,       15,16 143:23         76:19
  67:22 152:20        21 31:2,9,                            test
                      15,23 32:8,                             55:16
                      18,25 33:2,
```

Dani Bchara
December 15, 2023

testified
  6:23 131:25
testify
  13:20,24
  14:14 15:1
  61:7 93:2
  104:7,11,16
  121:8,15,18
  122:6,13
  126:13,14
  127:19
  128:19
testifying
  128:1
testimony
  7:24 9:2
  10:24 32:17
  44:13,21
  45:6 48:17
  49:7 58:5
  60:17 76:22
  92:15 104:3,
  5 123:6
  126:4 143:19
  145:12 149:8
text
  37:24 38:11
  148:16
Thank
  7:10 22:2
  37:4 99:20
  106:11
  173:18
Thanks
  20:16 73:7
  74:13
theft
  141:7
thing
  17:6 26:3
  27:3 37:14
  48:24 90:17
  122:12
  133:15
  150:17
  169:23
things
  10:14 26:13,

15,23 31:22
33:3 41:10
60:24 63:25
73:25 90:15
96:7 134:22
139:5,6
140:8 169:18
173:7
think
  13:9 14:16,
  17 16:1,19
  19:21 22:23
  24:8,15,16,
  23 26:17
  28:16,24
  29:4 30:24
  32:12,14
  35:25 37:3,
  8,18 38:10,
  11 39:3
  44:14 45:18
  47:24 48:11
  49:15 55:12
  57:4 58:21
  59:18 60:11
  61:15 67:2,
  15,25 69:24
  71:5,19 74:6
  80:25 81:13,
  14 82:8 83:3
  87:19 90:25
  91:25 93:8,
  19 94:19
  95:20 102:19
  104:4,16
  106:12
  110:14 113:6
  118:14,20
  119:5,11
  120:14
  122:15,16
  123:1,7
  126:21
  128:16
  132:22
  133:23
  140:13
  145:25
  148:4,17

152:20
155:2,14
156:15,16,19
158:12
160:3,11
163:2 164:1
165:7 166:5
167:25
169:24 170:2
171:19,21
173:7
third
  59:23 107:8,
  12
third-party
  75:23
thought
  80:17
three
  16:4 69:2
  144:7
ticket
  84:23
ticketing
  84:22
tied
  58:2
time
  5:6 17:2,9
  18:10 19:23
  36:9,12 60:2
  68:9,12
  74:15,18
  79:1 93:20
  94:13 95:7,
  10,15,16
  123:16,19
  127:15 130:2
  131:21
  133:21 141:3
  148:3,24
  149:2 150:10
  156:2,20
  158:14
  159:11,17,
  18,20,21,23
  160:1,3,6,7,
  8,17 161:3,

21,24 163:5
164:1,4,5
168:12
171:20
172:9,12
173:20,23,25
times
  87:21 126:18
  132:3,7,9
  137:17 143:7
title
  16:5 19:8,
  10,11,22
  30:24 155:8
today
  8:10 9:7
  10:24 15:10
  17:11,24
  21:1 23:2
  93:25 94:15
  95:17 121:16
  164:11,13
  172:17
today's
  7:11 8:18
  12:18 13:5
  15:17,23
told
  127:21 149:7
  154:7
tool
  81:8
tools
  81:6
top
  136:14
topic
  24:13,15,22,
  23 25:1,2
  38:4 121:19,
  20,24
  122:18,23
  123:11
  126:10,19,23
  127:20
  128:18
topics
  13:21,25

Dani Bchara
December 15, 2023

24:23 105:5
111:17 126:9
127:3
**total**
58:22 61:25
62:3,4,9
63:13,23
173:24
**tough**
111:1
**track**
66:17,20
67:6,10,17
131:9 133:2,
24 134:16,20
147:22
160:4,14,21
**tracked**
133:5 161:19
162:6
**tracking**
67:14
131:14,16
134:7
135:10,23
136:5
**tracks**
132:1,3,21
**trade**
44:10 55:10
60:23 61:7
**traded**
85:10
**train**
82:8
**trained**
108:15,18,
21,25 109:3,
5,7
**training**
109:1 124:7
152:13,14,
17,20 153:2,
11 154:22,23
155:10
157:18

**transcribed**
29:17 30:5
**transcript**
8:20 10:5
173:6,11,12
**transition**
19:22
**transportatio
n**
83:11 100:21
104:22
**trigger**
48:22,24
82:13
**true**
13:14 16:15
32:2,22
40:15 45:10
46:2,7,10,22
47:8,18
48:15 50:7
57:10 59:1
64:6 70:21
75:25 81:8
85:5 87:3,13
89:11 93:5
100:15,19
102:2,11
103:5
107:10,14
108:11,15
109:8,10,13,
22 110:1,7,
17,18 111:8
113:2
114:10,25
115:1,22
137:11
138:19
141:3,8,21,
24 145:11
146:17
150:2,23
155:11 156:3
159:18
162:15 170:9
171:6

**trust**
21:6,14,23
33:14 69:3,
7,11,14
71:7,12 82:9
84:11,13
86:23 87:2
129:15
134:4,19
**try**
9:9 11:13
14:3 53:20
59:12 66:2
104:1 121:5
**trying**
24:19 32:24
40:5 45:16
49:6 55:6
61:4,24
72:23 94:12
95:14 99:1
127:2
142:17,18
**two**
50:2 101:11
120:25
123:12 172:7
173:7
**Tyler**
6:18
**type**
32:5,7 64:19
65:5 84:7
87:5
**types**
24:5,7
32:18,20,21,
24 33:5,15
38:8 58:18
64:16 65:5
82:22 83:7
87:18 157:12
167:25 168:1
**typically**
23:19 24:6,7
27:5 30:12
37:13,22
65:8 92:4

99:9,11
115:5 145:16

---

**U**

**U.S.**
6:3,6
**uh-huh**
10:4
**uh-uh**
10:4
**unable**
93:2 94:2
123:8
**uncertain**
163:7
**unclear**
93:20 94:13
95:15
**understand**
7:21,23
8:16,18,23
9:5,11 15:9
28:11,12,15
32:24 36:17
49:6 61:25
68:17 74:23
82:19 88:25
91:9 102:15
123:23 125:4
130:14 149:5
160:1
**understandabl
e**
10:6
**understanding**
13:19 26:11,
15 32:17
50:2 61:6
68:23 76:2,
6,11,12,25
119:25
120:2,4,5,7,
8 125:17
127:6
143:22,24
151:17 153:5

Dani Bchara
December 15, 2023

understood
  9:15
undoubtedly
  56:11
unhappy
  42:1
unique
  102:22
United
  28:2,3
universe
  64:10
unnecessarily
  60:21
unnecessary
  61:5
unsure
  101:18
untrue
  115:2
unusual
  134:25
update
  173:3
updated
  79:5,9
upper
  5:22
UTC
  5:6 173:20
utilize
  112:25

---

V

---

V-A-A-M-O-N-
D-E
  19:19
Vaamonde
  19:16
vague
  32:10,11
  38:25 40:20
  45:19,20

169:20
171:22
46:24 49:14
50:13 51:1
71:4 83:24
85:15 90:24
91:9 92:21
93:15 97:11
102:5 108:12
109:14
110:22
111:10
112:10 113:4
125:1 130:13
144:20
153:16
159:22 162:9
164:18
165:2,21
166:2,25
168:3
value
  63:25
varies
  51:15
variety
  139:7
various
  24:17 62:11
  63:24 81:5
  96:9 117:7
  123:2 157:12
varying
  87:1
vast
  24:8 42:6
  58:24
veering
  55:2
vehicle
  39:15 41:14
  137:4,12,19
venture
  79:16 80:5
verbalize
  10:8
verify
  108:3

version
  74:7 79:12
  81:21 101:3
versions
  72:14
versus
  50:11 55:17
  67:1 70:9
vets
  109:8
vetted
  38:22 88:15
  108:16,18
vetting
  38:20 39:1,
  6,10,12,18,
  22 40:1
video
  5:8,14,15,
  18,21,24
  11:20 41:19
  81:22 173:15
videographer
  5:5 6:2
  11:20 12:1,4
  36:8,11
  68:8,11
  74:14,17
  81:22 82:3
  95:6,9
  123:15,18
  148:23 149:1
  172:8,11,24
  173:2,8,14,
  18,22,24
view
  5:15,22 22:9
  87:15
violated
  69:13 70:21
  71:22 72:3
violates
  31:16
violating
  28:5
violation
  32:1 82:11

85:3
virtual
  100:23
  104:23
  138:13,18,
  20,24 139:1,
  3 140:7
visit
  29:14 30:12,
  13,16 33:4
  42:23 58:13,
  14,16 59:13
  86:9 89:2
  90:4 91:5,21
  105:19
  129:20,24
  130:1,20
  131:1 132:8
  133:3 134:1,
  6,8,13
  142:9,13,16,
  17,20 143:2,
  8,13 145:4
  146:18,19
  147:5,11,23
  148:12
  149:16,18,21
  150:9 157:4,
  13,16
  160:15,23,24
  164:22,24,25
  165:6,12,15
  168:8,19,23,
  25 169:3,4,
  16,17 170:6,
  7,8,13,15,19
  171:2,3
visits
  24:11 42:15,
  17,20,21,25
  43:13 45:11
  46:4,10,15,
  21,23 47:1,2
  48:15,18,21
  50:3 51:25
  54:9,17
  57:11,17
  58:2,13,17,

Dani Bchara
December 15, 2023

25 66:15
67:6 87:15,
21 91:8 93:5
94:1 100:23
104:24
129:18,22
130:7 134:21
138:13,18,
21,24 139:1,
4 140:7
143:5 144:4,
13 145:11
147:5,15
148:2 150:5
151:1 157:7,
8,12 161:3,4
163:21
164:7,14,19
165:12
166:11,13,
14,21 167:5
**VP**
19:6

---

**W**

---

**wage**
159:10
**wait**
17:14 106:13
**waiting**
136:17
**wall**
80:20
**want**
5:20 10:18
11:21,22
12:15 25:3,
20 26:22
36:3 42:19
45:25 60:19
61:1,3,5
67:24 68:1,5
73:3 74:9
79:15,18
80:21,22
81:21,23
89:11 95:1

96:24 99:21
103:23,25
119:4 122:17
123:13
127:21 128:9
138:2,18,20
142:17,19
146:24
149:10,12,19
154:12
155:24 157:5
171:25
172:4,19
173:12
**wanted**
94:23 142:8
149:8
**warrant**
87:6
**waste**
78:10 124:7
152:18
**watch**
41:19
**way**
10:6 11:12
15:18 22:6
26:21 28:9
42:2 45:25
49:2 56:1
60:21 64:14
91:5 107:18
111:2 112:5
124:23
135:2,20
148:12
152:2,6
161:19 162:3
163:20 165:9
**ways**
62:11 71:6
**website**
40:14,19,25
41:23 42:7
73:15 77:9
79:22,24
81:7 99:3,4

**week**
18:6
**weekly**
25:16,17
**weighed**
125:14
**well-being**
110:9 111:7,
24
**whatsoever**
157:1
**whichever**
157:16
**whispering**
5:11
**Wi-fi**
140:19,25
**witness**
5:14,16,19
6:9 17:4
20:25 21:5
22:22 23:10
26:7 27:20
28:24 29:23
30:3,7 31:6
32:14 33:9
36:6 39:3
40:11,21
43:3,22
47:1,13
49:15 50:15
51:6 53:16
54:1 55:4
57:3,14 58:7
63:5 65:13
66:14 70:4
71:6,19,25
72:9 76:25
78:7 79:3
80:5 82:1,5
84:2 85:17
87:10 88:9,
22 89:16,24
90:9,25
91:12 92:23
93:8,18
94:7,9,19
95:20 97:3,

15 99:23
102:7 103:8
105:7 106:14
107:18,25
108:13
109:16
110:11
111:1,11,18
112:4,11
113:6 116:2,
16,22 118:25
124:5,15
125:3,25
128:8 130:16
131:7 133:18
135:7,16
136:2,25
137:8 139:17
140:2,13
141:14
145:14
146:10
147:9,18
152:10
153:5,20
154:2 157:4
158:2 159:1,
15 160:14
161:9 162:22
163:2 164:20
165:22 166:5
167:1,18
168:5 170:21
**witness's**
5:20
**witness-only**
5:13
**wondering**
40:24
**word**
27:2 76:13
101:8 108:24
142:18
160:11 165:7
**worded**
111:2 112:6
**words**
108:21

Dani Bchara
December 15, 2023

|  |  |  |
|---|---|---|
| 156:5,11 | | |
| 169:22 | **Y** | **Z** |
| **work** | | |
| 31:8 38:5 | **yeah** | **Zachary** |
| 42:8 51:22 | 20:15,25 | 6:12 |
| 59:25 65:17 | 22:13,22 | **Zack** |
| 69:1 76:17 | 23:1 24:16, | 11:24 |
| 78:1 80:11 | 22 26:7,10 | **Zeke** |
| 82:16 88:17 | 27:20 29:2 | 8:5 |
| 92:17 | 32:14 34:13, | **Zendesk** |
| 105:17,21 | 18,19 36:6 | 85:1,4,7,8, |
| 113:2 115:11 | 37:18,19 | 12 86:22,24 |
| 125:23 | 39:3 40:11 | **Zoom** |
| 159:11 162:5 | 41:9,18 | 7:25 |
| 166:1,10 | 47:23 49:15 | **zooming** |
| 167:4 168:6 | 50:15,19 | 73:4 |
| 172:3 | 51:6 53:16 | |
| **worked** | 54:1 65:13, | |
| 16:3 61:21 | 15 70:4 | |
| 98:4 122:12 | 73:5,12,21 | |
| 159:18,21 | 76:25 83:3 | |
| 160:9,18 | 84:2 89:16 | |
| **workers** | 93:18 94:7,9 | |
| 96:14 | 102:10 104:4 | |
| **workers'** | 108:19 | |
| 151:5,7,12 | 109:19 | |
| **workforce** | 110:25 | |
| 110:9 111:7, | 111:1,18 | |
| 25 | 112:4,21 | |
| **working** | 123:4 125:3 | |
| 18:4,9 61:24 | 131:24 135:9 | |
| 65:10 71:6 | 136:15,21 | |
| 162:13 | 139:17 140:5 | |
| 165:19 | 147:1,9 | |
| 166:23 | 148:10 160:3 | |
| **works** | 163:2 166:12 | |
| 17:21 18:3 | 168:21 | |
| 31:1 67:8 | 169:25 172:7 | |
| 112:19 | **year** | |
| 137:22 | 19:10,24 | |
| **write** | 51:22 61:22 | |
| 10:5 | 164:6 | |
| **written** | **years** | |
| 8:12 71:7 | 16:4 163:7, | |
| 173:6 | 11 | |
| **wrote** | **Yu** | |
| 13:25 | 21:6,13,23 | |

# EXHIBIT 5

   

**LebeLaw**
A PROFESSIONAL LAW CORPORATION

📞 (213) 444-1973     🖨 (213) 457-3092     ✉ jon@lebelaw.com     📍 777 S. Alameda Street, 2nd Floor, Los Angeles, CA 90021

August 12, 2021

**NOTICE VIA ONLINE SUBMISSION**

California Labor and Workforce Development Agency ("LWDA")

**VIA CERTIFIED U.S. MAIL WITH RETURN RECEIPT**

Papa Inc.
200 South Biscayne Boulevard, Suite 1900
Miami, FL 33131

Papa Technologies, LLC
78 Southwest 7th Street, Suite 500
Miami, FL 33130 United States

> **Re:** **Notice pursuant to California Labor Code § 2698, *et seq*., the Private Attorneys General Act regarding claims of Carice Ashley Andersen, individually, and on behalf of all aggrieved hourly paid employees of Defendants**

Dear PAGA Administrator:

Please be advised that Carice Ashley Andersen ("Claimant") has retained Lebe Law, A Professional Law Corporation to represent her and other aggrieved employees for wage-and-hour claims against their former employer Papa, Inc., any related entities, and their managers, agents, officers and directors, and Does 1-10 ("Papa").

Papa has violated several Labor Code provisions and is therefore liable for civil penalties under California Labor Code § 2698, *et seq.* We request your agency investigate the claims against Papa. This letter will serve as notice of these allegations pursuant to the Private Attorneys Generals Act of 2004 ("PAGA"). (Cal. Lab. Code § 2699.3.)

### Misclassification of Employees as Independent Contractors

Papa willfully misclassified Claimant and aggrieved employees as independent contractors in violation of Labor Code section 226.8, avoiding compliance with the various sections of the Labor Code outlined below. Claimant and other aggrieved

employees should have been classified as employees. Papa failed to ensure that: (1) aggrieved employees were free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact; (2) aggrieved employees performed work that is outside the usual course of the hiring entity's business; and (3) that aggrieved employees were customarily engaged in an independently established trade, occupation, or business of the same nature as the work performed.

Papa treats its workers as its employees. Papa interviews its applicants and requires them to undergo background checks. Not all applicants are hired. Indeed, according to Papa's Frequently Asked Questions ("FAQs"), there are numerous reasons why an application will be delayed or rejected:

▼ **Why is my application taking so long?**

Some of the reasons that your application might be taking longer than expected are:

- **An influx of applications**: Papa reviews and assesses all applications to determine eligibility.

- **Waiting on documentation**: Please check your email as you might have received a message from Papa requesting further documentation.

- **Background check taking longer than expected**: The processing time for background checks may vary for each individual, depending on the extent of their content and the verification time with county courthouses.

- **Not currently recruiting in your area**: Your application will be placed in a queue until recruiting in your area resumes.

🗨 You can check the status of your application by submitting a ticket here, our onboarding team will be more than glad to help!

If hired, aggrieved employees are instructed to select a time slot for a 'Welcome Call' with one of Papa's onboarding agents. While Papa trains its employees, it does not compensate for the training time.

Once hired and onboarded, Papa controls every aspect of how its customers are charged for Papa's services and how its employees are compensated. Papa sets the hourly rates for its employees for in-person visits, virtual visits and bonuses. Papa also determines the amount of mileage reimbursement that is employees receive, and this amount is not sufficient to fully reimburse its employees.

Papa has strict policies that all of its employees must follow. For example, Papa will only permit its employees to cancel a visit with a customer if the cancellation complies with Papa's cancellation policies. Similarly, Papa strictly prohibits its employees from working directly with customers outside of the Papa application:

> ▼ **Can a member schedule a visit with me directly?**
>
> All visits should be scheduled through PAPA or the members insurance and no extra time outside the scheduled visit should be provided. If the member has any concerns or special requests, please advise them to contact Papa through the support center.

Papa also prohibits its employees from assigning any job duties to any third parties, like any actual independent business could do:

> ▼ **Can I bring someone to a visit, or have someone else go in my place?**
>
> To ensure the safety of our Papa members, only the Papa Pal assigned should be attending the visit.

Papa requires its employees to use a smart phone with the Papa application in order to work for the company. Indeed, Papa tracks its employees during every moment they work for the company:

> ▼ **How do I get reimbursed for gas mileage?**
>
> Your commute is automatically tracked through the app, this is why it's so important to tap "Start Commute" before driving to the visit. The app will log your commute on the way to the visit and during the visit if transportation is required. Once the visit is successfully completed, we will use this information to calculate gas mileage reimbursement for the commute back as well.

In sum, Papa controls how its customers are charged, how its workers are paid, how its workers perform their job duties, and treats the workers like employees. Accordingly, Papa has misclassified its employees as independent contractors.

## Unlawful Failure to Pay All Earned Wages

Papa failed to properly compensate Claimant and the aggrieved employees for all hours worked. For example, Papa failed to pay Claimant and aggrieved employees for compensable travel time incurred when Claimant and aggrieved employees traveled from one workplace to another in the same day, and Papa failed to pay Claimant and aggrieved employees overtime wages for hours worked over eight hours in a day, or forty hours in one week. Accordingly, Papa violated California Labor Code § 204(a), which requires that employers pay "all wages … twice during each calendar month on days designated in advance by the employer as the regular paydays." As a result, Papa is liable for civil penalties pursuant to California Labor Code § 2698, *et seq*.

## Unlawful Failure to Pay Minimum Wage

Papa has failed to maintain a policy that compensates aggrieved employees an amount equal to or greater than the minimum wage for all hours worked, as required by California Labor Code §§ 1194, 1197, 1197.1 and the applicable Industrial Welfare Commission Wage Order. All hours must be paid at the statutory or agreed rate and no part of this rate may be used as a credit against a minimum wage obligation. For example,

Papa failed to pay Claimant and aggrieved employees for compensable travel time incurred when Claimant and aggrieved employees traveled from one workplace to another in the same day.  Papa also failed to pay Claimant and other aggrieved employees all wages for all time worked, including when Claimant and other aggrieved employees would spend time on standby waiting for a call so the aggrieved employee could speak and interact with Papa's customers.  As a result of violations of California Labor Code §§ 1194, 1197, 1197.1 and the applicable Industrial Welfare Commission Wage Order for failure to pay minimum wage, Select Comfortis liable for civil penalties pursuant to California Labor Code §§ 558, 1197.1, and 2698 et seq.

