1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br><br>Papa, Inc.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-06326-RS<br><br>**[PROPOSED] ORDER**<br><br>**Hearing Information:**<br>Date: December 4, 2025<br>Time: 1:30 p.m.<br>Hon. Richard Seeborg<br><br>Complaint Filed: Sept. 20, 2021<br>Trial Date: None Set |

The Court, having held hearing on Plaintiff Jennifer Pardo and Plaintiff Evangeline Matthews' (collectively, "Plaintiffs") Motion for Partial Summary Adjudication on December 4, 2025, at 1:30 p.m., and having considered Plaintiffs' Motion and the documents and evidence filed in support therewith, as well as Defendant Papa, Inc.'s ("Defendant") Opposition, and the arguments made during oral argument, does hereby find and **ORDER** as follows:

1. Defendant Papa, Inc. has misclassified Plaintiffs and other aggrieved employees as independent contractors;
2. Defendant is liable for violating the California Labor Code section 226.8, as Defendant's has engaged in the willful misclassification of Plaintiffs and other Papa Pals as independent contractors; and
3. Defendant is liable for civil penalties under the Private Attorney's General Act, California Labor Code section 2698 *et seq.*, in the amount of $91,975,000 due to its violation of the California Labor Code section 226.8.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                  Hon. Richard Seeborg