Ellen Bronchetti (SBN CA 226975)
Daniel Smith (SBN CA 312330)
GREENBERG TRAURIG, LLP
12830 El Camino Real, Suite 350
San Diego, California 92130
Telephone: 619.848.2500
Facsimile: 619.393.0877
Ellen.Bronchetti@gtlaw.com
Daniel.Smith@gtlaw.com

Tayanah C. Miller (SBN CA 299123)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
millerta@gtlaw.com

Attorneys for Defendant PAPA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PARDO, EVANGELINE MATTHEWS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PAPA, INC.,<br><br>    Defendant. | CASE NO. 3:21-cv-06326-RS<br><br>**DECLARATION OF DANI BCHARA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: December 4, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor<br><br>Action Filed: August 17, 2021<br>Trial Date: Not Set |

# DECLARATION OF DANI BCHARA

I, Dani Bchara, declare as follows:

1.     I am over the age of 18 years, and I testify to the following matters set forth below based on my own personal knowledge or knowledge and information obtained by me from a review of business records in the ordinary course of my employment. If called as a witness, I could and would competently testify regarding these matters.

2.     This Declaration is made in support of Defendant's Papa Inc.'s ("Papa's") Memorandum of Points and Authorities in Opposition to Plaintiffs Jennifer Pardo and Evangeline Matthews' ("Plaintiffs") Motion for Partial Summary Judgment/Adjudication ("Opposition").

3.     I am currently employed as the President and currently head of all operations of Papa, Inc., Defendant, in the above-referenced matter.

4.     In connection with my job duties, I am familiar with Papa's (1) business operations; (2) mission and purpose; and (3) policies and practices, including how they apply. I am also familiar with the visit and pay information applicable to Plaintiffs in this action.

5.     Papa is an application-based technology company that connects people in need (called, "Members") with people that want to provide certain non-medical support tasks and companionship (called, "Pals"). The marketplace is paid for by Medicare Advantage, Medicaid, commercial health plans, and employee benefit plans (called,

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

ACTIVE 716149353v2

"Clients"). The Clients offer to their constituents Papa and the Pal network as a supplemental companionship service benefit. Papa provides the platform, or marketplace, to enable safe and effective connections between Members and Pals. Papa does not provide any services to Members, nor does Papa have any privity of contract with Members. Neither Papa, nor any of its subsidiaries or affiliates, retains any control over the services that Pals ultimately perform.

6.     Papa does, however, provide services to its Clients, and the marketplace Papa powers is merely a part of the overall value proposition that Papa sells to its Clients. Papa's market differentiator is its set of developed technologies that enable Papa to (i) focus on specific goals for specific Client populations, (ii) provide detailed analytics to Clients on their Members' care needs, trends, and successful health care gap closures, (iii) facilitate trusted introductions between Members and independent Pals through a secure technology platform, without controlling the terms or performance of those interactions, and (iv) enable Clients to collaborate with other third parties to quickly and efficiently get their Members timely support, whether it is additional needed access to medical care or addressing other social drivers of health. Papa's Clients rely on Papa's advanced technology to more effectively address health care gaps and social determinants of health affecting their membership population, ultimately, leading to healthier Members and lower long-term health-plan costs.

7.     Papa is not in the business of providing services to individual consumers, or Members. It makes this clear in various places on its current website. For example, on its Employers page, available at https://www.papa.com/corporate-wellness-programs, Papa disclaims that "Papa presently does not provide services directly to individual consumers." It makes this same disclaimer on its Health Plans page, available at https://www.papa.com/health-plans.

8.     Instead, Papa's core business is to serve its Clients and its revenue comes from its contractual arrangements with them, not from the work Pals choose to perform. In fact, during Plaintiffs' engagement and beyond, most of Papa's revenue came from Member eligibility, not the visits performed by Pals – meaning regardless of how much or how little a Member utilized Papa's services, Papa's revenue was primarily derived from a capitated monthly fee per eligible Member its Clients provided. Under this structure, Papa's compensation reflects access to its technology platform and administrative facilitation, rather than the volume or quality of work performed by an individual Pal. This fee was intended to compensate Papa for coordinating and facilitating access to social support benefits on behalf of its Clients, not for performing or profiting from the services provided by Pals. Papa's compensation remained constant and independent of Pal activity.

9.     Pals provide support services directly to Members ("Services"). These Services have been shown to promote independence (by helping older adults age in place), reduce inequities (by reaching historically marginalized populations), cure loneliness (by

connecting lonely adults with people who want to listen), control health care costs (by reducing time spent in chronic care facilities with more routine preventative care measures, by assisting them pick up their medications, and scheduling and transporting Members to and from medical appointments) and improving overall health outcomes (by helping Members feel physically and mentally healthier). Papa's role ends once a Pal-Member match is made and the visit parameters are confirmed through the App.

10.     Papa classifies Pals as independent contractors, and weighs the facts and circumstances with every worker classification. An independent contractor agreement—previously called the End User License Agreement ("EULA") and currently called the Papa Pal Agreement, together the "Pal Agreement"—governs the relationship between Papa and Pals. The Pal Agreement defines the terms of access to the platform, is not an employment or service contract, and contains an arbitration clause, with a class waiver, and over 99.9% of Pals in California have agreed to arbitrate all their disputes with Papa, including this dispute.

11.     The application process for Pals consists of a background check (which Papa is required by contract with its Clients, and by law in certain instances, to procure), agreeing to the Pal Agreement, attesting to safety related commitments (to demonstrate that a Pal meets the qualifications to perform the Services in accordance with Clients' requests), and reviewing an orientation video that explains how to use the App and the

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

like. Papa does not train or test Pals on service quality or technique, nor does it supervise or rate their work.

