United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER PARDO, et al.,

          Plaintiffs,

     v.

PAPA, INC., et al.,

          Defendants.

Case No. 21-cv-06326-RS

**ORDER SETTING BRIEFING
SCHEDULE**

Pursuant to the stipulation of the parties, Defendants' motion for decertification shall be due on October 16, 2026. The opposition shall be filed by November 6, 2026, and the reply by November 20, 2026. Unless subsequently ordered submitted without argument, the motion will be heard on December 3, 2026, at 1:30 p.m.

Plaintiffs also request a briefing schedule be set for a motion for reconsideration they assert they may be in a position to bring upon the conclusion of certain pending discovery. Pursuant to Civil Local Rule 7-9, a party may bring a motion *for leave to file a motion for reconsideration*, at any time (although diligence in bringing the motion is one factor bearing on whether leave will be granted.)  As set forth in Rule 7-9(d), unless otherwise ordered "no response need be filed and no hearing will be held concerning a motion for leave to file a motion to reconsider." If the court decides further briefing is warranted on the issue of whether the motion for leave should be granted in the first instance, or if the court grants leave to reconsider, the court will fix an appropriate schedule for briefing and any hearing.

Plaintiffs' suggestion that a briefing schedule for a motion to reconsider be set at this juncture is without merit. When and if plaintiffs have a good faith belief that they can satisfy the prerequisites for reconsideration set out in Rule 7-9(b), they may file a motion for leave that complies fully with all of the provisions of Rule 7-9, including Rule 7-9(c).

**IT IS SO ORDERED**.

Dated: May 1, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 21-cv-06326-RS

2