Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Melissa M. Kurata (State Bar No. 285388)
Melissa@lebelaw.com
**Lebe Law, APLC**
3900 W Alameda Avenue, Fifteenth Floor
Burbank, CA 91505
Telephone: (213) 444-1973

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Papa, Inc., <br><br> Defendant. | Case No. 3:21-cv-06326-RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND SEVER THE PAGA CLAIM** <br><br> [Notice of Motion, Memorandum of Points and Authorities, and Declaration of Jonathan M. Lebe filed concurrently Herewith] <br><br> **<u>Hearing Information:</u>** <br> Date: September 3, 2026 <br> Time: 1:30 p.m. <br> Hon. Richard Seeborg <br><br> Complaint Filed: December 14, 2021 <br> Trial Date: None Set |

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND SEVER THE PAGA CLAIM**

Before the Court is Plaintiffs Jennifer Pardo and Evangeline Matthews's Motion to Decline Supplemental Jurisdiction and Sever the PAGA Claim Pursuant to 28 U.S.C. § 1367(c). Having considered the moving and opposition papers, the record in this action, and the arguments of counsel, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs' representative claim under the California Labor Code Private Attorneys General Act, Cal. Lab. Code § 2698 et seq. ("PAGA Claim"), the eleventh cause of action from the operative Third Amended Complaint ("TAC"), is severed from the remaining claims in this action pursuant to Federal Rule of Civil Procedure 21.

2. The Court declines to exercise supplemental jurisdiction over the severed PAGA Claim pursuant to 28 U.S.C. § 1367(c)(1), (c)(2), and (c)(4).

3. The severed PAGA Claim is dismissed without prejudice to its prosecution in the pending State PAGA Action, *Pardo, et al. v. Papa, Inc.*, Case No. 26CV171867 (Alameda Sup. Ct.).

4. Pursuant to 28 U.S.C. § 1367(d), the limitations period for the PAGA Claim shall be tolled for the period during which it was pending in this action and for 30 days after its dismissal, unless state law provides a longer tolling period.

5. Plaintiffs' remaining claims, the first through tenth causes of action as pled in the TAC, shall proceed in this action.

**IT IS SO ORDERED.**

Dated: _____                    _____

Hon. Richard Seeborg

2

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DECLINE SUPPLEMENTAL JURISDICTION AND SEVER THE PAGA CLAIM**