Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Melissa M. Kurata (State Bar No. 285388)
Melissa@lebelaw.com
**LEBE LAW, APLC**
3900 W Alameda Avenue, 15th Floor
Burbank, California 91505
Telephone: (213) 444-1973

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews, Individually and on behalf of all others similarly situated

Ellen M. Bronchetti (State Bar No. 226975)
Daniel Smith (State Bar No. 312330)
**Greenberg Traurig, LLP**
12760 High Bluff Drive, Suite 240
San Diego, California 92130
Telephone: (415) 655-1277
Email: Ellen.Bronchetti@gtlaw.com
Email: Daniel.Smith@gtlaw.com

Attorneys for Defendant
PAPA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Pardo, Evangeline Matthews, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Papa, Inc.,<br><br>Defendant. | Case No. 3:21-cv-06326-RS<br><br>**JOINT REQUEST FOR REMOTE APPEARANCE; [PROPOSED] ORDER**<br><br>**<u>Hearing Information:</u>**<br>Date: September 3, 2026<br>Time: 1:30 p.m.<br>Dept: Courtroom 12, 19th Floor<br><br>TAC Filed: September 14, 2022<br>Trial Date: None Set |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Plaintiffs Jennifer Pardo and Evangeline Matthews ("Plaintiffs") and Defendant Papa Inc. ("Defendant") hereby jointly request permission from the Court for Plaintiffs' counsel, Jonathan M. Lebe and Melissa M. Kurata, and Defendant's counsel to appear remotely via Zoom or video conference for the hearing currently scheduled for September 3, 2026, on Plaintiffs' Motion to Decline Supplemental Jurisdiction (Dkt. 138).

WHEREAS, Plainitffs' Motion to Decline Supplemental Jurisdiction (Dkt. 138) is set to be fully briefed by the Parties and is scheduled to be heard on September 3, 2026, at 1:30 p.m. in the above captioned Court;

WHEREAS, Plaintiffs' counsel is located in Burbank, California and Defendant's counsel is located in San Diego, California and would be required to travel to San Francisco, California for the hearing;

WHEREAS, the Parties agree that appearing remotely by videoconference will not prejudice Plaintiffs or Defendant and will preserve the Parties' resources, if the Court is amenable;

THEREFORE, the Parties respectfully request leave of this Court to appear remotely via video conference for the Hearing.

DATED: August 25, 2026

**LEBE LAW, APLC**

By: *_/s/ Melissa M. Kurata_*
Jonathan M. Lebe
Melissa M. Kurata

Attorneys for Plaintiffs Jennifer Pardo and Evangeline Matthews, individually and on behalf of all other similarly situated

Dated: August 25, 2026 **GREENBERG TRAURIG, LLP**

By: *_/s/ Ellen M. Bronchetti_*
Ellen M. Bronchetti
Daniel Smith
Attorneys for Defendant Papa, Inc.

**ECF ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 25, 2026 **Lebe Law, APLC**

By: *_/s/ Melissa M. Kurata_*
Melissa M. Kurata
*Attorney* for Plaintiffs

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that for good cause, counsel for Plaintiffs and Defendant may appear for the September 3, 2026, at 1:30 p.m. hearing for the Motion to Decline Supplemental Jurisdiction remotely via remote teleconferencing software.

IT IS SO ORDERED.

Dated:_________________

_______________________________
HON. RICHARD SEEBORG
DISTRICT COURT JUDGE