## Unlawful Failure to Pay Overtime

Papa failed to pay Claimant and aggrieved employees overtime wages for hours worked over eight hours in a day, or forty hours in one week.  Instead, Papa paid Claimant and other aggrieved employees solely at their straight-time rate for hours worked over eight in a day, or forty in one week.  As a result of violations of California Labor Code §§ 510, 1194 and the applicable Industrial Welfare Commission Wage Order for failure to pay overtime, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

## Unlawful Failure to Provide Uninterrupted Off-Duty Meal Periods And Pay Meal Period Premiums

Papa fails to maintain a policy that provides its employees with off-duty meal periods as required by California law.  Claimant and other aggrieved employees regularly worked in excess of 5 and 10 hours a day without being provided meal periods in which they were relieved of all duties, as required by Labor Code §§ 226.7, 512, and the applicable Wage Order.   For example, Papa never told aggrieved employees that they could take a meal period.  Papa failed to pay Claimant and other aggrieved employees the premium compensation mandated by Labor Code § 226.7(b) for these noncompliant meal periods.  As a result of violations of California Labor Code §§ 226.7 and 512 and the applicable Wage Order, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

## Unlawful Failure to Provide Uninterrupted Off-Duty Rest Periods And Pay Rest Period Premiums

Papa fails to maintain a policy that provides its employees with off-duty rest periods as required by California law.  Claimant and other aggrieved employees regularly worked in excess of four hours or major fraction thereof during workdays without being provided ten-minute rest periods in which they were relieved of all duties, as required by Labor Code §§ 226.7, 512 and the applicable Wage Order. Papa failed to pay Claimant and aggrieved employees the premium compensation mandated by Labor Code§ 226.7(b) for these noncompliant rest periods.  As a result of violations of California Labor Code §§ 226.7, 512 and the applicable Wage Order, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

4

### Failure to Provide Sick Pay

Papa has violated California Labor Code § 246 by willfully failing to provide mandatory paid sick leave to Claimant and aggrieved employees. Employers must provide to employees who work for 30 or more days within a year from the commencement of employment 1 hour of paid sick leave for every 30 hours worked. (Labor Code § 246(b)(1).) Papa has failed to comply with Labor Code § 246, and as a result, is liable for civil penalties pursuant to California Labor Code § 2698, *et seq.*

### Unlawful Failure to Reimburse Business Expenses

Papa has violated California Labor Code §2802 by willfully failing to reimburse Claimant and other aggrieved employees for their reasonable and necessary business expenses. Reasonable and necessary business expenses must be reimbursed to an employee by an employer under Labor Code Section 2802 which provides that: "An employer shall indemnify their or her employee for all necessary expenditures or losses incurred by the employee in direct consequence of the discharge of their or her duties, or of their or her obedience to the directions of the employer." Papa failed to reimburse Claimant and other aggrieved employees for all business expenses incurred for Papa's benefit, including requiring them to use their cellular phones for business purposes without reimbursing them for the equipment or service fees, as aggrieved employees were required to use Papa's mobile application in order to clock in and out of work and connect with Papa's customers, and Personal Protective Equipment ("PPE") such as masks. Papa also required Claimant and aggrieved employees to travel to and from multiple worksites in a given day without properly compensating them for their transportation costs. As a result of violations of California Labor Code §2802, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698 et seq.

### Unlawful Failure to Maintain Time and Payroll Records

Papa has violated California Labor Code §§ 1174, 1198, 1199 and sections 7 & 11 of the applicable IWC wage order by willfully failing to maintain Claimant and aggrieved employees' time and payroll records. For example, PAPA failed to pay Claimant and other aggrieved employees all wages for all time worked, including when Claimant and other aggrieved employees would spend time on standby waiting for a call so the aggrieved employee could speak and interact with Papa's customers. As a result of such violations, Papa is liable for civil penalties pursuant to California Labor Code §§ 1174.5 and 2698 *et seq.*

### Unlawful Failure to Provide Workers' Compensation Coverage and Insurance

Papa has violated California Labor Code § 3700 *et seq.* by failing to provide adequate workers' compensation coverage to Claimant and other aggrieved employees. Specifically, Labor Code § 3700 requires that an employer be "insured against liability to pay compensation by one or more insures duly authorized to write compensation insurance in this state" or otherwise obtain consent from the Director of Industrial Relations to be "self-insured." Papa, however, failed to secure this coverage and

compensation insurance.  As a result of such violations, Papa is liable for civil penalties pursuant to California Labor Code §§ 3700.5 and 2698 *et seq*.

### Unlawful Failure to Furnish Wage Statements

Papa violated California Labor Code § 226(a) by failing to furnish Claimant and the aggrieved employees with accurate, itemized wage statements showing, among other things, the actual hours worked at each applicable hourly rate.  Papa issued wage statements that fail to provide the correct hours worked, applicable hourly rates of pay for regular and overtime hours, and all wages earned, among other violations.  As a result of violations of California Labor Code § 226(a), Papa is liable for civil penalties pursuant to California Labor Code Labor Code §§ 226.3 and 2698, *et seq*.

### Unlawful Failure to Pay Wages Due Upon Termination

Papa has violated California Labor Code §§ 201 and 202 by willfully failing to pay all compensation due and owing aggrieved employees at the time their employment was terminated.  Papa willfully failed to pay aggrieved employees who are no longer employed by it all compensation due upon termination of employment as required under California Labor Code §§ 201 and 202.  As Papa violated California Labor Code §§ 201, 201 and 203 of the Labor Code, it is liable for civil penalties pursuant to California Labor Code § 2698, *et seq*.

### Conclusion

Papa has violated or has caused to be violated several California wage and hour laws.  Claimant request that the agency investigate the above allegations and provide notice of the allegations pursuant to PAGA's provisions.  Alternatively, Claimant request the agency inform her if it does not intend to investigate these violations so that she may bring a PAGA suit against Papa on behalf of herself and the other aggrieved employees.

Sincerely,

Jonathan M. Lebe, Esq.

Attorney for Carice Ashley Andersen,

Individually and on behalf of Aggrieved Employees

6

# EXHIBIT 6



LOG IN



# Hi! We're Papa.

We all need a pal sometimes. That's why Papa's here.

Papa helps health plans and employers connect members and their families to real people for help with companion care, everyday tasks, transportation, and more. It's vital human connection, right to the front door.

I'd like to learn... 



papa

LOG IN



  LOG IN

# Companion care

Papa Pals provide vital social support and companion care to strengthen families, help older adults remain connected, and support diverse communities— providing win-win benefits for all.



### Promote independence

Papa gives older adults and the elderly companion care and support to age in place.



### Reduce inequities

Papa advances equity for populations that have been historically marginalized.



### Cure loneliness

No one's meant to go it alone. With Papa, "together" is just a call or click away.











## Improve outcomes

Research shows that members feel physically and mentally healthier with Papa.



## Control costs

Papa members have fewer visits to the hospital and are more likely to receive preventive care—the results add up.



## Increase satisfaction

Our one-of-a-kind benefit helps health plans retain members and employers attract —and keep!—talent.







# Health Plans

Meet your members where they are with flexible support to assist older adults and families in overcoming social barriers to health and well-being. Nearly 100 health plans and employers work with Papa in a shared mission to help Medicare Advantage, Medicaid, and Special Needs Health Plan members live and feel better.

**COMPANION CARE SERVICES**





 LOG IN

# Employers

Attract and retain talent with a whole-family benefit that lightens the load on companion caregivers, fosters physical and mental health, and gives your team time back in the day. Papa is not another digital front door, we're help right to the door.

**CORPORATE WELLNESS PROGRAMS**





LOG IN

# Papa Pals

Get a flexible job you can feel good about, helping members of your community on your schedule while working (and earning) as much as you like. Learn how Papa Pals create healthy connections, one visit at a time.

BE A PAPA PAL





LOG IN


# Members

Get help that comes to you or your loved ones. Papa is companion care that feels like family—when, where, and how you want it. Learn how to make your next pal, through your participating health plan.

**MEMBER INFORMATION**





# How it works

 

Available nationwide, in-person or by phone, Papa Pals offer a hand to help, a shoulder to lean on, and an ear to listen.

① **Sign up through your participating plan.**

Flexible enrollment processes help members take advantage of their Medicare Advantage, Medicaid, or employer-provided benefit.

② **Schedule a visit with a Papa Pal.**

Health plan members can schedule appointments by phone. Employees have the flexibility of using our mobile app for iPhone and Android.

③ **Enjoy your time and tell us how we did.**

Members and loved ones receive support from Papa Pals for companion care, help with children and pets, transportation, errands, and more. Post-visit surveys help us make sure it's the perfect pal every time!

# Resources



SEE ALL RESOURCES



# EXHIBIT 7





Pal Central  •  Visits

# Understanding Visit Tasks

Get familiar with what types of visit tasks Pals can do and what they should not be doing.



One of the best ways for you to be successful with Papa is to understand what types of tasks you will be doing. Below is a comprehensive list of visit tasks, including what you should not be doing.

## Companionship

Companionship is at the core of every visit and includes mostly activities that provide emotional support or socialization.

| Includes | Excludes |
|---|---|
| • Playing board games<br>• Watching a movie or TV show<br>• Discussing books, movies, music, hobbies, news, or recent events<br>• Sharing thoughts or feelings<br>• Talking about past experiences or memories | • Providing professional advice<br>• Anything that requires physical contact between the Papa Pal and the member, such as bathing, toileting, dressing, brushing teeth, feeding, or massages<br>• Discussing topics that make either party feel uncomfortable |

## House Tasks

These visits involve assisting members with household tasks that are necessary for maintaining a comfortable living environment. These tasks may be difficult for some members due to limited mobility or physical limitations.

| Includes | Excludes |
|---|---|
| • Light cleaning<br>• Laundry<br>• Meal prepping<br>• Organizing<br>• Light Gardening<br>• Identifying Safety Hazards | • Deep cleaning<br>• Landscape work<br>• Power tool usage<br>• Lifting more than 20 lbs<br>• Cleaning soiled items<br>• Usage of high ladders |

## Transportation and Errands

Some visits tasks involve transportation and running errands. You should call the member to confirm the transportation / errand details, including whether or not the member will be present and if they are asking you to stay or join them at a particular location.

| Includes | Excludes |
|---|---|
| • Drop off/pick up of prepaid items<br>• One-way or roundtrip to places of worship, senior centers, farmer's markets, art classes, polling locations, libraries, parks, friend/relative's houses, gyms, salons, doctor's offices, pharmacies, banks, and restaurants | • Emergency medical transportation<br>• Paying for purchases personally<br>• Filling prescriptions yourself<br>• Driving a wheel-chair accessible vehicle<br>• Entering the exam room with a member<br>• Picking up oversized items or controlled drugs |

**NOTE:** If there is a child/children in the car with the member, the member/parent needs to provide and install car seats as required. You cannot transport anyone aside from the member when the member is not present. For example, you may not transport a relative or child of the member without the member present. If the member is present, they can choose to have other people accompany them so long as you are comfortable with it.

JP000314

Grocery Shopping

Grocery Shopping

These visits may take place with or without a member.

| Includes | Excludes |
|---|---|
| • Following a grocery list<br>• Grocery pick up/drop off<br>• Loading/unloading groceries<br>• Putting away groceries | • Paying personally for groceries<br>• Purchase of alcohol or nicotine products |

## Health Reminders

These types of tasks refer to reminders set by the member's health insurance plan (the service offering the Papa benefit) to ensure any issues are taken care of promptly. We ask Pals to follow the reminders shown in the Papa Pal app to help members stay healthy and take advantage of their health plan benefits.

| Includes | Excludes |
|---|---|
| • Helping the member schedule an annual wellness check with their doctor<br>• Checking that the member can take and access their medications<br>• Reminding the member to get their eyes checked | • Setting up pill boxes, handing over medications, or touching medications in any way<br>• Knowing specific member benefit details |

## Pet Help

| Includes | Excludes |
|---|---|
| • Pet walking<br>• Playing games with pet<br>• Refilling water/food<br>• Cleaning litter box or scooping up debris<br>• Scheduling pet appointments or pick up/drop off | • Grooming pets yourself<br>• Purchasing pet items personally<br>• Administering medications to the pet<br>• Assistance to reactive or aggressive pets |

## Tech Help

| Includes | Excludes |
|---|---|
| • Help setting up a smartphone or social media accounts<br>• Teaching how to download apps, send texts, or make video calls<br>• Identifying daily needs and setting up online services (e.g. grocery delivery) | • Attending telehealth appointments<br>• Advanced technical help a professional would help with<br>• Fixing broken appliances<br>• Building a website |

## Exercise

| Includes | Excludes |
|---|---|
| • Join them for a walk<br>• Attending classes with member<br>• Assisting them with exercises provided by physical therapist<br>• Encouraging them to do light exercises | • Any professional advice a personal trainer would provide<br>• High-intensity physical activity<br>• Providing your own workout equipment |

## Child and Parental Support

| Includes | Excludes |
|---|---|
| • Meal preparation<br>• Taking child(ren) to the park<br>• Engaging in child-friendly activities<br>• Providing overnight during homework time | • Supervising more than two children<br>• Assisting children under the age of three<br>• Diaper changing or bathroom assistance<br>• High-intensity physical activity<br>• Professional tutoring |

**IMPORTANT**

- Children must be over the age of three
- At least one parent or guardian is required to be present in the home
- Children must be toilet-trained or the parent should be available in the home for immediate bathroom assistance
- One Papa Pal may only watch up to two children
- NOTE: If a member is bringing a child on a transportation visit, the member needs to provide and install the car seat.

For even more detail on the types of tasks Papa Pals can help with, check out our Service Scope Guidelines.

# FAQs

JP000315



What do I do if a member asks me to complete a task that is not approved by Papa?

While your intentions might be good, performing an unapproved task can lead to the risk of injury to yourself or a member. It can also set the wrong expectations for the member if the task is not approved or included in their health plan.

Let the member know that you haven't been trained or approved to handle that type of task but you will let Papa know that you are interested in this type of task being an approved offering in the future.

If the member indicates an unapproved task was completed by a different Papa Pal from a prior visit, apologize for any inconsistencies they experienced and have them reach out to Papa support for questions about visit tasks Papa Pals are approved to provide..

For more details, check out the "How to Handle Visit Tasks that Aren't Approved" guide.

**What do I do if a member asks me to complete a task that is different than the one originally listed on the visit?**                                                                                    —

Let the member know they need to call Papa support at (800-348-7951) to update the visit type. Offer to help with the other tasks listed for their visit or to contact Papa on their behalf to help update the visit type.

**What do I do if I notice a member needs assistance with a task even though they haven't explicitly asked?**                                                                                              —

If you notice that a member needs additional help that Papa can support, let us know in the feedback you provide after the visit. If a member needs a task not currently offered by Papa, it's very possible that others might need that support too. After your visit is completed, you can recommend that this new service be added as one of Papa's approved tasks in the visit feedback you provide in the Papa Pal app.



Health Plans    Employers    Be a Papa Pal    Members    Careers    Resources

Papa Inc © 2023    Locations    Terms of Service    Privacy Policy    HIPAA Privacy Rule    Ethics and Conduct Reporting    Member Safety    Papa Pal Safety

  

# EXHIBIT 8



## Papa's 2023 Trust and Safety Roadmap

| Description | Implementation Timing |
| --- | --- |
| **Pillar 1: Increase the amount of training required for Papa Pals.** | |
| Initiate a thorough cascade of communications within the first 30 days of acceptance and after a Papa Pal's first visit, arming new Pals with important information to improve their experience and improve safety. This series of nearly 30 briefings and 16 SMS touchpoints cover topics like: detail on getting started as a Papa Pal and ways to contact Papa; guidance on special populations, such as Veterans; and what to do in case of an emergency or safety incident. (Papa Pals have always received educational information via email post-onboarding; however, since last summer, we've significantly enhanced Pal training and education and more than doubled these touchpoints to new Papa Pals.) | Long-standing ⌄ |
| Turn more of the voluntary training currently offered into mandatory training that is now required. This additional mandatory training will include sexual and other workplace harassment, responding to emergency situations, and cultural competency during onboarding. | In progress post-safety review; complete by Q3 ⌄ |
| Initiate a study to determine the best means to enhance Papa Pal engagement. | '23 (post-safety review action) ⌄ |
| Established Papa Pal Advisors to provide useful, on-the-ground insights and ongoing feedback to inform content and decisions that affect the Papa Pal experience. | '23, prior to safety review ⌄ |
| Launched Papa Pal Central, a new one-stop-shop content hub with regular new content to further educate and support Papa Pals at all stages of their journey. We will continue to grow this content hub in H2. | '23, prior to safety review ⌄ |
| Formalized our Visit Standards, the expectations for Papa Pal behavior before, during, and after a visit to ensure a safe and enjoyable experience for everyone involved. | '23, prior to safety review ⌄ |
| Required onboarding training module on safety, types of tasks Papa Pals can and can't help with, support available via the Care | Long-standing ⌄ |

| Description | Implementation Timing |
|---|---|
| Team, pay, and steps for getting started, prior to gaining access to member visits on the Papa Pal platform. | |
| Required CMS fraud, waste, and abuse training, HIPAA and sensitive handling of personal information training, as well as general compliance training (required since Papa's founding). | Long-standing ▾ |
| Before every visit, requirement to agree to and accept basic principles, including our Community Standards; how to respond in case of an emergency; how to reach us if a Pal feels unsafe; and visit guidelines, like confirming with the member 24 hours in advance, carefully reviewing visit tasks and objectives, providing feedback after the visit, and never conducting a visit while under the influence of drugs or alcohol (updated earlier this year to include Community Standards). | Long-standing ▾ |
| Offer targeted coaching and training when issues arise to continually uplevel Papa Pals. | Long-standing ▾ |
| Provide access to FAQs and a resource hub about being a Papa Pal, as well as safety resources. | Long-standing ▾ |
| **Pillar 2: Add additional trust and safety expertise, internally and externally** | |
| Establish a Safety Advisory Board comprised of four to five external experts (target profiles include experts across sexual harassment and domestic violence, elder care/home care, and emergency response). | In-progress post-safety review / into Q3 ▾ |
| Ensure trust and safety has one leader who will report directly to the COO to centralize our talent, processes, policies, and oversight under a single leader. Recruitment has begun. | In-progress post-safety review / into Q3 ▾ |
| **Pillar 3: New in-visit and post-visit safety features** | |
| Member/Papa Pal communication: Roll out more secure communication channels, such as number anonymization, without hindering the relationship-building that is central to our business. | '23 (post-safety review action) ▾ |
| Member/Papa Pal communication: Enhance the secure handshake between members and Papa Pals by adding more identity verification tools to ensure the right Papa Pal is seeing | '23 (post-safety review action) ▾ |

| Description | Implementation Timing |
|---|---|
| the right member. | |
| Emergency features: Improve emergency response features in the app, including a dedicated and highly visible emergency button (beyond the current ability to connect with a Papa Care Center agent from every screen) and improve the ability to report visit problems within the app. | '23 (post-safety review action) ▾ |
| **Pillar 4: Enhance Papa Pal screening** | |
| Implement additional ongoing criminal monitoring (annual and continuous background checks) and continuous motor vehicle record checks for active Papa Pals to identify any new disqualifying offenses. | In-progress post-safety review / into Q3 ▾ |
| Enhance the Papa Pal Vehicle Safety Program, including improving screening and monitoring related to transportation and vehicle safety standards. | '23 (post-safety review action) ▾ |
| Implement additional identity verification checks to confirm Papa Pal identity (i.e., comparing driver's license to live photo). | '23 (post-safety review action) ▾ |
| Currently, background checks go above the industry standard, and include:<br>• SSN trace; sex offender registry; motor vehicle records; local, county & national criminal records; federal courthouse criminal, and Global Watchlist. We also screen monthly against The Office of Inspector General's List of Excluded Individuals/Entities.<br>• Manual background check review, which includes a specialist review of the raw data from government databases and courthouses, as a supplement to the current automated review.<br>• Additional offenses that disqualify a Papa Pal from being engaged to provide services. | '23, prior to safety review ▾ |
| Analytical algorithm to target recruiting and activation efforts toward our best and most impactful Papa Pals. | '23, prior to safety review ▾ |
| More targeted recruiting for Papa Pals with existing caregiving experience. | '23, prior to safety review ▾ |

| Description | Implementation Timing |
|---|---|
| **Pillar 5: Build digital tools to improve and simplify how members interact with Papa, which includes providing new channels for them to share visit issues and enabling us to proactively share more visit data** | |
| We are taking a multimodal approach to address this, given the Medicare Advantage population we serve. Tools will include: 1) a Web-based experience, delivered through SMS, to provide more self-serve options, 2) Self-service IVR (which will quickly let members know which Pal is coming to help them without having to speak to an agent) and, 3) Proactive outbound communication through calls and SMS. | '23 into '24 (post-safety review action) ⌄ |
| Reinforce the Preferred Papa Pal program with new features that make it easier for Papa Pals to schedule visits and members to request their favorite Pals. These features include enabling Preferred Pals to schedule/reschedule visits in the app on behalf of their members and improving the Preferred Pal request feature for members. When an agent goes to schedule a visit for a member, we will recommend which Pals they have seen that would make good Preferred Pals and suggest that to the member, fostering even more strong connections. | In-progress post-safety review / into Q3 ⌄ |
| **Pillar 6: Improve Trust and Safety culture** | |
| Introduce trust, safety, and quality into core company metrics, so this work sits at the center of all decisions, including how we think about filling our visits. | In-progress post-safety review / into Q3 ⌄ |
| Roll out new requirements for, at minimum, directors and above to shadow Papa's Call Center, take a visit as a Papa Pal, and schedule/conduct a visit as a Papa member at least once annually. (Our "Be a Pal" program encourages Papa employees to take visits as Papa Pals and share their honest feedback so we can continue to improve. Our CEO takes visits with members as a Papa Pal; this initiative extends the work.) | In-progress post-safety review / into Q3 ⌄ |
| **Pillar 7: Strengthen Papa Pal platform monitoring and disciplinary action** | |
| Improve GPS functionality within the app, which will allow us to better track where Papa Pals are located, improving transparency around visit fulfillment and preventing fraud. | '23 (post-safety review action) ⌄ |

| Description | Implementation Timing |
|---|---|
| Enhance platform monitoring and disciplinary policies that encourage and reward top-performing Papa Pals. | '23 (post-safety review action) ▾ |
| Review and audit visits and post-visit feedback for anomalies (e.g., duration, distance) and immediately pause/suspend/ban Papa Pals from the platform if needed (formalized this process in early 2023). | '23, prior to safety review ▾ |
| Monitor progressive disciplinary actions of Papa Pals via Visit Safety & Integrity Program, which includes a point system (implemented in Aug.-Sept. 2022). | Long-standing ▾ |
| Quickly flag and escalate dissatisfaction and safety issues reported by Papa Pals and members. Advanced software automatically scans intake forms for over 300 keywords that could indicate a safety issue so that such complaints are flagged in real-time to our Trust & Safety team, in addition to the manual escalations. On average, we respond within minutes to safety concerns. (we've been flagging and escalating dissatisfaction and safety issues reported by Papa Pals since the beginning; we enhanced this process in Sept. 2022 with the addition of advanced keyword-scanning software.) | Long-standing ▾ |
| Actively monitor visits in real-time by tracking Papa Pal location and intervene as necessary to confirm visits are filled (we have always actively monitored visits using visit status; added tracking via Papa Pal location last year). | Long-standing ▾ |
| **Pillar 8: Further optimize internal tooling and foundational tech** | |
| Migrate to new ticketing and omnichannel communication systems to enable better-structured complaint and incident data. These new tools will improve how we intake, research, and escalate complaints to allow for more rapid and thorough investigations. | In-progress post-safety review / into Q3 ▾ |

# EXHIBIT 9




**CONTACT PAPA**

# End User Agreement

### Updated: January 18, 2023

## Agreement, acknowledgment, and acceptance of terms

Welcome to Papa, Inc. ("Papa") we are excited for you to work with us as an independent service provider (a "Papa Pal"). With your help, Papa is able to provide companionship and assistance to individuals and their families (our "Members"). We work with you to provide these services by means of Papa's website, mobile application, email exchanges, call in service, or other means (the "Service").