12.    Once Pals are approved to use Papa's platform, Papa exercises little to no control over them, or how or when they perform their visits. Pals are entirely free to choose whether to accept any available visit opportunity presented in the App. Papa tracks completed visits and mileage (if applicable) through the App for ease of payment purposes. The App also prompts Pals to let Papa know when a visit is completed so that Papa can pay the Pal. The App's functionality simply enables Pals to record when a visit begins and ends, and to confirm completion so that Papa can process payment accurately and timely. Any data captured through the App, including mileage, is maintained solely for administrative and reimbursement purposes—not to direct or control the Pal's work.

13.    Pals are free to negotiate different rates with Papa, and to accept or reject rates if they deem a rate unacceptable. Rates are determined by the contract between Papa and its Clients. Papa does not penalize Pals for rejecting rates or visits.

14.    Pals need not have any special license (business, professional, or contractors) or tax registration. Pals need not have any tools, and Papa does not provide any. If Pals need tools to provide Services, they are responsible for providing them. Pals need not provide their offered Services under Papa's name; they use Papa's name only to provide legitimacy and security (so the Member knows the Pal who ultimately serves them are who they claim to be).

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

15.     Papa's Visit Standards —which were not implemented until well after Plaintiffs used Papa's platform around May 9, 2023—serve only as general, common-sense safety and professionalism guidelines for Pals to consider before, during, and after a visit. They are not instructions for how to perform a visit or directives that Papa enforces. The Visit Standards suggest that Pals, for example, review visit details, arrive on time and leave on time, be SAFE, and to avoid engaging in behaviors that are simply not professional (e.g., bringing others such as family members or pets to the visit, sharing Member information, using recreational drugs or alcohol while driving or otherwise as it could endanger the well-being of the Member or Pal, and engaging in criminal behavior). These standards exist to protect Members and Pals, consistent with general safety practices common to technology platforms that connect independent parties. Except for the behaviors that Papa asks Pals to never engage in that could endanger the safety of the Pal or the Member, these guidelines are suggestions, and Papa does not enforce this policy in practice. Significantly, Papa has never disciplined a Pal for failing to confirm visits, failing to call a Member before a visit, or failing to complete or incorrectly completing visit feedback.  Papa's role is limited to facilitating introductions between Members and Pals, not directing, managing, supervising, or evaluating their work.

16.     Pals can choose to accept visits that align with their Services preference. Services include, for example, providing companionship (such as playing board games,

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

ACTIVE 716149353v2

watching television or movies, discussing thoughts, feelings, news, and experiences), grocery shopping (including driving to and from the store, picking up grocery items from a list, putting away groceries), health reminders (including helping the Member schedule appointments and wellness checks, such as, reminding the Member to get their eyes checked), helping Members obtain their medications from the pharmacy, transportation (including taking the Member on trips to places of worship, doctor appointments, community centers, events, libraries, parks and trails, to visit friends and family), errand assistance (like driving to and from a store or pharmacy or accompanying Members to places like the bank or salon), parental support (with parents present, including engaging in fitness activities and games, going to the park, overseeing meal time), exercise assistance (such as attending exercise classes with the Member, encouraging the Member to join them on a walk, assisting the Member with exercise), technology help (including setting up personal devices, assisting Members with social media, showing Members how to stream services, assisting with telehealth appointments), pet help (including pet walking, pet companionship, filling water or food bowls, making grooming appointments), and house task assistance (such as light dusting, folding clothes, prepping meals, clearing the table, organizing, though nothing that would amount to work that a professional would perform).

17.    Pals also choose when, where, and how they would like to provide the Services. After signing up to be a Pal, the App functions something like this: (1) when a

Pal chooses to make themselves available, the App displays a list of open and available visits in their area (sorted by proximity and filterable by time or day of the week); (2) Pals can view visit details, including the date, time, location, duration, and the Services the Member is requesting; (3) if a visit aligns with the Pal's preferences — it fits their schedule, location requirements (distance, in-person, or virtual), and types of Service(s) they are willing to perform — the Pal may scroll to the bottom of the visit screen and tap 'Accept Visit'; (4) Pals confirm the visit, with a tap on the App; and (5) Pals either (a) for an in-person visit, start commute, then start and complete the visit; or (b) for a virtual visit, start and complete the visit.

18.    Many Pals choose to (1) drive Members or (2) pick up and deliver groceries and goods only. As to these Pals, Papa does not unilaterally prescribe specific dates, times of day, or require a minimum number of hours during which these Pals must be logged into its online-enabled application or platform; these Pals are free to choose when and for how long they wish to log in. Furthermore, Papa does not require driving Pals to accept any specific rideshare or delivery service requests as a condition for maintaining access to its platform; Pals may decline requests at their discretion. Papa also does not restrict such Pals from performing rideshare or delivery services for other network companies, except during periods when they are actively engaged in fulfilling a service request for a Papa Member. Lastly, Papa does not prohibit Pals from working in any other lawful occupation or business outside of the services performed through Papa's platform.

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

ACTIVE 716149353v2

19.    Pals can choose to complete a single visit or even several visits a day; it's completely up to the Pal. Papa does not require Pals to complete any visits at all. Pals also choose how to complete the Services they provide. Although Papa offers resources and guidance, Papa does not require Pals to perform any Service in a certain way.

I declare under penalty of perjury under the laws of the States of California and the United States that the foregoing is true and correct.


Dated:  Executed in __Franklin_____, __TN_____ on November 13, 2025.


DocuSigned by:

*Dani Bchara*
_____
82D4984B11497AEU
DANI BCHARA

BCHARA DECL. ISO OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION

ACTIVE 716149353v2