As a Papa Pal and provider of on-demand assistance and social experience, you agree to be bound by all of the terms of this End User License Agreement ("Agreement") as well as Papa's <u>Terms of Service</u>, <u>Privacy Policy</u> and Independent Contractor Policies which are incorporated herein by reference. If there is any conflict between these other terms and the terms of this Agreement, this Agreement shall control unless specified otherwise herein. If you do not agree to the terms and conditions of this Agreement, you may not participate in, access, or use the Service or serve as a Papa Pal.

By using the Service, you agree that you are at least the legal age of majority in the jurisdiction in which you reside. The Service is not targeted for use by children under the age of eighteen. IF YOU ARE UNDER THE AGE OF EIGHTEEN YOU ARE NOT AUTHORIZED TO USE THE SERVICE OR TO OTHERWISE WORK WITH PAPA.

Papa reserves the right to change the terms of this Agreement at any time and at our sole discretion. Any changes to the Agreement will be effective immediately upon posting and you agree to the new posted Agreement by continuing your use of the Service. We will notify you of changes to this Agreement by email and it is your responsibility to review the notice and revised terms. You consent to the revised terms by continuing to provide services as a Papa Pal and by using the Service following notice to you of the revised terms.

JP000216



CONTACT PAPA

**THIS AGREEMENT AFFECTS YOUR LEGAL RIGHTS, RESPONSIBILITIES, AND OBLIGATIONS, GOVERNS YOUR USE OF THE SERVICE AND SERVICE AS A PAPA PAL, IS LEGALLY BINDING, LIMITS PAPA'S LIABILITY TO YOU, REQUIRES YOU TO INDEMNIFY PAPA, AND REQUIRES BOTH YOU AND PAPA TO SETTLE CERTAIN DISPUTES THROUGH ARBITRATION. YOUR CONTINUED USE OF THE SERVICE AND SERVICE AS A PAPA PAL AFFIRMS YOUR AGREEMENT TO THESE TERMS. IF YOU DO NOT WISH TO BE BOUND BY THESE TERMS OR ANY FUTURE MODIFICATIONS OR AMENDMENTS TO THESE TERMS, DO NOT PARTICIPATE IN OR USE THE SERVICE.  IF YOU DO NOT WISH TO BE BOUND BY THE ARBITRATION PROVISION SPECIFICALLY, YOU MAY OPT OUT OF THE MUTUAL AGREEMENT TO ARBITRATE BY EMAILING** OPTOUT@PAPA.COM.  In order to be effective, you must provide notice of your intent to opt out of the arbitration provision within thirty (30) days of first receiving or being notified to review this Agreement.  This arbitration requirement is discussed further below under the heading "ARBITRATION OF ALL CLAIMS ON AN INDIVIDUAL BASIS".

This Agreement is written in the English language. We do not guarantee the accuracy of any translated versions of this Agreement. To the extent any translated versions of this Agreement conflict with the English language version, the English language version of the Agreement shall control.

Subject to the terms contained herein, Papa hereby grants you a limited right to access and use the Service. You agree that you shall use the Service only in accordance with the terms of this Agreement, applicable law, and any additional rules, policies and procedures established by Papa for use of the Service. Any and all policies and procedures issued by Papa shall apply to your service as a Papa Pal and use of the Service. Papa reserves the right, at any time, to modify or supplement external policies referenced and incorporated into this Agreement as well as any information referenced via hyperlink (or the addresses where such information may be found). Such modifications shall become effective upon posting. Such modifications or supplements may be provided to you via electronic means.

By registering and using the Service, you represent and warrant that all information provided to Papa in connection with this Agreement, including in the process of registration for the Service, is true, accurate and complete. You are responsible for installing and maintaining all equipment and systems necessary to access the Service and for paying all charges related thereto.



Nothing in this Agreement requires you to accept any opportunity on the Service, and nothing in this Agreement shall guarantee you any particular volume of opportunities for any particular time period.

CONTACT PAPA

## Relationship of the parties

You understand that this Agreement is for an independent contractor relationship with Papa. Neither this Agreement nor any other verbal or written communication is, nor should it be considered to be, an agreement or contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation, nor does it confer any contractual or employment rights whatsoever.

You shall be solely responsible for all taxes arising from compensation and other amounts paid under this Agreement and shall be responsible for all payroll taxes and fringe benefits. No federal, state, local income tax, or payroll tax of any kind, will be withheld or paid by Papa on your behalf. You understand that you are responsible to pay, according to law, your taxes and you shall, if requested by Papa, properly document to Papa that any and all federal and state taxes have been paid.  You may be issued a Form 1099 at the end of the tax year. You shall hold Papa harmless for any claims related to late or non-payment of said taxes.

You agree that you are not entitled to the rights or benefits afforded to Papa's employees. You will not be eligible for, and shall not participate in, any employee pension, health, welfare, or other fringe benefit plan of Papa. No workers' compensation insurance shall be obtained by Papa covering you or your employees. You are responsible for providing, at your own expense, disability, unemployment, and other insurance, workers' compensation, training, permits, licenses, and any other requirement for yourself.

You shall not take any actions on behalf of Papa or in Papa's name. You shall not at any time represent that you are employed by Papa, or that you are authorized to make any contracts, agreements or obligations on behalf of Papa or any of its affiliates. You shall not use the names, logos, and any variation thereof, of Papa or its affiliates or subsidiaries, in connection with any of your business or operations without the prior written approval of Papa and then only in the manner approved.

You may represent, perform services for, and contract with as many additional clients, persons, or companies as you, in your sole discretion, see fit, provided those services do not pose a conflict of interest with the services performed for Papa. You acknowledge that this is a non-exclusive engagement, and that Papa retains the right to appoint additional contractors as Papa, in its sole and absolute discretion, may



from time to time determine to be in the interests of Papa without liability or obligation to you.

CONTACT PAPA

You are free to select the times you wish to access the Service. You are free to accept, reject, or ignore any particular request, assignment, or opportunity made available to you through the Service and you have the sole right to control the manner and means by which you serve as a Papa Pal through the Service, so long as you obey applicable law and comply with the terms of this Agreement. You are engaging Papa to provide you access to the Service, which will permit you to serve as a Papa Pal.

You possess and are solely responsible for all tools, vehicles, and equipment, including mobile telephone, modes of transportation, etc. (collectively "Equipment") necessary to serve as a Papa Pal. You are responsible for all costs and expenses that you may incur as a Papa Pal, including, but not limited to, traffic tickets, tolls, parking fees, inspections, insurance, and any costs related to Equipment. Except as otherwise required by law, you assume all risk of damage or loss to your Equipment. You understand and agree that you are not required at any time to wear or use any clothing or equipment provided by or bearing Papa's name or logo; or to purchase, lease, or rent any products, equipment, or services from Papa.

## Papa policies for independent contractors

You agree to be bound by the terms and conditions of any Independent Contractor Policies of Papa as may be in effect from time to time, including but not limited to Papa's anti-discrimination policy, anti-sexual harassment policy, and background check policy.

Such policies are intended to supplement this Agreement and are subject in all respects to the terms of this Agreement. In the event of any direct conflict between the terms of Papa's Independent Contractor Policies and this Agreement, the terms of this Agreement shall control unless specified otherwise herein.

Neither the policies nor any other verbal or written communication is, nor should it be considered to be, an agreement or contract of employment, express or implied, or a promise of treatment in any particular manner in any given situation, nor does it confer any contractual or employment rights whatsoever.

## Papa Pal representations and warranties



CONTACT PAPA

You represent and warrant that you are qualified to perform services as a Papa Pal in connection with the Service and all such services will be performed in a professional, timely, and workmanlike manner without the advice or direction of Papa. You represent and warrant that you are, to the extent applicable, licensed, bonded, insured, and meet all other legal requirements put forth by all federal, state, county, and local governmental authorities to perform your obligations hereunder and you shall maintain all such qualifications. You represent and warrant that you have the right to enter into this Agreement and there are no agreements or arrangements, whether written or oral, that you would breach upon agreeing to this Agreement or that would impair or prevent you from serving as a Papa Pal and participating in the Service. You represent and warrant that you hold sufficient liability insurance, workers compensation insurance, and motor vehicle insurance as applicable.

## Background and motor vehicle record checks

Papa is committed to ensuring that both the Service and the services provided by you and other Papa Pals are as safe as possible. In this regard, Papa has a strict background check and onboarding policy. Papa will use all information obtained during background checks solely for evaluating your suitability to serve as a Papa Pal and provide services to Papa's Members.

Papa may conduct background checks on applicants as well as active Papa Pals concerning your references, motor vehicle records, and your employment, driving, criminal, and credit history, to the extent permitted by federal, state, and local laws. Papa will conduct a background check when you apply to be a Papa Pal and may continue conducting such background checks on an annual basis or with greater frequency in Papa's sole discretion during your time as a Papa Pal.

Papa will determine the nature and scope of the background check. The background check will be consistent with the needs of the Papa Pals position.

You agree that you will complete a consent form authorizing Papa to conduct a background search. If you refuse to sign the consent form, Papa may no longer consider you able to serve as a Papa Pal. As part of Papa's background check process, you agree to provide Papa with your social security number. You also agree that, at its sole discretion and in accordance with applicable law, Papa may require you to consent to and pass additional background checks.



Additionally, as part of the Papa application, you agree to upload an accurate and up-to-date acceptable form of identification consistent with the United States Department of Homeland Security. Acceptable forms of photo identification include a Driver's License; ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address; a School ID card with a photograph; Voter registration card; a U.S.military card or draft record; a Military dependent's ID card; a U.S.Coast Guard Merchant Mariner Document (MMD) card; a Native American tribal document; or a Driver's license issued by a Canadian government authority.

If Papa discovers that you falsified or omitted information on consent forms, you may be denied the opportunity to serve as a Papa Pal. Any opportunity to serve as a Papa Pal offered by Papa may be contingent upon the successful completion of a background check.

The information obtained through background checks is confidential and will be shared only with individuals with an essential business need to know, or where Papa has a legal obligation to share the information at issue.

## Additional requirements for Papa Pal drivers

If, in connection with the Service and your role as a Papa Pal, you will be offering driving services or accommodations to Papa's Members, then you must adhere to the following additional requirements.

You shall (a) own a personal motor vehicle registered and insured in your name or which you are fully authorized and insured to operate; (b) operate your motor vehicle in a safe manner and abide by all federal, state, and local motor vehicle regulations, laws, and ordinances; (c) ensure your vehicle is maintained in a safe driving condition; (d) maintain a valid state driver's license, and (e) maintain automobile insurance for death, bodily injury, and property damage coverage that meets or exceeds minimum state requirements.

You agree to deliver to Papa, upon request, up-to-date certificates of insurance as proof of coverage. You agree to make available updated certificates each time you purchase, renew, or alter your insurance coverage. You also agree to give Papa at least thirty (30) days' prior written notice before cancellation of any insurance policy required by this Agreement.



Papa will review your motor vehicle history at least once per year. Your ability to participate in, access, or use the Service and serve as a Papa Pal is contingent upon your consent to ongoing background and motor vehicle history checks which at minimum will be conducted and reviewed by Papa on an annual basis.

CONTACT PAPA

While driving, use of a cell phone or other device for phone calls or GPS should be limited and at all times must be hands free only and in compliance with applicable state and federal law. Using a cellphone or other device for any other purpose, including texting, email, streaming, or using the Internet, is strictly prohibited.

You shall notify Papa immediately upon the occurrence of any motor vehicle accidents and as soon as you have knowledge of the suspension, revocation, or expiration of your driver's license. Failure to do so will result in the automatic termination of your role as a Papa Pal.

When driving as a Papa Pal or when a Papa Member is in your motor vehicle, you are prohibited from having family members, friends, or other persons in your vehicle.

## Papa Pal services

Papa may notify you via the Service of opportunities to serve as a Papa Pal. For each opportunity that you accept, you shall complete the services requested by Papa's Members in a satisfactory and **professional** manner and in compliance with this Agreement and any and all applicable federal, state, and local laws, rules, and regulations.

If you fail to complete any opportunity you have accepted, Papa reserves the right to recover any costs incurred by Papa related to your action(s) or omission(s).

## Papa Pal services for Florida residents

If you are a Papa Pal conducting visits in the state of Florida, to ensure compliance with certain state regulatory requirements and to provide an optimal experience for both Papa Pals and Members, you are limited to spending ten (10) hours per calendar week on work with any given Member. Any hours worked for an individual Member in excess of ten (10) hours per week will NOT be eligible for compensation; therefore, please schedule yourself accordingly. This does not limit the total number

of hours that you may work per week generally, and only applies to hours worked with any specific Member in a given week.

**papa**

CONTACT PAPA

## Compensation

Papa will compensate you for your services as a Papa Pal in connection with the Service at the standard rate and schedule then in effect at the time the services are rendered. Papa reserves the right to change the rate and schedule of compensation for Papa Pals at any time and in its sole discretion, and your continued use of the Service shall constitute your consent to any change.

Nothing in this Agreement prevents the parties from negotiating a different rate of pay. You are free to contact Papa regarding the payment schedule, and are free to accept, reject, or ignore any opportunities as a means to earn different rates of pay.

In the event Papa fails to remit payment in a timely or accurate manner, you shall have the right to seek proper payment by any legal means contemplated by this Agreement, provided, however, that you first inform Papa in writing of the failure and provide Papa a reasonable opportunity to cure.

## Security and passwords

Access to the Service is enabled only by usernames and passwords. The security of your Papa account relies on your protection of your user profile information. You are responsible for maintaining the security of your user profile information, including your password, and for all activities that occur under your account. You shall maintain your username and password in strict confidence. In no event shall you share your username or password with any third party or allow another person to access the Service using your username and password. You shall notify Papa immediately at privacy@papa.com if you have any reason to believe that your username or password has been lost, compromised, or misused in any way. You are fully and solely responsible for any and all use of the Service via your username and password. Papa reserves the right to revoke or deactivate your username and password at any time.

## Non-acceptable use



You shall not access or use the Service in an unlawful way or for an unlawful or illegitimate purpose or in any manner that contravenes this Agreement. You shall not post, use, transmit or store (a) a message or information under a false name, (b) information that is unlawful, libelous, defamatory, obscene, fraudulent, predatory of minors, harassing, threatening or hateful to any person; or (c) information that infringes or violates any of the intellectual property rights of others or the privacy or publicity rights of others. You shall not attempt to disrupt the operation of the Service by any method, including through use of viruses, Trojan horses, worms, time bombs, denial of service attacks, flooding or spamming. You shall not use the Service in any manner that could damage, disable or impair our services or networks. You shall not attempt to gain unauthorized access to any user accounts or computer systems or networks, through hacking, password mining or any other means. You shall not use any robot, scraper or other means to access the Service for any purpose. You shall not circumvent Papa in any way by serving Members outside the Service.

## Operation and record retention

Papa reserves complete and sole discretion with respect to the operation of the Service. Papa may, among other things, withdraw, suspend or discontinue any functionality, or feature of the Service. Subject to applicable law, Papa reserves the right to maintain, delete, or destroy all communications and materials posted or uploaded to the Service pursuant to its internal record retention or destruction policies.

## Non-disclosure and confidentiality

In using the Service, you may gain access to confidential and proprietary information about Papa and its operations and well as its Members, customers, licensors, and suppliers. Any information furnished by Papa for your use is the sole property of Papa, or its customers, licensors, or suppliers. The term "Confidential Information" includes but is not limited to all data, materials and information related to or associated with Papa's products, business, services or activities; proprietary computer software or data; marketing plans or techniques; customer lists or information; information relating to finance, accounting, sales, suppliers, procurement, distributors (including sub-distributors), personnel and management; information related to supplier lists, price lists, costs of goods and services and maintenance; protected health information; and trade secrets ("Confidential Information"). The



requirement of confidentiality shall not apply to information that is (a) in the public domain through no wrongful act of the receiving party; (b) rightfully acquired by the receiving party from a third party who is not bound by a restriction or nondisclosure; (c) is required to be disclosed by applicable rules and regulations of government agencies or judicial bodies; (d) was already in properly possession of the receiving party as of the date of the receipt of the information.

You shall indefinitely maintain and vigilantly safeguard the privacy and security of all Confidential Information in the strictest confidence, and shall not disclose it, or allow it to be disclosed, by any means to any person except with Papa's written approval, and then only to the extent necessary to participate in, access, or the Service.

You shall safeguard all protected health information ("PHI") as required by the Health Information Portability and Accountability Act of 1996 ("HIPAA") and the Health Information Technology for Economic and Clinical Health ("HITECH") Act.

You shall implement and maintain appropriate administrative, physical, technical, and procedural safeguards to protect the confidentiality of all Confidential Information, to protect against reasonably anticipated threats or hazards, and to prevent use or disclosure of Confidential Information accessed through the Service other than as permitted by this Agreement or required by law. Such safeguards shall comply with all applicable federal, state, and local requirements and with security measures and controls that may be required from time to time by Papa and its licensors and suppliers.

Without limiting the foregoing, you agree to undertake all necessary measures to ensure the privacy and security of all Confidential Information including without limitation: (i) to use the Service and the Confidential Information only as needed to perform your responsibilities as a Papa Pal; (ii) not to access, use, or disclose any Confidential Information that you have no prior legitimate authorization to access, use, or disclose; (iii) to restrict physical and system access to the Service or other equipment which contains Confidential Information (such as by diligently locking and monitoring office premises and requiring password verification to gain access to desktop computers); and (iv) implementing all required policies and procedures to ensure compliance with applicable state law.

You shall immediately notify and cooperate fully with Papa in the event you discover or suspect: (a) any unauthorized use of or access to the Service; (b) any inappropriate use or disclosure of information contained in or obtained through use of the Service; or (c) the recognition or introduction of any virus, worms, trojan horses and other destructive items.



Upon expiration or termination of this Agreement, you will return any Confidential Information in your possession to Papa and delete or destroy                    ay possess. Improper disclosure of any of Papa's Confidential Inf                 s a material breach of this Agreement. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

An individual shall not be held criminally or civilly liable under any Federal or State trade secret law for the disclosure of a trade secret that is made in confidence to a Federal, State, or local government official or to an attorney solely for the purpose of reporting or investigating a suspected violation of law. An individual shall not be held criminally or civilly liable under any Federal or State trade secret law for the disclosure of a trade secret that is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. An individual who files a lawsuit for retaliation by an employer for reporting a suspected violation of law may disclose the trade secret to the attorney of the individual and use the trade secret information in the court proceeding, if the individual files any document containing the trade secret under seal; and does not disclose the trade secret, except pursuant to court order.

## Non-circumvention and non-solicitation

Papa requires this limited non-circumvention and non-solicitation clause to protect against direct use of Papa's Confidential Information to circumvent Papa's contractual relationships with its customers. You agree that to provide this limited protection you shall not use the Confidential Information to (a) directly or indirectly initiate, solicit, negotiate, contract or enter into any business transactions, agreements or undertakings with any such Member or third party identified or introduced by Papa; or (b) seek to by-pass, compete, avoid or circumvent Papa from any business opportunity that relates to the Services by utilizing the Confidential Information or by otherwise exploiting or deriving any benefit from the Confidential Information.

You shall not, for yourself, or on behalf of any other person, firm, partnership, corporation, or company, (a) call on, solicit, or take away any of Papa's customers or potential customers which you became aware of as a result of performing services under this Agreement, or (b) solicit or hire away any of Papa's employees or contractors which you became aware of as a result of performing services under this Agreement, during the Term of this Agreement and for a period of twelve months after termination of the Agreement. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

## Notification

CONTACT PAPA

You shall notify Papa immediately in the event you are (a) convicted of or plead nolo contendere to any felony, (b) convicted of any misdemeanor involving fraud or moral turpitude.

You shall also notify Papa immediately if you become aware of any medical incident, error, or adverse event arising out of any conversation, advice, or service rendered by you within the Service which may reasonably be expected to give rise to a claim being made against you or if you have been named in any claim or suit arising out of any conversation, advice or service rendered by you as a Papa Pal or in connection with the Service.

## Termination

Papa may suspend or terminate your participation in, access to, or use of the Service and your role as a Papa Pal at any time, for any reason or for no reason at all in our sole discretion. Papa reserves the right to change, suspend, or discontinue all or part of the Service, temporarily or permanently, without prior notice. Papa reserves the right to delete or change any username or password at any time, for any reason or for no reason at all.

You acknowledge and agree that all obligations relating to Confidential Information, Non-Circumvention and Non-Solicitation, Intellectual Property, Indemnification, and Arbitration under this Agreement will continue after termination of this Agreement and termination of access rights hereunder.

## Intellectual property

The Service and all of its content, including without limitation all copyrights, patents, trademarks, service marks, and trade names, as well as all logos, text, design, graphics, logos, icons, images, audio clips, downloads, interfaces, code and software, as well as the selection and arrangement thereof, and all other intellectual property (collectively referred to as the "Content"), are all proprietary and owned or controlled by Papa, our licensors, and certain other third parties. All right, title, and interest in and to the Content available via the Service is the exclusive property of and owned by Papa, our licensors or certain other third parties, and is protected by United States



and international copyright, trademark, trade dress, patent or other intellectual property and unfair competition rights and laws to the fullest extent possible.

CONTACT PAPA

Papa owns and uses several trademarks on the Service, including but not limited to: PAPA, PAPA HEALTH, PAPA DOC, PAPA PAY, PAPA PALS, GRANDKIDS ON DEMAND, FAMILY ON-DEMAND, and related logos and designs. All other trademarks, brands, and names are the property of their respective owners.

Nothing contained in the Service should be construed as granting any license or right to use any trademark displayed on this site without the express written permission of Papa or such third-party that may own the trademark.

Subject to the terms of this Agreement, Papa hereby grants you a limited, revocable, non-transferable, and non-exclusive license to temporarily download and use one copy of the Service for personal, transitory viewing only in order to participate as a Papa Pal. This is not a transfer of title, right, or interest in the Service or Content. The license does not give you the right to, and you are strictly prohibited from, modifying or copying the Content, using the Content for any commercial purpose other than serving as a Papa Pal, publicly displaying the Content, attempting to decompile or reverse engineer the Content, removing any copyright, trademark, or other proprietary notations from the Content, or otherwise infringing upon the intellectual property rights of Papa. This license shall automatically terminate if you violate any of these restrictions and may be terminated by Papa at any time. Upon terminating your viewing of these materials or upon the termination of this license, you must destroy any downloaded materials in your possession whether in electronic or printed format.

Some features of the Service may now or in the future allow you to provide content, such as written comments or reviews, or responses to interactive content, to be published or displayed on public areas of the Service ("User Content"). All content submitted by you to the Service may be retained by us indefinitely, even after you terminate your account. By submitting any User Content, you grant to Papa a perpetual, worldwide, irrevocable, non-exclusive, royalty-free license to use the User Content in any manner, including to create derivative works, without any compensation or notice to you. Your User Content may be posted and transmitted to others at your own risk. We cannot control the actions of other Users of the Service with whom you may choose to share your User Content.

You acknowledge that all original works of authorship, whether or not registrable under copyright or similar laws, which are created, conceived, developed by or under the direction of Papa (solely or jointly with others) under this Agreement, or that



relate to the present or anticipated business activities or operations of Papa, or any affiliate of Papa, including, without limitation, any drafts, customer distributor lists or information, accounting or financial information, supplier pricing or information, products, packaging, business plans or promotions, marketing plans or promotions, designs, layouts, materials, forms, formulas, components, work product, inventions, developmental or experimental work, protocols, procedures, policies, computer software programs (including, without limitation, images, text, source code, object code, html code and scripts), databases and other original works, and any upgrades, modifications or enhancements to the foregoing and any related patents, patent applications, copyrights, copyright applications (collectively referred to herein as the "Work Product"), are and shall remain the sole and exclusive property of Papa, and all right, title and interest therein shall vest in Papa and shall be deemed a "work made for hire," as that term is defined in the United States Copyright Act. To the extent any of such Work Product may not be considered a "work made for hire," you hereby irrevocably assign all right, title and interest in such Work Product to Papa without limitation. Unless otherwise agreed to in writing by Papa, nothing in this or any other agreement or in the course of dealing between you and Papa shall be construed to grant you any ownership right, title or interest in or license to any of the Work Product. All Work Product shall belong exclusively to Papa with Papa having the right to obtain and to hold in its own name copyright, patent and trademark registrations or such other protection as may be appropriate to the subject matter, and any extensions and renewals thereof. Any Work Product conceived, developed or designed by you prior to the commencement of the Agreement that is incorporated into the Work Product of Papa or utilized by you in rendering the Work Product to Papa is hereby licensed to Papa by you. This license granted to Papa shall be royalty free, non-exclusive, perpetual in duration, fully assignable and Papa shall have the right to sub-license its rights under such license on such terms as it shall determine, in its sole and absolute discretion. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

## Disclaimers

THE SERVICE AND THE INFORMATION CONTAINED THEREIN IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT ANY WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, PAPA DISCLAIMS ALL WARRANTIES OF ANY KIND REGARDING THE SERVICE INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF SATISFACTORY QUALITY, TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.



WE MAKE NO REPRESENTATION OR WARRANTY THAT THE SERVICE (OR ANY PART THEREOF) WILL BE ACCURATE, COMPLETE, OR ERROR FREE, NOR THAT ANY PARTICULAR SOFTWARE OR HARDWARE, WILL BE COMPATIBLE WITH THE SITE, AND YOU HEREBY AGREE THAT IT IS YOUR SOLE RESPONSIBILITY TO (A) OBTAIN AND PAY FOR ANY SOFTWARE, HARDWARE AND SERVICES (INCLUDING INTERNET CONNECTIVITY) NEEDED TO ACCESS AND USE THE SERVICE AND (B) ENSURE THAT ANY SOFTWARE, HARDWARE, AND SERVICES THAT YOU USE WILL FUNCTION CORRECTLY WITH THE SERVICE. YOU AGREE THAT YOU MUST EVALUATE, AND THAT YOU BEAR ALL RISKS ASSOCIATED WITH, THE USE OF THE SERVICE, INCLUDING ANY RELIANCE ON THE ACCURACY, COMPLETENESS, OR USEFULNESS OF ANY INFORMATION OR MATERIALS MADE AVAILABLE THROUGH THE SERVICE.

YOU SHALL BE SOLELY AND FULLY RESPONSIBLE FOR ANY DAMAGE TO THE SERVICE OR ANY COMPUTER SYSTEM, ANY LOSS OF DATA, OR ANY IMPROPER USE OR DISCLOSURE OF INFORMATION ON THE SERVICE CAUSED BY YOU OR ANY PERSON USING YOUR USERNAME OR PASSWORD. PAPA CANNOT AND DOES NOT ASSUME ANY RESPONSIBILITY FOR ANY LOSS, DAMAGES OR LIABILITIES ARISING FROM THE FAILURE OF ANY TELECOMMUNICATIONS INFRASTRUCTURE, OR THE INTERNET OR FOR YOUR MISUSE OF ANY PROTECTED HEALTH INFORMATION, ADVICE, IDEAS, INFORMATION, INSTRUCTIONS OR GUIDELINES ACCESSED THROUGH THE SERVICE.

## Limitations of liability

IN THE EVENT OF ANY PROBLEM WITH THE SERVICE OR ANY OF ITS CONTENT, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING IT. UNDER NO CIRCUMSTANCES SHALL PAPA, ANY OF ITS LICENSORS OR SUPPLIERS OR ANY THIRD PARTY WHO PROMOTES THE SERVICE OR PROVIDES YOU WITH A LINK TO THE SERVICE BE LIABLE IN ANY WAY FOR YOUR USE OF SERVICE OR ANY OF ITS CONTENT, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS IN ANY CONTENT, ANY INFRINGEMENT BY ANY CONTENT OF THE INTELLECTUAL PROPERTY RIGHTS OR OTHER RIGHTS OF THIRD PARTIES, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT.



UNDER NO CIRCUMSTANCES SHALL PAPA, ITS LICENSORS OR SUPPLIERS OR ANY THIRD PARTY WHO PROMOTES THE SERVICE OR PROVIDES YOU WITH A LINK TO THE SERVICE BE LIABLE FOR ANY PUNITIVE, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL, INDIRECT, STATUTORY, OR SPECIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY PERSONAL INJURY, LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF USE, LOSS OF TIME, SHUTDOWN OR SLOW DOWN COSTS, INCONVENIENCE, LOSS OF BUSINESS OPPORTUNITIES, DAMAGE TO GOODWILL OR REPUTATION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR COMPUTER OR OTHERWISE, OR OTHER ECONOMIC LOSS) ARISING FROM OR IN CONNECTION WITH YOUR USE OF THE SERVICE, WHETHER SUCH LIABILITY IS BASED ON BREACH OF CONTRACT, NEGLIGENCE, TORT, STRICT LIABILITY, MALPRACTICE, OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES COULD HAVE BEEN REASONABLY FORESEEN.

If you are a California resident, you agree to consciously waive all claims, both known and unknown that may be later discovered, to the maximum extent permitted by law, including but not limited to that permitted by California Civil Code Section 1542, which states "[a] general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

## Indemnification

Except to the extent prohibited under applicable law, you shall indemnify, defend, and hold harmless Papa, and its officers, directors, employees, and agents from and against any and all claims, liability, expenses, causes of action, damages, losses, costs, or obligations including reasonable attorneys' fees arising or allegedly arising in any manner out of or attributable to (i) your failure to comply with any applicable laws and regulations; (ii) your breach of any obligation, representation, or warranty hereunder; (iii) any allegation that the services your provide infringe upon any third-party right of any kind, including without limitation, any intellectual property right; (iv) your acts or omissions in connection with this Agreement, including any services rendered as a Papa Pal, (v) your use of, or activities in connection with the Service; (vi) any and all tax liabilities and responsibilities for payment of all federal, state, or local taxes that are owed by you with respect to your using the Service to serve as a Papa Pal; and (vii) all costs associated with your services, including but not limited to the expense and responsibility for any and all applicable insurance, local, state, or



federal licenses, permits, taxes, and assessments of any and all regulatory agencies, boards, or municipalities.

CONTACT PAPA

You may not settle any potential suit hereunder without Papa's prior written approval. If you fail to promptly indemnify and defend a covered claim, Papa shall have the right to defend itself, and in such case, you shall promptly reimburse Papa for all of Papa's associated costs and expenses. Papa may offset the amount of any indemnification obligation against compensation due to you.

This indemnification obligation shall survive expiration or termination of this Agreement for any reason.

## Arbitration of all claims on an individual basis

If a dispute arises between you and Papa, we want to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost-effective means of resolving the dispute quickly. Please contact us regarding disputes between you and Papa related to the Service and your experiences as a Papa Pal.

TO THE FULLEST EXTENT PERMITTED BY FEDERAL LAW, YOU AND PAPA AGREE THAT ANY AND ALL DISPUTES OR CLAIMS THAT HAVE ARISEN OR MAY ARISE BETWEEN YOU AND PAPA OR ANY OF ITS SUBSIDIARIES, AFFILIATES, OWNERS, DIRECTORS, EMPLOYEES, OR AGENTS THAT RELATE IN ANY WAY TO YOUR PARTICIPATION IN, USE, OR ACCESS OF THE SERVICE, INCLUDING BUT NOT LIMITED TO SERVICES PROVIDED AS A PAPA PAL OR THE ACTIONS OF PAPA OR ITS AGENTS, SHALL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION RATHER THAN IN A JUDGE OR JURY TRIAL IN COURT, WITH THE EXCEPTION OF ANY DISPUTE RELATING TO THE ENFORCEMENT OR VALIDITY OF INTELLECTUAL PROPERTY RIGHTS. The Federal Arbitration Act ("FAA") governs the interpretation and enforcement of this Agreement to arbitrate.

TO THE MAXIMUM EXTENT PERMITTED BY THE FAA, UNLESS YOU AND PAPA AGREE OTHERWISE, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, REPRESENTATIVE ACTION, OR PRIVATE ATTORNEY GENERAL PROCEEDING. ALSO, TO THE EXTENT AVAILABLE BY LAW, AND SUBJECT TO THE DAMAGE LIMITATIONS DISCUSSED HEREIN, THE ARBITRATOR



MAY AWARD RELIEF ONLY IN FAVOR, AND FOR THE BENEFIT OF, THE INDIVIDUAL PARTY SEEKING RELIEF. Accordingly, to the maximum extent permitted by the FAA, there will be no right or authority for any dispute covered by this agreement to arbitrate to be brought, heard, or arbitrated as a class action, collective action, or representative action. If a court decides that any part of this agreement to arbitrate is invalid or unenforceable, the other parts of this Section shall still apply. With respect to the class, collective, and representative action waiver in this paragraph, if a court decides that applicable law precludes enforcement of any of this paragraph's limitations on class, collective, and representative actions, any remaining portion of the class, collective, and representative action waiver in this paragraph that is enforceable and requires the claim to be initiated and adjudicated in arbitration on an individual basis only shall be enforced. In the event that a court determines the class, collective, and representative action waiver in this paragraph is unenforceable in its entirety with respect to any claim, the waiver shall not apply to that claim and that claim must be initiated and adjudicated in court. All other claims shall be arbitrated.

NOTICE REGARDING PENDING LITIGATION: There is currently one putative class, collective, and representative action pending against Papa in court. If you enter into this Agreement (by failing to timely opt out of the Agreement as set forth above), then you will waive your right to participate in this class, collective, and representative action. The case is currently pending as Pardo v. Papa, Inc., Case No. 3:21-cv-06326-RS, and was filed in the U.S. District Court for the Northern District of California on August 17, 2021. The plaintiff seeks to represent California Pals under the California Labor Code Private Attorneys General Act of 2004 ("PAGA") from June 2020 until the conclusion of this action, and as members of a class of Pals from August 2017 until the conclusion of this action. The plaintiff is also seeking to represent all Pals, whether or not based in California, from August 2018 until the conclusion of this action as part of a collective action under the Fair Labor Standards Act ("FLSA"). She alleges the following claims: Failure to pay minimum wages, failure to pay overtime wages, failure to provide meal periods, failure to provide rest breaks, failure to pay wages upon separation of employment, failure to provide accurate and itemized wage statements, failure to reimburse for business expenses, and violation of California Business and Professions Code § 17200. Additional information can be found in the Court's public records.

Any arbitration commenced under this Agreement shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and held in the county in which the dispute arose or any another mutually agreed location. To initiate arbitration, a party must deliver a demand for arbitration to the other party within the statute of limitations that would apply to the claims had the claims been

raised in a court with jurisdiction. The demand for arbitration must (1) be written; (2) provide a brief description of the claims and relief sought and (3) be personally signed by the allegedly aggrieved party. Papa will deliver any demand for arbitration to you at your address in its records. You must deliver any demand for arbitration to Papa at legal@papa.com, with the subject line titled "DEMAND FOR ARBITRATION."

The arbitrator (i) shall have the authority to permit any type of discovery available to the parties had the matter been brought in a court of competent jurisdiction, including third party subpoenas; (ii) shall decide any dispositive motions submitted by a party in accordance with the Federal Rules of Civil Procedure; and (iii) has authority to award any party any remedy to which that party is entitled under applicable law (including the award of attorneys' fees to a prevailing party if such fees are provided under applicable law). The arbitrator's award shall be final and binding, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

In California and in any other state where it is required to do so by law, Papa will pay the arbitrator's fees and costs, and the arbitration filing fees. Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law. Except as set forth herein, payment of all other filing, administration, and arbitrator fees will be governed by the JAMS's rules which can be found online through the JAMS website at https://www.jamsadr.com/.

You agree and acknowledge that entering into this arbitration provision does not change your status as an independent contractor in fact and in law. You further agree that when performing services pursuant to the terms of this Agreement, you are not doing so as an employee of Papa. You further agree that any disputes in this regard, including specifically any disputes regarding your classification as an independent contractor and your provision of services under this Agreement, shall be determined exclusively by an arbitrator. This arbitration provision shall survive any termination of your providing independent contractor services to Papa.

This Agreement does not prevent you from filing charges, complaints, or petitions with any federal, state, or local law enforcement agency, including but not limited to the National Labor Relations Board, the U.S. Department of Labor, or the U.S. Securities and Exchange Commission. Further, nothing in this Agreement prevents your cooperation with a government investigation or the investigation by a government agency of any report, claim or charge otherwise covered by this Agreement. This Agreement also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the

claims would otherwise be covered by this Agreement. Nothing in this Agreement prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration.

CONTACT PAPA

# Electronic contracting and communication

You agree that we may send to you in electronic form any privacy or other notices, disclosures, reports, documents, communications or other records regarding the Service (collectively, "Notices"). We can send you electronic Notices (1) to the email address that you provided to us during registration, or (2) by posting the Notice on the Service or otherwise through the site. The delivery of any Notice from us is effective when sent by us, regardless of whether you read the Notice when you receive it or whether you actually receive the delivery. You can withdraw your consent to receive Notices electronically by canceling or discontinuing your use of the Service.

You expressly consent to be contacted by, and to receive and accept communications from Papa and authorized partners, representatives, or affiliates (which may include merchants or customers) via different communication methods, including but not limited to email(s), SMS/text message(s), push notification(s), or call(s) to contacts, including telephone number(s), you provide to Papa. By consenting to being contacted, you understand and agree that you may receive communications–including artificial or pre-recorded messages or automated systems, such as automatic telephone dialing systems–sent by or on behalf of Papa on various subjects, including but not limited to: (1) operational or transactional communications, such as those concerning your user account, sign up progress to become a Papa Pal, use of the Service, or features available on the Service; (2) communications relating to service opportunities; (3) news concerning Papa and industry developments that affect your relationship with us; and (4) account verification communications. Message and data rates may apply. By consenting to be contacted, you represent that the telephone number(s) that you have provided to us are your contact numbers, that you are permitted to receive calls at such telephone number(s), and that you will promptly alert us whenever you stop using a particular telephone number.

IF YOU WISH TO OPT OUT OF TEXT OR SMS MESSAGES, IN RESPONSE TO SUCH A MESSAGE YOU MAY REPLY "STOP" FROM THE MOBILE DEVICE RECEIVING THE MESSAGE.

## Media consent and release



CONTACT PAPA

By signing this Agreement, you grant Papa and its respective licensees, advertising agencies, promotion agencies, and fulfillment agencies, and the employees, shareholders, officers, directors, managers, members, representatives, photographers, and agents of each and all of them (collectively "Authorized Persons") the absolute right and unrestricted permission to photograph, record, reproduce, transmit, telecast, create, publish, and otherwise use in any manner your likeness, legal name or fictitious name, quoted remarks, testimonials, interviews, audio recordings, photographs, and video recordings, in which you may be included in whole or part, and as well as any copies, reproductions, and any other material based upon or derived therefrom (collectively, the "Materials") in any manner, in any and all media now or hereafter devised, including without limitation, printed materials, television or online broadcasts, and social media posts, for purposes of advertising, trade, display, exhibition, editorial use, illustration, promotion, art, or any other lawful purpose whatsoever without any payment, monetary compensation, or any other consideration.

You consent to participate in the recording or creation of such Materials and waive any right that you may have to inspect or approve the Materials or the manner in which they are used. You also waive any rights in and to the Materials and acknowledge that the Materials are the sole and exclusive property of the Authorized Persons and all right, title, and interest therein shall vest in the Authorized Persons.

You hereby release, discharge, and agree to indemnify and hold harmless the Authorized Persons from (i) any and all claims, demands, liabilities, actions, suits, losses, damages, and costs and expenses (including attorneys' fees) of any kind whatsoever, that you have or may have arising out of or in connection with the recording, creation, and use of the Materials, and you name in connection with same, and the exercise of any of the rights granted to the Authorized Persons above, including, without limitation, any and all claims for defamation, distortion, alteration, or violation of any privacy, publicity, intellectual property, or any other personal or property rights, and (ii) any and all claims to receive compensation or royalties for or relating to the Materials or use of your name or likeness.

You may opt out of this Media Consent and Release at any time by emailing Papa at support@papa.com.

## Miscellaneous



This Agreement has been and shall for all purposes be deemed to have been, negotiated, executed, and delivered within the state of Florida, and the rights and obligations of the parties shall be construed and enforced in accordance with, and governed by the laws of the Florida without regard to its rules on conflicts or choice of law. If this choice of law is invalid under the law of the state where the proceeding is initiated, that state's choice of law provisions will apply.

This Agreement constitutes the complete and entire Agreement between you and Papa relating to your use and our provision of the Service and the subject matter hereof, and no representations, statements or inducements, oral or written, not contained in this Agreement shall bind either you or Papa. It supersedes all prior and contemporaneous oral and written agreements and discussions. Any of the terms of this Agreement which are determined to be invalid or unenforceable shall be ineffective to the extent of such invalidity or unenforceability, without rendering invalid or unenforceable any of the remaining terms of this Agreement or affecting the validity or enforceability of the Agreement as a whole. Failure to insist on performance of any of the terms of the Agreement will not operate as a waiver of any subsequent default. No waiver by Papa of any right under this Agreement will be deemed to be either a waiver of any other right or provision or a waiver of that same right or provision at any other time. You may not assign, transfer or delegate your rights or obligations hereunder, in whole or in part. This Agreement shall be binding upon and inure to the benefit of each of the parties and the parties' respective successors and permitted assigns. Except as otherwise specifically provided herein, this Agreement may not be modified, supplemented, qualified, or interpreted except in writing signed by the parties.



CONTACT PAPA

Health Plans

Employers

Be a Papa Pal

Members

Careers

Resources

Papa Inc © 2023

Locations

Terms of Service

Privacy Policy



## HIPAA Privacy Rule

## Ethics and Conduct Reporting



## Member Safety

## Papa Pal Safety

    

# EXHIBIT 10



# Code of Conduct

May 2021

JP000101

# Table of contents

TABLE OF CONTENTS ........................................2
.................................................................2
WHY WE HAVE THE CODE ...................................3
VALUES ..........................................................4
OUR SHARED RESPONSIBILITIES...........................5
    Knowing and complying with our policies...............5
    Associate training........................................5
    Risk management .........................................5
    Noncompliance ...........................................5
    Follow the law............................................5
    Be fair ....................................................5
    Disclaimer.................................................6
REPORTING VIOLATIONS AND SEEKING ADVICE .........7
    Ethics Hotline reporting.................................7
    Reporting accounting, auditing, and internal
    accounting control concerns ...........................8
    Reporting fraud, waste, and abuse concerns..........8
    Non-retaliation and non-intimidation...................8
    Investigating reported violations, confidentiality,
    and duty to cooperate...................................8
    Corrective action ........................................8
    Disclosure ................................................9
OUR WORK ENVIRONMENT...................................10
    Alcohol and drug-free workplace .......................10
    Workplace violence ......................................10
    Weapons ..................................................10
    Background checks........................................10
    Employment of government personnel..................10
    Equal employment opportunity and affirmative
    action .....................................................10
    Solicitation and distribution of materials..............10
    Discrimination and harassment ..........................11
    Sexual harassment .......................................11
    Diversity and inclusion ..................................11
PROTECTING INFORMATION..................................12
    Confidential and proprietary information about our
    business ..................................................12
    Confidentiality............................................13
    Confidential information about our members ..........13
    Confidential information about our associates.........14
    Confidential information about our providers,
    vendors, and business partners..........................14

    Requests for confidential information related to
    government contracts.....................................14
    Third-party confidential and proprietary information
    .............................................................14
    Documenting and reporting information...............14
    Media relations...........................................15
    Ethics......................................................15
USE OF COMPANY ASSETS ...................................16
    Electronic assets..........................................16
    Passwords and access codes.............................16
    Software...................................................16
    Social networking.........................................16
    Record retention and destruction .......................16
ON OUR OWN TIME ...........................................18
    Avoid Conflicts of Interest ..............................18
    Conflicts of interest – disclosure .......................18
    Personal financial interest...............................18
    Family and personal relationships ......................18
    Outside employment and other activities ..............18
    Personal political activity and contributions ..........19
CONDUCTING PAPA'S BUSINESS .............................20
    Fairness ...................................................20
    Environment...............................................20
    Gifts and special courtesies.............................20
    Business entertainment .................................21
    Antitrust laws.............................................21
    Procurement ..............................................21
    Commit to quality ........................................21
    Kickbacks..................................................21
    Business agreements .....................................22
DOING BUSINESS WITH THE GOVERNMENT ...............23
    Monitoring for excluded persons .......................23
    False Claims Act and False Statements Act............23
    Stark Law .................................................23
    Obstruction of a federal audit..........................23
DOING BUSINESS ACROSS THE GLOBE.......................24
    Bribery and corruption ..................................24
    Anti-boycott ..............................................24
    Barred countries/ Office of Foreign Asset Control
    Screening..................................................24
    Human rights .............................................24

# Why we have the Code

The Papa, Inc. ("Papa") **Code of Conduct** ("*Code*") is one of the ways Papa puts our values into practice. The *Code* is a resource for all of us and is not a comprehensive policy or rulebook. Our *Code* provides us with guidance on conducting our business ethically. It also helps protect our reputation, customers, shareholders, suppliers, and other business partners.

Unless otherwise noted, the *Code* applies to all associates, contractors, third-party service providers, and Board Members of Papa, Inc. Moreover, while the *Code* is written explicitly for Papa associates, we expect Papa contractors, consultants, and others who may perform work or services for Papa to follow the *Code* connected with their work for Papa. The *Code* provides an overview of some of the legal and ethical standards we must follow every day. Please make sure you read, understand, and follow the spirit and letter of the *Code*.

The *Code* does not create any contractual rights between you and Papa. It may be changed or modified by Papa at any time without notice. We should not interpret the *Code* as a promise of employment or continued employment.

Papa prohibits retaliation against anyone reporting in good faith a known or suspected ethical or compliance concern. Anyone found to have retaliated against someone for making such a report will be subject to corrective action, up to and including termination of employment. By reporting misconduct, you are contributing to Papa's ethical culture and upholding Papa's values. If you believe you are being retaliated against, please contact a member of the Compliance Department.

.

Claims of ignorance, good intentions, or poor judgment are no excuses for noncompliance. Failure to follow the *Code* may result in disciplinary action, including termination of employment or engagement.

The Chief Information Officer leads Papa's Compliance, Ethics, and Privacy Program. The Papa Compliance Committee and the Board of Directors oversee the program and receive periodic reports from the Chief Information Officer and business unit leaders, as appropriate.

# Values

When assessing whether our actions align with our *Code*, keep in mind our **monthly** values:

January - **Celebrate as One!**

February - **Work Hard, Live Harder**

March - **Health is "Wealth"**

April - **Get Out of Your Comfort Zone**

May - **100% Transparency and Honesty**

June - **Dream Bigger, Do Better**

July - **Do it with a Passion!**

August - **Consideration**

Sept - **The Greatest Ability is Dependability**

October - **Learn it All, Don't Know It All**

November - **One Company, Many Cultures**

December - **Be a Pal**



# Our shared responsibilities

Our *Code* puts our company's values into action. We have a responsibility to comply with our policies, contracts, and applicable laws where we operate. By following the *Code* and living our values, we protect our reputation. Remember, we are all individually responsible for Papa's integrity.

## Knowing and complying with our policies

We are responsible for knowing, understanding, and complying with our policies and applicable laws. By committing to these responsibilities, we will continue to conduct our business with integrity and maintain the trust and high level of service expected from us.

We must never commit or ask others to commit unethical or illegal acts. We should immediately report any request or direction to commit an act we think may be illegal or unethical.

## Associate training

All new hires MUST acknowledge reading and agree to Papa's *Code of Conduct* within **90 days of hire.** In addition, all associates must acknowledge reading and agree to Papa's *Code of Conduct* when changes occur and/or at least annually.

Management must ensure that their direct reports complete their assigned training.

## Risk management

We are responsible for understanding and following company policies that address our existing or emerging internal and external risks to our strategies, objectives, financials, and operations. Managers have an additional responsibility to identify, quantify, mitigate, and properly monitor such risks. Managers and associates should work together to help ensure adequate controls and mitigation strategies are in place to minimize risks.

If you are aware of such risks not being managed appropriately, discuss them with your manager or Corporate Compliance.

## Noncompliance

Failure to comply with any part of Papa's policies, standards, guidelines, and procedures may result in disciplinary actions up to and including termination of employment, services, or relationship with Papa. Also, state and federal agencies may take action per applicable laws, rules, and regulations.

Any unlawful act involving Papa systems or information may result in Papa turning over any evidence of unlawful activity to appropriate authorities. Information on handling sanctions related to noncompliance with this policy may be found in Papa's secure intranet.

## Follow the law

Papa is committed to full compliance with applicable federal and state laws. You are responsible for following the laws and Papa's policies and procedures that apply to your work and asking questions when you are uncertain about the legality of particular conduct. If you are concerned about an action or decision's legality, you should consult an attorney in the Papa Legal Department.
No instruction, excuse, or pressure justifies breaking the law or encouraging someone else to break the law.

## Be fair

Papa is committed to a lawful and ethical competition policy in compliance with all applicable antitrust and competition laws. These laws generally prohibit agreements or

conduct that may restrain trade or reduce competition. Papa believes that our competitors' and customers' information is a valuable asset in a highly competitive market and strives to compete fairly. Papa will not tolerate illegal or unethical means of obtaining competitive information. Papa associates and contractors are prohibited from seeking or using information about our competitors or customers in a way that violates antitrust and competition laws or any laws or contractual requirements that protect proprietary data. All Papa associates are expected to:

- Avoid all contracts, agreements, and understandings, which unlawfully reduce or eliminate competition or the production or sale of products or services.
- Refuse agreements with competitors to establish or fix prices or divide or allocate markets either by market segment, geography, or other means. Do not engage in any discussions with associates or contractors of competitors about these matters.
- Take special care in ensuring that discussions and activities with representatives of other companies comply with antitrust and competition laws.
- Do not use confidential information about a competitor that was obtained inappropriately.
- Be sure that you and everyone involved in gathering competitive information understand what information is needed and the legal ways to get it.
- Only use legal methods to obtain public information.
- Contact the Legal Department if you have questions about potential antitrust implications or antitrust practices or whether gathering certain competitor information is appropriate.

Although Papa is not publicly traded, many of the companies we do business with are. During your employment, you may become aware of "insider information." It is against the law to use this information for Papa's or your financial gain. Do not "tip" others by sharing this information with them.

## Disclaimer

Papa follows all federal and state laws and regulations. Where more than one state is impacted by a particular issue, to allow for consistency, Papa will follow the most stringent requirement.

The *Code* is intended as a guideline. Situations may arise in which professional judgment may necessitate actions that differ from the guideline. Circumstances that justify the variation from the guideline should be noted and submitted to the appropriate business area for review and documentation.

This *Code* is subject to change or termination by Papa at any time. Papa has full and final discretionary authority for its interpretation and application. This *Code* supersedes all other policies, standards, guidelines, procedures, or information conflicting with it. If viewing a printed version of this document, please refer to the electronic copy maintained in Papa's secure intranet to ensure no modifications have been made.

# Reporting violations and seeking advice

We have an obligation to report any suspected or observed misconduct to the Compliance Department, including violations of the *Code*, company policies and procedures, laws and regulations, or any other ethical concerns. Reporting suspected or observed misconduct or other ethical concerns is a condition of our employment.

If you have questions about the *Code* or concerns about compliance, you can contact your supervisor, a member of Human Resources, or a member of the Compliance Department. Papa's internal reporting of a suspected violation or concern can be reached through our Compliance Hotline at **1-866-611-5528**.

If you want to remain anonymous, you may call Papa's external Ethics Hotline at **1-844-850-2144**. When calling the Ethics number, you will hear an auto-attendant greeting and will continue through to a live Communication Specialist by selecting a language of choice.

Also, you may report an Ethics and Fraud incident via a link on Papa's web site, labeled "**Ethics/Fraud Reporting.**"
https://joinpapa.ethicspoint.com/

## Ethics Hotline reporting

Some examples include, but are not limited to:

- Concerns about questionable practices relating to accounting, auditing, billing, or internal financial controls.
- Confidentiality violations include not protecting the Company's and our customer's non-public information and/or using such information for non-legitimate business purposes, including unauthorized and unlawful disclosure of the corporately owned intellectual property or trade secrets.
- Misappropriation violations, which includes unauthorized or improper use of a third-party's intellectual property rights, including patents, trademarks, copyrights, and trade secrets.
- A conflict of interest where a person, such as a public official, an associate, or a professional, has a private or personal interest sufficient to appear to influence the objective exercise of his or her official duties.
- Uninvited and unwelcome verbal or physical conduct directed at an associate because of his or her sex, religion, ethnicity, or beliefs.
- Falsification of records consists of altering, fabricating, falsifying, or forging all or any part of a document, contract, or record to gain an advantage or misrepresent the value of the document, contract, or record.
- Intentional wrongdoing, specifically a deliberate violation of a law or standard, including lying or failing to fully cooperate in an investigation.
- Use of Company resources or equipment without permission for non-business reasons.
- Violation of laws, requirements, or guidelines of a governmental agency or regulatory body.
- Substance abuse as defined in the misuse of both legal and illegal drugs, including alcohol.
- The act of stealing; specifically: the felonious taking and removing of personal property with intent to deprive the rightful owner of it.
- Willful or innocent actions that are in direct violation of company policy, procedures, *Code of Conduct*, and/or implied contractual responsibilities, including incompletion of completing required ethics, compliance, and privacy training.
- Violence is an expression of the intention to inflict evil, injury, or damage to a person or property.

If you feel that the definitions above do not describe the event, action, or situation you are looking to report about, please contact Corporate Compliance. Reporting concerns timely is critical so that they may be addressed at the earliest possible stage.

## Reporting accounting, auditing, and internal accounting control concerns

Concerns regarding accounting, auditing, and internal accounting controls deserve special mention because they could affect our financial reporting obligations. We must report concerns about accounting, auditing, and internal accounting control deficiencies or noncompliance to the Compliance Department using one of the channels previously identified.

Some examples include but are not limited to:

- false statements or deliberate errors in the recording and maintaining of Papa's financial records;
- false statements or deliberate errors in the preparation, evaluation, review, or audit of any Papa's financial statement; and
- deficiencies in or noncompliance with Papa's internal accounting controls or policies.

## Reporting fraud, waste, and abuse concerns

Papa recognizes the importance of preventing, detecting, and investigating fraud, waste, and abuse and is committed to protecting and preserving the integrity and availability of health care resources.

Fraud comes in a number of forms, and any referral can be reported anonymously by using the hotline number provided and providing as much information as possible. Providing contact information is not required, but it does allow the investigator to contact the reporter if additional information is needed.

## Non-retaliation and non-intimidation

Papa prohibits retaliation against any person for reporting in good faith any suspected or observed misconduct, noncompliance, or other ethical concerns, and accounting, auditing, or internal accounting control concerns.

Acts of retaliation in violation of this *Code* should be reported to the Compliance Department.

## Investigating reported violations, confidentiality, and duty to cooperate

The Compliance Department reviews all reports received and thoroughly investigates, as appropriate, all ethics and compliance concerns.

Appropriate corrective action will be taken to address and correct reported concerns. Compliance treats all reports confidentially. The information provided will be shared only on a "need-to-know" basis with those responsible for resolving a concern.

We all have a duty to fully cooperate with a Compliance investigation. We must provide all known information and must not withhold, destroy, or tamper with any records or other potential evidence related to the matter under investigation.

## Corrective action

If we approve or participate in actions violating the *Code*, company policies and procedures, laws, or regulations, or fail to fully cooperate in an investigation, we are subject to corrective action. Corrective action may include termination of employment in the case of an associate or termination of assignment or relationship with Papa for those in other roles.

## Disclosure

We are committed to making appropriate
disclosures to regulators, business partners,
government agencies, and law enforcement
authorities

# Our work environment

## Alcohol and drug-free workplace

We are expected to report to work free from the influence of illegal drugs and the abuse of legal drugs and alcohol. Possessing, selling, manufacturing, or distributing illegal drugs at any company location is prohibited. The only exception is if senior management has specifically approved the possession and serving of alcoholic beverages for special events.

A violation of the company's policy on alcohol and drug-free workplace may result in corrective action, including termination of employment.

The Drug-Free Workplace law requires anyone working on a government contract to notify their manager within five days of any drug-related criminal conviction. Failure to notify the Company may result in corrective action, including termination of employment.

## Workplace violence

If you experience or have knowledge of any threatening behavior, you should immediately report it to your manager or Human Resources. Our work environment is expected to be free from acts of violence, threats, harassment, intimidation, or other disruptive behavior.

This policy applies while we are conducting company business, regardless of location. All threats (even in jest) are serious and may result in corrective action, including termination of employment.

## Weapons

Weapons are prohibited on company-owned or leased property (subject to individual state laws) and while conducting company business.

## Background checks

We believe hiring the best-qualified applicants contributes to our success. Background checks are conducted on all associates.

## Employment of government personnel

Federal government personnel hiring is governed by federal law. Contact the Legal Department before discussing employment or consulting arrangements with current or former federal government employees.

When considering hiring former state government employees, the hiring manager is responsible for ensuring no conflicts of interest exist with their Papa duties and the individual's previous state employment. Contact the Legal Department with questions.

## Equal employment opportunity and affirmative action

We are committed to providing equal opportunity in employment to all associates and applicants. Nobody may be discriminated against in employment because of race, color, religion, sex, gender (including gender identity), age, national origin, marital status, sexual orientation, veteran status, disability, genetic information, or any other status or condition protected by applicable federal, state, or local laws, except where a bona fide occupational qualification applies.

## Solicitation and distribution of materials

We may not solicit other associates or distribute non-work-related literature or materials during

work time and in work areas. Solicitation or distribution for any purpose by non-associates is not allowed on company property unless approved by senior management. Distribution includes the distribution or posting of literature, pamphlets, chain letters, personal business cards, or any other written or printed material of any kind, including electronic mail. In addition, the use of office supplies for non-company-sponsored solicitation activities is prohibited. There are limited exceptions to this policy.

## Discrimination and harassment

We are committed to a work environment free from discrimination and harassment. We forbid discriminatory harassment with respect to race, color, religion, sex, gender (including gender identity), age, national origin, marital status, sexual orientation, veteran status, disability, genetic information, or any other status or condition protected by federal, state, or local laws. In addition, we are prohibited from retaliating against others for reporting what they believe to be a violation of this policy.

## Sexual harassment

Sexual harassment is prohibited. It may take many forms, including unwelcome sexual advances, requests, or demands for sexual favors and other visual, verbal, or physical conduct of a sexual or gender-based nature when:

- Submission to or rejection of such conduct is used as a basis for employment decisions such as, but not limited to promotions, transfers, appraisal ratings, corrective action, training opportunities, salary treatment, or job assignments.

- Submission to such conduct is made either explicitly or implicitly as a term or condition of employment.

- Such conduct has the purpose or effect of unreasonably interfering with an associate's work performance or creating an

intimidating, hostile, or offensive work environment.

## Diversity and inclusion

We are inclusive and believe in a culture where differences are valued and celebrated. Celebrating diversity and inclusion creates an environment where everyone can bring their authentic selves to work without discrimination and builds a culture that opens doors to different perspectives that support Papa's initiatives to connect people.

# Protecting information

We have many types of information vital to conducting our business. This includes material and nonpublic information as well as other confidential and proprietary information about our:

- Strategies, products, processes, services, and financials.
- Members, providers, associates, vendors, agents, business partners, and government contracts.

We must never use or disclose our confidential, proprietary, private, and/or material non-public information (Confidential Information) unless authorized by company policy in connection with a legitimate business need. In addition, we must never use or disclose a third-party's Confidential Information learned in the course of doing business with them without proper authorization and approvals.

## Confidential and proprietary information about our business

Papa's confidential and proprietary information includes any information not shared with individuals outside of the company, and any information useful to our competitors.

It is everyone's responsibility to help ensure our confidential and proprietary information is used only when authorized by policy and for valid business purposes. We are obligated to protect this information from improper use or disclosure even after our employment ends. These assets include corporate data, business strategies and plans, financial data, equipment, furniture, vehicles, office supplies, corporate funds, credit cards, associate time, computer supplies and software, and other proprietary or confidential information about Papa, Papa clients, or Papa associates or contractors.

You may be periodically required to sign

confidentiality attestations under which you attest and swear that you are keeping Papa's assets confidential. We trust that when you use these assets, it will be for you to do your job. Remember:

- Guard Papa's assets against misuse, fraud, waste, abuse, loss, and theft.
- Ensure that assets are only used for valid Papa purposes.
- Protect confidential or proprietary Papa information by never sharing it with unauthorized parties such as competitors, suppliers, or outside contractors without proper authorization.
- If you know someone is misusing, damaging, or stealing Papa's property, report it to your supervisor or the Compliance Department, who will take appropriate action.

Another category of assets we expect you to protect is our intellectual property and trade secrets. These assets include all ideas, inventions, discoveries, improvements, and innovations such as:

- New product design
- Marketing and sales plans
- Detailed financial and pricing information
- Computer programs, models, and databases (including source code)
- Trademarks
- Patents
- Copyrights
- Logos

Work product developed as a Papa associate remains Papa's property. We may not take customer/member lists, processes, contracts, trade secrets, intellectual property, sales-related information, or any other company's confidential or proprietary information when our employment with Papa ends.

Papa owns all intellectual property that you, as

an associate or contractor, create, develop, or write, either on your own or with another person during that:

- Relates to – or competes with – actual or anticipated Papa business, research or development or other business, strategy, or customers of Papa.
- Results from work assigned to or performed by you for Papa.
- Systems created using Papa licensed software, equipment, materials, facilities, computer programs, or other resources or ideas, trade secrets, or other confidential or proprietary information.

## Confidentiality

Papa must protect the confidential information of our members, the members, patients, and providers of Papa's clients and our associates' sensitive personal information and other particularly sensitive information. Only share this information with authorized people. Follow all federal and state laws, corporate and departmental policies, and procedures for handling protected health information, personally identifiable information, and other sensitive information. Know that these protections extend both inside and outside of Papa.

Federal, state, and local laws govern Papa's privacy protection of each individual's health, financial, and other private information because:

- Improper uses and disclosures can invade someone's privacy, damage his/her reputation, cause embarrassment or identity theft, violate federal and state privacy or security laws, and expose Papa to lawsuits.
- Violations of the law can carry serious penalties, possibly for both individuals and companies.
- Improper use may also violate Papa's agreements or contracts with clients.

Papa often needs to retain sensitive personal information and other information about

individuals and clients securely for an extended period. It is important to protect the confidentiality and integrity of information used to access our systems, including but not limited to logins, passwords, security codes, and the locations of sensitive data sites.

Keep your passwords and other security codes confidential, and know that you are responsible for the actions resulting from your use of your passwords. Do not share your passwords or let others use your computer while you are logged in. If you walk away from your computer, you are required to lock the computer or log-out until you return.

This protection is important because:

- All of Papa's information security mechanisms utilize user IDs and passwords to authenticate an individual's identity and establish approved access rights.
- If multiple individuals have access to the same user IDs and passwords, it is impossible to tell who did what.
- Often our license agreements with system vendors allow only a certain number of users.

Store all Papa documents and files on corporate share folders, so they may be recovered and accessed by the proper individuals. It is also important not to share your entry badges and to keep your work areas locked when you are away.

## Confidential information about our members

Never access or share any confidential member information unless it is authorized by policy, for a valid business purpose, and required by our assigned job duties.

In addition, never access claims or confidential information about ourselves, family members, or those with whom we have a personal relationship, including, but not limited to, significant others, roommates, friends, in-laws,

or neighbors regarding services provided by Papa. You, and those with whom you have a personal relationship, must utilize the appropriate channels to address any confidential matters.

## Confidential information about our associates

Never access or provide confidential associate information unless authorized by policy, for a valid business purpose, and required by our assigned job duties.

Nothing in this section or the company's policies intends to or will be applied in a manner to limit associates rights to discuss and share wage/salary data, claims and medical information, employment agreement, Social Security number, financial and banking information, and other personal information with each other and with outside entities as protected by the National Labor Relations Act and other relevant laws.

## Confidential information about our providers, vendors, and business partners

Never access or share confidential information about our providers, vendors, and other business partners unless authorized by policy, for a valid business purpose, and required by our assigned job duties.

## Requests for confidential information related to government contracts

Much of the information created under government contracts belong to the government entity for which the work is being performed. We must comply with all applicable laws, including the Freedom of Information Act, HIPAA, the Privacy Act of 1974, and state law equivalents, regarding the use and disclosure of this information.

## Third-party confidential and proprietary information

Papa prohibits the use or disclosure of the confidential or proprietary information of a prior employer or other third-party, whether or not a competitor, in connection with your work for Papa. Sharing such information can violate laws or contract requirements, damage our integrity, and expose the company and us to liability. Improper use of this type of information may result in corrective action, including termination of employment and legal action.

If we receive any unauthorized nonpublic, confidential, or proprietary information about any third party, we must **immediately**:

- STOP reviewing the document(s).
- Contact the Legal and Compliance Departments. Be prepared to describe the specifics of receipt (time, date, means of receipt, people involved, and extent of review/use).

Do not use, forward, copy, delete, or destroy the information unless instructed to do so by the Legal Department.

## Documenting and reporting information

Accurate, complete, and truthful financial, operational, and other business records are vital to our decision-making processes. They directly impact our compliance with financial, legal, and regulatory reporting requirements.

Inaccurate, incomplete, or false financial or operational information provided in connection with certifications of government contracts and other entities is strictly prohibited.

In addition, undisclosed or undocumented (unrecorded) accounts, funds, or assets are not allowed. Company funds should never be placed in any personal or non-corporate account.

Another important responsibility is the proper maintenance of records for retention periods required by Papa, **which is ten (10) years**. However, if Papa's Records Retention Policy conflicts with any applicable law, the law shall take precedence over the policy.

## Media relations

Papa has a media team that responds to media inquiries as appropriate. Papa has an internal review process that ensures accurate and consistent answers to inquires while protecting any customer confidentiality. All written or verbal media requests reviewed by Papa must go through our media team and follow internal review processes.

## Ethics

You are expected to act ethically and honestly. Papa does not tolerate cheating, stealing, deception, or acts of fraud. Fraud is an intentional misrepresentation of fact through the use of words, conduct, concealment of important information to induce someone to act in a way that causes them injury or harm.

# Use of company assets

We should only use company funds, equipment, and other assets to conduct business or for other reasons approved by your manager. Company assets, such as telephone and email, are to be used in a professional, productive, ethical, and lawful manner. We must not use, sell, or dispose of company assets unless allowed by policy.

## Electronic assets

We use a variety of equipment and communication tools such as email, instant messaging, and telephones to conduct our business. We must follow policies relating to these assets. We may use some equipment and communication tools for personal use, in a limited manner, as long as your manager approves and your personal use:

- Does not affect productivity.
- Does not result in a direct material cost to the company.
- Follows applicable company Information Security and policies and the law.

Papa has the right to review, record, copy, audit, investigate, intercept, access, and disclose any use of the company's information technology including computers, internet, intranet, emails, instant messages, voicemail, and telephone systems including all messages created, received, or sent for any purpose.

The contents of electronic storage (including but not limited to email) may be disclosed within the company to those who have a need to know and outside the company (including law enforcement or government agencies) without your knowledge or permission.

**Company assets must be returned immediately upon departure (termination of employment).**

## Passwords and access codes

Never share passwords or access codes with anyone, per policy.

## Software

In accordance with the IT Asset Management policy, we cannot copy or use illegal or unauthorized software on Papa's electronic assets or computer networks.

## Social networking

If we participate in an electronic communication such as social network sites, blogs, chat rooms, Facebook, Twitter, Instagram, and similar forms of communication, we must not disclose Papa's confidential information. We are expected to consider company policies and the ramifications of all of our communications, both internally and externally. We must also make it clear the views we express are ours alone and not Papa's views. The content of our messages may not be discriminatory or harassing towards any person or entity, including other associates, managers, members, competitors, or any business partners of the company.

## Record retention and destruction

We are committed to complying with the recordkeeping requirements of applicable laws and contract requirements. Destroying or disposing of company records is not at our individual discretion. Papa's Record Retention policy governs record retention and the appropriate disposition of records once the applicable retention period has expired. In addition, records relevant to actual or anticipated litigation, or government investigations, may not be altered or destroyed and must be preserved.

Destruction or alteration of records to avoid disclosure in a legal proceeding, government investigation, or audit is strictly prohibited and may constitute a criminal offense.

Before destroying records, we are required to check the Record Retention Schedule to determine if the applicable retention period has expired. We must also check with our manager, the Compliance Department, or the Legal Department to determine if the records are the subject of a Legal Hold Notice. If so, the records must be preserved and may not be altered or destroyed without approval from the Legal Department, even if the regular retention period has expired.

# On our own time

We are required to perform our responsibilities in a manner that furthers Papa's interests. We must not compromise those interests due to actual or perceived conflicts with other business or personal concerns. A conflict of interest arises when your interests or activities appear to influence or influence your ability to act in the best interests of Papa.

## Avoid Conflicts of Interest

A conflict of interest occurs when your personal or family interests, relationships, outside activities, or the exchange of items of value influence or appear to influence your ability to do your job and make objective, sound business decisions in the best interest of Papa. Some examples of conflicts of interest include, but are not limited to:

- Having a personal interest, financial interest, or potential gain in any Papa transaction.
- Giving Papa business to a personally owned business or a business controlled by you or one of your family members.
- You or a member of your immediate family being employed by, owning, or acting as a consultant to a competitor, potential competitor, vendor, or contractor while you are working with Papa.
- Hiring or supervising family members.
- Accepting gifts, gratuities, discounts, favors, or services from a customer, potential customer, competitor, or vendor.

While actual or perceived conflicts of interest cannot always be avoided, their harmful impact can be minimized by identifying, disclosing, and addressing them.

## Conflicts of interest – disclosure

New and rehired associates must complete a Conflicts of Interest form within **30 days of their hire date then annually for all employees.** In addition, when our job responsibilities, outside activities, or personal relationships change, we are required to update the form with any potential conflicts of interest immediately.

## Personal financial interest

We may not own, directly or indirectly, a significant financial interest in any company that does business with seeks to do business with or competes with Papa.

We must not refer customers, members, beneficiaries, or anyone who does business with the company to an entity where a family member or we have a financial or other material interest.

Some unique situations may qualify as an exception to this policy and will be addressed on an individual basis. Exceptions to this policy may require the written approval of the Chief Information Officer.

## Family and personal relationships

Employment of relatives and individuals involved in personal relationships with associates is allowed as long as those individuals are the best-qualified candidates for the job, and it is not a prohibited reporting structure relationship.

## Outside employment and other activities

Our primary employment obligation is to Papa. Any activities such as working a second job, serving as a member of an external board, or operating a personal business must not conflict with our obligations to Papa. In most cases, a mitigation plan can be developed to help prevent any actual or perceived conflicts. In

addition, we may not use the company's name, time, assets, or the services of other associates for any outside activities unless authorized by company policy.

## Personal political activity and contributions

We support associate involvement in political life. However, when engaging in personal political activities, we must make clear that the views we express are our own and not those of Papa. When engaging in personal political activity, we should not use our Papa titles on name badges, wear Papa-branded clothing, or carry any other Papa-branded items (such as water bottles). Doing so could mistakenly convey Papa support for a particular political party, candidate, or issue.

We may use our own personal funds to make direct political contributions to any candidate, officeholder, or political organization. We may not solicit contributions from other associates for personal political purposes on company time or ask other Papa associates to perform activities to support personal political activities.

Additionally, federal and state laws restrict the use of corporate resources, such as computers, email, phones, stationery, copiers, and other company assets, in carrying out personal political activities. Unless authorized in accordance with established corporate policy, we should only use personal property, facilities, and time for any personal political activity.

JP000119

# Conducting Papa's business

## Fairness

We deal fairly and honestly in all business dealings.

## Environment

We are encouraged to minimize, reuse, and recycle waste at our facilities, if possible. Consider the impact on the environment before printing. We can also help Papa conserve energy by turning off computer monitors and unnecessary lighting after business hours.

## Gifts and special courtesies

Papa expects all associates to maintain the highest integrity and objectivity standards when dealing with vendors, service providers, and customers. Papa associates are prohibited from accepting or giving gifts or gratuities beyond common business courtesies of nominal value.

Papa understands that gifts and entertainment are a part of doing business, but if they are lavish or offered too frequently, they can compromise your objectivity and create the appearance of favorable treatment. Papa expects all associates to recognize when a gift or gratuity is excessive. Remember:

- Never offer or accept gifts or items of value to or from government, public, and regulatory officials and employees unless such gifts or items of value have been approved in advance by the Legal Department and/or the Compliance Department. Restrictions exist regarding the entertainment of government, public and regulatory officials, and employees. Rules relative to government, public and regulatory officials, and employees should always be reviewed in advance with the Legal Department.

- Never accept or give kickbacks when obtaining or awarding contracts, services, referrals, goods, or business. A kickback is an offer to receive, request, or pay anything of value, even nominal value, to reward business referrals, including goods or services.
- Do not accept or offer gifts, gratuities, or favors except common business courtesies of nominal value **($50 or less**) given to or received from one source.
- Remember, the value of gifts received in one year from all business sources must not exceed $150. The Legal Department must approve gifts exceeding this policy.
- Do not offer or accept cash or cash equivalents gifts to or from any current, former, or potential vendor, customer, broker, or provider. Cash equivalents include checks, money orders, honoraria, stocks, and savings bonds. Gift certificates and gift cards are not considered cash equivalents, but they are subject to Papa's limits on business courtesies.
- Entertainment and meals offered or received by associates as part of legitimate business activity and are not included in the $50 gift limit, but they must be within reason and moderation.
- Although Papa does not set a dollar limit on gift-giving among associates, always use good judgment when giving or accepting gifts. Gifts of nominal value are always best, and contributing to a gift is always voluntary. Never give a gift to another associate to influence or show favoritism.
- Know that when Papa awards items to associates as recognition for a business achievement or as part of Papa-sponsored events, they are not considered gifts but are subject to all applicable federal, state, and local tax requirements.

Contact the Legal or Compliance Departments if you have any questions on whether a gift or course of conduct is appropriate.

## Business entertainment

Our relationship with vendors, customers, and prospective customers may include business entertainment functions. Business matters are discussed as part of business entertainment even where it is apparent the event is not intended solely as a business meeting. When we provide or accept business entertainment, both a Papa associate and the vendor, customer, or prospective customer must be present at the event. Business entertainment includes, but is not limited to:

- Meals
- Charitable and sporting events
- Golf, spas, and parties
- Plays and concerts
- Industry conferences
- Other events where business matters are discussed

We must display socially appropriate behavior during business entertainment events.

We must ensure that any business entertainment is reasonable and does not violate the company's gift policy,

## Antitrust laws

We comply with applicable antitrust laws. We independently determine the pricing structure of our products and provider contracts, subject to applicable regulatory review.

Antitrust laws are intended to provide customers with a variety of products at competitive prices unrestricted by artificial constraints such as price-fixing, illegal cartels, and boycotts. Contact the Legal Department and refer to the Antitrust policy with questions about the kinds of conduct that could implicate antitrust laws.

## Procurement

We must maintain an honest, objective, and efficient procurement process. The purchase of materials and services must be in accordance with our procurement policies.

Purchasing decisions must be based solely on predetermined selection criteria, including, but not limited to, quality, performance, and price. Relations with suppliers must be maintained on an objective basis, free from the influence of gifts and favors.

All buying and selling decisions must be independent. Papa associates who are in positions to influence purchasing decisions for Papa must be able to recognize reciprocity and consult with the Legal Department and/or the Compliance Department about its implications when potential reciprocity is identified.

## Commit to quality

Papa clients are the reason we are in business. We are committed to providing products and services of the highest quality and value to our clients. In providing services, you should strive to:

- Provide prompt and accurate services consistent with contractual obligations, corporate policies, and regulatory requirements.
- Serve our clients professionally and with integrity, honesty, and respect.
- Comply with all applicable federal and state laws.
- Always work toward finding a new way to increase the quality of the services we deliver to our clients while ensuring that it is delivered cost-effectively.

## Kickbacks

We may not offer, solicit an offer, provide, or receive kickbacks of any kind. Anti-kickback laws impose criminal and civil monetary penalties on individuals and companies who offer, give, solicit, or accept a kickback. Even an attempt to offer a kickback or an attempt to obtain a kickback may violate the law.

The scope of this prohibition is far-reaching, and the Legal Department should be consulted before offering, giving, soliciting, or receiving anything of value that is not a bona fide, fair market value payment for actual services or items provided.

We must not, directly or indirectly, make or offer bribes or kickbacks to any third party for the purpose of wrongfully obtaining, retaining, or directing our business. This includes giving favors, preferential hiring, or anything of value to any government official.

## Business agreements

All business agreements must be in writing and clearly state the services to be performed, the basis for earning the commission or fee, and the rate or fee.

# Doing business with the government

## Monitoring for excluded persons

Under U.S. government contracts (federal, state, or local), business areas performing as a contractor or subcontractor must comply with additional laws and program requirements. If we are unsure of these additional requirements, contact our manager or Compliance Department for guidance.

In our role as a government health care program subcontractor, Papa may not employ or contract with anyone who has been barred from taking part in any government programs or receiving government funds. We, therefore, screen our associates, providers, vendors, and our downstream and related entities against exclusion lists kept by the Office of Inspector General (OIG) and General Services Administration (GSA) before hiring or entering into contracts.

We must also re-screen associates, providers, and others on a regular basis. We also require our subcontractors that support state and federal health care programs to screen and re-screen their associates and lower-tier subcontractors against the OIG and GSA lists in the same manner.

## False Claims Act and False Statements Act

The federal False Claims Act (FCA) imposes civil and criminal penalties on those who defraud the U.S. government and/or improperly act to avoid paying money to the U.S. government (e.g., keeping money the government paid in error). Also, many states have enacted their own versions of the FCA.

The False Statements Accountability Act imposes criminal penalties on anyone who falsifies or covers up a material fact in connection with a U.S. government matter (including U.S. government contracts).

## Stark Law

The Stark Law is a health care fraud and abuse law that prohibits physicians from referring individuals for specified "designated health services" for which Medicare pays any entity in which the physician has a "financial relationship."

The term "financial relationship" includes any direct or indirect ownership or investment interest by the referring physician, as well as any financial interests held by any of the physician's family members. The government can bring a civil action against Stark Law violators under the civil monetary penalties law. Stark Law violations can result in penalties of up to $15,000 for each billed service based on a prohibited referral, as well as three times the amount of the government overpayment.

Contact the Legal Department regarding any concerns about Stark compliance.

## Obstruction of a federal audit

We do not wrongfully influence, obstruct, or impede a federal auditor in the performance of official duties. Failure to permit access to a federal auditor may result in penalties up to $15,000 per day.

# Doing business across the globe

Whether based in the United States or another country, we are responsible for conducting business in accordance with the laws of all impacted countries. We are subject to local laws, regulations, and jurisdictions. Contact your manager, the Legal Department, or the Compliance Department with questions.

## Bribery and corruption

Papa prohibits any form of bribery or corruption, whether in commercial dealings with private parties or in dealings with officials of any government. We are committed to complying with the U.S. Foreign Corrupt Practices Act (FCPA), the U.S. Travel Act, the U.K Antibribery Act, and all other applicable anti-bribery laws.

We must not, directly or indirectly through a third party, make or offer anything of value to anyone in order to improperly obtain or retain business or improperly influence any action to benefit Papa. Anything of value can include gifts, services, favors, or preferential hiring.

We must follow due diligence requirements before Papa engages a third party to act on its behalf in conducting international business. Papa has adopted approval procedures that must be followed when giving gifts, entertaining, and engaging in certain sales and marketing activities with government officials. These activities require prior review and approval.

## Anti-boycott

Anti-boycotting laws do not allow boycotting certain countries, goods, and services, as well as discrimination.

## Barred countries/ Office of Foreign Asset Control Screening

The Office of Foreign Asset Control (OFAC) is part of the U.S. Treasury Department that administers and enforces economic and trade sanctions against certain countries and individuals, such as terrorists and narcotics

traffickers. OFAC publishes a list of Specially Designated Nationals and Blocked Persons. All U.S. companies must screen all individuals and countries they do business with against the lists to ensure that the company does not do business with individuals or entities on the lists (unless a license is obtained).

## Human rights

We support basic human rights. If we become aware that any party to our business transactions denies basic human rights, we must report the concern. Denied human rights can include lack of access to food and water, forced labor, child labor, and other illegal and/or unethical activities.

Papa, Inc.
Miami, FL
800-348-7951

[www.joinpapa.com](http://www.joinpapa.com)

# EXHIBIT 11



Pal Central › Basics

# Following Papa Visit Standards

Understand the expectations for Pal behavior before, during, and after every visit.



As a Pal, you are expected to follow the Visit Standards below for every visit. These outline the expectations for Pal behavior before, during, and after a visit and ensure a safe and enjoyable experience for everyone involved.

| After the Visit is Booked | 24 Hours Before the Visit | During the Visit | After the Visit |
|---|---|---|---|
| 1 Review all visit details | 3 Confirm the visit in the Pal app | 5 Be on time, leave on time | 7 Complete visit feedback |
| 2 If you can't make a visit, cancel more than 24 hrs in advance | 4 Call the member to confirm the visit details | 6 Be S-A-F-E | |

## Review Visit Details

Before arriving at the visit, make sure to read over the visit tasks and any important notes about the member and the health plan that are provided.

## Canceling a Visit

If you need to cancel a visit, give at least 24 hours' notice so we can pair our member with another available Pal.

We understand sometimes conflicts come up, but if you repeatedly cancel visits with less than 24 hours' notice, you may be suspended or removed from the platform.

## Confirm the Visit

24 hours before a visit, you will need to confirm that you are coming to the visit by tapping the "Confirm Visit" button in the Pal app.

## Call the Member

Right after you confirm the visit in the app, you will be prompted to call the member to introduce yourself and confirm the visit tasks.

If the member does not answer when you call to confirm, you should still go to the visit.

## Be on Time and Leave on Time

If the member isn't there when you arrive, call the member. If you aren't able to reach them, contact Papa Support to let us know. They will help you cancel the visit and ensure you are compensated for the commute (if applicable), 1 hour of the visit, and any applicable bonuses.

## Be S-A-F-E

- **S - Stop:** If you ever feel unsafe or uncomfortable about what you are doing and leave. Once you are safe, call Papa Support so we can learn more and take action, as needed.

- **A - Approved** Only: You have the right to decline any task that isn't approved by Papa or that you didn't confirm with the member.
- **F - Feedback:** If you don't want to see a member again, let us know by contacting Papa Support.
- **E - Emergency:** In the case of a medical emergency, call 9-1-1 first and then Papa Support to let us know what happened.

## Complete Visit Feedback

After the visit, always share your feedback in the Papa Pal App so we can know how the visit went and what the member needs.

## Behaviors to Never Engage In

There are also certain behaviors that you should never engage in. If you do any of the following, you may be suspended or permanently removed from the platform:

- Fail to show up for a confirmed visit
- Repeatedly cancel visits with less than 24 hours' notice
- Bring another person to a visit
- Share sensitive or personal member information with anyone besides Papa
- Ask for money or tips
- Use drugs or drink alcohol before or during a visit
- Any criminal behavior (e.g. stealing, verbally or physically harassing)

We want to remind you that when you agree to be a Papa Pal, you also commit to following our Community Standards, which can be reviewed here.

# FAQs

**What happens if I don't follow Papa's visit standards?** —

Failure to follow our visit standards may result in suspension or permanent removal from the platform.

**How do I get additional help for a member?** —

Identifying member risks and needs is an important part of a Papa Pal's role during each visit. If you notice a risk or need related to things like the member's health status, living conditions or family situation, make sure to share those insights and details after the visit when you provide your feedback.

**My member was rude/disrespectful, what can I do?** —

Papa cares deeply about our Pals and wants to ensure you have a safe and enjoyable experience each and every time. If you feel uncomfortable during a visit, politely let the member know you are ending the visit and leave. Complete the visit in the app by explaining on the feedback screen what happened, then contact Papa support to report the member's behavior so we can take action. If you have already ended the visit and would like to report disrespectful behavior after the fact, please contact Papa support. We are here to support you.



Health Plans    Employers    Be a Papa Pal    Members    Careers    Resources

Papa Inc © 2023    Locations    Terms of Service    Privacy Policy    HIPAA Privacy Rule    Ethics and Conduct Reporting    Member Safety    Papa Pal Safety

   

# EXHIBIT 12

▼ **Can a member schedule a visit with me directly?**

All visits should be scheduled through PAPA or the members insurance and no extra time outside the scheduled visit should be provided. If the member has any concerns or special requests, please advise them to contact Papa through the support center.

EXHIBIT 13



# EXHIBIT 14



# Recommended task

Before completing the following recommended tasks, please discuss with the Member which tasks they want to work on today throughout the visit.



**Remind Member that Papa is provided by their health plan**
Companionship

**Ask if they have any unmet needs**
Companionship

**Talk about the benefits of Papa**
Companionship

**Review health plan benefits available to the Member**
Companionship

# EXHIBIT 15



‹          Virtual Visit          💬

# Create an awesome visit experience with your Member:

Complete the **recommended tasks** for the Member. **Surveys** are required and help the Member with their overall health.



⊘  **Read recommended tasks**          ›
    Tasks

⊘  **Complete these surveys**          ›
    Required surveys

# Notes

Hey Pal! Today you'll be helping the member review the various benefits available to them from their health plan. This often includes things like vision and dental benefits, over-the-counter or prescription allowances, discounted gym or wellness center memberships, and access to telehealth resources to speak with a doctor from home! Go through the attached Member Plan Benefits Resource Guide with the member to explain some of these benefits or direct them to their health plan for more information!





**Health/Fitness:** Let's talk about the importance of routine fitness and exercise! Throughout the Papa program you will learn plenty of easy activities that you can do at home!

If you would like any additional information about fitness benefits your plan may support, we can get in touch with them by calling the 1-800 number on the back of your insurance card!

Continue

# EXHIBIT 16



# EXHIBIT 17

▼ **Why is my application taking so long?**

Some of the reasons that your application might be taking longer than expected are:

- **An influx of applications**: Papa reviews and assesses all applications to determine eligibility.

- **Waiting on documentation**: Please check your email as you might have received a message from Papa requesting further documentation.

- **Background check taking longer than expected**: The processing time for background checks may vary for each individual, depending on the extent of their content and the verification time with county courthouses.

- **Not currently recruiting in your area**: Your application will be placed in a queue until recruiting in your area resumes.

🗨 You can check the status of your application by submitting a ticket here, our onboarding team will be more than glad to help!

# EXHIBIT 18



Health Plans    Employers    Be a Papa Pal    Resources    CONTACT PAPA

# Basics

The basics of being a Pal, including our visit standards, ways
Pals can earn, and how to use the Papa Pal app.

Go to:    Everything    Basics    Visits    Safety    Care    Newsletters

## Guides



**Basics** Guide

**Papa Pal 101**
Being a Pal starts with getting to know the basics like what a Pal does, who Papa members are, and what is required to be a Pal.



**Basics** Guide

**Understanding Pal Earnings**
Learn about how Pals are paid and what they can earn, plus find out how to set up payments so you can be paid quickly.



**Basics** Guide

**Following Papa Visit Standards**
Understand the expectations for Pal behavior before, during, and after every visit.



**Basics** Guide

**Papa Pal Requirements**
Discover the essential requirements to become a Pal. Get the inside scoop on what it takes to join our community!



**Basics** Guide

**Using the Papa Pal App**
The Papa Pal App is key to the Pal experience. Find out how to use it to manage and support visits.



**Basics** Guide

**Preferred Pal Basics**
Understand what it means to be a Preferred Pal and how to become one.



**Basics** Guide

**The Papa Help Center**
Learn how to set up a Help Center account, and how to track the status of your support tickets.

# Pal Basics FAQs

**Where can I become a pal?**                    —

We have Papa Pals and members all over the US! Click here to find out where we are available.

**What documents and information will I need?**                    —

All Papa Pals will need a valid U.S. state government-issued driver's license, proof of vehicle insurance, and payment information to receive direct deposits. Papa Pals will also need to provide their driver's

[icon] number and social security number to complete the background check.

For more details, check out the "Papa Pal 101" guide.

**Do I need a vehicle to be a pal?** −

Yes. You will need a vehicle with proof of insurance and a valid U.S. state government-issued driver's license to be a Pal.

However, it is up to you if you would like to accept visits that require transportation.

**Can I do virtual visits?** −

At this time, virtual visits are only being completed by a small team of Papa employees.

**What is the background check process?** −

Papa conducts an extensive background check on all prospective Papa Pals as a part of our application process.

All Pals must provide BGC consent and a valid social security number in order to move forward in the application process. Background checks are free of charge to Pals and are run by a third-party company, Turn Technologies, Inc.

The processing time for background checks for each individual is dependent on the processing time of each county. If you have lived in several counties, the report can take longer, since multiple counties need to process the request. You can view the status of your background check by logging into the Papa Pal app.

Papa views and assesses background check results to determine eligibility. You may be ineligible to be a Pal on the Papa platform if your background check results reveal that you have been convicted of a:

- Violent crime (such as arson, burglary, carjacking, robbery, or aggravated assault)
- Sexual offense (such as rape, sexual assault, or child pornography)
- Theft, drug- or alcohol-related charge (such as larceny, fraud, breaking and entering, possession of or distribution of illegal drugs/controlled substances, or driving under the influence)
- Traffic-related charge (such as hit and run, reckless driving, or driving with suspended license)

Papa reserves the right to disqualify a Pal at any time, should their background check reveal any disqualifying offense.

If you believe your background check's contents are inaccurate or incomplete, you can contact Turn at support@turning.io.

**How and when do I get paid?** −

Papa Pals are paid an hourly rate for all visits. The "base rate" varies by location. Plus, you can earn bonuses based on how many visits you complete. From time to time, you can also earn additional visit bonuses for specific types of visits.

Visit payments and Daily bonuses are processed the next business day after the visit is completed. It will take 1 to 2 business days for payments to be reflected in your bank account.

Weekly and other special bonuses are processed on Tuesdays and it will take 1 to 2 business days for payments to be reflected in your bank account. Payments are not processed on weekends. For more details, check out the "Understanding Pal Earnings" guide.



**Health Plans**    **Employers**    **Be a Papa Pal**    **Members**    **Careers**    **Resources**

Papa Inc © 2023    Locations    Terms of Service    Privacy Policy    HIPAA Privacy Rule    Ethics and Conduct Reporting    Member Safety    Papa Pal Safety

   

# EXHIBIT 19

🤝 Papa FAQs / 🤝 In-Person Visits (How pay works)

🔍 Search   •••   Ⓝ Notion

# 🤝 In-Person Visits (How pay works)

*Applicable rates may vary for sub-regions.
*Visit payments and daily bonuses are processed the next business day after the visit is completed, it will take 1 to 2 business days for payments to be reflected in your bank account. Payments are never processed on the weekends.

🔍 Search

| Aa Name | ≣ Rate |
|---|---|
| Hourly Rate | $11/hr<br>$13/ hr: CA,IL,WA |
| Per Commute: Gas Mileage (distance driven arriving to the visit and on the way back home) | $0.17/mile<br><br>*Round trip gas mileage reimbursement done based on the commute gas mileage, you can calculate this as $0.34*Commute or Commute*2*$0.17 |
| Per Transportation Visits: Gas Mileage (distance driven during the visit) | $0.45/mile (after the first 10 miles) |
| In-Person Visit Bonuses | Additional bonuses for specific in-person visits are provided based on demand in certain areas and are made available in the Pal App or broadcasted via SMS.<br><br>*Applicable only for certain visits |
| Daily, Weekly and Other Bonuses | Review the bonus programs to learn more |

COUNT 6

🍐 Papa FAQs / 📓 Virtual Visits (How pay works)          🔍 Search   •••        Ⓝ Notion

# 📓 Virtual Visits (How pay works)

*Applicable rates may vary for sub-regions.
*Visit payments and daily bonuses are processed the next business day after the visit is completed, it will take 1 to 2 business days for payments to be reflected in your bank account. Payments are never processed on the weekends.

🔍 Search

| Aa Name | ☰ Rate |
|---------|--------|
| Hourly Rate (after minimum of 8 mins spent on the call) | $5 (8-14 min)<br>$8 (15-19 min)<br>$10 (20-44 min)<br>$12 (45-59 min)<br>$15 (60+ min) |
| Daily, Weekly and Other Bonuses | Review the bonus programs to learn more |

COUNT 2

# EXHIBIT 20







Pal Central  ›  Basics

# Understanding Pal Earnings

Learn about how Pals are paid and what they can earn, plus find out how to set up payments so you can be paid quickly.



Read this guide to find out everything you need to know about how Papa Pals get paid.

## How To Get Paid

To receive payment as a Papa Pal, you need to register with Stripe, which is our third-party payment platform. Follow the steps below to set up your account.

**Step 1:** Open the email you received from Papa with the subject line "Action Required: Getting Paid for Papa Visits". Click the "Register Stripe Account" button. **Make sure you sign up within 7 days of receiving this email as the link will expire.**



**Step 2:** You will be redirected to a Stripe webpage where you will need to fill out your account login information. Ensure that the email you provide matches the one you used to sign up as a Papa Pal. After you have filled in the required fields, click the "Continue" button. You will receive a verification code for the mobile phone number you entered. Enter that six-digit verification code to move on to the next step.



**Step 3:** Add your personal details to verify your identity and ensure that you receive your payments. After you have filled out all the information, click "Continue" to proceed.



JP000332

Step 4: Set up your payment method. You can either link your bank account to your Stripe account, or link a bank account, enter your routing number and account number. To link your debit card, enter your debit card number and expiration date. Once you have entered the information, click the "Save" button to continue.



After completing these steps, you are all set! You can log in to Stripe at any time to view your account information, view future payments, and update your payment method.

## What You'll Get Paid

### An Hourly Rate

You will be paid based on the time you spend with a member. The minimum compensation for a visit is one hour, and after one hour, compensation will be based on the exact time worked. **Hourly rates vary by state.**

### Transportation Pay

You are paid for miles you travel during a visit, whether with or without the member. For example, when you drive a Papa member to the pharmacy or grocery store or the member asks you to drive and drop off a package. **Transportation pay rates vary by state.**

### Commute Pay

You may also be paid for your commute, which is the distance driven from your starting location to the visit location (one way). **Commute pay is only applicable in certain states.**

All payment details by state can be found below:

| States | Hourly Rate | Commute Pay | Transportation Pay |
|---|---|---|---|
| PR | $13 | - | 45¢/mile |
| AL, AR, MS, NC, ND, SC, SD, TN, WI, WV, WY | | 56¢/mile one way | 45¢/mile after the first 10 miles |
| LA, MT, NE, NH, OK | $14 | 56¢/mile one way | 45¢/mile after the first 10 miles |
| GA, KS, OH, TX, KY, NV, UT | $15 | - | 45¢/mile |
| DC, AK, CO, MD, ME, PA, VT, DE | | 56¢/mile one way | 45¢/mile after the first 10 miles |
| IN, NM | $15.50 | - | 45¢/mile |
| IA, ID, MO | $16 | - | 45¢/mile |
| FL, HI, NJ, OR, RI, VA, AZ, CT, IL, MN | $17 | - | 45¢/mile |
| MI, NY, CA, WA | $18 | - | 45¢/mile |
| MA | $19 | - | 45¢/mile |

### Bonuses

You have the opportunity to earn different kinds of bonuses in addition to your basic pay.

Below are the details of the Daily and Weekly bonuses that reward you for completing a set number of visits within a specific timeframe. Weekly point accumulation starts on Monday and goes through the end of Sunday.

| Bonus Type | Bonus Points | Bonus Rewards |
|---|---|---|
| Daily | Each in person visit completed counts for **2 points** | 3 pts = $10<br>5 pts = $15<br>7 pts = $20 |
| Weekly | | 12 pts = $25<br>20 pts = $50<br>30 pts = $75<br>40 pts = $100<br>60 pts = $200 |

Bonuses for specific visits may also be offered, depending on demand in your area. When available, these will show up in the Papa Pal App or will be communicated to you via email or SMS.

You can also receive bonuses for referring friends to become Pals. For more information on how to refer friends and what type of bonuses you can receive, visit our Pal Referrals page.

## When You'll Get Paid

Visit payments and Daily bonuses are processed the next business day after the visit is completed. It

JP000333

Weekly and other special bonuses are processed on Tuesdays, and it will take 1 to 2 business days for payments to be reflected in your bank account. Please note that payments are not processed on weekends or holidays, so they will be processed the following business day.



# FAQs

**Will I still get paid for a visit if the member doesn't show up?**

If you drive to the Papa member's location and they are not there, you will be compensated for commute miles (if applicable), the first hour of the visit, and the bonus amount (if applicable). Unsuccessful visits do not count towards Daily and Weekly bonuses.

**Do I get reimbursed for tolls and parking?**

We reimburse regular tolls (not express lane tolls) and parking used while providing transportation services to the member. Please start the process of submitting a support ticket request for reimbursement in the Pal Support Chat, and make sure to include receipts within 48 hours of completing the visit.

**If I receive a parking ticket or my vehicle is towed, do I get reimbursed?**

Pals are expected to abide by the laws and ordinances in the area where the visit is scheduled to take place. We do not reimburse Pals for parking tickets or towing expenses. Pals are responsible for any costs incurred in these scenarios. We encourage you to be mindful of parking regulations and ensure you park in permitted areas to avoid any inconvenience.

**What tax documents will I get from Papa?**

Papa Pals are independent contractors. This means that you are considered self-employed and required to file taxes by yourself.

If you earned more than $600 working as a Papa Pal, Papa will generate a 1099 form and send copies to you and to the IRS.

**Will Papa provide me with proof of employment?**

Papa does not provide proof of employment. However, you can use the payment invoices available in your Stripe account to verify any compensation earned with Papa. To access your payment information, log in to your Stripe account here, and go to the 'Payments' section. There, you can export a file containing your payment history for reference.

**How do I handle payment issues?**

- Log into your payment account and double-check your payment details.
- If you believe there is still an issue or you have a question about payment, start the process of submitting a support ticket in the Pal Support Chat. Once logged into the Papa Help Center, make sure to include all details such as the date of the visit and the scheduled time of the visit with an explanation of what happened in your ticket request. Any files or screenshots are helpful. Try to submit your request as soon as you can after a visit. The sooner we receive your request, the sooner we can help try to resolve it.
- If you requested a correction to payment, you will receive notice if your request has been approved. You can check the status of your support ticket request in your Papa Help Center Account.
- Any necessary corrections to your payment will be sent right away to your payment account. Then, depending on your bank, you'll find the payment in your bank account in 2 to 5 business days.

**What if my payment provider is Tipalti?**

If you joined Papa before 03/28/23, your third-party payment platform is Tipalti. The payment process is the same.



Health Plans    Employers    Be a Papa Pal    Members    Careers    Resources

Papa Inc © 2023    Locations    Terms of Service    Privacy Policy    HIPAA Privacy Rule    Ethics and Conduct Reporting    Member Safety    Papa Pal Safety

# EXHIBIT 21



Pal Central › Basics

# Papa Pal Requirements

Discover the essential requirements to become a Pal. Get the inside scoop on what it takes to join our community!



## Who can become a Pal?

Anyone can be a Pal, so long as they meet these requirements:

- Age 21 or older
- Access to a smartphone
- Ability to communicate in English
- Authorized to work in the U.S.
- Insured vehicle (model year 2008 or newer) with insurance policy in your name
- A valid U.S. state government-issued driver's license
- Must be able to pass an annual background check and motor vehicle report
- Commitment to arrive at visits on time
- Excited to provide care and compassion for others

## Document Requirements

**Driver's License:**

- Full legal name, DOB, and issued state
  - **Note:** All need to match the information provided in your application
- Must not expire within the next 30 days of applying



**Important:** You will also need to provide your **driver's license number** and **social security number** to complete your background check.

**Vehicle Insurance:**

- Your full legal name must show on your policy
- Must not expire within the next 7 days of applying
- The vehicle description on the policy must match the information on your application, including:
  - Make/Model
  - Year (needs to be 2008 or newer)
  - Color





## Background Check Process

Papa conducts an extensive background check on all prospective Papa Pals as a part of our application process. Additionally, active Pals must pass annual background checks to maintain their standing in Papa's platform. These checks serve to enhance the safety and security of our community.

### Requirements

To proceed with your application and use Papa's platform, you will need to provide consent for a background check and a valid Social Security Number. These checks are run at no cost to prospective or existing pals and are facilitated by a third-party provider, Turn Technologies, Inc.

### Processing Time

The processing time for a background check varies, particularly depending on the number of counties you have resided in. If you have lived in several counties, the report can take longer, since multiple counties need to process the request. You can check the status of your background check at any time through the Papa Pal app.

### Eligibility Criteria

Papa will review and assess your background check results to determine your eligibility. You could be disqualified if you:

- Are listed on the National Sex Offender Registry database
- Appear on any healthcare sanctions checks
- Have been convicted of any of the following:
  - Violent crime (e.g. acts of terror, arson, aggravated assault)
  - Sexual offense (e.g. sexual assault, child pornography)
  - Theft charges (e.g. larceny, fraud)
  - Substance-related charges (e.g. possession of or distribution of illegal drugs/controlled substances, DUI)
  - Traffic-related charges (e.g. reckless driving, driving with a suspended license)

### Ongoing Monitoring

Papa conducts continuous criminal and motor vehicle checks to monitor for any new offenses. We reserve the right to disqualify a Pal at any time based on these ongoing checks.

### Disputes

If you believe your background check contains inaccuracies or is incomplete, you may contact Turn Technologies, Inc. for resolution at support@turning.io.

# FAQs

| Are Papa Pals insured? | + |
|---|---|

| What if my vehicle is insured but my name or vehicle details are not listed on the policy? | + |
|---|---|

| Will I need to drive members? | + |
|---|---|

| If my Pal account is disabled, can my account be reinstated? | + |
|---|---|

| If my vehicle model year is older than 2008 but in excellent condition, can I still become a Pal? | + |
|---|---|



  

# EXHIBIT 22



Health Plans    Employers    Be a Papa Pal    Resources    **CONTACT PAPA**

Pal Central  ›  Basics

# Papa Pal 101

Being a Pal starts with getting to know the basics like what a Pal does, who Papa members are, and what is required to be a Pal.



## What is a Pal?

A Papa Pal is a caring, compassionate, and reliable human being who makes an impact on Papa members' lives by supporting them with companionship, help around the house, shopping, transportation, and more.

## What does a Pal do?

Pals offer a range of support services to Papa members, with companionship being at the core of each visit.

Some typical tasks and activities that a Papa Pal may be asked to perform include:

- Transportation: This could involve driving the member to the doctor's office, the bank, the airport, and other places.
- Tech Help: Pals can assist with setting up personal tech devices like phones or computers, help with telehealth appointments, and teach members how to order groceries online.
- Light Housekeeping: Pals can help with laundry, light cleaning, meal preparation, and other household tasks.

For more information, check out the "Understanding Visit Tasks" guide.

## Who are Papa members?

Papa members are older adults, families with young children, veterans, and busy professionals who have received the benefit of Papa services through their health plan or employer. Our members come from diverse backgrounds and all have different needs but they share one thing in common, they all need some support. That's where our Pals come in!

## Who can become a Pal?

Anyone can be a Pal, so long as they meet these requirements:

- Age 21 or older
- Access to a smartphone
- Ability to communicate in English
- Authorized to work in the U.S.
- Insured vehicle and proof of vehicle insurance, with your name on the policy
- A valid U.S. state government-issued driver's license
- Must be able to pass an annual background check and motor vehicle report
- Commitment to arrive at visits on time
- Excited to provide care and compassion for others

For more information, check out the "Papa Pal Requirements" guide.

## How do I become a Pal?

Applying to become a Papa Pal is as easy as following the below steps:

1. Start your application here and create your Papa Pal login.
2. Add the necessary personal information to create your Pal Profile and agree to the required background check.
3. Download the Papa Pal app and use your login to sign in.
4. Once you're logged in, you'll need to watch an orientation video, submit your vehicle insurance, and agree to several compliance acknowledgements, including how to handle sensitive member

5.  After completing these steps and your background check is cleared, you will be notified that
    your application is approved.

6.  Once you are an approved Pal, you will be able to access and book available visits in the Papa Pal
    app.

# FAQs

**What happens after I become an approved Pal?**    −

Once you are an approved Pal, you can start to view and accept visits. You'll also start receiving a series of
emails that will provide more detail on important topics like visit expectations, Pal safety, and Pal
earnings.

**What should I expect on my first visit?**    −

To get prepared for your first visit, we recommend you read through our "Following Visit Standards",
"Understanding Visit Tasks", "Six Steps to a Successful Visit" and "Papa Pal Safety" guides.

**Are Papa Pals insured?**    −

Yes. Papa carries General and Professional Liability and Theft Protection Insurance. If you are
transporting a member in your vehicle, you must have your own auto policy with coverage limits that
match your state law requirements.

**What if my vehicle is insured but my name or vehicle details are not listed on the policy?**    −

If your name is not on the policy, you can submit your "Declaration of Insurance" page to Papa support.
We'll review to see if it states that you are covered under the policy.

**Will I need to drive members?**    −

As a Pal, you get to decide which visits you would like to accept and there are many that do not involve
transporting a member in your vehicle. However, if you book a transportation visit, you will be expected
to drive the member.

**How and when do I get paid?**    −

Papa Pals are paid an hourly rate for all visits. The "base rate" varies by location. Plus, you can earn
bonuses based on how many visits you complete. From time to time, you can also earn additional visit
bonuses for specific types of visits.

Visit payments and Daily bonuses are processed the next business day after the visit is completed. It will
take 1 to 2 business days for payments to be reflected in your bank account.

Weekly and other special bonuses are processed on Tuesdays and it will take 1 to 2 business days for
payments to be reflected in your bank account. Payments are not processed on weekends. For more
details, check out the "Understanding Pal Earnings" guide.

**What is the background check process?**    −

Papa conducts an extensive background check on all prospective Papa Pals as a part of our application
process. Additionally, active Pals must pass annual background checks to maintain their standing in Papa's
platform. These checks are run at no cost to prospective or existing pals and are facilitated by a third-
party provider, Turn Technologies, Inc.

Learn more about the background check process here.

**If my Pal account is disabled, can my account be reinstated?**    −

You will need to reach out to Papa support to see if it's possible. If it is, an agent will let you know the
information required for to reinstate your account.



P000319

Health Plans    Employers    Be a Papa Pal    Members    Careers    Resources

Papa Inc © 2023    Locations    Terms of Service    Privacy Policy    HIPAA Privacy Rule    Ethics and Conduct Reporting    Member Safety    Papa Pal Safety

# EXHIBIT 23



  

February 16, 2023

**NOTICE VIA ONLINE SUBMISSION**

California Labor and Workforce Development Agency ("LWDA")

**VIA CERTIFIED U.S. MAIL WITH RETURN RECEIPT**

Papa Inc.
200 South Biscayne Boulevard, Suite 1900
Miami, FL 33131

> **Re:    Amended Notice pursuant to California Labor Code § 2698, *et seq*., the Private Attorneys General Act regarding claims of Jennifer Pardo and Evangeline Matthews, individually, and on behalf of all aggrieved employees of Defendants**

Dear PAGA Administrator:

Please be advised that Jennifer Pardo and Evangeline Matthews ("Claimants") have retained Lebe Law, A Professional Law Corporation to represent her and other aggrieved employees for wage-and-hour claims against their former employer Papa, Inc., any related entities, and their managers, agents, officers and directors, and Does 1-10 ("Papa"). Claimants submit this amended notice, amending the prior notice filed on February 21, 2022 by Jennifer Pardo, and the original PAGA notice filed on August 12, 2021, by Carice Ashley Andersen, on behalf of themselves and all current and former employees employed by the Employer in California.

Papa has violated several Labor Code provisions and is therefore liable for civil penalties under California Labor Code § 2698, *et seq.* We request your agency investigate the claims against Papa. This letter will serve as notice of these allegations pursuant to the Private Attorneys Generals Act of 2004 ("PAGA"). (Cal. Lab. Code § 2699.3.)

### Misclassification of Employees as Independent Contractors

Papa willfully misclassified Claimants and aggrieved employees as independent contractors in violation of Labor Code section 226.8, avoiding compliance with the various sections of the Labor Code outlined below. Claimants and other aggrieved

1

employees should have been classified as employees.  Papa failed to ensure that: (1) aggrieved employees were free from the control and direction of the hiring entity in connection with the performance of the work, both under the contract for the performance of the work and in fact; (2) aggrieved employees performed work that is outside the usual course of the hiring entity's business; and (3) that aggrieved employees were customarily engaged in an independently established trade, occupation, or business of the same nature as the work performed.

Papa treats its workers as its employees.  Papa interviews its applicants and requires them to undergo background checks.  Not all applicants are hired.  Indeed, according to Papa's Frequently Asked Questions ("FAQs"), there are numerous reasons why an application will be delayed or rejected:

▼ **Why is my application taking so long?**

Some of the reasons that your application might be taking longer than expected are:

- **An influx of applications**: Papa reviews and assesses all applications to determine eligibility.

- **Waiting on documentation**: Please check your email as you might have received a message from Papa requesting further documentation.

- **Background check taking longer than expected**: The processing time for background checks may vary for each individual, depending on the extent of their content and the verification time with county courthouses.

- **Not currently recruiting in your area**: Your application will be placed in a queue until recruiting in your area resumes.

🗨 You can check the status of your application by submitting a ticket here, our onboarding team will be more than glad to help!

If hired, aggrieved employees are instructed to select a time slot for a 'Welcome Call' with one of Papa's onboarding agents.  While Papa trains its employees, it does not compensate for the training time.

Once hired and onboarded, Papa controls every aspect of how its customers are charged for Papa's services and how its employees are compensated.  Papa sets the hourly rates for its employees for in-person visits, virtual visits and bonuses.  Papa also determines the amount of mileage reimbursement that is employees receive, and this amount is not sufficient to fully reimburse its employees.

Papa has strict policies that all of its employees must follow.   For example, Papa will only permit its employees to cancel a visit with a customer if the cancellation complies with Papa's cancellation policies. Similarly, Papa strictly prohibits its employees from working directly with customers outside of the Papa application:

> ▼ **Can a member schedule a visit with me directly?**
>
> All visits should be scheduled through PAPA or the members insurance and no extra time outside the scheduled visit should be provided. If the member has any concerns or special requests, please advise them to contact Papa through the support center.

Papa also prohibits its employees from assigning any job duties to any third parties, like any actual independent business could do:

> ▼ **Can I bring someone to a visit, or have someone else go in my place?**
>
> To ensure the safety of our Papa members, only the Papa Pal assigned should be attending the visit.

Papa requires its employees to use a smart phone with the Papa application in order to work for the company. Indeed, Papa tracks its employees during every moment they work for the company:

> ▼ **How do I get reimbursed for gas mileage?**
>
> Your commute is automatically tracked through the app, this is why it's so important to tap "Start Commute" before driving to the visit. The app will log your commute on the way to the visit and during the visit if transportation is required. Once the visit is successfully completed, we will use this information to calculate gas mileage reimbursement for the commute back as well.

In sum, Papa controls the payment of charges between its customers and workers, sets the amount of those charges, and treats the workers like employees. Accordingly, Papa has misclassified its employees as independent contractors.

### Unlawful Failure to Pay All Earned Wages

Papa failed to properly compensate Claimants and the aggrieved employees for all hours worked. For example, Papa failed to pay Claimants and aggrieved employees for compensable travel time incurred when Claimants and aggrieved employees traveled from one workplace to another in the same day, and Papa failed to pay Claimants and aggrieved employees overtime wages for hours worked over eight hours in a day, or forty hours in one week. Accordingly, Papa violated California Labor Code § 204(a), which requires that employers pay "all wages ... twice during each calendar month on days designated in advance by the employer as the regular paydays." As a result, Papa is liable for civil penalties pursuant to California Labor Code § 2698, *et seq.*

### Unlawful Failure to Pay Minimum Wage

Papa has failed to maintain a policy that compensates aggrieved employees an amount equal to or greater than the minimum wage for all hours worked, as required by California Labor Code §§ 1194, 1197, 1197.1 and the applicable Industrial Welfare Commission Wage Order. All hours must be paid at the statutory or agreed rate and no part of this rate may be used as a credit against a minimum wage obligation. For example,

Papa failed to pay Claimants and aggrieved employees for compensable travel time incurred when Claimants and aggrieved employees traveled from one workplace to another in the same day.    Papa also failed to pay Claimants and other aggrieved employees all wages for all time worked, including when Claimants and other aggrieved employees would spend time on standby waiting for a call so the aggrieved employee could speak and interact with Papa's customers.   As a result of violations of California Labor Code §§ 1194, 1197, 1197.1 and the applicable Industrial Welfare Commission Wage Order for failure to pay minimum wage, Select Comfort is liable for civil penalties pursuant to California Labor Code §§ 558, 1197.1, and 2698 et seq.

## Unlawful Failure to Pay Overtime

Papa failed to pay Claimants and aggrieved employees overtime wages for hours worked over eight hours in a day, or forty hours in one week.   Instead, Papa paid Claimants and other aggrieved employees solely at their straight-time rate for hours worked over eight in a day, or forty in one week.  As a result of violations of California Labor Code §§ 510, 1194 and the applicable Industrial Welfare Commission Wage Order for failure to pay overtime, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

## Unlawful Failure to Provide Uninterrupted Off-Duty Meal Periods And Pay Meal Period Premiums

Papa fails to maintain a policy that provides its employees with off-duty meal periods as required by California law.  Claimants and other aggrieved employees regularly worked in excess of 5 and 10 hours a day without being provided meal periods in which they were relieved of all duties, as required by Labor Code §§ 226.7, 512, and the applicable Wage Order.   For example, Papa never told aggrieved employees that they could take a meal period.  Papa failed to pay Claimants and other aggrieved employees the premium compensation mandated by Labor Code § 226.7(b) for these noncompliant meal periods.  As a result of violations of California Labor Code §§ 226.7 and 512 and the applicable Wage Order, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

## Unlawful Failure to Provide Uninterrupted Off-Duty Rest Periods And Pay Rest Period Premiums

Papa fails to maintain a policy that provides its employees with off-duty rest periods as required by California law.  Claimants and other aggrieved employees regularly worked in excess of four hours or major fraction thereof during workdays without being provided ten-minute rest periods in which they were relieved of all duties, as required by Labor Code §§ 226.7, 512 and the applicable Wage Order. Papa failed to pay Claimants and aggrieved employees the premium compensation mandated by Labor Code§ 226.7(b) for these noncompliant rest periods.  As a result of violations of California Labor Code §§ 226.7, 512 and the applicable Wage Order, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698, *et seq.*

4

## Failure to Provide Sick Pay

Papa has violated California Labor Code § 246 by willfully failing to provide mandatory paid sick leave to Claimants and aggrieved employees. Employers must provide to employees who work for 30 or more days within a year from the commencement of employment 1 hour of paid sick leave for every 30 hours worked. (Labor Code § 246(b)(1).) Papa has failed to comply with Labor Code § 246, and as a result, is liable for civil penalties pursuant to California Labor Code § 2698, *et seq.*

## Unlawful Failure to Reimburse Business Expenses

Papa has violated California Labor Code §2802 by willfully failing to reimburse Claimants and other aggrieved employees for their reasonable and necessary business expenses. Reasonable and necessary business expenses must be reimbursed to an employee by an employer under Labor Code Section 2802 which provides that: "An employer shall indemnify their or her employee for all necessary expenditures or losses incurred by the employee in direct consequence of the discharge of their or her duties, or of their or her obedience to the directions of the employer." Papa failed to reimburse Claimants and other aggrieved employees for all business expenses incurred for Papa's benefit, including requiring them to use their cellular phones for business purposes without reimbursing them for the equipment or service fees, as aggrieved employees were required to use Papa's mobile application in order to clock in and out of work and connect with Papa's customers, and personal protective equipment such as masks. Papa also required Claimants and aggrieved employees to travel to and from multiple worksites in a given day without properly compensating them for their transportation costs. As a result of violations of California Labor Code §2802, Papa is liable for civil penalties pursuant to California Labor Code §§ 558 and 2698 et seq.

## Unlawful Failure to Maintain Time and Payroll Records

Papa has violated California Labor Code §§ 1174, 1198, 1199 and sections 7 & 11 of the applicable IWC wage order by willfully failing to maintain Claimants and aggrieved employees' time and payroll records. For example, PAPA failed to pay Claimants and other aggrieved employees all wages for all time worked, including when Claimants and other aggrieved employees would spend time on standby waiting for a call so the aggrieved employee could speak and interact with Papa's customers. As a result of such violations, Papa is liable for civil penalties pursuant to California Labor Code §§ 1174.5 and 2698 *et seq.*

## Unlawful Failure to Provide Workers' Compensation Coverage and Insurance

Papa has violated California Labor Code § 3700 *et seq.* by failing to provide adequate workers' compensation coverage to Claimants and other aggrieved employees. Specifically, Labor Code § 3700 requires that an employer be "insured against liability to pay compensation by one or more insures duly authorized to write compensation insurance in this state" or otherwise obtain consent from the Director of Industrial Relations to be "self-insured." Papa, however, failed to secure this coverage and

compensation insurance.  As a result of such violations, Papa is liable for civil penalties pursuant to California Labor Code §§ 3700.5 and 2698 *et seq.*

### Unlawful Failure to Furnish Wage Statements

Papa violated California Labor Code § 226(a) by failing to furnish Claimants and the aggrieved employees with accurate, itemized wage statements showing, among other things, the actual hours worked at each applicable hourly rate.  Papa issued wage statements that fail to provide the correct hours worked, applicable hourly rates of pay for regular and overtime hours, and all wages earned, among other violations.  As a result of violations of California Labor Code § 226(a), Papa is liable for civil penalties pursuant to California Labor Code Labor Code §§ 226.3 and 2698, *et seq.*

### Unlawful Failure to Pay Wages Due Upon Termination

Papa has violated California Labor Code §§ 201 and 202 by willfully failing to pay all compensation due and owing aggrieved employees at the time their employment was terminated.  Papa willfully failed to pay aggrieved employees who are no longer employed by it all compensation due upon termination of employment as required under California Labor Code §§ 201 and 202.  As Papa violated California Labor Code §§ 201, 201 and 203 of the Labor Code, it is liable for civil penalties pursuant to California Labor Code § 2698, *et seq.*

### Conclusion

Papa has violated or has caused to be violated several California wage and hour laws.  Claimants request that the agency investigate the above allegations and provide notice of the allegations pursuant to PAGA's provisions.  Alternatively, Claimants request the agency inform them if it does not intend to investigate these violations so that she may bring a PAGA suit against Papa on behalf of herself and the other aggrieved employees.

Sincerely,

Jonathan M. Lebe, Esq.

Attorney for Jennifer Pardo and Evangeline Matthews,

Individually and on behalf of Aggrieved Employees

# Declaration of Jennifer Pardo

1  Jonathan M. Lebe (State Bar No. 284605)
   Jon@lebelaw.com
2  Rayne A. Brown (State Bar No. 342011)
   Rayne@lebelaw.com
3  **LEBE LAW, APLC**
4  3900 W Alameda Avenue, Fifteenth Floor
   Burbank, CA 91505
5  Telephone: (213) 444-1973

6  Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews,
7  Individually and on behalf of all others similarly situated

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Jennifer Pardo and Evangeline Matthews,   | Case No. 3:21-cv-06326-RS
   | individually and on behalf of all others  |
12 | similarly situated,                       | **DECLARATION OF PLAINTIFF**
   |                                           | **JENNIFER PARDO IN SUPPORT OF**
13 |          Plaintiffs,                      | **MOTION FOR SUMMARY JUDGMENT**
14 |                                           | [Notice of Motion; Memorandum of Points
   |   vs.                                     | and Authorities; Declaration of Jonathan M.
15 |                                           | Lebe; Declaration of Evangeline Matthews;
16 | Papa, Inc.,                               | and [Proposed] Order Filed Concurrently
   |                                           | Herewith]
17 |          Defendant.                       |
18 |                                           | Hearing Information:
   |                                           | Date:  December 4, 2025
19 |                                           | Time: 1:30 p.m.
   |                                           | Hon. Richard Seeborg
20 |                                           |
21 |                                           | Action Filed:  August 17, 2021
   |                                           | Trial Date:  None Set
22

23

24

25

26

27

28

### DECLARATION OF JENNIFER PARDO

I, Jennifer Pardo, declare as follows:

1.      I am an individual over the age of 18-years-old. I am a named Plaintiff in the above-captioned lawsuit.  I have personal knowledge of all the facts stated herein.  As such, I could and would competently testify to these facts in court, under oath, if requested to do so.

2.      I worked for Defendant Papa, Inc. as a Papa Pal in California from approximately December 2020 until February 2021. During my time working for Papa, I completed visits with Papa's customers, providing the companionship services that Papa markets to its customers.

3.      Papa uniformly and unilaterally classified me as an independent contractor and required me and other to abide by Papa's policies for independent contractors, which it reserved the right to unilaterally change over time. Papa continued to classify me as an independent contractor throughout the duration of my employment.

4.      Before being hired as a Papa Pal, Papa required me to submit to a mandatory background check.  Upon being hired, I was required to attend an unpaid training session before I could perform any visits with Papa's customers. During the onboarding process, I was made aware that I was obligated to follow all of Papa's policies for completing visits with customers and that my failure to follow Papa's strict policies could result in my suspension or removal from Papa's mobile phone application and from performing services as a Papa Pal.

5.      Prior to working for Papa as a Papa Pal, I did not have any professional companionship or caregiving experience, and I was not independently operating my own companionship or caregiving business through which to provide services to the elderly, and I was not licensed or required to be licensed by Papa. I did not create any advertisements for Papa. When I applied to become a Papa Pal, I understood that I would be working for Papa, and I did not believe I would be forming my own independent business to provide companionship or caregiving services.

///
///
///
///

**DECLARATION OF PLAINTIFF JENNIFER PARDO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1    I declare under penalty of perjury of the laws of the State of California that the foregoing is true

2  and correct and that this declaration is executed on ___Oct 16, 2025___ in ___San Lorenzo___,

3  California.

4

5    *Jennifer Pardo*
    Jennifer Pardo (Oct 16, 2025 17:39:20 PDT)

6    Jennifer Pardo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF PLAINTIFF JENNIFER PARDO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

# Declaration of Evangeline Matthews

1    Jonathan M. Lebe (State Bar No. 284605)
     Jon@lebelaw.com
2    Rayne A. Brown (State Bar No. 342011)
     Rayne@lebelaw.com
3    **LEBE LAW, APLC**
     3900 W Alameda Avenue, Fifteenth Floor
4    Burbank, CA 91505
     Telephone: (213) 444-1973
5

6    Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews,
     Individually and on behalf of all others similarly situated
7

8                **UNITED STATES DISTRICT COURT FOR THE**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11   Jennifer Pardo and Evangeline Matthews,        Case No. 3:21-cv-06326-RS
     individually and on behalf of all others
12   similarly situated,                            **DECLARATION OF PLAINTIFF
                                                     EVANGELINE MATTHEWS IN
13            Plaintiffs,                            SUPPORT OF MOTION FOR SUMMARY
                                                     JUDGMENT**
14    vs.
                                                     [Notice of Motion; Memorandum of Points
15                                                   and Authorities; Declaration of Jonathan M.
                                                     Lebe; Declaration of Jennifer Pardo; and
16   Papa, Inc.,                                     [Proposed] Order Filed Concurrently
                                                     Herewith]
17            Defendant.
                                                     Hearing Information:
18                                                   Date:  December 4, 2025
19                                                   Time: 1:30 p.m.
                                                     Hon. Richard Seeborg
20
                                                     Action Filed:  August 17, 2021
21                                                   Trial Date:  None Set
22

23

24

25

26

27

28

---

**DECLARATION OF PLAINTIFF EVANGELINE MATTHEWS IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT**

## DECLARATION OF EVANGELINE MATTHEWS

I, Evangeline Matthews, declare as follows:

1.     I am an individual over the age of 18-years-old. I am a named Plaintiff in the above-captioned lawsuit.  I have personal knowledge of all the facts stated herein.  As such, I could and would competently testify to these facts in court, under oath, if requested to do so.

2.     I worked in California for Defendant Papa, Inc. as a Papa Pal from approximately June 2020 until March 2022. During my time as a Papa Pal, I completed over five hundred hours of visits with Papa's customers, providing the social and companionship services that Papa advertises.

3.     Papa uniformly and unilaterally classified me as an independent contractor and required me to abide by Papa's set policies for independent contractors, which it reserved the right to unilaterally change over time. Papa continued to classify me as an independent contractor throughout the duration of my employment.

4.     Before being hired as a Papa Pal, Papa required me to submit to a mandatory background check. Upon being hired, I was required to attend an unpaid training and onboarding session before I could perform any visits with Papa's customers. During the onboarding process, I was made aware that I was obligated to follow all of Papa's policies for completing visits with customers and that my failure to follow Papa's strict policies could result in my suspension or removal from Papa's mobile phone application and from performing services as a Papa Pal.

5.     Prior to working for Papa as a Papa Pal, I did not have any professional companionship or caregiving experience, and I was not independently operating my own companionship or caregiving business through which to provide services to the elderly, and I was not licensed or required to be licensed by Papa. I did not create any advertisements for Papa. When I applied to become a Papa Pal, I understood that I would be working for Papa, and I did not believe I would be forming my own independent business to provide companionship or caregiving services.

///

///

///

///

1

**DECLARATION OF PLAINTIFF EVANGELINE MATTHEWS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1

I declare under penalty of perjury of the laws of the State of California that the foregoing is true

2

and correct and that this declaration is executed on _____Oct 16, 2025_____ in _____Winters_____,

3

California.

4

5

6

_____

Evangeline Matthews

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF PLAINTIFF EVANGELINE MATTHEWS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**